## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES JOSEPH FREITAG, JR.,** | : | CIVIL ACTION |
| As Administrator of the Estate of | : | |
| Charles Joseph Freitag, Sr. | : | |
| | : | |
| v. | : | |
| | : | |
| **BUCKS COUNTY, PRIMECARE** | : | |
| **MEDICAL, INC., JESSICA MAHONEY,** | : | |
| **PSY.D, AVIA JAMES, LPC, CHRISTINA** | : | |
| **PENGE, LPC and JOHN DOES 1-10** | : | NO. 19-5750 |

## ORDER

**NOW**, this 18th day of February, 2020, upon consideration of the Motion of the Primecare Defendants to Dismiss Plaintiff's Complaint (Document No. 12) and the plaintiff having filed an amended complaint, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.