# EXHIBIT 13

JA0000125



# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480    Fax 215-340-8485
bucksdoc@buckscounty.org



**County Commissioners**
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

**David L. Kratz**, *Director of Corrections*
**James M. Coyne**, *Deputy Director*

# *Corrections Student Transcript*

**Name:** Robert J. Moody

**Student #:** 4847

**Department:** BCCF

**Dept #:** 159

| Course # | Title | Day1 | Day2 | Hours | Grade | Retest | Start Date |
|----------|-------|------|------|-------|-------|--------|-----------|
| 5643 | In-Service Training | | | 8 | | | 6/24/2020 |
| 5389 | In-Service | ✔ | ✔ | 16 | | | 9/25/2019 |
| 5124 | In-Service | ✔ | ✔ | 16 | | | 2/6/2019 |
| 4832 | In-Service | ☐ | ☐ | 8 | | | 6/27/2018 |
| 4765 | Mandatory In-Service | ✔ | ✔ | 16 | | | 4/18/2018 |
| 4588 | In-Service | ✔ | ✔ | 16 | | | 10/18/2017 |
| 4327 | In-Service | ✔ | ✔ | 16 | | | 5/10/2017 |
| 4173 | Mandatory In-Service | ✔ | ✔ | 16 | | | 11/9/2016 |
| 3918 | Mandatory In-Service | ✔ | ✔ | 16 | | | 4/27/2016 |

JA0000126



# County of Bucks
## DEPARTMENT OF CORRECTIONS
1730 South Easton Road, Doylestown, PA 18901
215-340-8480    Fax 215-340-8485
bucksdoc@buckscounty.org



**County Commissioners**
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

**David L. Kratz**, *Director of Corrections*
**James M. Coyne**, *Deputy Director*

# *Corrections Student Transcript*

**Name:** Robert J. Moody

**Student #:** 4847

**Department:** BCCF

**Dept #:** 159

| Course # | Title | Day1 | Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|---|
| 3925 | First Aid/CPR/AED | | | 5 | | | 4/27/2016 |
| 3644 | Mandatory In-Service | ✔ | ✔ | 16 | | | 10/28/2015 |
| 3415 | Mandatory In-Service | ✔ | ✔ | 16 | 100 | | 4/28/2015 |
| 3139 | Mandatory In-Service | ✔ | ✔ | 16 | | | 9/17/2014 |
| 2961 | Mandatory In-Service | ✔ | ✔ | 16 | 100 | | 2/11/2014 |
| 2999 | First Aid/CPR/AED | | | 4 | | | 2/11/2014 |
| 2878 | Mandatory In-Service | ✔ | ✔ | 16 | | | 9/18/2013 |
| 2501 | Mandatory In-Service | ✔ | ✔ | 16 | 100 | | 2/12/2013 |
| 2585 | Lobby/Visitation | | | 1 | | | 9/30/2012 |
| 2374 | Mandatory In-Service | ✔ | ✔ | 16 | | | 9/19/2012 |

JA0000127



# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480    Fax 215-340-8485
bucksdoc@buckscounty.org



*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

**David L. Kratz**, *Director of Corrections*
**James M. Coyne**, *Deputy Director*

# *Corrections Student Transcript*

**Name:**        Robert J. Moody

**Student #:**   4847

**Department:** BCCF

**Dept #:**       159

| Course # | Title | Day1 | Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|---|
| 2379 | First Aid/CPR/AED | | | 4 | | | 9/19/2012 |
| 2209 | Mandatory In-Service | ✓ | ✓ | 16 | | | 2/28/2012 |
| 2097 | Mandatory In-Service | ✓ | ✓ | 16 | 100 | | 9/21/2011 |
| 1907 | Mandatory In-Service | ✓ | ✓ | 16 | | | 3/1/2011 |
| 1754 | Humane Restraint Chair & Flex Cuff Use | | | 0.15 | | | 11/14/2010 |
| 1495 | Mandatory In-Service | ✓ | ✓ | 16 | | | 10/6/2010 |
| 1570 | First Aid/CPR/AED | | | 2 | | | 10/6/2010 |
| 1320 | Housing Control | | | 8 | | | 4/21/2010 |
| 1321 | Housing Control | | | 6 | | | 4/20/2010 |
| 1231 | Mandatory In-Service | ✓ | ✓ | 16 | | | 4/6/2010 |

JA0000128



# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480    Fax 215-340-8485
bucksdoc@buckscounty.org



*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

**David L. Kratz**, *Director of Corrections*
**James M. Coyne**, *Deputy Director*

# *Corrections Student Transcript*

**Name:**          Robert J. Moody

**Student #:**    4847

**Department:** BCCF

**Dept #:**        159

| Course # | Title | Day1 | Day2 | Hours | Grade | Retest | Start Date |
|----------|-------|------|------|-------|-------|--------|------------|
| 1186 | Housing Control | | | 8 | | | 1/6/2010 |
| 967 | Mandatory In-Service | ✔ | ✔ | 16 | 100 | | 11/18/2009 |
| 745 | Mandatory In-Service | ✔ | ✔ | 16 | | | 4/21/2009 |
| 338 | Use of Force | | | 4 | 100 | | 2/11/2008 |
| 332 | Inmate Handbook | | | 6 | 80 | | 1/29/2008 |
| 329 | Hostage Survival - Test #10 | | | 2.5 | 100 90 | | 1/28/2008 |

**Total Hours**    402.7
**Total Courses**    35