# EXHIBIT 14

JA0000130




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480   Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

**David L. Kratz**, *Director of Corrections*
**James M. Coyne**, *Deputy Director*

## Corrections Student Transcript

**Name:** Tory Murphy
**Student #:** 5416
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 6199 | Roll Call Training -- Discharge/E-up procedures | | 0.25 | | | 11/4/2021 |
| 5656 | In-Service Training | | 8 | | | 7/9/2020 |
| 5400 | In-Service | ✓ ✓ | 16 | | | 11/6/2019 |
| 4871 | Final Exam/Graduation | | 8 | | | 7/12/2018 |
| 4870 | Cadet Field Training | | 8 | | | 7/11/2018 |
| 4869 | Cadet Field Training | | 16 | | | 7/9/2018 |
| 4868 | Cadet Field Training | | 16 | | | 7/5/2018 |
| 4867 | Cadet Field Training | | 16 | | | 7/2/2018 |
| 4866 | Cadet Field Training | | 40 | | | 6/25/2018 |



# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480   Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

## Corrections Student Transcript

**Name:** Tory Murphy
**Student #:** 5416
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 4865 | Cadet Field Training | | 8 | | | 6/22/2018 |
| 4864 | Cadet Field Training | | 16 | | | 6/20/2018 |
| 4863 | Oleoresin Capsicum (OC) | | 4 | | | 6/19/2018 |
| 4862 | Post Orders | | 1.5 | | | 6/19/2018 |
| 4861 | Intro. To Probation & Parole | | 2 | | | 6/19/2018 |
| 4859 | Fire Emergency Response | | 3 | | | 6/18/2018 |
| 4860 | NIMS 700 | | 3 | | | 6/18/2018 |
| 4855 | Orientation to BCCF Computers | | 3 | | | 6/15/2018 |
| 4856 | County Radio Familiarity/BCCF Radios | | 1 | | | 6/15/2018 |
| 4858 | Post Orders/Policy/ IM Handbook | | 1.5 | | | 6/15/2018 |

JA0000132




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480    Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

**David L. Kratz**, *Director of Corrections*
**James M. Coyne**, *Deputy Director*

## Corrections Student Transcript

**Name:** Tory Murphy
**Student #:** 5416
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 4857 | BCCF - Log in Set Up | | 2 | | | 6/15/2018 |
| 4853 | Use of Force Simulator | | 3.5 | | | 6/13/2018 |
| 4852 | Interpersonal Communications | | 7 | | | 6/12/2018 |
| 4854 | Cell Extraction | | 4 | | | 6/12/2018 |
| 4851 | Interpersonal Communications | | 7 | | | 6/11/2018 |
| 4847 | Use of Force | | 4 | | | 6/8/2018 |
| 4848 | Emergency Response | | 1.5 | | | 6/8/2018 |
| 4849 | Principles of Control | | 1.5 | | | 6/8/2018 |
| 4845 | Use of Restraints | | 1 | | | 6/7/2018 |
| 4844 | Basic Defense Tactics | | 4.5 | | | 6/7/2018 |

JA0000133


# County of Bucks
### DEPARTMENT OF CORRECTIONS
1730 South Easton Road, Doylestown, PA 18901
215-340-8480    Fax 215-340-8485
bucksdoc@buckscounty.org



**County Commissioners**
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

# Corrections Student Transcript

**Name:** Tory Murphy

**Student #:** 5416

**Department:** BCCF

**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 4846 | Pressure Point Control Techniques | | 2 | | | 6/7/2018 |
| 4843 | Review | | 0.5 | | | 6/6/2018 |
| 4839 | Professionalism & Ethics | | 3 | | | 6/6/2018 |
| 4840 | Cultural Diversity | | 1 | | | 6/6/2018 |
| 4841 | Substance Abuse Prev-1st Responder | | 2 | | | 6/6/2018 |
| 4842 | Suicide Prevention - Peer Support | | 1 | | | 6/6/2018 |
| 4835 | HIV & Communicable Diseases | | 1.5 | | | 6/5/2018 |
| 4836 | Post Orders/Policy/ IM Handbook | | 1.5 | | | 6/5/2018 |
| 4837 | Drug Overdose Response/NARCAN | | 2 | | | 6/5/2018 |
| 4838 | Courtroom Demeanor | | 1.5 | | | 6/5/2018 |




