# EXHIBIT 15

JA0000139



# County of Bucks



**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480   Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

## Corrections Student Transcript

**Name:** James A. Young
**Student #:** 5019
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1 | Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|---|
| 5788 | Unit Management | | | 0.25 | | | 11/4/2020 |
| 5504 | In-Service | ✓ | ☐ | 8 | | | 1/29/2020 |
| 5406 | In-Service | ☐ | ☐ | 8 | | | 11/20/2019 |
| 5390 | In-Service | ✓ | ☐ | 8 | | | 10/16/2019 |
| 5126 | In-Service | ✓ | ✓ | 16 | | | 2/20/2019 |
| 5065 | In-Service | ✓ | ✓ | 16 | | | 11/7/2018 |
| 4774 | In-Service | ✓ | ✓ | 16 | | | 5/2/2018 |
| 4620 | In-Service | ✓ | ✓ | 16 | | | 11/8/2017 |
| 4327 | In-Service | ✓ | ✓ | 16 | | | 5/10/2017 |

JA0000140

 

# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480   Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. **Kratz**, *Director of Corrections*
James M. **Coyne**, *Deputy Director*

## Corrections Student Transcript

**Name:** James A. Young
**Student #:** 5019
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1 | Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|---|
| 4177 | Mandatory In-Service | ✓ | ✓ | 16 | | | 11/16/2016 |
| 3918 | Mandatory In-Service | ✓ | ✓ | 16 | | | 4/27/2016 |
| 3925 | First Aid/CPR/AED | | | 5 | | | 4/27/2016 |
| 3765 | Mandatory In-Service | ✓ | ☐ | 8 | | | 12/16/2015 |
| 3415 | Mandatory In-Service | ✓ | ✓ | 16 | 100 | | 4/28/2015 |
| 3163 | Mandatory In-Service | ✓ | ✓ | 16 | | | 10/22/2014 |
| 3003 | Mandatory In-Service | ✓ | ✓ | 16 | 90 | | 4/15/2014 |
| 3019 | First Aid/CPR/AED | | | 4 | | | 4/15/2014 |
| 2904 | Mandatory In-Service | ✓ | ✓ | 16 | | | 11/6/2013 |
| 2525 | Mandatory In-Service | ✓ | ✓ | 16 | | | 4/9/2013 |

JA0000141




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480   Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

**David L. Kratz**, *Director of Corrections*
**James M. Coyne**, *Deputy Director*

## Corrections Student Transcript

**Name:** James A. Young
**Student #:** 5019
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1 | Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|---|
| 2402 | Mandatory In-Service | ✓ | ✓ | 16 | | | 11/14/2012 |
| 2405 | First Aid/CPR/AED | | | 4 | | | 11/14/2012 |
| 2224 | Mandatory In-Service | ✓ | ✓ | 16 | | | 4/10/2012 |
| 2299 | Housing Control | | | 4 | | | 2/16/2012 |
| 2298 | Housing Control | | | 8 | | | 2/9/2012 |
| 2187 | Mandatory In-Service | ✓ | ✓ | 16 | 100 | | 12/7/2011 |
| 1965 | Mandatory In-Service | ✓ | ✓ | 16 | | | 4/19/2011 |
| 1630 | Cell Security Monitor | | | 0.5 | | | 10/16/2010 |
| 1563 | Lobby Computer | | | 0.5 | | | 9/14/2010 |
| 1482 | Final Exam/Graduation | | | 4 | | | 9/7/2010 |

JA0000142




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480   Fax 215-340-8485
bucksdoc@buckscounty.org

**County Commissioners**
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

## Corrections Student Transcript

**Name:** James A. Young
**Student #:** 5019
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 1470 | Cultural Diversity | | 3.5 | | | 8/18/2010 |
| 1471 | Professionalism & Ethics | | 4 | | | 8/18/2010 |
| 1469 | Principles of Control | | 2 | | | 8/17/2010 |
| 1467 | Use of Force | | 4 | | | 8/17/2010 |
| 1468 | Emergency Response | | 1 | | | 8/17/2010 |
| 1465 | Use of Restraints | | 1 | | | 8/16/2010 |
| 1464 | Basic Defense Tactics | | 4.5 | | | 8/16/2010 |
| 1466 | Pressure Point Control Techniques | | 2 | | | 8/16/2010 |
| 1463 | Interpersonal Communications | | 7 | | | 8/13/2010 |
| 1462 | Interpersonal Communication | | 16 | | | 8/12/2010 |

JA0000143




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480    Fax 215-340-8485
bucksdoc@buckscounty.org

**County Commissioners**
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

## Corrections Student Transcript

**Name:** James A. Young
**Student #:** 5019
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 1460 | Expandable Baton | | 3.5 | | | 8/11/2010 |
| 1461 | Oleoresin Capsicum (OC) | | 4 | | | 8/11/2010 |
| 1459 | First Aid/CPR/AED | | 7.5 | | | 8/10/2010 |
| 1458 | Fire Emergency Response | | 7.5 | | | 8/9/2010 |
| 1456 | Hostage Survival - Test #10 | | 2.5 | | | 8/6/2010 |
| 1457 | Report Writing | | 5 | | | 8/6/2010 |
| 1455 | Searches Vehicles/Cells/Unclothed/Clothed (DO NOT USE) | | 7.5 | | | 8/5/2010 |
| 1454 | Gang Awareness | | 7.5 | | | 8/4/2010 |
| 1446 | Introduction to Glock 22 Pistol | | 2 | | | 8/3/2010 |

