# EXHIBIT 18

JA0000174

**Deposition of James Young**

**Pages: 15, 16, 30, 31, 32, 41, 44, 54, 60**

224369878v1

Dated: December 23, 2020

inmate.

Q. What does that mean module A?

A. Module A, somebody you don't have to yell at, somebody you don't have to redirect five times to do something, somebody that is very compliant. He was a model A inmate, the way you are suppose to be.

Q. Did you ever hear anything about what lead to Mr. Freitag's arrest?

A. Not after -- not until after the fact of the whole incident that happened.

Q. So were you aware that Mr. Freitag was in custody because he attempted to kill himself?

A. No.

Q. What did you hear about his case after the fact?

A. After the fact?

Q. Yes.

A. He seemed like he had mental health problems, it seemed like he didn't like his ex-wife, drove his car through the front of her house. We also seen that he attempted suicide in the vehicle, and that pretty much lead to

his arrest.

Q. So it sounds like you learned after the fact that Mr. Freitag had some mental health issues; is that right?

A. I would say mental health and suicidal tendencies.

Q. You did not know that beforehand; is that right?

A. That is correct.

Q. Let's get back to what others could have done to prevent his death. The first thing you told me is that Mr. Freitag could have tried to stay out of jail, right?

A. Probably the easiest way for anyone not to commit suicide in jail is to stay out of jail.

Q. Is there anybody else in the prison who could have prevented his death?

A. I don't think so. Negative, no, I don't think so.

Q. Did you ever hear anyone say that they could have done something to prevent his death?

A. In his personal situation, if anybody could have helped him that day?

Q. It is a general population block, right?
A. Yes, sir.
Q. 46 cells, and you used the number before, each of those are two man cells, right?
A. Yes, sir.
Q. Max population is 92; is that correct?
A. Yes, sir.
Q. Back in 2018 did you typically have full occupancy in that module?
A. As far as I remember we were 92 at that time. I don't know if it was less or more, but I am pretty sure it was a steady 92.
Q. By the way, I intended to say before, I don't remember whether I asked it, that is a general population block, right?
A. Yes, sir.
Q. Would you have all security classifications or would it be limited to -- limited number of security classification?
A. You would be limited to a number of security classes, but the other securities that went along with that block were housed on other blocks so they are PC individuals or touches as

they call them, would be on another unit.

Q. One of the numbers that you mentioned were people on watch. At any given time how many people tended to be on watch on B module back in August of 2018?

A. I would say it could be anywhere from zero, typically kept it under 10, so zero to nine.

Q. That is something that you would pay attention to, from the moment you got in at the start of the shift, right?

A. Sure.

Q. You were explaining to me how the shift would start. Tell me what does the rest of the shift look like?

A. Eventually we would open them, we would run them to chow, come back from chow, close the dayroom down until they got done with their cleaning and stuff like that, and then just normal duties, 9 o'clock one tier would come out for yard till 11, 11 o'clock everybody would come out, 12:30 was count, 1 o'clock the other tier would come out from 1 to 3.

Q. How many officers were typically

assigned to the B module at a time?

A. Two.

Q. Was there someone who you normally would partner with or would there be an SA who would come in and rotate?

A. On that specific day or just any given day?

Q. Yeah, so what I am really asking, sir, back in August of 2018 was there a standard rotation where you and a partner were always assigned together to B module?

A. Yes.

Q. Who was that?

A. There was two of them.

Q. Who were they?

A. One was Alex Perez, and the other one was Jesse Rodriguez, but he was the one who called out that Saturday.

Q. Who, Rodriguez?

A. Yes, sir.

Q. So if Rodriguez called out that left you with Officer Moody; is that right?

A. Yes.

Q. Had you worked with Officer Moody

you go home.

Q. I take it you are aware that there are rules which require you to take certain action with regard to suicide precautions?

A. There is rules I would imagine, sure, there is rules.

Q. Okay. Are you familiar with the different levels of suicide precautions that are used at the prison?

A. Negative.

Q. You don't know anything about the different levels?

A. Majority of the time on Bravo we never had anyone on a suicide watch. Suicide watch in this jail is normally the restricted housing unit, the mental health unit, and other designated units have another inmate watch another inmate.

Bravo is normally a GP block, whether it is a bunch of gang bangers, drug dealers, people like that. They normally don't house anybody other than that. They don't put touches down there, they just put the regular GP in each cell.

see level 3?

A. Yes.

Q. Do me a favor, just read to yourself from that whole description of level 3, when you are finished I will ask you some questions.

A. Okay.

Q. Does this -- first of all, is this news to you or were you aware of what is required here for level 3?

A. No, I just don't know what the numbers are.

Q. So have you ever heard level 3 referred to as regular watch?

A. Yeah, it is the regular watch.

Q. So your understanding then is that under regular watch next to B, I am going to highlight this, the inmate monitor is required to observe the person's activities every 15 minutes, right?

A. Sure.

Q. They log them on the monitor forms; is that right?

A. That is what they are suppose to do.

Q. Let me stop there. You say they are

make decisions to what level of watch is appropriate, right?

A. Sure.

Q. When a mental health provider or case manager says this person is on regular watch, your job is to implement that watch to the best of your ability; is that right?

A. Yes.

Q. Now, back to Exhibit 7. Do you see it in front of you, sir?

A. Yes.

Q. Going down to page 5. Before I get there, this section of the policy, if you want to read more, tell me, inmate monitor forms. Do you see here next to the letter E is the module officer's responsibility to assure that inmate monitors are using IMF's correctly. Do you see that, sir?

A. Yes.

Q. Are you aware under this policy that it is your responsibility to do so?

A. Yes.

Q. Officer, do you agree?

A. Sure, yes.

that right?

A. That's correct.

Q. My understanding is that he was on the B module for probably a couple of months before his death. During that time do you remember him being on regular watch at other times?

A. I believe he was on regular watch at other times.

Q. If he was on a more intensive watch, level 2 or level 1, would that have taken place on the B module?

A. Negative, he would have went to either E or G.

Q. I think you told me before that B module cannot house people on that level of precautions; is that correct?

A. Correct.

Q. Did you ever hear any discussion about Mr. Freitag's mental health issues prior to August 25th?

A. Negative.

Q. Did you ever hear Mr. Freitag talking about the fact that he was nervous about his sentencing?