# EXHIBIT 20

JA0000193

**Deposition of Clifton Mitchell**

**Pages: 14, 77**

Dated: March 25, 2021

224369791v1

JA0000194

1  Abbey Cassidy, Dr. Abbey Cassidy, who, to my
2  understanding, is the director of the mental
3  health unit of the prison.
4  　　　　　Do you see here Dr. Cassidy's
5  reference to the fact that Deputy Warden
6  Mitchell, meaning you, made a request to check
7  Mr. Freitag?  Is that a yes?
8  　　　A　　Yes.
9  　　　Q　　All right.  Do you remember, sir,
10 having a conversation with Dr. Cassidy about Mr.
11 Freitag?
12 　　　A　　I remember that I contacted her after
13 Paul Lang contacted me.
14 　　　Q　　Okay.  And just to complete the
15 circle on that, I'll show you that -- a document
16 that we all received in the past week.  This is
17 marked as Exhibit P-24.  Do you have that in
18 front of you, sir, P-24?
19 　　　A　　Hold on a second.  It starts with
20 please be advised?  What is the --
21 　　　Q　　Yeah.  I'm going to scroll up, and --
22 　　　　　MR. KOLANSKY:  Mr. Mitchell, if I can
23 interrupt you?  I apologize.  I think when Mr.
24 Feinberg is asking a specific question, listen to
25 the question, like I have said before.

Clifton Mitchell

Page 77

1   in their possession?
2       A    Well, I didn't.
3       Q    Right.  And --
4       A    And I was the one referring it to
5   them from the standpoint of, you know, you talked
6   about his mental health and the suicides.
7       Q    Right.  So you didn't.  And
8   obviously, we, as lawyers in this case, we have
9   access to all of the information, which you did
10  not have at that time.  So just to confirm, you
11  didn't know that he had two prior suicide
12  attempts; is that correct?
13      A    Correct.
14      Q    You did not know that one of his
15  suicide attempts was what, in fact, led to his
16  arrest, prosecution, conviction and
17  incarceration; is that correct?
18      A    Correct.
19           MR. KOLANSKY:  Objection to form.
20  BY MR. FEINBERG:
21      Q    You did not know that he had been
22  expressing, for weeks, anxiety about his
23  sentencing; is that correct?
24      A    No.
25      Q    You did not know anything about what