# EXHIBIT 21

JA0000197

**Deposition of Carl Metellus**

**Pages: 58**

224369754v1

Dated: December 22, 2020

JA0000198

```
 1       A.      Yes.
 2       Q.      All right.  So then you put that
 3  notification in the OMS system; is that correct?
 4       A.      Correct.
 5       Q.      All right.  Then you say in this
 6  e-mail, could you notify the module of the capital
 7  R capital W.  What does that mean?
 8       A.      That means to notify the module
 9  officers of the regular watch.
10       Q.      Okay.  Is regular watch the same way of
11  saying Level 3?
12       A.      Yes.
13       Q.      All right.  Meaning a 30-minute watch
14  by the officers; is that correct?
15       A.      30-minute watch by the officers,
16  15-minute watch by the offender, the watcher.
17       Q.      That's the inmate monitor; is that
18  correct?
19       A.      Yes.
20       Q.      And we'll come back to that in a
21  minute.
22               The e-mail, by the way, I neglected to
23  ask you at the beginning, was sent to Breanne
24  Morrow.  And that is -- she is the 4:00 to 12:00
25  case manager?
```