Exhibit 22
Video 460 starting at 8-13am

JA0000200