Exhibit 23

Video 441 starting at 9-13am

JA0000201