# EXHIBIT 23(a)
# Screenshots of Mr. Freitag's Movement
# 9:11 to 9:16 am.



JA000201(a)



JA000201(b)



JA000201(c)



JA000201(d)



JA000201(d)



JA000201(e)



JA000201(f)



JA000201(g)



JA000201(h)



JA000201(i)



JA000201(j)



JA000201(k)



JA000201(l)