**EXHIBIT 23(m)**
**Snapshot of Officer Murphy 10:04 am**
**Observation B3**



JA000201(m)