Exhibit 24

Video 466 starting at 10-13am

JA0000202