# EXHIBIT 24(a)
# Snapshot of Officer Murphy 10:21 am
# Observation B3

JA0000202(a)



JA0000202(a)