# EXHIBIT 28

JA0000313

# Verzilli Consulting Group, Inc.
## Consulting Economists

Office Address:
411 North Broad Street
Lansdale, PA 19446

(215) 368-7797
Fax: (215) 368-9006

January 27, 2022

Jonathan Feinberg, Esquire
Kairys, Rudovsky, Messing, Feinberg, & Lin, LLP
The Cast Iron Building
Suite 501 South
718 Arch Street
Philadelphia, PA 19106

Re:   Estate of Charles Freitag, Sr.

Dear Mr. Feinberg:

The following is our analysis of the values of the losses in lifetime earning capacity (net of personal maintenance), relative to Charles Freitag. Mr. Freitag passed away on August 25, 2018.

The estimates presented are based on Civil Rights damage guidelines.

## Documents Reviewed

- Amended Complaint
- Income Tax Returns : 2015-2018
- Thrift Savings Plan 2016 Annual Statement
- Various Publications/Source Documents

## Background

Charles Freitag, Sr. was born on August 31, 1960. At the time of his death, he was 57.98 years of age, with an average statistical life expectancy of an additional 23.3 years (Life Tables, 2017 : from age 58).

Freitag001497

JA0000314

Mr. Freitag had been employed with the United States Postal Service from October, 1993 to the time of his passing. Mr. Freitag's earnings with the USPS from 2015 to 2018 were as follows:

|      |          |
|------|----------|
| 2015 | $78,980  |
| 2016 | $73,322  |
| 2017 | $61,622  |
| 2018 | $46,012  |

Mr. Freitag had been sentenced to serve in prison for a period of 6 to 12 years on August 24, 2018.

Mr. Freitag is survived by his son, Charles Freitag, Jr.

## Methodology

### Lifetime Earning Capacity

Given 1) Mr. Freitag's background/experience and 2) economic principles, we have estimated lifetime earning capacity to be $71,308 annually. This figure is based on his average earnings from 2015 to 2017.

At this time, we have presented estimates of lifetime earning capacity assuming that Mr. Freitag would have returned to his employment with the USPS, based on the following release dates:

|        |                   |
|--------|-------------------|
| Age 64 | (Serve 6 years)   |
| Age 66 | (Serve 8 years)   |
| Age 70 | (Serve 12 years)  |

### Duration of Estimates

Earning capacity is estimated to the date that Charles Freitag, Sr. would have attained 72.

This assumption, as a measure of earning capacity, considers 1) the fact that there is no mandatory retirement age in the United States, 2) that labor force participation for the older population has been increasing (Older Workers : Labor Force Trends and Career Options) and 3) data from the Journal of Forensic Economics relative to labor force participation and retirement trends.

JA0000315

Future Growth

Based on data from 1) Congressional Budget Office (Budget and Economic Outlook) and 2) research regarding USPS historical wage growth, future wage growth has been estimated to be 2.0% annually.

Personal Maintenance

Based on data from the Consumer Expenditure Survey, and available research ("Personal Consumption and Single Persons" : Journal of Forensic Economics) personal maintenance expenses have been estimated to be 37% of earnings (including un-reimbursed expenses)

Personal maintenance has been estimated consistent with the guidelines set forth in the McClinton v. White decision. That is, PA guidelines consider that personal maintenance represents the reasonable expenses for food, shelter, clothing, transportation, medical care and some recreation that enables individuals to produce income. Further, personal maintenance is not total consumption, and therefore, the net losses presented do not represent savings.

Benefits

The value of employer-provided benefits is a component of an individual's earning capacity. Mr. Freitag received employer-provided benefits with the USPS, that included health insurance and retirement contributions (FERS & TSP matching). Based on 1) information provided and 2) data from www.opm.gov, we have estimated the value of employer-provided benefits to be 27.3% of earnings.

Earning Capacity

Earning capacity may be defined as that level of income, which an individual may reasonably be expected to receive from work given that individual's age, level of educational attainment, particular skills and talents, actual earnings and work history, intentions, and the supply and demand conditions in the labor market relative to the individual's realistic employment choices. It should be noted that the realization of earning capacity (utilization of earnings) may be a function of both economic and non-economic factors and is not a measure of potential earning capacity.

