# EXHIBIT 29

JA0000336

| | | | |
|---|---|---|---|
| **Booking #:** 2018003096 | **PERM RELEASE** | **Name:** FREITAG, CHARLES JOSEPH | |
| **SSN:** 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 | **Sex:** M | **Race:** WHITE | **DOB:** 08/31/1960 |

**Case Note By:** KIMBROUGH, ARA      **On:** 08/24/18 15:54
     **Category:** SCI MEDS AND 7X      **Sub-Category:**      **Location:**
     **Note:**

**Case Note By:** PAWLING, ERIC      **On:** 07/31/18 13:14
     **Category:** CASE NOTE      **Sub-Category:** BCCF      **Location:**
     **Note:** Review
         He is set for sentencing on 8/24. He is under the care of MH. He is under the care of medical. He is currently in AM. He is reporting no other program or treatment involvement. He is reporting no issues on this module. He is requesting no services.
         Follow up after sentencing.

**Case Note By:** HUTT, JOSHUA      **On:** 07/11/18 14:55
     **Category:** CASE NOTE      **Sub-Category:** BCCF      **Location:**
     **Note:** Program Request
         He is requesting AM.
         Referral sent to IS.

**Case Note By:** VALIANT, JOHN JR      **On:** 07/03/18 09:48
     **Category:** CASE NOTE      **Sub-Category:**      **Location:**
     **Note:** Review and PIT
         Waiting for sentencing 8/24, under the care of Mental Health
         Final Outcome: Low
         Score: 1.00 (Criminal Attitudes and Behavioral Patterns), 1.00 (Criminal History), 0.00 (Education, Employment, and Financial Situation), 3.00 (Family and Social Support), 1.00 (Substance Abuse and Mental Health), 6.00 (Total Score)
         Review in 30 days

**Case Note By:** HUTT, JOSHUA      **On:** 06/07/18 13:26
     **Category:** CASE NOTE      **Sub-Category:** BCCF      **Location:**
     **Note:** D: Review - New to E Module
         A: He is now only on Level 3 watch. He is here on an Agg Asslt case, sentencing deferred for PSI; NCD - Sentencing 8/24/2018. He is asking for a visitor list; one was provided. He reports no issue on the module. He makes no other requests.
         P: Review in 30 days. Will need a PIT.

**Case Note By:** BROOKINS, VASHIR      **On:** 06/05/18 11:13
     **Category:** CASE NOTE      **Sub-Category:** BCCF      **Location:**
     **Note:** New Commit to G-mod
         IM is currently housed on G-mod on level 2 watch. He is currently held on an Agg Assault case with bail revoked and sentencing deferred pending a PSI. IM states no issues on the mod. He states that he did not get an indigent kit. PREA review completed. IM oriented. No services requested at this time.
         Review as needed. Attempt to address indigent kit issue.

**Case Note By:** LEE, ERIC      **On:** 06/04/18 19:36
     **Category:** CASE NOTE      **Sub-Category:** BCCF INTAKE CLASSIFICATION      **Location:**

**Note:** D - New commit.
A -= SWM, age: 57, currently employed. I/m is here for Agg Asslt; #18-0010; bail revoked; sentence deferred for PSI. JNET - no record found. Claims occ alcohol usage; LRU approx. 1-2 weeks ago. Claims no drug usage. Claims HBP; takes Lisinopril. Claims no other med issues. Claims depression; takes Lexapro. Claims suicide attempts in Sept 2017, Aug 2017. Claims no current SI issues. Placed on Level 2 per medical. Signed consent, phone call offered. PREA completed. Pst = moderate/high. PY114UE. Directed to take handbook/PREA. G-17 B.
p - Offered phone call. PREA completed. PST = moderate/high. PY114UE. G-17 B.

**Total Notes For Selected Booking: 7**