# EXHIBIT 30

JA0000339



AGBCC-0000444

JA0000340