# EXHIBIT 31

JA0000341

| | BUCKS COUNTY DEPARTMENT OF CORRECTIONS STANDARD OPERATING PROCEDURES AND GUIDELINES | | |
|---|---|---|---|
| Title: | Treatment Services | | |
| Section: | B-4.54 | Applicability: | Correctional Facility |
| Policy/Document Cross Reference: | | | |
| Promulgating Department: | | Correctional Facility – Inmate Services | |
| Effective Date: | 1/1/2003 | Review Date: | |
| | | Revision Date: | 4/23/2007<br>5/13/2009<br>3/9/2015<br>1/24/2017<br>1/1/2018 |
| Authority: | Director | | |
| Related Statutes and/or Standards: | | PA Title 37: | 95.243 |
| | | ACA: | N/A |

## Policy

The purpose of this policy is to ensure that counseling and treatment services are available to the inmate population. Case Managers and their Supervisors from the Inmate Services Department will minimally provide individual counseling, case planning, crisis intervention, housing assignments, classification, legal reviews and re-entry planning. (95.243.1.i)(95.243.1.ii)(95.243.2.i-iv)

Other primary assessment and treatment components include in-house Drug and Alcohol Services, Mental Health treatment and intervention provided by a licensed contractor, Medical Care provided by a licensed contractor and Adult Basic Education classes provided by Vita Education Services. (95.243.1.ii)(95.243.1.iii)(95.243.2.i-iv)(95.243.7)

## Procedure

1. At admission an initial screening will be completed by reception staff, case managers and health care providers to determine medical and mental stability, identify immediate personal issues and obtain emergency contact information. All new commitments/Mittimus are reviewed by the Public Defender's Office to determine representation. (95.243.4)

2. Following the initial classification upon admission, treatment assessment plans to address identified immediate needs will be developed by case managers for all inmates within three business days. Treatment planning is interactive, with both case managers and offenders

Page 1 of 3

*participating in the development of the plan. (95.243.5)*

3. *If indicated by the outcome of the ORAS-PST (Ohio Risk Assessment System- Prison Screening Tool) which is completed at admission, an ORAS- PIT (Prison Intake Tool) will be used thirty days after admission to identify individual treatment needs and determine additional recommended services. (95.243.6)*

4. *Case plans are reviewed every month and updated as needed. Case Management Supervisors conduct random reviews of subordinate case plans for quality assurance. (95.243.6)*

5. *Un-sentenced inmates have the right to refuse treatment without qualification. Sentenced inmates may refuse medical and/or mental health treatment, but may be required (court ordered) to participate in **behavioral health** treatment (e.g. Anger Management, Sex Offender Treatment, Drug and Alcohol group, Personal Decision Making etc.). (95.243.8)*

6. *A referral system is in place for inmates requiring intervention from one of our primary treatment providers – Mental Health, Drug and Alcohol, Medical and Adult Basic Education. The number of treatment hours per week varies based on identified needs.  Treatment hours are documented.(95.243.1.iv)*

7. *Treatment services are provided by individuals who are certified, licensed or trained to provide programming.  These individuals are employed by the facility, under contract to the facility or work in a volunteer capacity. (95.243.3)*

8. *Volunteers in a helping capacity will receive proper orientation from Inmate Services staff, and will be issued a Volunteer Handbook prior to any contact with inmates.  A criminal background check on all Volunteers will be conducted as well.* **(refer to Volunteer Handbook).**

9. *Treatment access and services are available to all offenders regardless of gender, race, religion, national origin or disability.  Services provided to male and female offenders will be similar in scope, concept, content and orientation. (95.243.9)*

10. *Other treatment services include the following: (95.243.1.ii)(95.243.2.i-iv)*

COUNSELING AND TREATMENT SERVICES PROVIDED BY STAFF

- correctional counseling
- inmate work programs
- anger management
- chaplain services
- computer assisted literacy
- victim empathy training

- joint participation councils
- library/law library services
- sex offender treatment
- school age youth program
- jobs readiness training

Section B-4.54

COUNSELING AND TREATMENT SERVICES PROVIDED BY VOLUNTEERS

- personal decision making
- alcoholics anonymous
- narcotics anonymous
- Catholic Mass
- choice theory
- non denominational services

- Life Abundant Ministry
- Literacy Tutoring & ESL
- 12 Step programs for men and women
- counseling for abused women
- religious counseling
- bible study