# EXHIBIT 32

JA0000345

INMATE REGULAR MONITOR FORM

**EXHIBIT P-9**

Inmate's Name: FREITAG (Last), CHARLES (First)   BCCF No. 125635

Today's Date 8·25·18   Module/Cell B-3

Type of Watch WC3 MH   Officer Assigning CMHS   Start Date 8·24·18

REGULAR (Physical checks not to exceed every 15 minutes)
Officer:   10x6 _____   6x2 YOUNG   2x10 _____
Monitor:   10x6 RUFFING   6x2 CALDWELL B-15   2x10 THUS

CODE FOR INMATE BEHAVIOR

A. Self-Injurious Behavior (notify staff immed.)
B. Assaultive Behavior (notify staff immed.)
C. Destructive Behavior (notify staff immed.)
D. Medication
E. Toilet/Shower
F. Sleeping
G. Eating
H. Crying
I. Yelling/Screaming
J. Telephone Call
K. Off Unit (note where)
L. In Cell (note activity)
M. Out of Cell on Unit (note activity)
N. Talking With _____ (fill in)
O. Other _____

| Time | Codes and Description | Inmate Initials |
|---|---|---|
| 10:00 | LN - cell meal | VR |
| 15 | LF | VR |
| 30 | LF | VR |
| 45 | LF | VR |
| 11:00 | LF | VR |
| 15 | LF | VR |
| 30 | LF | VR |
| 45 | LF | VR |
| 12:00 | LF | VR |
| 15 | LF | VR |
| 30 | LF | VR |
| 45 | LF | VR |
| 1:00 | LF | VR |
| 15 | LF | VR |
| 30 | LF | VR |
| 45 | LF | VR |
| 2:00 | LF | VR |
| 15 | LF | VR |
| 30 | LF | VR |
| 45 | LF | VR |
| 3:00 | LF | VR |
| 15 | LF | VR |
| 30 | LF | VR |
| 45 | LF | VR |
| 4:00 | LF | VR |
| 15 | LF | VR |
| 30 | LF | VR |
| 45 | LF | VR |
| 5:00 | LF | VR |
| 15 | LF | VR |
| 30 | LF | VR |
| 45 | LF | VR |
| 6:00 | LF | HC |
| 15 | LF | HC |
| 30 | LF | HC |
| 45 | LF | HC |
| 00 | LF | HC |
| 15 | LG | HC |
| 30 | LG | HC |
| 45 | LG | HC |

AGBCC-0000185

JA0000346

| Time | Codes and Description | Inmate Initials |
|---|---|---|
| 8 00 | LF | HC |
| 15 | LF | LHC |
| 30 | LF | LHC |
| 45 | LF | HC |
| 9 00 | LF | HC |
| 15 | LF | HC |
| 30 | LF | HC |
| 45 | LF | LHC |
| 10 00 | LF | HC |
| 15 | LF | HC |
| 30 | LF | HC |
| 45 | LF | HC |
| 11 00 | | HC |
| 15 | | HC |
| 30 | | HC |
| 45 | | HC |
| 12 00 | | HC |
| 15 | | HC |
| 30 | | HC |
| 45 | | HC |
| 1 00 | | HC |
| 15 | | HC |
| 30 | | HC |
| 45 | | HC |
| 2 00 | | |
| 15 | | |
| 30 | | |
| 45 | | |
| 3 00 | | |
| 15 | | |
| 30 | | |
| 45 | | |
| 00 | | |
| 15 | | |
| 30 | | |
| 45 | | |
| 00 | | |
| 15 | | |
| 30 | | |
| 45 | | |
| 00 | | |
| 15 | | |
| 30 | | |
| 45 | | |
| 00 | | |
| 15 | | |
| 30 | | |
| 45 | | |
| 00 | | |
| 15 | | |
| 30 | | |
| 45 | | |

B.3

Supervisor Signature and Time: 10x6 __Lynn  0410 HRS.__ 6x2 _____

BCCF 228 (Rev. 09/16)

2x10 _____

AGBCC-0000186

JA0000347