# EXHIBIT 33

JA0000348



# County of Bucks
## DEPARTMENT OF CORRECTIONS
### INCIDENT REPORT



**EXHIBIT P-10**

**TO** : **DIRECTOR CHRIS PIROLLI**

**FROM** : **FRANK T. BOCHENEK**

**DATE** : **10-24-2019**

**INCIDENT:** **PCM AUDIT REVIEW OF RECENT INMATE CASES**

On Wednesday 10-23-2019, I met with Mr. Lindsay Hayes, Emily Scordellis and Dr. Abbey Cassidy in reference to three recent inmate suicides in BCCF. In one case a question was raised in reference to an inmate being put on a "watch" and what steps took place.

The incident involved Inmate Freitag housed in "B" Module. The circumstances are summarized as follows; Inmate Freitag was sentenced on a Friday afternoon to a lengthy State Facility Confinement. Deputy Warden of Security notified case management to have the inmate unlocked and placed on a level 3 CMHS regular watch with observation. A case management supervisor entered the alert into the OMS system and requested an afternoon case manager to notify the module officers. On the next day, Saturday, Inmate Freitag committed suicide in his assigned cell while his cell mate was not in the cell.

The question was did the investigator look into the watch issue and check with the module officers to see if the watch was put into place.

Investigators did not look into the issue. The focus was on the suicide incident gathering evidence, photographs, obtaining video and interviews with staff and inmates while assisting Bucks County Detectives who were requested to respond.

The OMS entry showed Inmate Freitag being placed on the watch at about 1500 hours on that Friday. The Case Manager Supervisor made the entry and assigned a case manager to notify the module officers of the inmate status.

In a follow up investigation it was learned there was no level 3 watch sheet prepared. In reviewing the video there was no inmate monitor observed checking on the inmate. It was observed that the cell assigned to Inmate Freitag was unlocked allowing Inmate Freitag to leave his cell. The Case Manager assigned to make the notification to the module officers was interviewed and specifically does not recall calling the module or who received the call. The Case Manager believes they did call the module. The assigned module officers were not available for an interview. Seeing the cell door unlocked would give validity that a call was made as the inmate was removed from locked status.

In future incidents a review of watch status will be conducted by investigations as a routine to determine if the procedures were followed. It is also recommended that when an inmate is placed on a watch that an entry be made into the inmate notebook by the case manager stating the status of the inmate, what level and what type of watch is issued, the date and time and the name of the module officer who was contacted by the Case Manager.

Respectfully Submitted
Frank T. Bochenek