# EXHIBIT 34

JA0000350



# Bucks County Department of Corrections
## 1730 Easton Road, Doylestown, PA 18901
## Special Investigation Unit
## Supplemental Report



| Date of Report: 08/25/2018 | Day: Saturday | Investigator: DiSandro | | ORI#: | Incident #: 18-386-48 |
|---|---|---|---|---|---|
| Source of Call: Referred | | Date and Time of Incident: 08/25/2018 | | Case Status: Closed | |
| Crime or Incident: Suicide | | | Location of Incident – Address/Module: BCCF – B3 | | |

**EXHIBIT P-12**

**Summary:**

On August 25, 2018 at approximately 1420 hours I was present during the interview of IM ROBERT MONACELLI #109967. The interview was conducted by Bucks County Detectives, Dave Hanks and Michael Walp. MONACELLI, who is lodged in B-10, alerted the Corrections Officers about what he observed when he looked inside the cell. He stated that he walked by the cell and saw IM FREITAG laying on the bed and bleeding. He went to the officers and told them. Nothing more to add.

At approximately 1430 hours IM KUNZMANN #125100 was interviewed. He was lodged in B-1. He stated that he and FREITAG had become "good friends". He told him about the sentence he received when he went to court. According to KUNZMANN the sentence of 6 – 12 years in the state devastated him. He admitted to what he did in open court, hoping to get lenience and instead received the state sentence. In their conversations FREITAG mentioned that he had been depressed, was in a mental facility, and attempted to commit suicide before, by cutting his wrists. However, this incident surprised KUNZMANN, he did not give the impression that he was even thinking about killing himself.

He was asked to explain about the plastic cups and he stated that they each get one from commissary. They had an extra one because it was borrowed from someone else. He went out to yard and FREITAG told him he was tired and was going to stay behind and go to sleep. When the officers responded to the incident he walked by and saw the large amount of blood "was everywhere". KUNZMANN had nothing more to add.

APD

| Date: 08/29/2018 | Officer Signature: Anthony DiSandro | Page 1 of 1 |
|---|---|---|

CONFIDENTIAL

AGBCC-0000193

JA0000351