# EXHIBIT 35

JA0000352




# Bucks County Department of Corrections
## 1730 Easton Road, Doylestown, PA 18901
### Special Investigation Unit
### Supplemental Report

| Date of Report: 08-28-2018 | Day: Tuesday | Investigator: Bochenek, Frank T. | ORI#: | Incident #: 18-386-48 |
|---|---|---|---|---|
| Source of Call: Referred | Date and Time of Incident: 08-25-2018 / 1057 hours | | Case Status: closed | |
| Crime or Incident: Inmate Suicide in cell | | Location of Incident – Address/Module: BCCF "B" Module cell #3 | | |

**EXHIBIT P-13**

**Summary:**

On Saturday August 25, 2018 at 1057 hours, Corrections Officer Robert Moody responded to cell B-3 where another inmate housed in "B" Module reported seeing an inmate covered in blood. CO Moody requested his partner CO Robert Young call a medical emergency and have other staff respond.

This Investigator, Director Christopher Pirolli, Warden Paul Lagana, Deputy Warden Cliff Mitchell, Assistant Warden Lil Budd and CMHS Director Abbey Cassidy responded and we entered "B" Module. The module was locked down and the inmates assigned to "B" Module were taken to the Multi-Purpose Room/Gym Room while the incident was investigated.

Upon my arrival I observed that Inmate Charles FREITAG was lying on the dayroom floor outside of cell #3 and he was covered by a white blanket. Lt. Bahlaj was the supervisor on site and relayed basically that morning medication was provided to the inmates including IM FREITAG at about 0915 hours. It was learned that after morning medication IM FREITAG returned to his cell and remained inside. We were advised that Paramedics from Warrington Ambulance and Central Bucks Ambulance responded to the scene. At 1119 hours Inmate Charles FREITAG was pronounced deceased by Paramedics.

Bucks County Detectives David Hanks and Michael Walp arrived. Video recordings of the module were reviewed. The videos do reveal that IM FREITAG received his medication at 0916 hours. IM FREITAG returns to his cell. From that point until 1055:56 hours no other person entered cell #3. An inmate from cell #4 was walking past cell #3 and looked into the cell, then notified the Officer.

The video recordings will be copied and placed into a file in the electric case file for further review if needed. Investigator Daniel Onisick arrived and the investigation was turned over to him to assist the Bucks County Detectives and interview staff and inmates.

| Date: 08-28-2018 | Officer Signature: Frank T. Bochenek, Chief Investigator | |
|---|---|---|

Page [APG] of [ANP]

AGBCC-0000196

JA0000353