# EXHIBIT 36

JA0000354

# County of Bucks
## DEPARTMENT OF CORRECTIONS
### Memorandum



EXHIBIT
P-14

To: Lt Bahlaj
From: ofc J Young
Date: 8-25-18
Subject: Medical Emergency Bravo

On August 25, 2018, I ofc J. Young was working Bravo module with ofc Moody. At or around 10:55 ofc Moody advised me to call medical emergency for I/m Freitag, Charles #125635 housed in Bravo 3 cell. I called housing to call medical emergency Bravo. Both medical staff + fellow officers responded, I opened the door + directed them to cell 3, where rescue efforts began. NFI

ofc J Young

DOC/208-04

AGBCC-0000114

JA0000355