# EXHIBIT 37

JA0000356

# County of Bucks
### DEPARTMENT OF CORRECTIONS
## Memorandum


**EXHIBIT P-15**

**To** : Lt. Bahley
**From** : Ofc. R. Moody
**Date** : 8-25-2018
**Subject** : Medical Emergency Bravo

On August 25, 2018 I returned from break roughly 10:40-10:45 and was stationed at the officers podium. At roughly 10:55 I/m Monacelli, Robert #109967 walked near Bravo 3 cell and stated that the inmate in the cell was covered in blood. I opened 3 cell and I/m Freitag, Charles #125635 was on his knees with his head and chest on the bottom bunk. I told Ofc. Young to call a medical emergency. Fellow officers and supervisors responded with medical staff. Rescue efforts began including CPR. I began locking the unit. I then assisted in pulling I/m Freitag out of Bravo 3 cell and into the dayroom. Rescue efforts continued and outside medical staff responded via ambulance.

Nothing further

AGBCC-0000115

JA0000357