# EXHIBIT 39

JA0000367

REDACTED

# Christina Penge, MS, LPC

## EXPERIENCE

- Supervision
- Customer Service, with conflict resolution
- Policy Creation along with form creation
- Clinical Documentation, in all level of Cares
- Therapeutic Services, in all level of cares across age groups, and diagnostic populations
- Forensic and medical environment experience
- Business Networking, with public relations, and marketing
- Experience in Nonprofit and For Profit Companies
- Can work as a team player and individual as well
- Providing Outpatient Services since 2016

## EMPLOYERS

**Kolmac Recovery, Yardley, PA** — *Assistant Clinical Director*

SEPTEMBER 2020-PRESENT

**Thriveworks, Bensalem, PA** — *Licensed Professional Counselor*

MAY 2020 - PRESENT

**Gaudenzia Inc., Bristol, PA** — *Intake Supervisor/Assessor*

JANUARY 2020 - SEPTEMBER 2020

**Progressions, Trevose, PA** — *Full Time BSC*

AUGUST 2019- JANUARY 2020

**All in Behavioral Health, Willow Grove, PA** — *Addictions PHP Therapist*

MARCH 2019- MAY 2019

**Prime Care, Bucks County Correctional Facility, Doylestown, PA** — *Correctional Mental Health Counselor*

APRIL 2018- MARCH 2019

**Onward Behavioral Health, Lansdale, PA** — *Adolescent IOP Therapist*

AUGUST 2017- APRIL 2018

**Foundations Behavioral Health, Doylestown, PA** — *Lead Admissions Coordinator*

NOVEMBER 2008- MARCH 2016

CONFIDENTIAL

EXHIBIT P-17

PCM01271

JA0000368

## EDUCATION

**American Public University, Charles Town, WV** — *Biology, BS*

MAY 2020 - Present, Online

**Philadelphia College of Osteopathic Medicine, Philadelphia, PA** — *Counseling and Clinical Health Psychology, MS*

Forensic Speciality

AUGUST 2005 - JULY 2007, Philadelphia, PA

**Pennsylvania State University, State College, PA** — *Psychology, BS*

Biological Science Speciality

AUGUST 2001 - JUNE 2005, Main Campus

## LICENSES/CERTIFICATIONS

**Licensed Professional Counselor, Harrisburg, PA** — *PC006891*

FEBRUARY 2013 - Present

**ASAM Certified, Pennsylvania** — *DDAP*

FEBRUARY 2020 - Present

**Bucks County Assessor, Pennsylvania** — *Bucks County Drug and Alcohol Commission*

AUGUST 2020 - Present

CONFIDENTIAL                    PCM01272

JA0000369