# EXHIBIT 41

JA0000373

# PrimeCare Medical, Inc.

## Annual Report

**Facility:** <u>Bucks County Correctional Facility</u>     **Year:** <u>2018</u>

**Submitted By:** <u>Alynn Zernhelt, RN, HSA</u>     **Date:** <u>01/10/2019</u>

**ADMINISTRATIVE MEETINGS**: Briefly describe the meetings held (i.e., Quarterly Meetings, Administrative Staff Meetings, Nursing Meetings, Major Issues, and Issues which need to be resolved).

# REDACTED

**COMPREHENSIVE QUALITY IMPROVEMENT**: Briefly describe problem issues encountered in the past year and what actions were taken to resolve them.

### Facilities > 500 ADP

**Access to Care:** <u>Access to care signs are posted on all housing units as well as the medical and intake areas. Healthcare is accessed through a patient phone request system. How to access medical services is in the inmate handbook and is explained on an individual basis to each patient during the intake process. A grievance mechanism is in place as well.</u>

# REDACTED

**EXHIBIT P-19**

REDACTED

**Receiving Screening:** REDACTED

REDACTED

**Health Assessment:** REDACTED

REDACTED

**Continuity of Care:** REDACTED

REDACTED

**Emergency Care and Hospitalizations:** REDACTED

REDACTED

**Adverse Clinical Events/Deaths:** REDACTED

REDACTED

**Chronic Disease Management:** REDACTED

REDACTED

**Discharge Planning:** REDACTED

REDACTED

**Nursing Care:** REDACTED

REDACTED

**Pharmacy Services:** REDACTED

REDACTED



**Diagnostic Services:** REDACTED

REDACTED

**Mental Health Care (including substance abuse):** On March 1, 2018 PrimeCare Medical, Inc. was awarded the contract for mental health services at Bucks County Correctional Facility. There is currently 4 full time mental health clinicians and 2 full time psychologists that see patients daily Monday-Friday. There is a psychiatrist that sees patients once per week and a psychiatric nurse practitioner that is here 3 days each week. Mental health documents in CorEMR. Medical and mental health collaborate on a regular basis. Suicide Prevention Training was done with the medical staff by Dr. Cassidy.

**Dental Care:** REDACTED

REDACTED

**Environmental Inspection Reports:** REDACTED
REDACTED

**Inmate Grievances:** REDACTED

REDACTED

**Effectiveness of the CQI Program:** REDACTED

REDACTED

REDACTED

**EMERGENCY PLAN**: REDACTED REDACTED

**INFECTION CONTROL PROGRAM:** REDACTED

REDACTED

**STAFFING PROBLEMS**: REDACTED REDACTED

**CONTINUING EDUCATION**: REDACTED REDACTED

**GOALS AND OBJECTIVES:**

# REDACTED

Health Services Administrator Signature: _(signed) HSA_ Date: 1/15/19

Medical Director Signature: _(signed) MD_ Date: 01/16/19