# EXHIBIT 42

JA0000380

PRIMECARE MEDICAL, INC.
ALL CONTRACT FACILITIES

Page 1 of 2

Policy Name: **Mental Health Clinician**

Number: PCM C-04.18

Effective Date: 01/01/03   Revised: 01/01/06, 01/01/09, 01/01/10, 01/01/14, 01/01/16, 01/31/17

Reference: PCM C-04

Approval: _____   _____
Francis J. Komykoski, M.B.A., CCHP   Carl A. Hoffman, Jr., D.O., CCHP
*Strategic Planning Officer*   *President, Corp Medical Director*
*Director of Policies and Procedures*

I. **POSITION CLASSIFICATION:** Mental Health Clinician

II. **SUPERVISED BY:** Psychologist, Health Services Administrator

III. **SUPERVISES:** Not Applicable

IV. **GENERAL DUTIES:** Responsible for coordinating and implementing mental health program.

V. **QUALIFICATIONS:**

   A. Master's in Social Work, Psychology, or other related Human Services degree with a concentration in mental health course work, training and/or experience preferred.

VI. **RESPONSIBILITIES:**

   A. Responsible for the clinical monitoring, coordinating and implementing of the mental health program in accordance with NCCHC/ACA Standards.

   B. Serve as the mental health liaison between the medical unit and facility staff.

   C. Serve as the PCM mental health liaison for psychiatric/ psychological services, outside the facility.

   D. Provides input to facility Health Services Administrator regarding treatment response and progress reports on inmates/patients on a regularly scheduled basis.

   E. Facilitates admission and placement of inmates/patients in forensic and community facilities.

**EXHIBIT P-20**

ALL CONTRACT FACILITIES                                          Page 2 of 2

Policy Name: **Mental Health Clinician**                         Number: PCM C-04.18

- F. Monitors all psychological clinical services provided.

- G. Monitors treatment response of inmates/patients and documents.

- H. Ensures complete, accurate, and timely entries are made for each inmate/patient contact.

- I. Assesses mental health status of inmates/patients who have been referred by a primary treatment provider and review with the psychiatrist/psychologist.

- J. Monitors program to ensure that standards of care are in accordance with NCCHC and accepted psychiatric/ psychological standards. Application of standards form the basis for Quality Assurance criteria.

- K. Is a member of the Quality Assurance Committee and sub-committee. Assists in the establishment of Quality Assurance standards and audit criteria.

- L. Serves as a member of various committees within the medical unit and facility.

- M. Develops and conducts in-service education programs according to annual in-service calendar.

- N. Prepares monthly reports, which reflect performance. Submits copy to facility Health Services Administrator.

- O. Actively assist with the detection and prevention of inmate/patient suicide.

- P. Maintain confidentiality at ALL times.

- Q. Submit copy of professional license and other credentialing information to the corporate office.

- P. Any/all other duties and responsibilities as assigned or delegated.

**CERTIFICATION**: *I certify that I have read and understand the scope of my job classification.*

_____          _____
Signature of Employee                    Date

**CONFIDENTIAL**                                                  PCM01278

JA0000382

PRIMECARE MEDICAL, INC.
ALL CONTRACT FACILITIES

Page 1 of 3

Policy Name: <u>**Psychiatric Certified Registered Nurse Practitioner (CRNP) /**</u>
<u>**Physician Assistant (PA)**</u>   Number: PCM C-04.21a

Effective Date: 02/10/14   Revised: 07/01/14, 01/01/16, 01/31/17

Reference: PCM C-04

Approval: _____   _____
Francis J. Komykoski, M.B.A., CCHP   Carl A. Hoffman, Jr., D.O., D. Sc., CCHP
*Strategic Planning Officer*   *President, Corp Medical Director*
*Director of Policies and Procedures*

---

I. **POSITION CLASSIFICATION:** Psychiatric Certified Registered Nurse Practitioner (CRNP) / Physician Assistant (PA)

II. **SUPERVISED BY:** Medical Director, Collaborating Physician (Psychiatrist), Director of Mental Health, administratively by HSA.

III. **SUPERVISES:** Mental Health Staff (if required)

IV. **GENERAL DUTIES:** Evaluate, assess, diagnosis, and develop treatment plans for patients with mental illness.

V. **QUALIFICATIONS:**

   A. Graduate of an approved Certified Registered Nurse Practitioner / Physician Assistant program with a focus in psychiatry

   B. Licensed to practice as a Certified Registered Nurse Practitioner / Physician Assistant in the state in which the facility is located

   C. Experience in health care delivery required

VI. **RESPONSIBILITIES:**

   A. Assume responsibility for clinical practice in accordance with NCCHC/ACA Standards, PCM policies and procedures, and within scope of practice for a certified registered nurse practitioner / physician assistant.

   B. Provide services to the inmate/patient population utilizing current standard of care and psychiatric practice.

**CONFIDENTIAL**   PCM01279

JA0000383

**ALL CONTRACT FACILITIES**                                              Page 2 of 3

Policy Name: **Psychiatric Certified Registered Nurse Practitioner (CRNP) /**
            **Physician Assistant (PA)**                  Number: PCM C-04.21a

C. Work schedule will be at times that are mutually agreeable to psychiatric provider, facility administration, and PCM.

D. Visit and provide psychiatric treatment to confined inmate/patients (restricted housing/behavioral units).

E. Consult with medical director or attending physician to seek advice and expertise in their respective areas of practice.

