# EXHIBIT 43

JA0000389



February 22, 2018

**CERTIFIED MAIL / REGULAR MAIL**

Jessica Mahoney, PsyD
**REDACTED**

Dear Dr. Mahoney,

Pursuant to your offer letter of December 19, 2014 you were hired to fill a full time psychologist position at the Berks County Prison. You have been employed in this capacity since the inception of your employment, earning the salary of a psychologist. It has come to our attention that you have not yet passed your licensure examination. As set forth in the offer letter the obtaining and maintenance of a psychologist license is a condition to holding your current position. Given your lack of a licensure as a psychologist, PrimeCare Medical may no longer employ you in this capacity.

Given your efforts during the course of your employ we are willing to continue your employment as a mental health clinician (LPC) at a salary of **REDACTED** This will be effective March 1, 2018. In the event that you remain unlicensed as of September 1, 2018, your salary will be reduced to **REDACTED** ssuming you successfully obtain your license at any point during this time period, you will be promoted to the position of psychologist and your salary restored to its current level. In the event you are not successful in obtaining your license during this time period your position at Berks County may be filled with a licensed psychologist. We trust this will not be necessary, however, if it is and the Company has a need for a mental health clinician at another facility you will be afforded the opportunity to apply for that position.

Please let me know if this new classification as a mental health clinician is acceptable to you and I will see that a new offer letter is prepared.

Nothing in this letter is intended to alter the at-will nature of your employment with PrimeCare Medical, Inc.

Very truly yours,

Mark P. Andreozzi, CCHP
Director of Employee Relations

**EXHIBIT P-21**

Locust Lane • Harrisburg, PA 17109
•7 • 1-800-245-7277 • FAX: (717) 545-5491

**CONFIDENTIAL**                                                           PCM01168

JA0000390