# EXHIBIT 45

## Part II

JA0000404





**Emergency Flow Sheet**

| | |
|---|---|
| JMS ID: | 125635 |
| DOB: | 08/31/1960 |
| Age: | 59 |
| Agency: | county |
| Approval: | ✓ Approved - 08/29/2018 1521 |
| Location: | [OUT] |
| Ethnicity: | - |
| Interviewer: | RN, ADON Grous, Samantha (08/25/2018 1147) |

**CHARLES JOSEPH FREITAG #2018003096**

| | | |
|---|---|---|
| Date and Time of Incident: | | 08/25/2018 1057 |
| Location of Incident: | B Module, 3 Cell | |
| Medical Staff Responding: | KHill, LPN, SG, RN. DB, RN. ES, LPN | |
| Correctional Staff present: | Lt Bahlaj, CO Andreason, CO Gresko | |
| Event that occured: | Medical Emergency called. Pt found hunched over his bed, on his knees, facing toward the wall. Pt unresponsive. Writer and KH, LPN lowered pt to the floor. 911 called immediately by security.<br>LAC and RAC cut wide open (both the size of a quarter), deep enough that his antecubs appeared hollow inside. Deep laceration also noted to RFA. All lacerations covered w/ gauze and pressure applied. Large pools of blood in several areas of cell and large amount of blood on several walls of cell. Large clots of blood and what appeared to be human tendons/arteries strewn about cell. No breathing observed. Unable to auscultate heart sounds or feel palpable pulse.<br><br>Chest compressions initiated by Lt Bahlaj at approx 1105 and continued CPR w/ KH, LPN. AED applied at approx 1110 but would not advise shocks. CPR continued and AED kept attempting to read pt. 911 arrived at approx 1120 and took over CPR. | |
| Nature and location of any injuries: | see above | |
| Mental Status: | ☐ Alert<br>☐ Oriented<br>☐ Confused<br>☐ Lethargic<br>☐ Responding to verbal stimuli<br>☐ Responding to painful stimuli<br>☑ **Unresponsive** | |
| Treatment rendered: | ☐ Backboard<br>☐ Cervical Collar<br>☐ Oxygen - via details in notes<br>☐ Splints - what kind?<br>☐ Suction<br>☐ Dressing<br>☐ Direct Pressure<br>☑ **Other - Please describe** | see above |
| Was the emergency drug box used? Give details | ○ Yes<br>● No | |

**Vital Signs**

| | | |
|---|---|---|
| Accu Check: | | |
| Vitals: | Blood Pressure [ ] sys [ ] dia<br>Pulse [ ] beats per min<br>Respirations [ ] breaths per min<br>Temperature [ ] °F<br>Weight [ ] lbs<br>Height 6ft 0in ▼  BMI: - - -<br>SPO2 [ ] % | unable to obtain. |
| Pupils: | Round, nonreactive to light. | |
| Was CPR initiated? If YES, provide time it was started. | ● Yes | see above |

PCM00057
JA0000461

| | | |
|---|---|---|
| | ○ No | |
| Compressions performed by? | Lt Bahlaj | |
| Ventilations performed by? | KH LPN | |
| Was an AED applied? If YES, provide time it was applied. | ● Yes<br>○ No | see above |
| Shocks advised? | ○ Yes<br>● No | |

**Final Disposition**

| | | |
|---|---|---|
| Time patient was sent to Medical: | sent to ER | |
| Via: | ○ Wheelchair<br>○ Litter<br>○ Other - Please specify | |
| Was 911 Called? If YES, provide time called. | ● Yes<br>○ No | ~1059 (upon nursing arrival to cell) |
| Ambulance arrived at what time? | see above | |
| Did the patient remain on the block? | ○ Yes<br>● No | |
| Additional Notes: | HSA, Dr. Gessner, J Mahoney, and T. Haskins made aware of incident. | |

PCM00058
JA0000462

# Screenings for Infections

Enhanced Health Promotion and Screening values the health of all patients enrolled. Screening for such infections listed below can help you lead a more productive lifestyle. The Expanded Health Promotion and Screening program has been designed to screen, detect, and treat some of the infections listed below:

