# EXHIBIT 45

## Part III

JA0000404

**DEATH**Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Medication
Medications

# Inactive Medication

| Medication | Start Date | End Date | Clinician | Status | Dist |
|---|---|---|---|---|---|
| ASPIR-LOW81MG EC 1 TAB [PO] By Mouth QD NDC: 00904770480 | 07/04/2018 | 10/02/2018 | Victoria Gessner, MD | ✓Approved 07/06/2018 1115 Discontinued | Sched |
| | 1. Ordered by Molly Longacre, PA on 07-05-2018 at 10:57 am as PO20 2. Approved by Gessner, MD, Victoria on 07/06/2018 1115. 3. Cancelled by System, CorEMR on 08/25/2018 1600. Reason: "Inmate was released 08-25-2018". 4. Status automatically changed to Discontinued by System on behalf of CorEMR System on 08-25-2018 at 04:00 pm | | | | |
| | 06/05/2018 | 08/03/2018 | Victoria Gessner, MD | ✓Approved 06/06/2018 1108 All Taken | Sched |
| | 1. Ordered by Megan Hughes, PA on 06-05-2018 at 9:16 am as PO20 2. Approved by Gessner, MD, Victoria on 06/06/2018 1108. 3. Status automatically changed to All Taken by System on behalf of Molly Longacre, PA on 07-05-2018 at 10:57 am 4. Reordered by Molly Longacre, PA on 07-05-2018 at 10:57am | | | | |
| BUSPIRONE HCL10MG 1 TAB [PO] By Mouth BID NDC: 00591065805 | 08/15/2018 | 11/13/2018 | Stephan Brautigam, PMHNP | ✗Denied 08/25/2018 1600 Discontinued | Sched |
| | 1. Ordered by Stephan Brautigam, PMHNP on 08-15-2018 at 12:29 pm as PO20 2. Cancelled by System, CorEMR on 08/25/2018 1600. Reason: "Inmate was released 08-25-2018". 3. Status automatically changed to Discontinued by System on behalf of CorEMR System on 08-25-2018 at 04:00 pm 4. Denied by System, CorEMR on 08/25/2018 1600. Reason: Disapproved by CorEMR System on 08-25-2018 at 04:00 pm because Status was changed to an inactive state by CorEMR System and Approval was still pending | | | | |
| | 06/14/2018 | 09/11/2018 | Stephan Brautigam, PMHNP | ✓Approved 06/21/2018 2230 All Taken | Sched |
| | 1. Ordered by Stephan Brautigam, PMHNP on 06-14-2018 at 11:08 am as PO20 2. Approved by Brautigam, PMHNP, Stephan on 06/21/2018 2230. 3. Status automatically changed to All Taken by System on behalf of Stephan Brautigam, PMHNP on 08-15-2018 at 12:29 pm 4. Reordered by Stephan Brautigam, PMHNP on 08-15-2018 at 12:29pm | | | | |
| DAILY VITES 1 TAB [PO] By Mouth QD NDC: 00536354710 | 07/05/2018 | 10/05/2018 | Victoria Gessner, MD | ✓Approved 07/06/2018 1115 Discontinued | Sched |
| | 1. Ordered by Molly Longacre, PA on 07-05-2018 at 10:57 am as PO20 2. Approved by Gessner, MD, Victoria on 07/06/2018 1115. 3. Cancelled by System, CorEMR on 08/25/2018 1600. Reason: "Inmate was released 08-25-2018". 4. Status automatically changed to Discontinued by System on behalf of CorEMR System on 08-25-2018 at 04:00 pm | | | | |

**PCM00072**

JA0000476

| | | | | | |
|---|---|---|---|---|---|
| | 08/15/2018 | 11/13/2018 | Stephan Brautigam, PMHNP | ☒ **Denied** <br> 08/25/2018 1600 <br> Discontinued | Sched |
| | | | 1. Ordered by Stephan Brautigam, PMHNP on 08-15-2018 at 12:27 pm as PO20 <br> 2. Cancelled by System, CorEMR on 08/25/2018 1600. Reason: "Inmate was released 08-25-2018". <br> 3. Status automatically changed to Discontinued by System on behalf of CorEMR System on 08-25-2018 at 04:00 pm <br> 4. Denied by System, CorEMR on 08/25/2018 1600. Reason: Disapproved by CorEMR System on 08-25-2018 at 04:00 pm because Status was changed to an inactive state by CorEMR System and Approval was still pending | | |
| ESCITALOPRAM OXALATE20MG 1 TAB [PO] By Mouth QD NDC: 60505278208 | 06/14/2018 | 09/12/2018 | Stephan Brautigam, PMHNP | ✓ **Approved** <br> 06/21/2018 2230 <br> All Taken | Sched |
| | | | 1. Ordered by Stephan Brautigam, PMHNP on 06-14-2018 at 11:07 am as PO20 <br> 2. Approved by Brautigam, PMHNP, Stephan on 06/21/2018 2230. <br> 3. Status automatically changed to All Taken by System on behalf of Stephan Brautigam, PMHNP on 08-15-2018 at 12:27 pm <br> 4. Reordered by Stephan Brautigam, PMHNP on 08-15-2018 at 12:27pm | | |
| | 06/04/2018 | 07/03/2018 | Stephan Brautigam, PMHNP | ☒ **Denied** <br> 06/14/2018 1107 <br> Discontinued | Sched |
| | | | 1. Ordered by Stephan Brautigam, PMHNP on 06-04-2018 at 9:20 pm as PO20 <br> 2. Status automatically changed to All Taken by System on behalf of Stephan Brautigam, PMHNP on 06-14-2018 at 11:07 am <br> 3. Denied by System, CorEMR on 06/14/2018 1107. Reason: Disapproved by CorEMR System on 06-14-2018 at 11:07 am because Status was changed to an inactive state by Stephan Brautigam, PMHNP and Approval was still pending <br> 4. Reordered by Stephan Brautigam, PMHNP on 06-14-2018 at 11:07am | | |
| LISINOPRIL10MG 1 TAB [PO] By Mouth QD NDC: 00591040710 | 07/04/2018 | 10/02/2018 | Victoria Gessner, MD | ✓ **Approved** <br> 07/06/2018 1115 <br> Discontinued | Sched |
| | | | 1. Ordered by Molly Longacre, PA on 07-05-2018 at 10:57 am as PO20 <br> 2. Approved by Gessner, MD, Victoria on 07/06/2018 1115. <br> 3. Cancelled by System, CorEMR on 08/25/2018 1600. Reason: "Inmate was released 08-25-2018". <br> 4. Status automatically changed to Discontinued by System on behalf of CorEMR System on 08-25-2018 at 04:00 pm | | |
| | 06/05/2018 | 08/03/2018 | Victoria Gessner, MD | ✓ **Approved** <br> 06/06/2018 1108 <br> All Taken | Sched |
| | | | 1. Ordered by Megan Hughes, PA on 06-05-2018 at 9:15 am as PO20 <br> 2. Approved by Gessner, MD, Victoria on 06/06/2018 1108. <br> 3. Status automatically changed to All Taken by System on behalf of Molly Longacre, PA on 07-05-2018 at 10:57 am <br> 4. Reordered by Molly Longacre, PA on 07-05-2018 at 10:57am | | |
| | 06/05/2018 | 07/04/2018 | Victoria Gessner, MD | ☒ **Denied** <br> 06/05/2018 0915 <br> Discontinued | Sched |
| | | | 1. Ordered by Natasha Spier, LPN on 06-05-2018 at 5:57 am as PO20 <br> 2. Status automatically changed to All Taken by System on behalf of Megan Hughes, PA on 06-05-2018 at 09:15 am <br> 3. Denied by System, CorEMR on 06/05/2018 0915. Reason: Disapproved by CorEMR System on 06-05-2018 at 09:15 am because Status was changed to an inactive state by Megan Hughes, PA and Approval was still pending <br> 4. Reordered by Megan Hughes, PA on 06-05-2018 at 09:15am | | |

**PCM00073**

JA0000477

DEATH Patient died on: Aug 25, 2018

**CHARLES JOSEPH FREITAG**

#2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 55)
Height: 6ft 0in
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Reports
MAR by Month

# MAR

| Styling | Symbol | Result |
|---|---|---|
| 1 | ✓ | Received |
| 1 | ✕ | Refused |
| 1 | ⌂ | Absent |
| 1 | ○ | Not Given |
| ? | ? | Missing |
| 1 | | Upcoming / Unsaved |
| − | − | Unscheduled |

| Initials | Name |
|---|---|
| KC | Coyle, LPN, Kimberly |
| NM | Martin, LPN, Nadine |
| KH | LPN Hill LPN, Kristin |
| SM | Mistretta, LPN, Sandra |
| SG | RN, ADON Grous, Samantha |
| MA | RN Ayers, Michael |
| TC | LPN Cox, LPN, Theresa |
| KS | Smith, LPN, Kyrie |
| ES | Schuler, LPN, Elizabeth |
| CN | RN Norfleet, RN, Christopher |
| AW | Wright, RN, Arron |
| CB | LPN Baines, Cynthia |
| LB | LPN Brunson, LPN, Lanae |
| CG | LPN Gentile, Christine |