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480   Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

## Corrections Student Transcript

**Name:** Tory Murphy
**Student #:** 5416
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 4850 | Preparing to be CJ Witness | | 1.5 | | | 6/5/2018 |
| 4827 | Hostage Survival - Test #10 | | 2.5 | | | 6/4/2018 |
| 4834 | Report Writing | | 5 | | | 6/4/2018 |
| 4828 | Searches | | 4 | | | 6/1/2018 |
| 4829 | Searches - BCCF | | 3.5 | | | 6/1/2018 |
| 4826 | Inmate Service Orientation | | 7.5 | | | 5/31/2018 |
| 4823 | Bomb Threats | | 1.5 | | | 5/30/2018 |
| 4824 | Handling of Contraband & Evidence | | 2.5 | | | 5/30/2018 |
| 4822 | Principles of Control | | 1.5 | | | 5/30/2018 |
| 4825 | Post Orders/Policy IM Handbook | | 2 | | | 5/30/2018 |

JA0000135

 

# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480    Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

## Corrections Student Transcript

**Name:** Tory Murphy
**Student #:** 5416
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 4821 | First Aid/CPR/AED | | 7.5 | | | 5/29/2018 |
| 4817 | Post Orders/Policy/ IM Handbook | | 1.5 | | | 5/25/2018 |
| 4818 | Meet SID/Gang Trends in BCCF | | 2 | | | 5/25/2018 |
| 4819 | Review SOP & Inmate H/B | | 2 | | | 5/25/2018 |
| 4820 | Transportation of Inmates | | 2 | | | 5/25/2018 |
| 4814 | Inmate Handbook Test | | 3 | | | 5/24/2018 |
| 4815 | Processing & Classification | | 1.5 | | | 5/24/2018 |
| 4816 | Post Orders/Policy/Inmate Handbook | | 3 | | | 5/24/2018 |
| 4811 | Inmate Supervision | | 3 | | | 5/23/2018 |
| 4812 | Post Orders/Policy I/M Handbook | | 2.5 | | | 5/23/2018 |

JA0000136




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480   Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

## Corrections Student Transcript

**Name:** Tory Murphy
**Student #:** 5416
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 4813 | Suicide Prevention - QPR Program | | 2 | | | 5/23/2018 |
| 4805 | Emergency Procedures | | 2 | | | 5/22/2018 |
| 4807 | Fundamentals of Security | | 2 | | | 5/22/2018 |
| 4808 | Prison Rape Elimination Act (PREA) | | 2.5 | | | 5/22/2018 |
| 4810 | Post Orders/Policy/IM Handbook | | 1 | | | 5/22/2018 |
| 4803 | Inmate Disciplinary Procedures | | 2 | | | 5/21/2018 |
| 4806 | PA Code Title 37 | | 1.5 | | | 5/21/2018 |
| 4802 | Inmate Rights & Privileges | | 2 | | | 5/21/2018 |
| 4804 | Inmate Rules & Regulations | | 1.5 | | | 5/21/2018 |
| 4799 | Inmate Grievance Procedures | | 1 | | | 5/18/2018 |

JA0000137




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480  Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

# Corrections Student Transcript

**Name:** Tory Murphy
**Student #:** 5416
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 4797 | Post Orders/Policy/ IM Handbook | | 1.5 | | | 5/18/2018 |
| 4801 | Review - I/M Handbook | | 0.5 | | | 5/18/2018 |
| 4789 | Personnel Guidelines/Dress Code | | 2 | | | 5/17/2018 |
| 4791 | Department Orientation | | 1.5 | | | 5/17/2018 |
| 4790 | Basic Training Orientation | | 3 | | | 5/17/2018 |
| 4793 | Post Orders/Policy IM Handbook | | 2 | | | 5/17/2018 |
| 4788 | Human Resources Orientation | | 7.5 | | | 5/16/2018 |

**Total Hours** 318.3
**Total Courses** 76

JA0000138