JA0000144




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480   Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

# Corrections Student Transcript

**Name:** James A. Young
**Student #:** 5019
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 1447 | Introduction to Remington 870 Shotgun | | 1.5 | | | 8/3/2010 |
| 1448 | Firearms Safety/Range Rules | | 2 | | | 8/3/2010 |
| 1449 | Range - Practice with Pistol - Glock 22 | | 2 | | | 8/3/2010 |
| 1450 | Practice 870 Shotgun | | 2 | | | 8/2/2010 |
| 1451 | Qualifcation with Glock 22 Pistol | | 2 | | | 8/2/2010 |
| 1452 | Qualification with Remington 870 | | 2 | | | 8/2/2010 |
| 1453 | Cleaning of All Weapons & Gear | | 1.5 | | | 8/2/2010 |
| 1445 | Criminal Procedures | | 2 | | | 7/30/2010 |
| 1443 | Emergency Procedures | | 2.5 | | | 7/30/2010 |
| 1444 | HIV & Communicable Diseases | | 2 | | | 7/30/2010 |

JA0000145




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480    Fax 215-340-8485
bucksdoc@buckscounty.org

**County Commissioners**
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

## Corrections Student Transcript

**Name:** James A. Young
**Student #:** 5019
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 1441 | Interpersonal Communications | | 3 | | | 7/29/2010 |
| 1440 | Orientation to Computers | | 2.5 | | | 7/29/2010 |
| 1442 | Neshaminy Manor - ID Cards | | 2 | | | 7/29/2010 |
| 1436 | Principles of Key Control | | 1.5 | | | 7/28/2010 |
| 1437 | Bomb Threats | | 1.5 | | | 7/28/2010 |
| 1439 | Post Orders/Policy | | 3 | | | 7/28/2010 |
| 1438 | Emergency Procedures | | 1.5 | | | 7/28/2010 |
| 1434 | Treatment Orientation | | 8 | | | 7/27/2010 |
| 1432 | Inmate Supervision | | 2 | | | 7/26/2010 |
| 1433 | Fundamentals of Security | | 3 | | | 7/26/2010 |




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480    Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

## Corrections Student Transcript

**Name:** James A. Young
**Student #:** 5019
**Department:** BCCF
**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 1431 | Inmate Transports | | 1.5 | | | 7/26/2010 |
| 1427 | Inmate Handbook Test | | 3 | | | 7/23/2010 |
| 1428 | Processing & Classification | | 1.5 | | | 7/23/2010 |
| 1429 | Handling Contraband & Evidence | | 3 | | | 7/23/2010 |
| 1424 | Inmate Disciplinary Procedures | | 2 | | | 7/22/2010 |
| 1426 | Inmate Handbook Review | | 1.5 | | | 7/22/2010 |
| 1422 | Inmate Rights & Privileges | | 2 | | | 7/22/2010 |
| 1425 | Inmate Rules & Regulations | | 1.5 | | | 7/22/2010 |
| 1405 | Tour of Correctional Facility | | 2.5 | | | 7/21/2010 |
| 1406 | Generational Diff/Changing Work | | 1.5 | | | 7/21/2010 |

JA0000147




# County of Bucks

### DEPARTMENT OF CORRECTIONS
1730 South Easton Road, Doylestown, PA 18901
215-340-8480   Fax 215-340-8485
bucksdoc@buckscounty.org

**County Commissioners**
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. Kratz, *Director of Corrections*
James M. Coyne, *Deputy Director*

# Corrections Student Transcript

**Name:** James A. Young

**Student #:** 5019

**Department:** BCCF

**Dept #:** 159

| Course # | Title | Day1/Day2 | Hours | Grade | Retest | Start Date |
|---|---|---|---|---|---|---|
| 1407 | Dispensary Post Orders | | 2 | | | 7/21/2010 |
| 1408 | Inmate Grievance Procedures | | 1 | | | 7/21/2010 |
| 1409 | Inmate Handbook Review | | 0.5 | | | 7/21/2010 |
| 1400 | Personnel Guidelines/Dress Code | | 2 | | | 7/20/2010 |
| 1402 | Department Orientation | | 1.5 | | | 7/20/2010 |
| 1403 | Basic Training Orientation | | 3 | | | 7/20/2010 |
| 1401 | PA Code Title 37 | | 1.5 | | | 7/20/2010 |
| 1404 | Handbook Review | | 0.5 | | | 7/20/2010 |
| 1398 | Human Resources Orientation | | 6.5 | | | 7/19/2010 |
| 1399 | Introduction to Corrections | | 1 | | | 7/19/2010 |

JA0000148




# County of Bucks

**DEPARTMENT OF CORRECTIONS**
1730 South Easton Road, Doylestown, PA 18901
215-340-8480    Fax 215-340-8485
bucksdoc@buckscounty.org

*County Commissioners*
ROBERT J. HARVIE, JR., Chair
DIANE M. ELLIS-MARSEGLIA, LCSW, Vice Chair
GENE DIGIROLAMO

David L. **Kratz**, *Director of Corrections*
James M. **Coyne**, *Deputy Director*

## Corrections Student Transcript

**Name:** James A. Young

**Student #:** 5019

**Department:** BCCF

**Dept #:** 159

---

**Course #  Title**                              **Day1/Day2  Hours  Grade  Retest  Start Date**

                                                         **Total Hours**   497.3
                                                        **Total Courses**    88

JA0000149