Freitag001499

Discount Rate

The present values of future earnings have been estimated based on a discount rate of 3.0%. This discount rate is based on the average yield on short-term treasury securities over the past twenty years (www.treas.gov : adjusted for recent low yields), as well as forecasts provided by the Congressional Budget Office. In our opinion, this discount rate represents a reasonable rate of return for a riskless investment.

## Summary of Opinions

Based upon the methodology discussed and the information provided to date, we have estimated the loss in earning capacity (net of personal maintenance) relative to Charles Freitag, Sr., to be in the range of $116,586 to $480,595.

The opinions presented are within a reasonable degree of economic certainty. We reserve the right to revise our analysis if additional information is provided that impacts on the data and assumptions utilized.

The following pages are detailed summary tables of the estimates. If you have any questions, please contact us.

Sincerely,

Andrew C. Verzilli, M.B.A.

Freitag001500

**Joseph Freitag, Sr.**

**Table 1 : Loss in Earning Capacity : Ages 64 to 72**

| | | | |
|---|---|---|---|
| PV : Future Earning Capacity | $ | 532,220 | [$71,308 Annually : Age 64] |
| Less Personal Maintenance | $ | (196,922) | [37% of Earnings] |
| Loss in Employer-Benefits | $ | 145,296 | [27.3% of Earnings] |
| **Total Future Loss** | **$** | **480,595** | |

Freitag001501

JA0000318

**Joseph Freitag, Sr.**

**Table 2 : Loss in Earning Capacity : Ages 66 to 72**

| | | | |
|---|---|---|---|
| PV : Future Earning Capacity | $ | 395,168 | [$71,308 Annually : Age 66] |
| Less Personal Maintenance | $ | (146,212) | [37% of Earnings] |
| Loss in Employer-Benefits | $ | 107,881 | [27.3% of Earnings] |
| **Total Future Loss** | **$** | **356,836** | |

Freitag001502

**Joseph Freitag, Sr.**

**Table 3 : Loss in Earning Capacity : Ages 70 to 72**

| | | | |
|---|---|---|---|
| PV : Future Earning Capacity | $ | 129,110 | [$71,308 Annually : Age 70] |
| Less Personal Maintenance | $ | (47,771) | [37% of Earnings] |
| Loss in Employer-Benefits | $ | 35,247 | [27.3% of Earnings] |
| **Total Future Loss** | $ | **116,586** | |

Freitag001503

JA0000320

# Verzilli Consulting Group, Inc.
## Consulting Economists

Office Address:
411 North Broad Street
Lansdale,  PA 19446

## Rule 26 Disclosure

Re: Joseph Frietag, Sr.

- Fee for Preparation of Economic Report $300 per hour

- Fee for Trial Testimony $1,950 per day

- Fee for Deposition Testimony $350 per hour

- CV/Testimony List See Attached

# ANDREW C. VERZILLI, M.B.A
## CURRICULUM VITAE

411 North Broad Street
Lansdale, PA 19446

Office: (215) 368-7797
Email: andrew.verzilli@gmail.com

## Education

December 1991     **Master's Degree in Business Administration**
La Salle University, Philadelphia, PA
Major: Finance

June 1988     **Bachelor of Science Degree in Business Administration**
Drexel University, Philadelphia, PA
Majors: Economics & Management of Information Systems

## Experience

**Verzilli Consulting Group, Inc./ Verzilli & Verzilli and Consultants, Inc. (Andrew G.
Verzilli, Ph.D. & Associates : June 1988 to Present)**
**Principal & Economist (June 1994 to Present)**

- Provide economic and financial analysis in the preparation of reports for litigation in various jurisdictions involving:
  - Earning Capacity Estimates
  - Business Valuations
  - Statistical Analysis
  - Pension Valuations
  - Structured Settlement Valuations
  - Medical Care Costs
- Provide economic and financial analysis for small businesses and municipalities
- Provide Analysis of Collective Bargaining Agreements for Townships and Police Organizations
- Expert testimony has been provided in State and Federal courts, including the following jurisdictions:
  - Federal District Courts:
    - Eastern/Middle District of PA, District of NJ, Eastern/Southern District of NY, West Palm Beach FL, Orlando FL, Southern District of OH, Southern District of IN,

Freitag001505

JA0000322

District of Maryland, District of Arizona, and Western District of NC.