F. Be available to provide psychiatric consultation to all professionals (physicians/nursing) within the unit.

G. Ensure complete, accurate and timely psychiatric entries are made for each inmate/patient contact.

H. Provides follow-up care for patients with active mental illness.

I. Evaluate all patients referred by medical staff, mental health staff, and facility staff.

J. Treat all patients requiring psychiatric intervention.

K. Refer inmate/patients in need of involuntary hospitalization to on-site psychiatrist or the director of mental health to facilitate physician evaluations and commitment hearing.

L. Submit copy of professional license and other credentialing information to the corporate office.

M. Maintain all stipulations set forth by written and State Board approved Collaborating Physician Agreement.

N. Actively assist with the detection and prevention of inmate/patient suicide.

O. Work collaboratively with psychologists, and other mental health staff.

P. Maintain confidentiality at ALL times.

CONFIDENTIAL

ALL CONTRACT FACILITIES                                           Page 3 of 3

Policy Name: **Psychiatric Certified Registered Nurse Practitioner (CRNP) /
Physician Assistant (PA)**                    Number: PCM C-04.21a

Q. Submit copy of professional license and other credentialing information to the corporate office.

R. Any/all other duties and responsibilities as assigned or delegated.

**CERTIFICATION:** *I certify that I have read and understand the scope of my job classification.*

_____          _____
Signature of Employee                    Date

CONFIDENTIAL                                                    PCM01281

JA0000385

PRIMECARE MEDICAL, INC.
ALL CONTRACT FACILITIES

Page 1 of 3

Policy Name: **Psychologist**

Number: PCM C-04.30

Effective Date: 01/01/03     Revised: 01/01/06, 01/01/09, 01/01/10, 01/01/16, 01/31/17

Reference: PCM C-04

Approval: _____         _____
Francis J. Komykoski, M.B.A., CCHP        Carl A. Hoffman, Jr., D.O., CCHP
*Vice President of Operations*             *President, Corp Medical Director*
*Director of Policies and Procedures*

I. **POSITION CLASSIFICATION:** Psychologist

II. **SUPERVISED BY:** Clinical Psychiatrist, Medical Director, administratively by HSA

III. **SUPERVISES:** Masters Level, Social Worker (where applicable).

IV. **GENERAL DUTIES:** Responsible for coordinating and implementing mental health program.

V. **QUALIFICATIONS:**

   A. Ph.D. or Masters Degree preferred.

   B. Licensed to practice psychology in the state in which the facility is located.

   C. Graduate of an accredited institution of higher education with a major in psychology.

VI. **RESPONSIBILITIES:**

   A. Responsible for the clinical monitoring, coordinating and implementing of the mental health program in accordance with NCCHC/ACA Standards.

   B. Serves as the mental health liaison between the medical unit and facility staff.

   C. Provides one-to-one intervention and follow-up of inmates/patients who suffer from substance abuse, as well mental illness.

   D. Provides input to facility administration regarding treatment response and progress reports of inmates/patients on a regularly scheduled basis.

**CONFIDENTIAL**               PCM01282

JA0000386

**ALL CONTRACT FACILITIES**                                              Page 2 of 3

Policy Name: **Psychologist**                                         Number: PCM C-04.30

---

E. Facilitates admission and placement of certified inmates/patients in forensic and community Mental Health facilities. Initiates the required paper work for the inmates/patients entry.

F. Monitors all psychiatric/psychological clinical services provided.

G. Monitors and document treatment responses of inmates/patients and documents.

H. Ensures complete, accurate and timely entries are made for each inmate/patient contact.

I. Evaluates mental health status of inmates/patients who have been referred by a primary treatment provider.

J. Monitors that standards of care are in accordance with NCCHC/ACA and accepted psychiatric/psychological standards.

K. Is a member of the Quality Assurance Committee and sub-committees as needed. Assists in the establishment of Quality Assurance standards and audit criteria.

L. Serves as a member of various committees within the medical unit and facility as necessary.

M. Develops and conducts in-service education programs according to annual in-service calendar.

N. Prepares monthly reports, which reflect performance. Submit copy to the Health Services Administrator.

O. Actively assist with the detection and prevention of inmate/patient suicide.

P. Maintain confidentiality at ALL times.

Q. Submit copy of professional license and other credentialing information to the corporate office.

CONFIDENTIAL                                              PCM01283

JA0000387

| | |
|---|---|
| ALL CONTRACT FACILITIES | Page 3 of 3 |
| Policy Name: **Psychologist** | Number: PCM C-04.30 |

R. Any/all other duties and responsibilities as assigned and delegated.

*CERTIFICATION*: *I certify that I have read and understand the scope of my job classification.*

_____     _____
Signature of Employee                              Date

CONFIDENTIAL                                                                              PCM01284

JA0000388