- **TUBERCULOSIS:** can cause infections in the lung, bone, brain, or other organs. It can be contagious but it very treatable if detected early. If your personal history suggests an increased risk of tuberculosis, your healthcare provider may recommend a screening test involving either a small injection under the skin (PPD) or a blood test.
- **SEXUALLY TRANSMITTED AND BLOODBORNE DISEASES:** These conditions can be passed from one person to another through unprotected sex (vaginal, anal, or oral), blood/organ donation, sharing needles, pregnancy and breastfeeding. The only way to know if you have any STDs and Bloodborne diseases is to be tested. Early detection helps to manage the disease and prevent complications.
- Sexually Transmitted Diseases (STDs): All sexually transmitted diseases are treatable and most can be cured. In some instances early treatment can help prevent complications. STDs can be passed from one person to another through unprotected sex (vaginal, anal, or oral)
    - For example, early treatment of Chlamydia can help prevent infertility in women.
    - Your healthcare provider can recommend periodic screening using blood, urine, or other specimens if you have had unprotected sex or have a new sexual partner
- HIV/AIDS: HIV infection is a serious health concern. The Centers for Disease Control and Prevention, as well as the Pennsylvania Department of Health recommend HIV testing for everyone.
    - *Meaning of test results:* A positive test results indicates that your specimen contains HIV antibodies. Their presence indicates infection with HIV along with the potential to transmit HIV to others. You should take steps to prevent passing the virus to others by using condoms every time you have sex, not donating blood and organs, and not sharing needles or works. You will be counseled regarding your result. A negative test indicates that your specimen contains no HIV antibodies. You should take steps to protect yourself by using condoms every time you have sex and avoiding contact with blood and not sharing needles or sharing works.
    - *Possible limitations of your result:* False positive result (antibodies present in the *absence* of disease); False negative result (no antibodies present, but infected with HIV). Both of these are rare. If you have had sex without a condom or shared needles in the last six months you should have a follow-up HIV test in 3-6 months.
- Hepatitis B and C: These diseases are caused by viruses spread via contact with blood and sometimes by sex or from mother to child and can cause liver inflammation(hepatitis) or scarring (cirrhosis). Hepatitis C can be passed from one person to another through sharing needles or works. If your personal history suggest an increased risk of hepatitis B or C your healthcare provider may recommend a blood test. Treatments and vaccinations are available to help prevent liver damage.

# Health Education & Promotion

- **Methicillin Resistant *Staphylococcus Aureus* (MRSA) screening:** The MRSA bacteria may be found on the skin and in the nose of healthy persons and have become resistant to first-line antibiotic therapy. The MRSA screening is used to identify the presence of these resistant bacteria.
- **Oral hygiene:** It is important to keep your teeth and gums healthy to prevent dental problems, such as dental carries, gingivitis and bad mouth. As part of dental care program, you will be given information about proper oral hygiene for your teeth and/or dentures.
- **Smoking and health:** Smoking negatively affects almost every organ of your body. It attributes to cardiovascular/respiratory diseases, cancers, and other adverse health conditions. Several studies have documented an adverse relationship between smoking and health. You will be given information and assistance to help you quit smoking.
- **Seasonal flu/Swine flu:** Seasonal human influenza is a contagious respiratory disease caused by type A & B influenza viruses, which can result in mild or severe illness. The swine flu is a respiratory disease of pigs caused by type A influenza viruses and can infect human beings. There are four types of swine viruses, but the H1N1 is the most common one. You may be given flu shots to protect you against flu viruses, based on your health status and CDC's recommendations.
- **Suicide Screening:** Suicide is one of the leading causes of death in the United States. Attempted suicide can result in expensive emergency medical care and great loss to families and relatives. You will receive suicide screening to discover any warning signs of suicidal attempts you may have sought. Early detection will be an opportunity to provide you with timely appropriate medical and psychological interventions.
- **Cervical cancer screening:** Women should begin cervical cancer screening at 21 years of age. Your testing interval schedule may depend on your age, health history, and the type of testing provided.



- **What is Enhanced Health Promotion and Screening (EHPS)?**
The Enhanced Health Promotion and Screenings Program provides patients with an expanded opportunity for health promotion and routine prevention screenings. These screenings are designed for health maintenance and prevention of disease.