## June 2018

Medication / Clinician / Total% / Time tables with daily administration records (columns 1–31, % at end). Scheduled medications:

- **ASPIR-LOW81MG EC** 1 TAB [PO] By Mouth QD, Scheduled — Gessner, MD, Victoria — 100% — 0800 — 100%
- **BUSPIRONE HCL10MG** 1 TAB [PO] By Mouth BID, Scheduled — Brautigam, PMHNP, Stephan — 100% — 0800 / 2000 — 100% / 100%
- **ESCITALOPRAM OXALATE20MG** 1 TAB [PO] By Mouth QD, Scheduled — Brautigam, PMHNP, Stephan — 100% — 0800 — 100%
- **LISINOPRIL10MG** 1 TAB [PO] By Mouth QD, Scheduled — Gessner, MD, Victoria — 96% — 0800 — 96%

## July 2018

Medication / Clinician / Total% / Time tables with daily administration records (columns 1–31, % at end). Scheduled medications:

- **ASPIR-LOW81MG EC** 1 TAB [PO] By Mouth QD, Scheduled — Gessner, MD, Victoria — 97% — 0800 — 97%
- **BUSPIRONE HCL10MG** 1 TAB [PO] By Mouth BID, Scheduled — Brautigam, PMHNP, Stephan — 97% — 0800 / 2000 — 97%
- **DAILY VITES** 1 TAB [PO] By Mouth QD, Scheduled — Gessner, MD, Victoria — 96% — 0800 — 96%
- **ESCITALOPRAM OXALATE20MG** 1 TAB [PO] By Mouth QD, Scheduled — Brautigam, PMHNP, Stephan — 97% — 0800 — 97%
- **LISINOPRIL10MG** 1 TAB [PO] By Mouth QD, Scheduled — Gessner, MD, Victoria — 97% — 0800 — 97%

PCM00074

JA0000478

**August 2018**

| Medication | Clinician | Total % | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASPIR-LOW81MG EC 1 TAB [PO] By Mouth QD Scheduled | Gessner, MD, Victoria | 92% | 0800 0949 | A AW 0949 | SM 1019 | SG 0936 | KS 0948 | KS 1010 | SG 1002 | SM 1004 | ? | | CN 1016 | KH 0925 | SM 0917 | SG 0914 | CN 0945 | AW 0934 | SM 0908 | CN 1001 | KS 0945 | CN 0938 | SG 0853 | SM 1013 | KC 0931 | CN 0906 | CG 0735 | SM 0915 | -- | -- | -- | -- | -- | -- | 92% |
| BUSPIRONE HCL10MG 1 TAB [PO] By Mouth BID Scheduled | Brautigam, PMHNP, Stephan | 94% | 0800 0949 | A AW 0949 | SM 1019 | SG 0936 | KS 0948 | KS 1010 | SG 1002 | SM 1004 | KC 0956 | | CN 1016 | KH 0925 | SM 0917 | SG 0914 | CN 0945 | AW 0934 | SM 0908 | CN 1001 | KS 0945 | CN 0938 | SG 0853 | SM 1013 | KC 0931 | CN 0906 | CG 0735 | SM 0915 | -- | -- | -- | -- | -- | -- | 92% |
| | | | 2000 | KH 1954 | KH 2017 | SM 1923 | TC 1811 | TC 2034 | SG 2020 | MA 2001 | KH 2001 | SG 1936 | ES 2012 | MA 1955 | LB 1934 | MA 1847 | ES 1936 | KH 2131 | KH 1935 | LB 1954 | TC 1954 | AW 1928 | ES 1944 | KH 2130 | KC 2123 | LB 1947 | | | -- | | | | | | 95% |
| DAILY VITES 1 TAB [PO] By Mouth QD Scheduled | Gessner, MD, Victoria | 92% | 0800 0949 | A AW 0949 | SM 1019 | SG 0936 | KS 0948 | KS 1010 | SG 1002 | SM 1004 | KC 0956 | ? | CN 1016 | KH 0925 | SG 0917 | SG 0914 | CN 0945 | AW 0934 | SM 0908 | CN 1001 | KS 0945 | SG 0938 | SM 1013 | KC 0931 | CN 0906 | CG 0735 | SM | | -- | -- | -- | -- | -- | -- | 92% |
| ESCITALOPRAM OXALATE20MG 1 TAB [PO] By Mouth QD Scheduled | Brautigam, PMHNP, Stephan | 92% | 0800 0949 | A AW 0949 | SM 1019 | SG 0936 | KS 0948 | KS 1010 | SG 1002 | SM 1004 | KC 0956 | | CN 1016 | KH 0925 | SM 0917 | SG 0914 | CN 0945 | AW 0934 | SM 0908 | CN 1001 | KS 0945 | CN 0938 | SG 0853 | SM 1013 | KC 0931 | CN 0906 | CG 0735 | SM 0915 | -- | -- | -- | -- | -- | -- | 92% |
| LISINOPRIL10MG 1 TAB [PO] By Mouth QD Scheduled | Gessner, MD, Victoria | 92% | 0800 0949 | A AW 0949 | SM 1019 | SG 0936 | KS 0948 | KS 1010 | SG 1002 | SM 1004 | KC 0956 | ? | CN 1016 | KH 0925 | SM 0917 | SG 0914 | CN 0945 | AW 0934 | SM 0908 | CN 1001 | KS 0945 | CN 0938 | SG 0938 | SM 1013 | KC 0931 | CN 0906 | CG 0735 | SM 0915 | -- | -- | -- | -- | -- | -- | 92% |

PCM00075

JA0000479

# 🔒Mental Health Intake - ver. 1.0-OLD

| | | | |
|---|---|---|---|
| **JMS ID:** | 125635 | **Location:** | [OUT] |
| **DOB:** | 08/31/1960 | **Ethnicity:** | - |
| **Age:** | 59 | **Interviewer:** | Mahoney, Psy.D., Jessica (06/05/2018 0932) |
| **Agency:** | county | | |

**CHARLES JOSEPH FREITAG #2018003096**

| | | |
|---|---|---|
| Presenting problem/complaint: | Pt. requested to see MH. | |
| What is patient requesting? | ☑ **Continuity of care** ☐ Medication management ☐ Clearance from suicide level ☐ Other (describe) | |
| Current criminal charges: | Pt. reported that he is here for Aggravated Assault. He is not sure of his court date. | |
| Next court date: | | |
| Previous incarcerations jail/prison: | ○ Yes - Please specify ◉ **No** | |
| Drug and Alcohol history: Include length of use, amount of use and periods of sobriety | | Denied |
| Last use of Drugs or Alcohol: | | |
| Substance Abuse Treatment History | ○ Yes (provide details) ○ No | Denied |
| Mental Health Treatment: | Pt. was in therapy for depression. | |
| Medication History: | Pt. reported that he was on a medication for depression. He could not recall what it was. | |
| Medication Effectiveness: | ◉ **Yes** ○ No | |
| Psychiatric Hospitalizations: | Pt. reported that he was hospitalized in Friends in February. | |
| Suicidal Ideation: | ☐ Plan, Method, Intent, Lethality, Rescue ☐ History of Suicide Attempts ☐ Drugs or alcohol involved ☐ History of Self Mutilation | Pt. reported that he has had thoughts of suicide in the past year three times with the most recent time in September 2017. |
| Highest Level of Education: Include grade level and highest degree obtained | | HS |
| Employment History: | USPS | |
| Marital Status: | ☐ Single Never Married ☑ **Single** ☐ Separated ☐ Married ☐ Significant Other ☑ | son who is 35. |

PCM00076

JA0000480

| | | |
|---|---|---|
| | **Children - Number and Ages** | |
| | ☑ **Divorced** | |
| Support system: | ☐ Parents | |
| | ☑ **Family** | |
| | ☐ Friends | |
| | ☐ Spouse | |
| | ☐ Significant Other | |
| | ☐ Other | |
| Family history of drug and alcohol abuse/dependence: | ☐ Mother | None reported |
| | ☐ Father | |
| | ☐ Siblings | |
| | ☐ Significant other | |
| | ☐ Maternal side | |
| | ☐ Paternal side | |
| Family history of mental illness: | ☐ Mother | None reported |
| | ☐ Father | |
| | ☐ Siblings | |
| | ☐ Significant other | |
| | ☐ Maternal side | |
| | ☐ Paternal side | |
| Current Stressors: | None reported | |
| Mental Status Examination (See Mental Status Form): | ◉ Completed | |
| | ○ Not Completed | |
| Diagnostic impression: | Pt. reported a history of depression. Pt. shared that he is sad, worries, and has poor sleep. He shared that eh sometimes starts to have thoughts of harming himself when he becomes depressed. | |
| Plan: | ☐ Constant Watch | |
| | ☐ 15 Min. Watch | |
| | ☐ Strip Cell | |
| | ☐ Housing Recomendations | |
| | ☑ **Refer to Psychiatry for Medication Evaluation** | |
| | ☑ **Complete a Sick Call as Needed** | |
| | ☐ Recommend group psychotherapy | |