- Various Commonwealth Courts in Pennsylvania:
  - Adams County, Allegheny County, Beaver County, Berks County, Bucks County, Cambria County, Carbon County, Centre County, Chester County, Dauphin County, Delaware County, Erie County, Fayette County, Franklin County, Kent County, Lackawanna County, Lancaster County, Lehigh County, Luzerne County, Lycoming County, Monroe County, Montgomery County, Northampton County, Northumberland County, Philadelphia County, Potter County, Susquehanna County, Washington County, Wyoming County, York County.
- Various Commonwealth Courts in New Jersey:
  - Atlantic County, Burlington County, Camden County, Gloucester County, Jersey City, Mercer County, Middlesex County, Monmouth County, Morris County.
- Other Commonwealth Courts:
  - City of Norfolk, VA; Fairfield County, CT; Kings County, NY; Linn County, IA; Monroe County, IA; Maricopa County, AZ; Montgomery County, MD; New Castle County, DE; New York County, NY; Norfolk, VA; Sussex County, DE.

## Teaching

**Drexel University, Department of Economics**
 **Adjunct Instructor (January 1992 to April 1999)**

- Instructor in Principles of Macroeconomics and Principles of Microeconomics (Undergraduate Day & Evening College)
- Student course evaluations were consistently above the average for the Department of Economics
- Highest student course evaluations in Department of Economics for Fall Term, 1993

## Other Experience

**Andrew G. Verzilli, Ph.D. & Associates    (Philadelphia, PA)**
 *Apprentice Economic Analyst Work Manager*
 *(co-op employment through Drexel University)*
- Provided assistance and support in the preparation of economic reports involving personal earning capacity estimates for litigation in various jurisdictions. Assisted in the valuation of structured settlements and pension plans
- Coordinated business operations

Freitag001506

JA0000323

**General Services Administration   (Philadelphia, PA)**
*Assistant System Manager*
*(co-op employment through Drexel University)*
- Maintained databases for the Federal Protection and Safety Division, and assisted in the development of computer training programs for division employees
- Assisted in the development of a networked computer system for GSA. Responsible for the maintenance of mini-computer system and applications

## Research & Presentations

"Jimmynomics, Reaganomics, Georgienomics: What's Next?" (with Verzilli, A.G.; Swift, T.; Donato, C; et al.) - Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1991. Published in PEA Annual Proceedings, 1991.

"Real Interest Rates and Economic Growth: An Historical Perspective" - Paper presented at the Pennsylvania Economic Association Annual Conference, June, 1992. Published in PEA Annual Proceedings, 1992.

"Agenda for Economic Growth" (with Verzilli, A.G.; Swift, T.; Donato, C.; Collons, K; et al.) Paper presented at the Pennsylvania Economic Association Annual Conference, June, 1992. Published in PEA Annual Proceedings, 1992.

"The Effect of Tax Policy and Productivity" (with Verzilli, A.G.; Swift, T.; Donato, C; Collons, K; et al.) Paper presented at the Pennsylvania Economic Association Annual Conference, June. 1992. Published in PEA Annual Proceedings, 1992.

"Estimating Earning Capacity and Other Valuation issues – Why Use an Economist" Presentation with Verzilli, A.G.; Post & Schell Seminar, April 16, 1993 (Philadelphia, PA).

"Social Security: Who Will Pay (2000 and beyond)?" - Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1993. Published in PEA Annual Proceedings, 1993.