- **What can I expect during my medical intake today?**
During your visit you will be given an opportunity to get started with several routine prevention screenings/services and if applicable, scheduling/referral for follow-up to complete recommended screenings through primary care.

- **What else is offered through the EHPS program?**
If indicated by results of screenings, the EHPS program will refer you on discharge to intake case management, partner services, and facilitation of linkage to health insurance (including but not limited to Medicaid, AIDS Drug Assistance Program, ADAP) and other healthcare services.

- **Where can I find follow up care for future prevention testing after discharge?**
A leaflet within this brochure includes community health clinics within your county.

Medical Record Number: _____

Date _____

*Required Provider Documentation*
Patient has reviewed recommended screenings offered in this brochure and understands that Enhanced Health Promotion and Screening services routinely offered at this clinic will be done today: referral/opportunities for primary care, health insurance & cancer screening; initiation of HIV testing, & referrals to case management & prevention.
Patient Initials _____ Healthcare provider initials _____

*Required Provider Documentation:*
**If Declined:** This documents that patient has declined EHPS services routinely offered that are listed in this section. Screening may be reoffered in one year or sooner if clinically indicated.
Please list any services to be excluded: _____
Patient Initials _____ Healthcare provider initials _____



# Enhanced Health Promotion and Screenings (EHPS) at Admission
## Prevention Health Care: A Guide to Staying Healthy

This EHPS brochure provides information on important prevention and screening tests you may need throughout your lifespan;

- Some of the screening tests listed inside this brochure are routinely offered to all patients as part of the standard of care at this healthcare facility and will be initiated today or you may be referred to have them done later by a participating primary care physician, or community health center

- Our healthcare providers will check with you to see if you have any concerns and document any screenings or referrals you may wish to opt-out of.

- If you test positive for various conditions but have no health insurance (or are underinsured) or have other needs, the EHPS program will refer you to participating providers and/or case managers who will assess and address needs you may have for enablers of linkage and retention-in-care, including transportation, housing, and health insurance.

PCM00060
JA0000464

# Family Planning

### Doylestown WIC Clinic
**Nutritional Information, Healthy Food Choices**
1282 Almshouse Road
Doylestown, PA 18901
215-345-3494
Every Tuesday & Friday 9am-4pm

### Bucks County Department of Health
**STD Clinic, HIV Testing & Counseling**

| | |
|---|---|
| 1282 Almshouse Road | 7321 New Falls Road |
| Doylestown, PA 18901 | Levittown, PA 19055 |
| 215-345-3344 | 267-580-3533 |
| Every Thursday 9am-3pm by appointment | Every Tuesday 9am-3pm by appointment |

### Reproductive Health – Planned Parenthood
**Pregnancy tests, Gynecological exams, Contraception, Counseling & Referrals, STD screening & treatment**
301 S. Main Street, Ste. 2E
Doylestown, PA 18901
215-348-0555
Mon 9am – 6pm; Tues 12pm – 7pm; Wed 11:30am – 7pm; Thurs 9am – 5pm

### Cancer Screening – Women's Diagnostic Center of Doylestown Hospital
Doylestown Hospital Main Lobby Atrium, 2nd Fl.
595 W. State Street
Doylestown, PA 18901
215-345-2274
Mon – Thurs 7am – 8pm; Fri 7am – 5pm; 2nd & 4th Sat of each month 7:30am – 4pm

### Free Clinic of Doylestown – Ann Silverman Community Health Clinic
Doylestown Hospital
595 W. State Street
Doylestown, PA 18901
215-345-2260
Mon – Fri 9am – 4pm

This document has been explained to me and I have been provided with a copy for reference.