PCM00077
JA0000481

# 🖰Mental Status Exam- OLD

| | | | | |
|---|---|---|---|---|
| **JMS ID:** | 125635 | **Location:** | [OUT] | |
| **DOB:** | 08/31/1960 | **Ethnicity:** | - | |
| **Age:** | 59 | **Interviewer:** | LPC James, LPC, Avia (07/31/2018 1514) | |
| **Agency:** | county | | | |

**CHARLES JOSEPH FREITAG #2018003096**

## Mental Status Exam

| | |
|---|---|
| Appearance: | ☑ **Age Appropriate**<br>☐ Well-groomed<br>☐ Disheveld, Unkempt<br>☐ Bizarre<br>☐ Malodorous<br>☐ Other |
| Orientation: | ☑ **Person**<br>☑ **Place**<br>☑ **Time**<br>☑ **Situation** |
| Behavior: Eye Contact | ☑ **Good**<br>☐ Limited<br>☐ Avoidant<br>☐ None |
| Behavior: Motor Activity | ☐ Relaxed and Calm<br>☑ **Restless**<br>☐ Rigid<br>☐ Agitated<br>☐ Slumped posture<br>☑ **Tense**<br>☐ Tics<br>☐ Tremors |
| Manner: | ☑ **Appropriate**<br>☐ Trusting<br>☑ **Cooperative**<br>☐ Inappropriate<br>☐ Withdrawn<br>☐ Agitated<br>☐ Hostile<br>☐ Guarded<br>☐ Defensive<br>☑ **Restless**<br>☐ Manic<br>☐ Minimizes symptoms<br>☐ Exaggerates symptoms |
| Speech: (rate, volume, etc.): | ☐ Normal |

PCM00078
JA0000482

|  | |
|--|--|
|  | ☐ Incoherent |
|  | ☐ Pressured |
|  | ☑ **Too detailed** |
|  | ☐ Slurred |
|  | ☐ Slowed |
|  | ☐ Halting |
|  | ☐ Clanging |
| **Mood:** | ☐ Normal |
|  | ☑ **Depressed** |
|  | ☐ Irritable |
|  | ☑ **Anxious** |
|  | ☐ Euphoric |
|  | ☐ Fatigued |
|  | ☐ Angry |
| **Affect:** | ☐ Broad |
|  | ☑ **Tearful** |
|  | ☐ Blunted |
|  | ☐ Constricted |
|  | ☐ Flat |
|  | ☐ Labile |
| **Sleep:** | ☐ Good |
|  | ☑ **Fair** |
|  | ☐ Poor |
|  | ☐ Increased |
|  | ☐ Decreased |
| **Appetite:** | ☐ Good |
|  | ☑ **Fair** |
|  | ☐ Poor |
|  | ☐ Increased |
|  | ☐ Decreased |
| **Thought Process:** | ☐ Logical, organized |
|  | ☐ Illogical |
|  | ☑ **Flight of Ideas** |
|  | ☐ Circumstantial |
|  | ☑ **Loose associations** |
|  | ☐ Rambling |
|  | ☑ **Obsessive** |
|  | ☐ Blocking |
|  | ☐ Tangential |
| **Thought Content:** | ☐ Normal |
|  | ☐ Impaired |
|  | ☐ Paranoid |
|  | ☐ Obsessive |
|  | ☑ **Fearful/Phobic** |
|  | ☐ Delusional |
|  | ☐ Other (describe) |
| **Hallucinations:** | ☑ **None Evident** |

**PCM00079**
JA0000483

| | |
|---|---|
| | ☐ Auditory |
| | ☐ Verbal |
| | ☐ Command |
| | ☐ Olfactory |
| | ☐ Gustatory |
| | ☐ Tactile |
| Delusions: | ☑ **None Evident** |
| | ☐ Being controlled |
| | ☐ Of reference |
| | ☐ Persecutory |
| | ☐ Grandiose |
| | ☐ Erotomatic |
| | ☐ Somatic |
| | ☐ Paranoid |
| | ☐ Other (describe) |
| Suicide Risk: | ☐ None |
| | ☑ **Low** |
| | ☐ Moderate |
| | ☐ Severe |
| Suicide Risk (Plan): | ⦿ **No Plan** |
| | ○ Plan, describe: |
| Violence Risk: | ⦿ **None** |
| | ○ Low |
| | ○ Moderate |
| | ○ Severe |
| Violence Risk (Plan); | ⦿ **No Plan** |
| | ○ Plan, describe: |
| Judgment: | ⦿ **Intact** |
| | ○ Mild impairment |
| | ○ Moderate impairment |
| | ○ Severe impairment |
| | ○ Impulsive |
| Insight regardless awareness of presence of the disorder: | ⦿ **Intact** |
| | ○ Limited |
| | ○ Fair |
| | ○ None |
| Sensorium (Level of Consciousness): | ⦿ **Alert** |
| | ○ Drowsy |
| | ○ Stupor |
| | ○ Distracted |
| | ○ Delayed Response |
| Memory: | ☑ **Intact** |
| | ☐ Impaired (describe) |
| Intelligence: | ⦿ **Average** |
| | ○ Above Average |
| | ○ Below Average |

**PCM00080**

JA0000484

| | Unable to Establish |
|---|---|
| Summary of Impressions: Provide a clinical opinion of the individual by pulling together the collected historical information in order to identify possible relationships, conditions, and causes leading to the current situation: | Pt exhibited depressive/anxious sx, situation-bound. Pt was otherwise fully engaged, oriented and cooperative. |

PCM00081

JA0000485

**DEATH**Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Flow Sheets
Nebulizer

# Nebulizer Checks

No flow records to display.

**PCM00082**

JA0000486

**DEATH**Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
## CHARLES JOSEPH FREITAG
Weight: 172 lbs
BMI: 23.3
SSN: 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
**#2018003096**
Agency: county
Location: [OUT]
JMS ID: 125635
Low Bunk, Low Tier, MHSR-C
Allergies:
NKMA

Flow Sheets
Neuro Checks
# Neuro Checks

No flow records to display.

**PCM00083**

JA0000487

# PrimeCare Medical, Inc.

## NOTIFICATION OF MEDICAL SERVICES

### NOTIFICATION OF MEDICAL SERVICES

PrimeCare Medical, Inc. provides the medical care for this facility. A tuberculosis test will be performed within 72 hours after your arrival. If you have any special medical, dental or emotional problems, please be sure to inform the medical department staff of your problem at the time of your interview with them.

PrimeCare Medical and the National Commission on Correctional Health Care strongly believe access to health care services is the foundation of any acceptable correctional health services program. Accordingly, no inmate – indigent or otherwise – will be denied treatment based upon lack of ability to pay. As a result, I fully understand any treatment I may require and am entitled to will be unaffected by whether I sign a Release of Financial Responsibility form concerning any pre-existing illness/injury. This form shall allow PrimeCare Medical to access any available insurance or alternate method of reimbursement.

### HOW TO SIGN UP FOR SICK CALL

If during your confinement you need to see a Nurse or Doctor concerning a problem please follow the instructions that have been given to you. A Nurse for sick call will see you daily. The Nurse will see you personally and provide treatment as necessary. If your complaint warrants treatment by the institution physician you will be seen at the next doctor's line.

### MEDICAL EMERGENCY

If you have an emergency medical problem, contact your housing officer immediately and he/she will contact the Medical Department.

X _____     _____     _____
Patient Signature                        Interviewer's Signature              Date

1 of 2

Form 9028A

PCM Forms Manual © 2008
Revised 2012

PCM00084

JA0000488

# PRIMECARE MEDICAL, INC.

## Patient Follow-Up Sheet

Patient Name: Freitag, Charles   Date of Birth: 8/31/00

Identification Number: 125035   Cell Location: E5

Date of Service: 06/09/18

Service Type:

| ☐ Lab | ☐ X-Ray | ☑ EKG | ☐ Intake Testing |

Your recent test(s) results performed by the Medical Department have been reviewed by the Medical Provider. The Provider has determined that:

☐ You have been scheduled for a follow up visit which should occur on _____ Flw 2Scheduled

☐ The results are considered within normal ranges, no further visits are required. If you continue to have any concerns/issues please resubmit a sick call request.