"Our Past Presidents Wonder: Is Clintonomics the Light at The End of the Tunnel?" (with Verzilli, A.G.; Beachel, J.; Swift, T; Collons, K; et al.) Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1993. Published in PEA Annual Proceedings, 1993.

Freitag001507

JA0000324

"The Economist Can Not Estimate the Value of Hedonic Damages" - Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1994. Published in <u>PEA Annual Proceedings</u>, 1994.

"Clintonomics – Good Morning? – Good Night? – or Good Bye" (with Verzilli, A.G.; Collons, K; Donato, C; Swift, T; et al.) Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1994. Published in <u>PEA Annual Proceedings</u>, 1994.

"Executive Compensation & Productivity – Are Executives Worth Their Salaries?" (with C. Won-Martinez) Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1994. Published in <u>PEA Annual Proceedings</u>, 1994.

"The Impact of Corporate Downsizing in The Northeast" (with C. Wong-Martinez) Presented at the PEA Conference, June, 1995.

"The Economics of Railroad Retirement Pensions" (with C. Donato) Presented at the PEA Conference, June, 1995.

"The Impact of Slander on the Profitability of a Firm" - Presented at the PEA Conference, June, 1996.

"Examining Medical & Non-Medical Experts in Civil Litigation" - Presented at the Lancaster County Bar Association, June 2001. Published in <u>The Pennsylvania Bar Institute</u>, 2001.

"Economic Issues in Pennsylvania Courts" - Presentation at the Lancaster County Bar Association, May, 2005.

"Economics in Civil Litigation" - Presented at the Bucks County Bar Association Monthly Civil Litigation Meeting, March, 2009.

"Presenting and Defending Catastrophic Injury Claims" (Presentation at the Pennsylvania Bar Institute: CLE, October, 2011. Published in <u>The Pennsylvania Bar Institute</u>, PBI No. 2011-6943.

"How Juries View Tractor Trailer Accidents" - Presented at the Pennsylvania Bar Institute: CLE, August, 2012. Published in <u>The Pennsylvania Bar Institute</u>, PBI No. 2012-7353.

Presenting as an Economic Expert at the Committee for Justice for All: CLE Seminar (April, 2017).

Freitag001508

JA0000325

"Litigating the Traumatic Brain Injury Case" - Presented at the Pennsylvania Bar Institute: CLE, March, 2019. Published in <u>The Pennsylvania Bar Institute</u>, PBI No. 2019-10689.

Guest Lecturer at Temple University, Beasley School of Law. (Advanced Trial Advocacy, September 2015-present)

## Association Membership & Non-Profit Organizations

National Association of Forensic Economics
American Economic Association

| | |
|---|---|
| Lansdale Little League | President (August, 2004 to August, 2007) |
| Cannoneers Baseball: | Trustee (2007-2011) |
| Lansdale Catholic High School | Asst. Varsity Baseball Coach (2009-2010) |

## Awards

General Services Administration Outstanding Performance (college)
General Services Administration Certificate of Achievement (college)