Patient Name: X CHARLES J. FRETTA        ID#: _____
Patient Signature: X [signature]

**DEATH** Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Forms
Intake (8)

**Booking #2018003096** (Book-in: 06/04/2018 1428) (Release: 08/25/2018 1435) **Hide Intake Forms** Launch PCM Portal

| Form Name | Status | Last Completed | Approval Status | Actions |
|---|---|---|---|---|
| 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Completed on 06/04/2018 1516 | 06/04/2018 1516 | N/A | |
| 0. Rapid Receiving/Health Assessment Form | Not started | - | N/A | |
| 1. Vital Signs / PPD / RPR | Completed on 06/06/2018 0806 | 06/06/2018 0806 | N/A | |
| 2. Intake Suicide Screening | Completed on 06/04/2018 1518 | 06/04/2018 1518 | N/A | |
| 3. Receiving Screening (Updated Apr 2013) | Completed on 06/04/2018 1527 | 06/04/2018 1527 | N/A | |
| 4. Clearance for Work / Activities | Not started | - | N/A | |
| 5. Physical Form - 14 Day | Completed on 06/05/2018 0914 | 06/05/2018 0914 | ✓ Approved 06/06/2018 1108 | |
| 6. Medication Verification Form - Medical | Completed on 06/04/2018 1529 | 06/04/2018 1529 | N/A | |
| 6b. Medication Verification Form - Mental Health | Completed on 06/04/2018 1529 | 06/04/2018 1529 | N/A | |
| 7a. Mental Health Screen for Men | Completed on 06/04/2018 1519 | 06/04/2018 1519 | N/A | |
| 7b. Mental Health Screen for Women | Not started | - | N/A | |

## Available Forms

| Form Name | Actions |
|---|---|
| 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | |
| 0. Rapid Receiving/Health Assessment Form | |
| 1. Vital Signs / PPD / RPR | |
| 2. Intake Suicide Screening<br>Intake Suicide Screening | |
| 3. Receiving Screening (Updated Apr 2013) | |
| 4. Clearance for Work / Activities | |
| 6. Medication Verification Form - Medical<br>Verify Meds | |
| 6b. Medication Verification Form - Mental Health<br>Verify Meds | |
| 7a. Mental Health Screen for Men | |
| 7b. Mental Health Screen for Women | |
| Abdominal Complaints/Pain (Updated March 2014)<br>Nursing assessment of abdominal complaints/pain | |
| Chest Pain (Updated March 2014)<br>Nursing assessment of complaint of chest pain | |
| Constipation (Upated March 2014)<br>Nursing assessment of abdominal complaints/pain | |

PCM00062
JA0000466

| |
|---|
| **Cough (Updated March 2014)**<br>Nursing assessment of complaint of cough |
| **COWS / CIWA (Ar) / CIWA (B) 1-3-2020** |
| **DOJ - Contact Isolation**<br>Prefilled out MRSA form |
| **DOJ - Suicide Precautions**<br>DOJ Suicide Precautions |
| **Ear Complaints/Pain (Updated March 2014)** |
| **Emergency Flow Sheet** |
| **Epistaxis (Updated March 2014)** |
| **ER/Consult/Hospital Return** |
| **Eye Complaints/Pain (Updated March 2014)** |
| **Facial/Dental Pain (Updated March 2014)**<br>Nursing Assessment for facial/dental pain |
| **Genito-Urinary Complaints/Female (Updated March 2014)**<br>Nursing assessment of complaint of genito-urinary complaints/female |
| **Genito-Urinary Complaints/Male (Updated March 2014)** |
| **Genito-Urnary / Male**<br>Nursing Assesment |
| **Headache (Updated March 2014)**<br>Nursing assessment of complaint of headache |
| **Hospital Status Update** |
| **Hunger Strikes**<br>Nursing Protocol form for Hunger Strikes |
| **Hypertension**<br>Nursing Protocol form for Hypertension |
| **Influenza Like-Illness Screening (Updated March 2014)** |
| **Inmate Employment Clearance Form** |
| **INS Treatment Authorization Request** |
| **Long Term Care Protocol** |
| **Medical Diet Order Form** |
| **Medical Incident / Injury Report** |
| **Medical Restriction Form**<br>DOJ |
| **Medical Restriction Form - Suicide Watch Status** |
| **Medication Verification Form**<br>Verify Meds |
| **Mental Health Referral** |
| **MRSA Data Collection Form (Updated Oct 2013)** |
| **MRSA Orders (Updated Oct 2013)** |
| **Musculoskeletal Complaints/Pain (Updated March 2014)**<br>Nursing assessment of complaint of Musculoskeletal Complaints/Pain |
| **NSC-PREA Allegation Assessment 1-3-2020** |
| **Pregnancy - 18-20 Week Checkup** |
| **Pregnancy - Initial Exam (Updated Oct 2013)**<br>Initial Exam After Pregnancy has been Confirmed |
| **Pregnancy - Regular Checkup (Updated Oct 2013)** |
| **Radiology Request** |
| **Rectal/Perianal Complaints (Updated March 2014)**<br>Nursing assessment of complaint of rectal/perianal complaints |
| **Segregated Patient Screening**<br>Screening form for Seg. |
| **Seizure/Neurological Complaints (Updated March 2014)**<br>Nursing assessment of complaint of seizure/neurological complaints |
| **Skin Lesions/Rashes (Updated March 2014)**<br>For skin lesions/Rashes |
| **Skin Wounds/Burns (Updated March 2014)** |
| **SOB/Wheezing (Updated March 2014)**<br>Nursing assessment of complaint of upper respiratory complaints |
| **Telephone / Verbal Order Form (Medical)** |
| **Telephone / Verbal Order Form (Mental Health)**<br>Telephone / Verbal Order |
| |