Sincerely,

Medical Department

Date: 06/13/18

Medical Signature

PCM Forms Manual © 2013

# PrimeCare Medical, Inc.

## Patient Follow-Up Sheet

Patient Name: Freitag, Charles    Date of Birth: 8/31/60

Identification Number: 125C635    Cell Location: E5

Date of Service: 6/4/18

Service Type:

[✓] Lab    [ ] X-Ray    [ ] EKG    [ ] Intake Testing

Your recent test(s) results performed by the Medical Department have been reviewed by the Medical Provider. The Provider has determined that:

[ ] You have been scheduled for a follow up visit which should occur on _____

[✓] The results are considered within normal ranges, no further visits are required. If you continue to have any concerns/issues please resubmit a sick call request.

Sincerely,

Medical Department

Date: 6/13/18

Medical Signature

PCM Forms Manual © 2013

PCM00086
JA0000490

# PRIMECARE MEDICAL, INC.

## Patient Follow-Up Sheet

Patient Name: _Charles Freitas_    Date of Birth: _8/31/00_

Identification Number: _125035_    Cell Location: _A14_

Date of Service: _6/27/18_

Service Type:

| ☑ Lab | ☐ X-Ray | ☐ EKG | ☐ Intake Testing |

Your recent test(s) results performed by the Medical Department have been reviewed by the Medical Provider. The Provider has determined that:

☑ You have been scheduled for a follow up visit which should occur on _clinic_

☐ The results are considered within normal ranges, no further visits are required. If you continue to have any concerns/issues please resubmit a sick call request.

Sincerely,

Medical Department

Date: _6/28/18_

_____
Medical Signature

PCM00087
JA0000491

# PRIMECARE MEDICAL, INC.

## Patient Follow-Up Sheet

**Patient Name:** C. Freitag

**Date of Birth:** 8/31/60

**Identification Number:** 25635

**Cell Location:** B4

**Date of Service:** 7/8/18

**Service Type:**

| ☐ Lab | ☐ X-Ray | ☑ EKG | ☐ Intake Testing |

Your recent test(s) results performed by the Medical Department have been reviewed by the Medical Provider. The Provider has determined that:

☐ You have been scheduled for a follow up visit which should occur on _F/W 2 schedule_

☐ The results are considered within normal ranges, no further visits are required. If you continue to have any concerns/issues please resubmit a sick call request.

Sincerely,

Medical Department

**Date:** 07/09/18

**Medical Signature**

PCM Forms Manual © 2013

PCM00088
JA0000492

**DEATH**Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Problems
Chronic Care
# Chronics

## Open Chronics

**(No Chronics)**

## Closed Chronics

**(No Chronics)**

**PCM00089**
JA0000493

**DEATH**Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Problems
Problems
# Problems

## Open Problems

| Opened | PSYCHOLOGICAL / MENTAL HEALTH 🖊 | |
|---|---|---|
| 07/31/2018 1217 Cassidy, PsyD, Abbey | **Related Records** | **Medical Notes** 🩺 |
| [Close Problem] | **Sick Calls:** | (none) |
| | • 07-31-2018 - Please check in today (7/31) at request of Deputy Warden... 🗖 | |
| | • 08-06-2018 - LV3 Client seen in office at 10:18 am. Client... 🗖 | |
| | • 08-08-2018 - LV3 Pt. seen in MH. He reported that he is sleeping and... 🗖 | |
| | • 08-14-2018 - LV3 Client seen in office at 7:53 am. Client reported... 🗖 | |
| | • 08-03-2018 - LV3 08/03/2018, 10:22am: pt seen by this writer in her... 🗖 | |
| | • 08-01-2018 - LV3 0801/2018, 02:54pm: pt seen by this writer in her... 🗖 | |
| | • 08-10-2018 - LV3 Client seen in office at 1:16 pm. Client stated... 🗖 | |
| | • 08-17-2018 - LV3 Client seen in office at 11:20 am. Client stated he... 🗖 | |
| | • 08-22-2018 - 1/3 LV3 FU Pt. seen in MH. Pt. reported that he is doing... 🗖 | |
| | • 08-23-2018 - 1 week LV3 FU: Court Tomorrow for Sentencing, Review... 🗖 | |
| | **Tasks:** | |
| | • 07-31-2018 - Please check in today (7/31) at request of Deputy Warden Mitchell. Thanks! 🗖 | |
| | • 08-01-2018 - LV3 ✎ 🗖 | |
| | • 08-14-2018 - MH FU: see pt before trial 🗖 | |
| | • 08-20-2018 - 1/3 LV3 FU 🗖 | |
| | • 08-23-2018 - 1 week LV3 FU: Court Tomorrow for Sentencing, Review 🗖 | |
| | • 08-28-2018 - MH FU after court. 🗖 | |
| | • 11-07-2018 - 12 week f/u 🗖 | |

| Opened | CARDIAC 🖊 | |
|---|---|---|
| 06/04/2018 1526 RN Sariego, RN, Jennifer | **Related Records** | **Medical Notes** 🩺 |
| [Close Problem] | **Sick Calls:** | (none) |
| | • 07-05-2018 - CCC = HTN; Psych (Depression, Anxiety). Labs 6/27/18:... 🗖 | |
| | **Tasks:** | |

PCM00090

JA0000494

- 06-06-2018 - sign off
- 06-29-2018 - Seen 6/5, sch HTN ccc 7/5.
- 07-05-2018 - CCC = HTN; Psych (Depression, Anxiety). Labs 6/27/18: CMP, FLP, CBC TSH...
- 08-04-2018 - BP checks
- 08-25-2018 - Hospital Update

**Opened**
06/04/2018 1518
RN Sariego, RN, Jennifer

[Close Problem]

Suicidal (Full)
**Related Records**
**Sick Calls:**
(none)

**Tasks:**
(none)

**Medical Notes**

- Per OMS patient released from system 8/25/18 @ 1435 [08/27/2018 1417]
- Correction to Emergency Flowsheet: EMS arrived at approx 1115. Per Sgt Rupp, EMS pronounced him dead at 1119 while still on the block. [08/25/2018 1203]

**Closed Problems**

**(No Problems)**

PCM00091
JA0000495

**DEATH**Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Flow Sheets
Respiratory

# Respiratory

No flow records to display.

**PCM00092**
JA0000496

*— original Mailed to Harrisburg — Main Office*

# PRIMECARE MEDICAL, INC.

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

Patient Name: Charles Freitag     SSN: 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.
Address: Bucks County Prison      Date of Birth: 8-31-60

I hereby authorize Prime Care Medical Inc (facility name) to release copies of the
portions of my health records described below to Rachel Fassbender, Bucks Co Adult Probation
for the following purposes: Court ordered m-sentence report.

### Specific Information Covered by this Authorization

| | |
|---|---|
| THE FOLLOWING INFORMATION IS SPECIALLY PROTECTED BY STATE LAW. IF ANY OF THIS INFORMATION APPLIES TO YOU, PLEASE INDICATE ANY OR ALL OF THE INFORMATION YOU WOULD LIKE TO MAKE SUBJECT TO THIS AUTHORIZATION:<br>(✓) Alcohol/Drug Abuse Records _____ Initials<br>( ) Mental Health Records _____ Initials<br>(✓) HIV Related Info. _____ Initials | ( ) Discharge Summary _____ Initials<br>( ) History/Physical Info. _____ Initials<br>( ) Laboratory Studies _____ Initials<br>( ) X-ray Reports _____ Initials<br>( ) Operative Reports _____ Initials<br>( ) Pathology Reports _____ Initials<br>Date(s) of Service and/or medical Information specific to this request: |

This Authorization will expire one (1) year from the date that I sign it. I understand that I may revoke this Authorization, in writing, at any time. I also understand that my revocation of this Authorization will not impact any action taken in reliance on this Authorization prior to PrimeCare Medical's receipt of my written revocation.

I understand that my treatment may not be conditioned on my agreement to sign this Authorization. I also understand that information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the persons listed above and may no longer be protected.

I understand the nature of this Authorization.

X _Charles J. Freitag_     X 6-8-18
  Patient Signature            Date

If the above signatory is a personal representative, their legal relationship to the patient/client is:
_____

Signature of staff person obtaining authorization: _____

If this Authorization authorizes the release of Mental Health Records, HIV-related information, or substance abuse treatment information, the following statement must be included with the information being released:

This information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains or is otherwise permitted by law. A general authorization for the release of medical or other information is not sufficient for this purpose.

Form 9105                                         PCM Forms Manual © 2009

**PCM00093**

JA0000497

## FW: Medical Records Request - Charles Freitag - BKS

BKS Health Services Admin
**Sent:** Tuesday, July 03, 2018 11:16 AM
**To:** Tiffany Morykan, MBA, CCHP
**Attachments:** 20180629114452489.pdf (207 KB)

-----Original Message-----
From: Lisa M. Del Vecchio [mailto:ldelvecchio@primecaremedical.com]
Sent: Friday, June 29, 2018 11:42 AM
To: Zernhelt, Alynn M. <amzernhelt@buckscounty.org>
Cc: Sandra Ulerick, MBA, CCHP <sulerick@primecaremedical.com>; Merrizza Collins <mcollins@primecaremedical.com>
Subject: Medical Records Request - Charles Freitag - BKS

Please see attached.  You may release a copy of the requested records.  Please send me an email when records have been
released.  Thank you.