Freitag001509

JA0000326

| Month | Docket | Plaintiff | Court |
|---|---|---|---|
| January | 09-100-3603 | *Ulmer* | Philadelphia County, PA |
| January | 4-14-CV-00576 | *Wagner* | Lycoming County, PA |
| January | 2011-08120 | *Bracey* | Bucks County, PA |
| January | 01-C-14-040385 | *Folk* | (deposition) |
| | | | |
| February | 2015-3664 | *Howe* | Luzerne County, PA |
| February | 130700720 | *Harmon* | Philadelphia County, PA |
| February | MID-L-3642-13 | *Johnson* | (deposition) |
| February | CAM-L-1332-15 | *Budden* | (deposition) |
| February | SML-L-73-14 | *Felder* | (deposition) |
| | | | |
| March | 140900689 | *Garfunkle* | Philadelphia County, PA |
| March | L-4933-14 | *Crisp* | (deposition) |
| March | 2011-2443 | *Barbosa* | Delaware County, PA |
| March | MRS-L-1734-14 | *Mikalic* | Philadelphia County, PA |
| | | | |
| April | 2014-06810 | *Miller* | Bucks County, PA |
| April | 150702733 | *Irvin* | (deposition) |
| April | 2014-C-4032 | *Albarracin* | Lehigh County, PA |
| April | CV-2015-008437 | *Hardy* | Delaware County, PA |
| April | CAM-L-1901-14 | *Yatauro* | (deposition) |
| | | | |
| May | N12C-10-213 AML | *Parker* | (deposition) |
| May | 16-2554 | *Robonson* | (deposition) |
| May | 06-C-14-067847 | *Boyle* | (deposition) |
| | | | |
| June | 2014-C-2951 | *Davis* | Lehigh County, PA |
| June | CL-15-04801 | *Snader* | Lancaster County, PA |
| June | 2014-9763 | *Schaffner* | Luzerne County, PA |
| June | 4648-14 | *Tischler* | (deposition) |
| | | | |
| July | 160300893 | *Michalec* | Philadelphia County, PA |
| July | 16-CV-3362 | *Lichtenberger* | Lackawanna County, PA |
| July | 2012-07258 | *Pagano* | Bucks County, PA |
| July | CI-12-04140 | *Murray* | Lancaster County, PA |
| July | 2011-05029 | *Lukyanova* | Arbitration |
| July | 1:15-cv-005130YK | *Jay* | (deposition) |
| July | L-202-15 | *Taraskus* | Camden County, NJ |
| | | | |
| August | 2011-24642 | *Kaminski* | Bucks County, PA |
| August | 3:13-CV-01912-FLW-TJB | *Dunham* | (deposition) |

Freitag001510

| August | 3:13-CV-01912-FLW-TJB | *DeShong* | (deposition) |
|--------|------------------------|-----------|--------------|
| August | CV 30089 | *Baker* | (deposition) |
| August | L-798014 | *Roberts* | (deposition) |
| August | 3:CV-16-1477 | *Tarapchak* | (deposition) |
| September | 15-S-16 | *Stoner* | Adams County, PA |
| September | CV2014-052911 | *Cisneros* | (deposition) |
| September | 2011-11753 | *Zabresky* | Arbitration |
| September | L-1863-14 | *Harrison* | (deposition) |
| October | CAM-L-1901-14 | *Yatauro* | Camden County, NJ |
| October | 2011-374 C.P. | *Supancik* | Susquehanna County, PA |
| October | 160201414 | *Plumber* | Philadelphia County, PA |
| October | 16-2746 | *Blasick* | Delaware County, PA |
| October | 160603475 | *Dorsey* | Philadelphia County, PA |
| November | ATL-L-2099-15 | *Veloso* | (deposition) |
| November | 2015-11211 | *Bednarek* | Luzerne County, PA |
| November | 14-CIV-6636 | *Golden* | New York County, NY |
| December | 13-C-104175 | *Phansaithong* | (deposition) |
| December | L225-16 | *Lowe* | (deposition) |
| December | 160602865 | *Butterbaugh* | (deposition) |
| December | L-4796-13 | *Stewart* | (deposition) |