PCM00063
JA0000467

| | |
|---|---|
| Telephone / Verbal Orders (Dental) | |
| Telephone / Verbal Order | |
| Upper Respiratory Complaints (Updated March 2014) | |
| Nursing assessment of complaint of upper respiratory complaints | |
| Urine Dip Results | |
| Use of Force / Restraint Follow-up 1-3-2020 | |

## Form Records

| Form Name | Last Modified | Approval Status | Actions |
|---|---|---|---|
| Emergency Flow Sheet | 08/25/2018 1147 RN, ADON Grous, Samantha | ✓ Approved 08/29/2018 1521 | |
| 1. Vital Signs / PPD / RPR | 06/06/2018 0806 Smith, LPN, Kyrie | N/A | |
| Telephone / Verbal Order Form (Medical) | 06/05/2018 0558 LPN Spier, LPN, Natasha | ✓ Approved 06/06/2018 1108 | |
| 6b. Medication Verification Form - Mental Health | 06/04/2018 1529 RN Sariego, RN, Jennifer | N/A | |
| 6. Medication Verification Form - Medical | 06/04/2018 1529 RN Sariego, RN, Jennifer | N/A | |
| 3. Receiving Screening (Updated Apr 2013) | 06/04/2018 1527 RN Sariego, RN, Jennifer | N/A | |
| 7a. Mental Health Screen for Men | 06/04/2018 1519 RN Sariego, RN, Jennifer | N/A | |
| 2. Intake Suicide Screening | 06/04/2018 1518 RN Sariego, RN, Jennifer | N/A | |
| 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | 06/04/2018 1516 RN Sariego, RN, Jennifer | N/A | |

## Available Forms

| Form Name | Actions |
|---|---|
| Discharge Summary / Release Information | |
| Transfer of Health Information | |
| USM Federal Prisoner/ Alien in Transit Transfer report including problems, TB test results, medications, transportation needs | |

## Form Records

No saved forms.

## Available Forms

| Form Name | Actions |
|---|---|
| Abnormal Involuntary Movement Scale (AIMS) | |
| Assesment - Juvenile / Elderly <17 / 60+ | |
| Dental History - Examination record of basic dental status and treatment | |
| General Sick Call - Objective This form is SOAP charting form | |
| Group Progress Notes Short note form for documenting inmate participation in group | |
| Mental Health Intake - ver. 1.1 Mental Health Intake - History and Assessment | |
| Mental Status Exam 1.1 | |
| Suicide Risk Assessment 1.1 | |

## Form Records

PCM00064
JA0000468

| Form Name | Last Modified | Approval Status | Actions |
|---|---|---|---|
| Mental Status Exam-OLD | 07/31/2018 1514 LPC James, LPC, Avia | N/A | |
| Suicide Risk Assessment-OLD | 06/06/2018 0819 LPC James, LPC, Avia | N/A | |
| Suicide Risk Assessment-OLD | 06/05/2018 0935 Mahoney, Psy.D., Jessica | N/A | |
| Mental Health Intake - ver. 1.0-OLD | 06/05/2018 0932 Mahoney, Psy.D., Jessica | N/A | |