Lisa

Lisa M. Del Vecchio
Medical Records Clerk
PrimeCare Medical, Inc.
3940 Locust Lane
Harrisburg, PA 17109
717-545-5787 ext. 1137
717-364-1235 (fax)
ldelvecchio@primecaremedical.com

-----Original Message-----
From: Info at PrimeCare
Sent: Friday, June 29, 2018 11:45 AM
To: Lisa M. Del Vecchio
Subject: Message from "RNP002673BE78EB"

This E-mail was sent from "RNP002673BE78EB" (MP 4054).

Scan Date: 06.29.2018 11:44:52 (-0400)
Queries to: Info@primecaremedical.com

This communication, along with any and all attachments, contains PRIVILEGED and CONFIDENTIAL INFORMATION intended only
for the use of the recipient named above. The information may be protected by state and federal laws, including,
without limitation, the provisions of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), which
prohibit unauthorized disclosure. If you are not the intended recipient, you are hereby notified that any use or
dissemination of this information is strictly prohibited. If the reader or recipient of this communication is not the
intended recipient, an employee or agent of the intended recipient or you believe that you have received this
communication in error, please notify the sender immediately by return e-mail. The email should also be promptly
deleted. Any review, retransmission, dissemination or duplication of this e-mail and/or attachments, will be considered
unauthorized use and is prohibited.
*****************************************************************

Please Be Advised

The County of Bucks has changed our email domain from co.bucks.pa.us to BucksCounty.org. In order to continue sending
emails to
our personnel, please adjust all of your county contacts to our new @buckscounty.org domain. Thank you.

The information in this email is confidential and may be legally privileged and protected under State and/or Federal
Laws. It is
intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended
recipient, any
disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may
be unlawful.
If you believe that you have received this email in error, please contact the sender or call 215-348-6000.

*********************************

PCM00094
JA0000498



The Choice for Quality Correctional Healthcare

<u>RESPONSE TO REQUEST FOR MEDICAL RECORDS</u>

Patient: _Charles Freitas_     Facility: _BKS_

We are in receipt of your request for medical records.

☑  Request is approved – submit payment as instructed below.

<u>Unfortunately, we cannot grant your request at this time for the following reason(s):</u>

☐  Request for Records is not signed.

☐  No Authorization to Release Personal Health Information provided.

☐  Identify prison/jail/juvenile facility records are being sought.

☐  Authorization is not HIPAA compliant.

☐  Request for Records is not accompanied by proper proof that person, someone other than the patient, has appropriate authority to so make request on behalf of patient (i.e. proof of Power of Attorney, Executor/Administrator of the Estate).

☐  Request does not identify what records are being sought.

☐  Authorization is not addressed to PrimeCare Medical, Inc., returning HIPAA compliant Authorization for correction.

☐  Enclosed for your convenience is a PrimeCare Medical, Inc. HIPAA compliant medical records request form.

☐  There are no records for this patient at this facility.

☐  _____

Please provide missing information and/or **complete forms fully and accurately** (make sure you properly designate/initial all type of records you want) and return it to our office at: **Attn:  Privacy Officer, 3940 Locust Lane, Harrisburg, PA  17109.**

The estimated cost for production of the records is $____0____ (see attached invoice).  Upon receipt of the *properly and completed* form(s) and payment of the estimated cost of reproduction, we will process your request.

Respectfully,

Privacy Officer     Mailed/E-Mailed/ERE/Faxed: _7/9/18_
                                                          _Jmp_

(May 2017)

3940 Locust Lane • Harrisburg, PA 17109
(717) 545-5787 • 1-800-245-7277 • FAX: (717) 545-5491

**PCM00095**

JA0000499

# PRIMECARE MEDICAL, INC.

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

Patient Name: Charles Freitag

Address: Bucks County Prison

SSN: 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.

Date of Birth: 8-31-60

I hereby authorize Prime Care Medical Inc (facility name) to release copies of the portions of my health records described below to Rachel Fassbender, Bucks Co Adult Probation for the following purposes: Court ordered pre-sentence report.

### Specific Information Covered by this Authorization

*THE FOLLOWING INFORMATION IS SPECIALLY PROTECTED BY STATE LAW. IF ANY OF THIS INFORMATION APPLIES TO YOU, PLEASE INDICATE ANY OR ALL OF THE INFORMATION YOU WOULD LIKE TO MAKE SUBJECT TO THIS AUTHORIZATION:*

(✓) *Alcohol/Drug Abuse Records* ___ *Initials*
( ) *Mental Health Records* ___ *Initials*
(✓) *HIV Related Info.* ___ *Initials*

( ) Discharge Summary ___ Initials
( ) History/Physical Info. ___ Initials
( ) Laboratory Studies ___ Initials
( ) X-ray Reports ___ Initials
( ) Operative Reports ___ Initials
( ) Pathology Reports ___ Initials
Date(s) of Service and/or medical
Information specific to this request:

This Authorization will expire one (1) year from the date that I sign it. I understand that I may revoke this Authorization, in writing, at any time. I also understand that my revocation of this Authorization will not impact any action taken in reliance on this Authorization prior to PrimeCare Medical's receipt of my written revocation.

I understand that my treatment may not be conditioned on my agreement to sign this Authorization. I also understand that information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the persons listed above and may no longer be protected.

I understand the nature of this Authorization.

X _Charles J Freitag_
   Patient Signature

X _6-8-18_
   Date

If the above signatory is a personal representative, their legal relationship to the patient/client is:

_____

Signature of staff person obtaining authorization: _____

If this Authorization authorizes the release of Mental Health Records, HIV-related information, or substance abuse treatment information, the following statement must be included with the information being released:

_____

This information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains or is otherwise permitted by law. A general authorization for the release of medical or other information is not sufficient for this purpose.

Form 9106

PCM Forms Manual © 2009

**PCM00096**

JA0000500

SEAN R. RYAN
*Chief Adult Probation*
*& Parole Officer*

JEFFREY L. FINLEY
*President Judge*



ADULT PROBATION AND PAROLE DEPARTMENT
Court of Common Pleas of Bucks County
SEVENTH JUDICIAL DISTRICT OF PENNSYLVANIA



June 26, 2018

**RECEIVED**

Prime Care Medical, Inc.
3940 Locust Lane
Harrisburg, PA 17109

RE:   Charles Freitag
DOB:  8-31-60
SS#:  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

Attention: Medical Records

To Whom It May Concern:

The Court of Common Pleas of Bucks County has ordered a pre-sentence investigation on the above referenced defendant. As a result, all records pertaining to the defendant are required. Enclosed is a confidential release of information authorizing the release of his records.

The information may be faxed, mailed, or emailed to my attention to the Bucks County Adult Probation/Parole Department 261 California Rd., Suite 3, Quakertown, PA 18951, Fax number 215-529-7138, email *rjfassbender@buckscounty.org*. Time constraints exist; therefore the court would respectfully request an expedited response if possible. Additionally, because this information is being requested by a public entity, no fees will be paid for processing. I may be reached at 267-884-3235 if there are any questions. Thank you for your cooperation in this matter.

Sincerely,

Rachel J. Fassbender
Adult Probation/Parole Officer
Pre-Sentence Investigator

Enclosure

☐ *Administrative Office:*
55 East Court Street, 7ᵗʰ Floor
Bucks County Courthouse
Doylestown, PA 18901
Phone: (215) 348-6634
Fax: (215) 348-6691

☐ *Central Bucks Unit:*
55 East Court Street, 7ᵗʰ Floor
Bucks County Courthouse
Doylestown, PA 18901
Phone: (215) 348-6102
Fax: (215) 348-6253

☐ *Lower Bucks Units:*
600 Louis Drive, Suite 100
Warminster, PA 18974
Phone: (215) 444-2600
Fax: (215) 444-2601

☑ *Upper Bucks Unit:*
261 California Drive, Suite 3
Government Services Center
Quakertown, PA 18951
Phone: (215) 529-7081
Fax: (215) 529-7138

**PCM00097**
JA0000501



# PRIMECARE MEDICAL, INC.
## 3940 LOCUST LANE
## HARRISBURG, PA 17109
## PHONE: (717) 545-5787 - FAX: (717) 364-1235

**DATE:** November 12, 2018

**FAX NUMBER:** 215-925-5365

**TO:** Cal Barnett-Mayotte

**FROM:** Lisa M. Del Vecchio
Medical Records Clerk

**RE:** Medical Records Request
Charles Freitag, Sr.
Bucks County Department of Corrections

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE): 5**

*CONFIDENTIALITY NOTICE*

*This facsimile contains PRIVILEGED and CONFIDENTIAL INFORMATION intended only for the use of the recipient named above. The information may be protected by state and federal laws, including, without limitation, the provisions of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), which prohibit unauthorized disclosure. If you are not the intended recipient, you are hereby notified that any use or dissemination of this information is strictly prohibited. If you have received this fax in error, please immediately notify the sender and either destroy the documentation or return it to the address provided above. Thank you.*

**PCM00098**

JA0000502



The Choice for Quality Correctional Healthcare

## RESPONSE TO REQUEST FOR MEDICAL RECORDS

Patient: _Charles Freitas_     Facility: _BKS_

We are in receipt of your request for medical records.