Freitag001511

JA0000328

# Testimony List for Andrew C. Verzilli, M.B.A.: 2018

| Month | Docket | Plaintiff | Court |
|---|---|---|---|
| January | 2:16-CV-04472 | *Biss* | (deposition) |
| January | 2016-002545 | *Gordon* | Delaware County, PA |
| | | | |
| February | 15C-4019 | *Pickens* | (deposition) |
| February | 5:12-06189 | *Schwartz* | (deposition) |
| February | L-005351-14 | *Abbot* | (deposition) |
| February | 2016 CIV 1881 | *Macosky* | Luzerne County, PA |
| February | 2011 CV 478 | *Arvonio* | Lackawanna County, PA |
| | | | |
| March | 150304396 | *Forte* | (deposition) |
| March | 0195 | *Coughlin* | Philadelphia County, PA |
| March | 2013-CV-2410 | *Casey* | Lackawanna County, PA |
| March | 160401238 | *Duczkowski* | (deposition) |
| March | 04219 | *Simmons* | (deposition) |
| | | | |
| April | 2014-7543 | *Mills* | Northampton County, PA |
| April | 160401238 | *Duczkowski* | Philadelphia County, PA |
| April | 04219 | *Simmons* | Philadelphia County, PA |
| April | 150304396 | *Forte* | Philadelphia County, PA |
| April | L-4427-15 | *Rad* | (deposition) |
| | | | |
| May | 16-CV1572 | *Kern* | (deposition) |
| May | ESX-L-1663-16 | *Price* | (deposition) |
| May | 00383 | *Creighton* | Philadelphia County, MD |
| May | CI-12-03765 | *Goldstein* | Lancaster County, PA |
| May | 2013-8944 | *Cragle* | Luzerne County, PA |
| | | | |
| June | 15-15591 | *Pizzuto* | Berks County, PA |
| June | 160803209 | *Demnicki* | Philadelphia County, PA |
| June | 151103681 | *Timmonds* | Philadelphia County, PA |
| June | MER-L-1863-14 | *Harrison* | Mercer County, NJ |
| June | 150702501 | *Lallo* | Philadelphia County, PA |
| June | 2016-2400 | *Nazarak* | Centre County, PA |
| June | 2016-2317 | *Mihalacki* | Cambria County, PA |
| June | 1S00068440 | *Pires* | (deposition) |
| | | | |
| July | 2:16-CV-02868 | *Thompson* | (deposition) |
| July | FST-CV-16-6029461-S | *Amparo* | (deposition) |
| July | 4502 CIVIL 2009 | *Warters* | Monroe County, PA |
| July | SOM-L-1269-15 | *Jalan* | (deposition) |
| July | CIV. No. ELH-17-804 | *HV Baptist Church* | (deposition) |
| July | 15 CV 850 | *Trudnak* | Lackawanna County, PA |

Freitag001512

| August | 2015-25238 | *Alizadehtazi* | Montgomery County, PA |
|--------|------------|----------------|------------------------|
| August | 2016-CV-7032MM | *Webb* | Cambria County, PA |
| | | | |
| September | 12-001458 | *Cork* | Delaware County, PA |
| September | 1:16-CV-03937-JKB | *Logue* | (deposition) |
| September | 2017-03157 | *Rothenbecker* | Luzerne County, PA |
| September | 15-07651 | *White* | Chester County, PA |
| | | | |
| October | 2013-15159; 2013-16676 | *Griffin* | Montgomery County, PA |
| October | 2013-6858 | *Nilles* | Luzerne County, PA |
| October | C.A. No. 17-133 (JFB/SRF) | *Bryson & Connelly* | (deposition) |
| October | 15-009603 | *Madara* | Delaware County, PA |
| | | | |
| November | 2014-06989 | *Patel* | Bucks County, PA |
| November | 3:17-CV-1096-BRM-LHG | *Ning* | Federal Court, NJ |
| November | 2016-00120 | *Johnson* | Montgomery County, PA |
| | | | |
| December | CAM-L-3973-16 | *Marino* | (deposition) |
| December | 2016-05187 | *Jackson* | Luzerne County, PA |