## Available Forms

| Form Name | Actions |
|---|---|
| Consultation Appointment/ Emergency Room Referral | |
| Family Planning | |
| Mental Health Complaints Nursing assessment of complaint of mental health | |
| Refusal of Medication and Treatment Form Document verifying an inmate's refusal to recieve a specific medication or treatment | |

## Form Records

No saved forms.
## Available Forms

| Form Name | Actions |
|---|---|
| General Sick Call - Subjective This form is SOAP charting form | |
| Subjective Interview | |

## Form Records

No saved forms.
## Available Forms

| Form Name | Actions |
|---|---|
| 5. Physical Form - 14 Day This form is 14 Day Physical form to be completed by the RN/PA/MD | |
| CCC - Asthma (2018) | |
| CCC - Cardiac (2018) | |
| CCC - Diabetes (2018) | |
| CCC - HIV/AIDS-(2018) | |
| CCC - Neuro (2018) | |
| CCC - TB (2018) | |
| CCC -Thyroid (2018) | |
| CCC Anticoagulant (2018) | |
| CCC Juvenile/Elderly (2018) | |
| CCC Medical/Misc(2018) | |
| CCC Sickle Cell Disease (2018) | |
| CCC-ALL (2019) | |
| CCC-Bipolar and Related Disorders 2019 | |
| CCC-Depressive Disorders 2019 | |
| CCC-HCV-(2018) | |
| CCC-Pregnancy (4/2019) | |
| CCC-Schizophrenia Spectrum and Other Psychotic Disorders 2019 | |
| Patient Follow up Sheet - New Form | |
| PCM Annual History & Physical Form This form is PCM Annual History & Physical Form to be completed by the RN/PA/MD | |

PCM00065
JA0000469

## Form Records

| Form Name | Last Modified | Approval Status | Actions |
|---|---|---|---|
| CCC - Cardiac (2018) | 07/05/2018 1055<br>Longacre, PA, Molly | N/A | |
| 5. Physical Form - 14 Day | 06/05/2018 0914<br>Hughes, PA, Megan | ✓ Approved<br>06/06/2018 1108 | |

## Available Forms

No forms

## Form Records

No saved forms.

## Available Forms

| Form Name | Actions |
|---|---|
| Restraint Flow Sheet 1-3-2020 | |
| Wound Flow 1-3-2020 | |

## Form Records

No saved forms.

PCM00066
JA0000470

DEATH Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Flow Sheets
Hunger Strike

## Hunger Strikes

No flow records to display.

PCM00067
JA0000471

**DEATH**Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Medication
Immunizations

# Immunizations



**Center For Disease Detection**
11603 Crosswinds Way, Ste 100 San Antonio, Tx 78233
Phone: 888-858-8663   Website: www.cddmedical.com
CLIA#: 45D0660475
Laboratory Director: Dr. Dean Skelley

12512
BUCKS COUNTY CORRECTIONAL FACILITY
ATTN: MEDICAL UNIT
1730 SOUTH EASTON ROAD
DOYLESTOWN, PA 18901

| PATIENT INFORMATION | | SPECIMEN INFORMATION | |
|---|---|---|---|
| NAME: | FREITAG, CHARLES | COLLECTED: | 06/04/18 |
| PATIENT ID#: | 2018003096 | RECEIVED: | 06/07/18 |
| ACCESSION #: | 012512060067 | REPORTED: | 06/07/18 |
| DOB: | 08/31/60 | COLLECTED BY: | Alynn Zernhelt |
| | | PERFORMING LAB: | CDD |

| TEST PERFORMED | IN RANGE | OUT OF RANGE | REF. RANGE |
|---|---|---|---|
| Amplified CT - Urine | Negative | | Negative |
| Amplified GC - Urine | Negative | | Negative |

Comment: Positive nucleic acid amplification tests for CT (Chlamydia trachomatis) and/or GC (Neisseria gonorrhoeae) that utilize the Polymerase Chain Reaction (PCR) are considered presumptive evidence of infection. A negative result does not completely exclude infection. All PCR results are dependent on the absence of interfering substances, a detectable number of organisms, and an appropriate specimen. Clinical correlation is required with PCR testing as the likelihood that a positive result represents a true infection decreases in very low-prevalence low-risk populations. The CT/GC test has not been evaluated in patients younger than 14 years of age.