☑ Request is approved – submit payment as instructed below.

**Unfortunately, we cannot grant your request at this time for the following reason(s):**

☐    Request for Records is not signed.

☐    No Authorization to Release Personal Health Information provided.

☐    Identify prison/jail/juvenile facility records are being sought.

☐    Authorization is not HIPAA compliant.

☐    Request for Records is not accompanied by proper proof that person, someone other than the patient, has appropriate authority to so make request on behalf of patient (i.e. proof of Power of Attorney, Executor/Administrator of the Estate).

☐    Request does not identify what records are being sought.

☐    Authorization is not addressed to PrimeCare Medical, Inc., returning HIPAA compliant Authorization for correction.

☐    Enclosed for your convenience is a PrimeCare Medical, Inc. HIPAA compliant medical records request form.

☐    There are no records for this patient at this facility.

☐    _____

Please provide missing information and/or **complete forms fully and accurately** (make sure you properly designate/initial all type of records you want) and return it to our office at: **Attn: Privacy Officer, 3940 Locust Lane, Harrisburg, PA 17109.**

The estimated cost for production of the records is $ _137.93_ (see attached invoice). Upon receipt of the **_properly and completed_** form(s) and payment of the estimated cost of reproduction, we will process your request.

Respectfully,

Privacy Officer

Mailed/E-Mailed/ERX/Faxed: _11/12/18_
_UMP_

(May 2017)

3940 Locust Lane • Harrisburg, PA 17109
(717) 545-5787 • 1-800-245-7277 • FAX: (717) 545-5491

**PCM00099**
JA0000503



PRIMECARE

MEDICAL, INC.

The Choice for Quality Correctional Healthcare.

**INVOICE**

November 12, 2018

Kairys, Rudovsky, Messing, Feinberg & Lin, LLP
ATTN: Cal Barnett-Mayotte, Paralegal
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106

      **RE:  Charles J. Freitag, Sr.**
                **Bucks County Department of Corrections**

Charges for the Copying of Medical Records:

| | | |
|---|---|---|
| (pages 1 - 20: $1.51 per page) | 20 x $1.51: | $ 29.20 |
| (pages 21-60: $1.12 per page) | 40 x $1.12: | $ 43.20 |
| (pages 61↑: $0.38 per page) | 100 x $0.38: | $ 38.00 |
| Retrieval Fee: | | $ 22.48 |
| Postage Fee: First Class Mail | | $ 5.05 |
| | Total: | $137.93 |

*Please Make Check Payable To: PrimeCare Medical, Inc.*

Please mail check for this invoice to:    Attention Privacy Officer
                                       PrimeCare Medical, Inc.
                                       3940 Locust Lane
                                       Harrisburg, PA 17109

**We do not accept personal checks. Corporate checks, certified checks or Money Order only. (MUST be paid before any records are released.)**

*(2014 - PA Attorney/Third Party Invoice for Medical Records)*

3940 Locust Lane • Harrisburg, PA 17109
(717) 545-5787 • 1-800-245-7277 • FAX: (717) 545-5491

**PCM00100**
JA0000504

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

Patient Name: Charles Freitag                     SSN: 195 48 0717

Address: Deceased                                  Date of Birth: 8/31/1960

I hereby authorize **PrimeCare Medical, Inc.** at Bucks County Correctional Facility (facility) to release copies of the portions of my health records described below to Jonathan H. Feinberg, Esq.* for the following purposes: Legal consultation

*and the law offices of Kairys, Rudovsky, Messing, Feinberg & Lin, LLP

### Specific Information Covered by this Authorization

| | |
|---|---|
| *THE FOLLOWING INFORMATION IS SPECIALLY PROTECTED BY STATE LAW. IF ANY OF THIS INFORMATION APPLIES TO YOU, PLEASE INDICATE ANY OR ALL OF THE INFORMATION YOU WOULD LIKE TO MAKE SUBJECT TO THIS AUTHORIZATION:*<br><br>*( ) Alcohol/Drug Abuse Records* _____ *Initials*<br>*( ) Mental Health Records* _____ *Initials*<br>*( ) HIV Related Info.* _____ *Initials* | ( ) Discharge Summary _____ Initials<br>( ) History/Physical Info. _____ Initials<br>( ) Laboratory Studies _____ Initials<br>( ) X-ray Reports _____ Initials<br>( ) Operative Reports _____ Initials<br>( ) Pathology Reports _____ Initials<br>Date(s) of Service and/or medical information specific to this request:<br>1/1/18 - present |

This Authorization will expire one (1) year from the date that I sign it. I understand that I may revoke this Authorization, in writing, at any time. I also understand that my revocation of this Authorization will not impact any action taken in reliance on this Authorization prior to PrimeCare Medical's receipt of my written revocation.

I understand that my treatment may not be conditioned on my agreement to sign this Authorization. I also understand that information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the persons listed above and may no longer be protected.

I understand the nature of this Authorization.

_Charles Freitag JR_                     _10/25/2018_
Patient Signature                         Date

**If the above signatory is a personal representative, their legal relationship to the patient/client is:**
Charles Freitag, Jr.: son, and administrator of the estate of Charles Freitag

Signature of staff person obtaining authorization: _____

If this Authorization authorizes the release of Mental Health Records, HIV-related information, or substance abuse treatment information, the following statement must be included with the information being released:

This information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains or is otherwise permitted by law. A general authorization for the release of medical or other information is not sufficient for this purpose.

PCM Forms Manual © 2008
Revised 2015



**DONALD PETRILLE, JR., ESQUIRE**
Register of Wills and Clerk of the Orphans' Court
Bucks County Administration Building
55 E. Court Street, Doylestown, PA 18901

# SHORT CERTIFICATE

Commonwealth of Pennsylvania :
County of Bucks : ss

     I, **DONALD PETRILLE, JR., ESQUIRE**, Register of Wills in and for the County

of Bucks, in the Commonwealth of Pennsylvania, DO HEREBY CERTIFY that on this **15th**

**day of October, 2018, LETTERS OF ADMINISTRATION**, on the Estate of **Charles**

**Joseph Freitag Sr. (aka Charles J. Freitag)**, deceased were granted to **Charles Joseph**

**Freitag Jr.** having first been qualified well and truly to administer the same. And, I further

certify that no revocation of said Letters appears of record in my office.

     Given under my hand and seal of office this **15th day of October, 2018.**

By:    Donald Petrille, Jr., Esquire
       Register of Wills

Date of Death: **August 25, 2018**
Social Security No.: **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**
File No.: **2018-02982**

**NOT VALID WITHOUT SIGNATURE AND IMPRESSED SEAL**

PCM00102
JA0000506

# DONALD PETRILLE, JR., ESQUIRE
### REGISTER OF WILLS OF BUCKS COUNTY, PENNSYLVANIA
### CERTIFICATE OF GRANT OF LETTERS

Estate of: Charles Joseph Freitag Sr. (aka Charles J. Freitag )

Late of: Bensalem Township                    File No.: 2018-02982

Date of Death: August 25, 2018             Social Security No.: 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

**WHEREAS**, the Grant of **LETTERS OF ADMINISTRATION** is required for the administration of the estate;

**NOW, THEREFORE, I, DONALD PETRILLE, JR., ESQUIRE,** Register of Wills in and for the County of Bucks in the Commonwealth of Pennsylvania, hereby certify that I have this day granted **LETTERS OF ADMINISTRATION** to **Charles Joseph Freitag Jr.** who has duly qualified as **Administrator** of the estate of the above-named decedent and has agreed to administer the estate according to law, all of which fully appears of record in my office at Bucks County Courthouse, Doylestown, Pennsylvania.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seal of my office on this 15th day of October, 2018.



**Donald Petrille, Jr., Esquire**
**Register of Wills**

PCM00103

JA0000507

**Lisa M. Del Vecchio**

| | |
|---|---|
| **From:** | Cal Barnett-Mayotte <cbarnettmayotte@krlawphila.com> |
| **Sent:** | Friday, October 26, 2018 11:54 AM |
| **To:** | Lisa M. Del Vecchio |
| **Cc:** | Jonathan Feinberg |
| **Subject:** | Request for medical records: Charles Freitag |
| **Attachments:** | Letters of Administration and PrimeCare Authorization.pdf |

To Whom It May Concern:

I write to request medical records of Charles J. Freitag, Sr., DOB 8/31/1960, on behalf of Jonathan H. Feinberg, Esq., attorney of Mr. Freitag's estate (copied here). Mr. Freitag passed on 8/25/2018.