Freitag001513

JA0000330

| Month | Docket | Plaintiff | Court |
|-------|--------|-----------|-------|
| January | LAC086879 | *Stevens* | (deposition) |
| January | 2016-005797 | *Smith* | Delaware County, PA |
| January | 2:18-cv-00702 | *Holly* | (deposition) |
| January | 217-2016-CV-00144 | *Martin/Markland* | (deposition) |
| | | | |
| February | 6515 of 2016 | *Nikisher* | Luzerne County, PA |
| February | CAM-L-1346-15 | *Olson* | (deposition) |
| February | 1703-003692 | *Johnson* | Philadelphia County, PA |
| February | 1607-00671 | *Savo* | Philadelphia County, PA |
| | | | |
| March | 14 CV 1488 | *Kochis* | Lackawanna County, PA |
| March | L-3957-14 | *Johnson* | (deposition) |
| March | 1:18-cv-01014 | *Warner* | (deposition) |
| March | 426387-V | *Bent* | (deposition) |
| March | 1609-00082 | *Deleso* | Philadelphia County, PA |
| | | | |
| April | 14-000179 | *Costello* | Luzerne County, PA |
| April | 1704-03305 | *Long* | Philadelphia County, PA |
| April | 3:16-CV-00412-RDM | *Mercurio* | Middle District, PA |
| April | CV2016-054532 | *Holderead* | (deposition) |
| April | FST-CV-16-6029461-S | *Amparo* | Fairfield County, CT |
| | | | |
| May | 1610-03086 | *Sullivan* | Philadelphia County, PA |
| May | 426387-V | *Bent* | Montgomery County, MD |
| May | MRS-L-2476-16 | *Nemec* | Morris County, NJ |
| May | 18-CV-00341 | *Robinson* | (deposition) |
| May | C0048-CV-2014-11272 | *Stallard* | Northampton County, PA |
| | | | |
| June | DC-002196-19 | *Czarnecki* | (deposition) |
| June | 2:17-CV-13664-CCC-JBC | *Mohammed* | (deposition) |
| | | | |
| July | LACV086879 | *Stevens* | Linn County, IA |
| July | 1507-02501 | *Lallo* | Philadelphia County, PA |
| | | | |
| August | 2015-08383 | *Yabut* | Bucks County, PA |
| August | 2015-07319 | *DiStefano* | Bucks County, PA |
| August | 18-CV-03520 | *Diawara* | (deposition) |
| August | CAM-L-3353-17 | *Streater* | Camden County, NJ |
| August | L-3008-17 | *Ruiz* | (deposition) |
| | | | |
| September | 1709-0787 | *Miller* | Philadelphia County, PA |
| September | CL-185309-00 | *Harlan* | City of Norfolk, VA |
| September | 2017-02258 | *Steinhauser* | Montgomery County, PA |
| September | 2017-C-3130 | *Wagstaff* | Lehigh County, PA |

Freitag001514

# Testimony List for Andrew C. Verzilli, M.B.A.: 2019

| Month | Case Number | Name | Location |
|---|---|---|---|
| September | 1367-CV-2011 | *Dogan* | Monroe County, PA |
| October | 2011-33055 | *Wilson* | Montgomery County, PA |
| October | CAM-L-2218-17 | *Mills* | (deposition) |
| October | 1711-2322 | *Marcantonio* | Philadelphia County, PA |
| October | 17-CV-00052 | *Hollander* | (deposition) |
| October | CAM-L-1222-17 | *O'Connell* | Camden County, NJ |
| November | 1806-00712 | *McGee* | Philadelphia County, PA |
| November | 3:18-cv-00171 (VLB) | *Trifiletti* | (deposition) |
| December | 83-cv-2018 | *Kanyuck* | Monroe County, PA |
| December | 1612-2392 | *Allen* | Philadelphia County, PA |
| December | 2:17-CV-04612-PHX-GMS | *Jones* | (deposition) |