METHODOLOGY: Polymerase Chain Reaction (PCR) and nucleic acid hybridization

This information has been disclosed to you from confidential records which are protected by law. Privacy laws prohibit you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of medical or other information is not, except in limited circumstances set forth in this part, sufficient authorization for further disclosure.

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call the Compliance Officer for CDD at (210)590-3033 Ext 206 or e-mail disclosure@cddmedical.com

Victoria Gessner, M.D.

JUN 11 2018

PCM00069
JA0000473

# BioReference
LABORATORIES
an OPKO Health Company

**FINAL REPORT**

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| GESSNER, VICTORIA<br>BUCKS COUNTY CORR.FAC.<br>1730 SOUTH EASTON RD<br>Doylestown, PA 18901<br>Acct #: (P3982-8) 01<br>P: (215) 345-3869 | FREITAG, CHARLES<br>DOB: 08/31/1960 Age:57 Y Sex:M<br>ID: 125635<br>Address:<br>P: | Specimen ID: 109859972<br>Date Of Report: 06/28/2018<br>Date Collected: 06/27/2018<br>Time Collected: 09:06<br>Date Received: 06/27/2018<br>Time Received: 23:33<br><br>North America Eastern Time |

## CLINICAL REPORT

### CLINICAL ABNORMALITIES SUMMARY:

| | | | |
|---|---|---|---|
| $CO_2$ | 30 H | | |
| Non-HDL Cholesterol | 130 H | LDL Cholesterol | 109 H |

NON FASTING

### CHEMISTRY

| Test | Result | Abnormal | Reference | Units | Rpt Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| Total Protein | 7.5 | | 5.9-8.4 | g/dL | 06/28/18 | | |
| Albumin | 4.6 | | 3.5-5.2 | g/dL | 06/28/18 | | |
| Globulin | 2.9 | | 1.7-3.7 | g/dL | 06/28/18 | | |
| A/G Ratio | 1.6 | | 1.1-2.9 | | 06/28/18 | | |
| Glucose | 95 | | 70-99 | mg/dL | 06/28/18 | | |
| Sodium | 144 | | 135-147 | mmol/L | 06/28/18 | | |
| Potassium | 5.2 | | 3.5-5.5 | mmol/L | 06/28/18 | | |
| Chloride | 100 | | 96-108 | mmol/L | 06/28/18 | | |
| $CO_2$ | | 30 H | 22-29 | mmol/L | 06/28/18 | | |
| BUN | 10 | | 6-20 | mg/dL | 06/28/18 | | |
| Creatinine | 0.73 | | 0.67-1.31 | mg/dL | 06/28/18 | | |
| e-GFR | 103 | | >or=60 | mL/min | 06/28/18 | | |
| e-GFR, African American | 119 | | >or=60 | mL/min | 06/28/18 | | |
| BUN/Creat Ratio | 13.7 | | 10.0-28.0 | | 06/28/18 | | |
| Calcium | 10.0 | | 8.6-10.4 | mg/dL | 06/28/18 | | |
| Bilirubin, Total | 0.7 | | <1.2 | mg/dL | 06/28/18 | | |
| Alk Phos | 73 | | 40-156 | U/L | 06/28/18 | | |
| AST | 13 | | <40 | U/L | 06/28/18 | | |
| ALT | 11 | | <41 | U/L | 06/28/18 | | |