I have attached letters of administration for Charles Freitag Jr., Mr. Freitag's son, confirming that Mr. Freitag, Jr. is the administrator of Mr. Freitag, Sr.'s estate. I have also attached a signed authorization form from Mr. Freitag, Jr.

Thank you for your assistance in this matter. Let me know if you have any questions.

Sincerely,
Cal

--
Cal Barnett-Mayotte
Paralegal
Kairys, Rudovsky, Messing, Feinberg & Lin, LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
Office: 215-925-4400
Fax: 215-925-5365
www.krlawphila.com
Pronouns: he/him/his

1

PCM00104
JA0000508

# PRIMECARE MEDICAL, INC.

## REFUSAL TO CONSENT TO TREATMENT

Institution: BCCF             Location: _____

Patient Name: Charles FReitag       Patient #: _____

I have been advised by Dr/PA/NP _____ RN _____ that it is necessary for me to _____

HIV + Syphilis testing

_____

_____

The effect and nature of this treatment has been explained to me. Although I understand that my failure to follow this treatment may seriously impair my life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences of such refusal and release the above named physician, the institution and its employees or agents, and PrimeCare Medical, Inc. from any liability attributable to my refusal to accept the recommended treatment.

Reason For Refusal: _____

_____

Or

_____ Problem No Longer Exists

Patient Name: X Charle J Freitag     Date: 6, 4, 2018

Witness: Jennifer Jariego RN

Witness: _____

PCM Forms Manual © 2008
Revised 2012

**DEATH**Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Flow Sheets
Restraint Flow Sheet 1-3-2020

# Restraint Flow Sheet 1-3-2020

No flows records to display.

PCM00106
JA0000510

**DEATH**Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Sick Calls
# Dental Sick Calls

### Triage

No Dental Sick Calls to display.

- **08/25/2018**: Emergency Flow Sheet
- **06/05/2018**: Telephone / Verbal Order Form (Medical)
- **06/04/2018**: 6b. Medication Verification Form - Mental Health

### Medical

- **07/05/2018**: Molly Longacre, PA
- **06/05/2018**: Megan Hughes, PA

### Dental

### Mental Health

- **08/23/2018**: Christina Penge, LPC
- **08/22/2018**: Jessica Mahoney, Psy.D.
- **08/17/2018**: Christina Penge, LPC

**PCM00107**
JA0000511

**DEATH** Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Sick Calls

# Medical Sick Calls

## Triage

- **08/25/2018:** Emergency Flow Sheet
- **06/05/2018:** Telephone / Verbal Order Form (Medical)
- **06/04/2018:** 6b. Medication Verification Form - Mental Health

## Medical

## Dental

- No recent records

## Mental Health

- **08/23/2018:** Christina Penge, LPC
- **08/22/2018:** Jessica Mahoney, Psy.D.
- **08/17/2018:** Christina Penge, LPC



Viewing 1-2 of 2 Items

### 07/05/2018 1051 with Molly Longacre, PA (Task Priority: 1) [Last Updated: 07/05/2018 1058]

**Related Problems**

- CARDIAC,

**Subjective:** CCC = HTN; Psych (Depression, Anxiety). Labs 6/27/18: CMP, FLP, CBC TSH wnl. UA TNP.

**Locked:** Yes
**Interpreter used:** No

**Forms Completed**

| Form | Status | Actions |
|------|--------|---------|
| CCC - Cardiac (2018) | Completed on 07/05/2018 1055 | |

**Objective:** see CCC form

**Medications Ordered**

- LISINOPRIL 10MG 1 TAB [PO] By Mouth QD (07/02/2018 - 10/02/2018)
- DAILY VITES 1 TAB [PO] By Mouth QD (07/05/2018 - 10/05/2018)
- ASPIR-LOW 81MG EC 1 TAB [PO] By Mouth QD (07/04/2018 - 10/02/2018)

**Assessment:** HTN; Psych (Depression, Anxiety). elderly

**Plan:** continue meds, no indication to repeat labs since stable, add MV daily.... f/u in 90days for CCC

**Tasks Created**

- 10/02/2018 - CCC HTN; Psych (Depression, Anxiety). elderly
- 07/27/2018 - CCC HTN; Psych (Depression, Anxiety). elderly seen 7/5 and rewch 10/2

**Education:** *blank*

Entered by: **Molly Longacre, PA** at staff request
Add Addendum
Recategorize to Medical ⌄

PCM00108
JA0000512



### 06/05/2018 0908 with Megan Hughes, PA (Task Priority: 1) [Last Updated: 06/05/2018 0916]

**Forms Completed**

| Form | Status | Actions |
|------|--------|---------|
| 5. Physical Form - 14 Day | Completed on 06/05/2018 0914 | |

**Medications Ordered**

- ASPIR-LOW 81MG EC 1 TAB [PO] By Mouth QD (06/05/2018 - 08/03/2018)
- LISINOPRIL 10MG 1 TAB [PO] By Mouth QD (06/05/2018 - 08/03/2018)

**Tasks Created**

- 06/29/2018 - Seen 6/5, sch HTN ccc 7/5.
- 06/06/2018 - sign off
- 07/05/2018 - CCC = HTN; Psych (Depression, Anxiety). Labs 6/27/18: CMP, FLP, CBC TSH wnl. UA TNP.
- 06/27/2018 - Megan Hughes, PA has requested the following labs for this patient: 7702-4 : Comprehensive Metabolic Panel & CBC 0009-1 :...

**Vitals Taken**

| BP: 144 / 84 | Temp: 98.0° F | Weight: 221 lbs | BMI: 30.0 |
|---|---|---|---|
| Pulse: 94 | Resp: 16 | Height: 6ft 0in | SPO2: 99.0% |

Entered by: **Megan Hughes, PA** at staff request
Add Addendum

Recategorize to [ Medical ▾ ]

**Subjective:** New Intake: 57y/o CM dx'ed c HTN 3yrs ago. Rx Lisinopril 10mg daily from PCP at Aria Health. Denies HLD, DM, CAD, CVA, HIV, HCV, Sz, Asthma. Psych (Depression, Anxiety) = Rx Lexapro. PSHx = NONE. Social = Nonsmoker. Social etoh. No drugs. ROS: NO n/v/d, cp, sob, dizziness, abd pain. Eating and drinking well. Nml BM's and urination. Denies SI/Hi.

**Objective:** See H&P.

**Assessment:** HTN; Psych (Depression, Anxiety)

**Plan:** HTN = Continue Lisinopril and add ASA for CV protection. F/U in 1 mo for CCC or sooner if needed. PUI. ... Psych = F/U c MH as sch.

**Education:** Med compliance.

**Locked:** Yes
**Interpreter used:** No

Viewing 1-2 of 2 Items

PCM00109
JA0000513

**DEATH**Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Sick Calls

# Mental Health Sick Calls

## Triage

- **08/25/2018:** Emergency Flow Sheet
- **06/05/2018:** Telephone / Verbal Order Form (Medical)
- **06/04/2018:** 6b. Medication Verification Form - Mental Health

## Medical

- **07/05/2018:** Molly Longacre, PA
- **06/05/2018:** Megan Hughes, PA

## Dental

- No recent records

## Mental Health

Viewing 11-19 of 19 Items
< Previous
1
2

### 📄 07/31/2018 1427 with Avia James, LPC (Task Priority: 1) [Last Updated: 07/31/2018 1514]

**Related Problems**

- PSYCHOLOGICAL / MENTAL HEALTH,

**Forms Completed**

| Form | Status | Actions |
|------|--------|---------|
| Mental Status Exam-OLD | Completed on 07/31/2018 1514 | 📄 |

**Tasks Created**

- 08/01/2018 - LV3 📄
- 08/14/2018 - MH FU: see pt before trial 📄

**Subjective:** Please check in today (7/31) at request of Deputy Warden Mitchell. Thanks! 07/31/2018, 02:26pm: pt seen by this writer in her office. Reported feeling like an "emotional wreck". reported thinking about everything he's done to himself and family. Reported being in disbelief for being in jail. Reported "beating himself up" for what he'd done. Pt was tearful and highly emotional. Reported trial is on August 24. Reported his attorney was attempting to get him probation. Reported having a great deal of support from home, for which he was grateful. Discussed need to be placed on regular watch (LV3) and reviewed f/u protocol. Reviewed meds compliance and explored constructive coping skills to exercise daily.

**Objective:** See MSE

**Assessment:** Low risk of harm to self/others.

**Plan:** Placed pt on LV3 watch.

**Education:** Conducted MSE and provided supportive counseling. Assessed severity of sx and provided pertinent education.