Freitag001515

| Month | Docket | Plaintiff | Court |
|---|---|---|---|
| January | 180301039 | *Avent* | Philadelphia County, PA |
| January | 2:15-cv-02713-SDW-LDW | *Trzaska* | (deposition) |
| January | CV13-3545 | *Grosso* | USDC EDNY |
| | | | |
| February | 2016-7556 | *Rafferty* | Delaware County, PA |
| February | CL16000388-00 | *Ewing* | (deposition) |
| February | 18-CV-4996 | *Kowalski* | Lackawanna County, PA |
| February | 01-CV-2018-9018080.00 | *Powell* | (deposition) |
| | | | |
| March | 466413-V | *Moran* | (deposition) |
| March | 2011-SU-001971-82 | *Santana-Vazquez* | York County, PA |
| | | | |
| May | MID-L-002997-17 | *Malucelli* | (deposition) |
| | | | |
| June | CAM-L-4269-17 | *Clark* | (deposition) |
| June | L-1203-17 | *Montenegro* | (deposition) |
| | | | |
| September | 2016-09769-TT | *Pennock* | Chester County, PA |
| September | 3:18-cv-197-RJC | *Rhyne* | USDC WDNC |
| September | 53C01-1604-CT-000790 | *Gill* | (deposition) |
| | | | |
| October | 18 CV 930 | *Loomis* | Lackawanna County, PA |
| October | 2:19-cv-04266-GJP | *Dean* | (deposition) |
| October | 885 of 2016 | *Kletcho* | Fayette County, PA |
| October | 18 CV 3284 | *Cunney* | (deposition) |
| October | 12CV000283 | *Mudra* | Bradford County, PA |
| | | | |
| November | 1:17-cv-910-GLR | *ARIEL Synagogue* | USDC District of MD |
| November | 2017-07608-MJ | *McClintock* | Chester County, PA |
| November | L-372-17 | *Decker* | (deposition) |
| November | MID-L-001470-17 | *Kent* | (deposition) |

Freitag001516

JA0000333

# Testimony List for Andrew C. Verzilli, M.B.A.: 2021

| Month | Docket | Plaintiff | Court |
|---|---|---|---|
| February | CAM-L-001661-18 | *Dietl* | (deposition) |
| February | GLO-L-00493-19 | *Campbell* | (deposition) |
| | | | |
| March | 18-CV-03520 | *Diawara* | USDC EDPA |
| March | 2018-10279 | *Reed* | Chester County, PA |
| | | | |
| April | 5:19-CV-05292-JFL | *McMahon* | (deposition) |
| April | 16-01959 | *Grieco* | (deposition) |
| April | N17C-02-236 VLM | *Permint* | (deposition) |
| | | | |
| May | CV2018-051819 | *Devore* | (deposition) |
| May | 3:19-cv-20567 | *Hatchett* | (deposition) |
| May | 2018 CV 8679 | *Traynor* | Dauphin County, PA |
| May | MON-L-4531-17 | *Kwon* | (deposition) |
| May | 1705 04655 | *Woodall* | Philadelphia County, PA |
| May | 1710 02728 | *Estwick* | Philadelphia County, PA |
| | | | |
| June | 1705 00721 | *Yasovsky* | Philadelphia County, PA |
| June | 1:18-cv-1536 | *Plunkard* | USDC MDPA |
| June | 1805 00769 | *Yoder* | Philadelphia County, PA |
| June | 1601 01221 | *Dearden* | Philadelphia County, PA |
| June | ESX-L-2221-19 | *Rider* | (deposition) |
| | | | |
| July | 3:15-cv-02443 | *Davis Javitz* | USDC MDPA |
| July | ATL-L-000425-18 | *Playo* | (deposition) |
| July | N19C-05-080 VLM | *Papillo* | (deposition) |
| | | | |
| August | 2:20-cv-03000 | *Kissinger* | USDC EDPA |
| August | 2011-374 C.P. | *Supancik* | Susquehanna County, PA |
| August | 1708 03246 | *Meszaros* | Philadelphia County, PA |
| August | 480810-V | *Bortz* | (deposition) |
| August | ATL-L-0065-19 | *Buonanno* | (deposition) |
| | | | |
| September | 2020-01267-PL | *Weaver* | Chester County, PA |
| September | ESX-L-8656-17 | *McGaheran* | (deposition) |
| September | 2018-59866 | *Phan-Kramer* | First Judicial District of PA |
| September | MON-L-3240-17 | *Merritt* | (deposition) |
| | | | |
| October | 1710-3536 | *Garced* | Philadelphia County, PA |
| October | 3:20-cv-00087-RDM | *Jacob* | (deposition) |

Freitag001517

| November | HNT-L-272-18 | *Middleton* | (deposition) |
| November | ATL-L-000481-19 | *Kancy* | (deposition) |
| November | 2:19-cv-01539 | *Ralston* | (deposition) |

Freitag001518

JA0000335