### CARDIOVASCULAR/LIPIDS

| Test | Result | Abnormal | Reference | Units | Rpt Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| Cholesterol | 177 | | <200 | mg/dL | 06/28/18 | | |
| Triglycerides | 107 | | <150 | mg/dL | 06/28/18 | | |
| HDL CHOL., DIRECT | 47 | | >40 | mg/dL | 06/28/18 | | |
| HDL as % of Cholesterol | 27 | | >14 | % | 06/28/18 | | |
| Evaluation: BELOW AVERAGE RISK | | | | | | | |
| Chol/HDL Ratio | 3.8 | | <7.4 | | 06/28/18 | | |
| Evaluation: BELOW AVERAGE RISK | | | | | | | |
| LDL/HDL Ratio | 2.32 | | <3.56 | | 06/28/18 | | |
| Non-HDL Cholesterol | | 130 H | <130 | mg/dL | 06/28/18 | | |
| LDL Cholesterol | | 109 H | <100 | mg/dL | 06/28/18 | | |
| VLDL, CALCULATED | 21 | | 7-32 | mg/dL | 06/28/18 | | |

BioReference Laboratories, Inc.
481 Edward H. Ross Dr | Elmwood Park, NJ 07407 | (800) 229-5227

James Weisberger, M.D.
Laboratory Director

Clinical Page 1 of 2
Printed 06/28/2018 11:58

*[signature] 6/28/18*

**PCM00070**
JA0000474

# BioReference

FINAL REPORT

**PHYSICIAN**
GESSNER, VICTORIA
BUCKS COUNTY CORR.FAC.
1730 SOUTH EASTON RD
Doylestown, PA 18901
Acct #: (P3982-8) 01
P: (215) 345-3869

**PATIENT**
FREITAG, CHARLES
DOB:08/31/1960 Age:57 Y Sex:M
ID: 125635
Address:
P:

**SAMPLE**
Specimen ID: 109859972
Date Of Report: 06/28/2018
Date Collected: 06/27/2018
Time Collected: 09:06
Date Received: 06/27/2018
Time Received: 23:33

North America Eastern Time

## CLINICAL REPORT

### HEMATOLOGY

| Test | Result | Abnormal | Reference | Units | Rpt Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| WBC | 5.96 | | 3.66-10.60 | x10(3)/uL | 06/28/18 | | |
| RBC | 4.76 | | 3.94-5.76 | x10(6)/uL | 06/28/18 | | |
| HGB | 14.8 | | 12.0-16.9 | gm/dL | 06/28/18 | | |
| HCT | 46.3 | | 34.6-49.6 | % | 06/28/18 | | |
| MCV | 97.3 | | 78.0-98.0 | fL | 06/28/18 | | |
| MCH | 31.1 | | 25.8-33.1 | pg | 06/28/18 | | |
| MCHC | 32.0 | | 31.7-35.3 | gm/dL | 06/28/18 | | |
| RDW | 13.8 | | 12.2-15.3 | % | 06/28/18 | | |
| POLYS | 59.3 | | 34.9-75.3 | % | 06/28/18 | | |
| LYMPHS | 26.3 | | 14.0-51.8 | % | 06/28/18 | | |
| MONOS | 9.4 | | 4.5-12.2 | % | 06/28/18 | | |
| EOS | 4.7 | | 0.3-6.0 | % | 06/28/18 | | |
| BASOS | 0.3 | | 0.1-1.0 | % | 06/28/18 | | |
| IMMATURE GRANULOCYTES | 0.0 | | 0.0-1.0 | % | 06/28/18 | | |
| PLATELET COUNT | 286 | | 140-425 | x10(3)/uL | 06/28/18 | | |
| MPV | 9.5 | | 8.6-12.1 | fL | 06/28/18 | | |

NOTE: New reference ranges for CBC with and without diff for adult males and females implemented 6-4-18.

### MISCELLANEOUS

| Test | Result | Abnormal | Reference | Units | Rpt Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| TSH | 3.320 | | 0.178-4.530 | uIU/mL | 06/28/18 | | |
| URINALYSIS, ROUTINE(W/ MICRO | TNP | | | | 06/28/18 | | |

TEST NOT PERFORMED; URINE URINALYSIS TUBE - YELLOW NOT RECEIVED.

Final Report

BioReference Laboratories, Inc.
481 Edward H. Ross Dr | Elmwood Park, NJ 07407 | (800) 229-5227

James Weisberger, M.D.
Laboratory Director

Clinical Page 2 of 2
Printed 06/28/2018 11:58

PCM00071
JA0000475