**Locked:** Yes
**Interpreter used:** No

Entered by: **Avia James, LPC** at staff request
📄 Add Addendum
Recategorize to [ Mental Health ⌄ ]

PCM00110

JA0000514

## 06/28/2018 1615 with Avia James, LPC (Task Priority: 1) [Last Updated: 06/28/2018 1620]

| (No Related Actions) | **Subjective:** 2 WK MH FU 06/28/2018, 03:10pm: pt seen by this writer in her office. Reported that he was feeling "relatively well" but slightly depressed "because I'm here". Went on to discuss ways to enhance sense of self and self-empowerment by helping others. Discussed the importance of finding the right balance between helping others and attending to self-care. Pt otherwise confirmed that he was taking his meds as rx and recommended and was otherwise keeping in contact with his family/peers for support. | **Locked:** Yes **Interpreter used:** No |
|---|---|---|
| | **Objective:** Pt presented as alert and oriented x4. His speech was clear and he made good eye contact. His thought process/content was logical and organized. He was fully engaged and cooperative. His mood was euthymic with congruent affect. Pt denied SI/HI and/or AVH and/or delusions. | |
| | **Assessment:** No immediate risk of harm to self/others. MH sx appeared to be well managed with meds and self-employed coping skills. | |
| | **Plan:** CMHS to f/u with pt biweekly. | |
| | **Education:** Conducted MSE and assessed for immediate needs. Offered supportive counseling by exploring coping skills and providing positive reinforcement of constructive behaviors/attitudes. | |

Entered by: **Avia James, LPC** at staff request
📄 Add Addendum
Recategorize to [ Mental Health ✓ ]

## 06/15/2018 1026 with Jessica Mahoney, Psy.D. (Task Priority: 1) [Last Updated: 06/15/2018 1033]

| **Tasks Created** | **Subjective:** 1 WK PO3 FU Pt. seen in MH. Pt. reported that he is doing about the same. He shared that he keeps feeling badly about being here. He blames his charges on going off of his MH medications and feel that it never would have happened if he was taking them. He discussed wanting | **Locked:** Yes **Interpreter used:** No |
|---|---|---|
| • 08/27/2018 - MH FU after trial 📄 | | |

PCM00111

JA0000515

MH to FU after he goes to court in august.

**Objective:** Pt. was alert and oriented. Pt. thinking was clear and his speech was normal. Pt. engaged and made appropriate eye contact. Pt. denied any SI/HI, AVH, or delusions. Pt. mood was pleasant and his affect was congruent. He was calm and cooperative.

**Assessment:** Pt. appears to be at a low risk for self harm. Pt. denied any MH concerns.

**Plan:** MH to FU as per protocol. Pt. tasked for psychiatry.

**Education:** Supportive counseling, discussion of MH symptoms, treatment planning.

Entered by: **Jessica Mahoney, Psy.D.** at staff request
⌁ Add Addendum

Recategorize to [ Mental Health ∨ ]

---

### 🖰 06/14/2018 0946 with Stephan Brautigam, PMHNP [Last Updated: 06/14/2018 1109]

**Medications Ordered**

- ESCITALOPRAM OXALATE 20MG 1 TAB [PO] By Mouth QD (06/14/2018 - 09/12/2018) 🖉
- BUSPIRONE HCL 10MG 1 TAB [PO] By Mouth BID (06/14/2018 - 09/11/2018) 🖉

**Tasks Created**

- 08/09/2018 - 8 week f/u 🖶

**Subjective:** "better than I was" Sentencing in August- Already had jury trial First incarceration Taking Lexapro in community. Has been taking for 9 months Friends February and August 2017- SA in august- Sleeping pills and whiskey- Cut self in August 2017 loss of brother, 3 friends and wife left him in span of 2 years Sleep fair, improving Appetite good Has support in community no problems on the block

**Objective:** AAO, pleasant and cooperative. mood is okay. Affect anxious. Speech clear shaky at times. TP linear. Content loss. I&J intact Denies AVH HI & SI

**Assessment:** unspec depression

**Plan:** 1. Continue Lexapro 2. Start Buspar 10mg BID 3. f/u 8 weeks

**Education:** Agrees with plan. Reviewed meds and sick call process

**Locked:** Yes
**Interpreter used:** No

Entered by: **Stephan Brautigam, PMHNP** at patient request
⌁ Add Addendum

Recategorize to [ Mental Health ∨ ]

---

### 🖰 06/14/2018 0921 with Avia James, LPC (Task Priority: 1) [Last Updated: 06/14/2018 0932]

PCM00112
JA0000516

| Tasks Created | Subjective: Pt. is requesting therapy. - Chrissy 06/14/2018, 09:20am: pt seen by this writer in her office. This writer explained limitations of current setting in providing full therapy session. Pt verbalized his interest in periodic counseling sessions (bi-weekly) and groups. | Locked: Yes Interpreter used: No |
|---|---|---|
| • 06/28/2018 - 2 WK MH FU | | |
| | Objective: Pt presented as alert and oriented x4. His speech was clear and he made good eye contact. His thought process/content was logical and organized. He was fully engaged and cooperative. His mood was euthymic with congruent affect. Pt denied SI/HI and/or AVH and/or delusions. | |
| | Assessment: Pt appeared to be at a low risk to harm self/others. | |
| | Plan: CMHS to f/u with pt biweekly. Will refer pt to MH-groups. | |
| | Education: Conducted MSE and provided supportive counseling. Explained CMHS and f/u options. | |

Entered by: **Avia James, LPC** at staff request
🗋 Add Addendum
Recategorize to [ Mental Health ˅ ]

---

🖸 **06/11/2018 1025 with Christina Penge, LPC (Task Priority: 1) [Last Updated: 06/11/2018 1028]**

| (No Related Actions) | Subjective: 1/3 DAY PO3 FU Client seen at 10:25 am in the office. Client reported doing okay. Client stated the anxiety is decreasing over the past days. Client denied any major MH concerns. Client reported medication has helped. | Locked: Yes Interpreter used: No |
|---|---|---|
| | Objective: Client cooperative and pleasant. Client was engaged and calm. Client was alert and oriented x3. Client was appropriately dressed and age appropriate. Client had good eye contact. Client's speech was clear with normal rate and tone. Client had limited insight and judgment. Client reported good appetite and sleep. Client denies SI, HI, and AVH with delusions. | |
| | Assessment: Client appeared low risk of self harm. | |
| | Plan: FU with MH as scheduled. | |

PCM00113

JA0000517

**Education:** Provided Supportive counseling, discussed Coping skills and treatment planning.

Entered by: **Christina Penge, LPC** at staff request
📄 Add Addendum

Recategorize to [Mental Health ▾]

---

### 📄 06/08/2018 1420 with Avia James, LPC (Task Priority: 1) [Last Updated: 06/08/2018 1426]

**Tasks Created**

- 06/11/2018 - 1/3 DAY PO3 FU 🖨
- 06/15/2018 - 1 WK PO3 FU 🖨
- 09/07/2018 - 90 DAY PO3 FU 🖨

**Subjective:** PO3 06/08/2018, 2:00pm: pt seen by this writer on block. Reported that he was feeling goo but slightly anxious, whenever he was thinking about his case and possibly losing his job of 25 yrs (post office). Reported that he was feeling better on meds and was otherwise exercising skills he'd learned through therapy, including positive self-talk and gratitudes.

**Objective:** Pt presented as alert and oriented x4. His speech was clear and he made good eye contact. His thought process/content was slightly fearful with flight of ideas. Pt was fully engaged and cooperative. His mood was depressed and anxious with congruent affect. Pt denied SI/HI and/or AVH and/or delusions.

**Assessment:** Pt appeared to be at a low risk to harm self/others.

**Plan:** Will d/c PO3 and f/u per protocol.

**Education:** Conducted MSE and assessed immediate needs and overall mental stability. Provided supportive counseling and positive reinforcement of constructive behaviors.

**Locked:** Yes
**Interpreter used:** No

Entered by: **Avia James, LPC** at staff request
📄 Add Addendum

Recategorize to [Mental Health ▾]

---

### 📄 06/06/2018 0808 with Avia James, LPC (Task Priority: 1) [Last Updated: 06/06/2018 0820]

**Forms Completed**

| Form | Status | Actions |
|------|--------|---------|
| Suicide Risk Assessment-OLD | Completed on 06/06/2018 0819 | 🖨 |

**Tasks Created**

**Subjective:** LOCKED MH LV2 - obtain informed consent and ROI 06/06/2018, 08:05am: pt seen by this writer in her office. Reported that he'd been feeling "relatively good" since he'd been taking the Lexapro. Pt went on to relay detail of last SA and the progress

**Locked:** Yes
**Interpreter used:** No

**PCM00114**

JA0000518