# EXHIBIT 45

## Part IV

JA0000404

| | |
|---|---|
| • 06/08/2018 - PO3 - Attempted to see Pt. on 6/8 but he was temp out | he had made since. He otherwise denied having thoughts, intentions and/or plan(s) to inflict harm to self/others. |
| | **Objective:** Completed SRA |
| | **Assessment:** Pt appeared to be at a moderate-low risk to harm self/others, despite depressive sx. |
| | **Plan:** Will d/c LV2 WATCH and s/d to LV3. Will f/u per PO3 protocol. |
| | **Education:** Completed SRA and assessed immediate needs and overall mental stability. |

Entered by: **Avia James, LPC** at staff request
🖺 Add Addendum
Recategorize to [ Mental Health ⌄ ]

---



🖺 **06/05/2018 0922 with Jessica Mahoney, Psy.D. (Task Priority: 1) [Last Updated: 06/05/2018 0936]**

**Forms Completed**

| Form | Status | Actions |
|---|---|---|
| Suicide Risk Assessment-OLD | Completed on 06/05/2018 0935 | 🖺 |
| Mental Health Intake - ver. 1.0-OLD | Completed on 06/05/2018 0932 | |

**Subjective:** LOCKED MH LV2 Pt. seen in medical. See MHA.

**Locked:** Yes
**Interpreter used:** No

**Objective:** See MSE

**Assessment:** Unspecified Depressive Disorder.

**Plan:** Pt. to remain on LV2. MH to FU as per protocol. Pt. tasked for psychiatry.

**Tasks Created**

• 06/14/2018 - Pt. reported that he is on medications for depression. He reported sadness, poor sleep, worry. Unspecified Depressive...

**Education:** MHA, MSE, treatment planning, verbal informed consent.

Entered by: **Jessica Mahoney, Psy.**D. at staff request
🖺 Add Addendum
Recategorize to [ Mental Health ⌄ ]

Viewing 11-19 of 19 Items
< Previous
1
2

**PCM00115**
JA0000519

**DEATH** Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Sick Calls

# Mental Health Sick Calls

## Triage

- **08/25/2018:** Emergency Flow Sheet
- **06/05/2018:** Telephone / Verbal Order Form (Medical)
- **06/04/2018:** 6b. Medication Verification Form - Mental Health

## Medical

- **07/05/2018:** Molly Longacre, PA
- **06/05/2018:** Megan Hughes, PA

## Dental

- No recent records

## Mental Health

Viewing 1-10 of 19 Items
1
2
Next >

### 📄 08/23/2018 1419 with Christina Penge, LPC (Task Priority: 1) [Last Updated: 08/23/2018 1509]

| Related Problems | | Locked: Yes Interpreter used: No |
|---|---|---|
| • PSYCHOLOGICAL / MENTAL HEALTH, | **Subjective:** 1 week LV3 FU: Court Tomorrow for Sentencing, Review Client seen in office at 2:18 pm. Client reported he was nervous about sentencing hearing. Discussed appropriate behavior for court and reviewed supports available. Client denied any immediate MH concerns. | |
| | **Objective:** Client was cooperative and pleasant. Client was engaged and calm. Client was alert and oriented x3. Client was appropriately dressed and age appropriate. Client had good eye contact. Client's speech was clear with normal rate and tone. Client had limited insight and judgment. Client reported good appetite and sleep. Client denies SI, HI, and AVH with delusions. | |
| | **Assessment:** Client appeared low risk of self harm. | |
| | **Plan:** FU with MH as needed. | |
| | **Education:** Provided Supportive counseling, discussed Coping skills and treatment planning. | |

Entered by: **Christina Penge, LPC** at staff request
📄 Add Addendum
Recategorize to [ Mental Health ∨ ]

PCM00116
JA0000520

### 08/22/2018 1146 with Jessica Mahoney, Psy.D. (Task Priority: 1) [Last Updated: 08/22/2018 1152]

**Related Problems**

- PSYCHOLOGICAL / MENTAL HEALTH,

| | |
|---|---|
| **Subjective:** 1/3 LV3 FU Pt. seen in MH. Pt. reported that he is doing okay. He shared that he is sleeping and eating. He reported that he is feeling anxious as he goes to court on Friday. He will either have to stay here longer or will get out on probation. He shared that his lawyer was pretty confident that he would get out and that he has also learned that his job will take him back. | **Locked:** Yes<br>**Interpreter used:** No |
| **Objective:** Pt. was alert and oriented. Pt. thinking was clear and his speech was normal. Pt. engaged and made appropriate eye contact. Pt. denied any SI/HI,AVH, or delusions. Pt. mood was pleasant and his affect was congruent. He was calm and cooperative. | |
| **Assessment:** Pt. appears to be at a low risk for self harm. Pt. denied any MH concerns. | |
| **Plan:** MH to FU as per protocol. Pt. tasked for psychiatry FU. | |
| **Education:** Supportive counseling, discussion of MH symptoms, treatment planning. | |

Entered by: **Jessica Mahoney, Psy.D.** at staff request

🗋 Add Addendum

Recategorize to [ Mental Health ⌄ ]

### 08/17/2018 1120 with Christina Penge, LPC (Task Priority: 1) [Last Updated: 08/17/2018 1144]

**Related Problems**

- PSYCHOLOGICAL / MENTAL HEALTH,

**Tasks Created**

- 08/20/2018 - 1/3 LV3 FU 🖵
- 08/23/2018 - 1 week LV3 FU: Court Tomorrow for Sentencing, Review 🖵
- 08/28/2018 - MH FU after court. 🖵

| | |
|---|---|
| **Subjective:** LV3 Client seen in office at 11:20 am. Client stated he is anxious awaiting sentencing. He discussed goals in the future. Reviewed self forgiveness. Client denied any immediate MH concerns. | **Locked:** Yes<br>**Interpreter used:** No |
| **Objective:** Client cooperative and pleasant. Client was engaged and calm. Client was alert and oriented x3. Client was appropriately dressed and age appropriate. Client had good eye contact. Client's speech was clear with normal rate and tone. Client had limited insight and judgment. Client reported good appetite and sleep. | |

PCM00117

JA0000521

| | |
|---|---|
| | Client denies SI, HI, and AVH with delusions. |
| | **Assessment:** Client appeared low risk of self harm. |
| | **Plan:** FU with MH is scheduled. Remove LV3. |
| | **Education:** Provided Supportive counseling, discussed Coping skills and treatment planning. |

Entered by: **Christina Penge, LPC** at staff request
🗋 Add Addendum

Recategorize to [ Mental Health ∨ ]

---

### 📝 08/15/2018 0759 with Stephan Brautigam, PMHNP [Last Updated: 08/15/2018 1230]

| Medications Ordered | Subjective: Here 2 months Has court 8/24 hoping for release Has support in the community Sleep improved. Appetite good Hopes to have job at post office when released Plans to f/u at life counseling after release. | Locked: Yes Interpreter used: No |
|---|---|---|
| • ESCITALOPRAM OXALATE 20MG 1 TAB [PO] By Mouth QD (08/15/2018 - 11/13/2018) 🖊 <br> • BUSPIRONE HCL 10MG 1 TAB [PO] By Mouth BID (08/15/2018 - 11/13/2018) 🖊 | **Objective:** AAO, pleasant and cooperative. Mood is good. Affect anxious. Speech clear. TP coherent Content future oriented. I&J intact. Denies AVH HI & SI | |
| **Tasks Created** | **Assessment:** unspec depression | |
| • 11/07/2018 - 12 week f/u 🗒 | **Plan:** 1. Continue Buspar and Lexapro 2. f/u 12 weeks | |
| | **Education:** Agrees with plan Reviewed meds and sick call process | |

Entered by: **Stephan Brautigam, PMHNP** at patient request
🗋 Add Addendum

Recategorize to [ Mental Health ∨ ]

---

### 📝 08/14/2018 0753 with Christina Penge, LPC (Task Priority: 1) [Last Updated: 08/14/2018 0758]

| Related Problems | Subjective: LV3 Client seen in office at 7:53 am. Client reported he got more of a confirmation that his job will be available once he is released from jail. Client stated he feels more positive. Client reported better sleep related to the information. Client denied any MH concerns. | Locked: Yes Interpreter used: No |
|---|---|---|
| • PSYCHOLOGICAL / MENTAL HEALTH, | **Objective:** Client cooperative and pleasant. Client was engaged and calm. Client was alert and oriented x3. Client was appropriately dressed and age appropriate. Client had good eye contact. | |

PCM00118

JA0000522

| | Client's speech was clear with normal rate and tone. Client had limited insight and judgment. Client reported good appetite and sleep. Client denies SI, HI, and AVH with delusions. |
|---|---|
| | **Assessment:** Client appeared low risk of self harm. |
| | **Plan:** FU with MH as scheduled. |
| | **Education:** Provided Supportive counseling, discussed Coping skills and treatment planning. |

Entered by: **Christina Penge, LPC** at staff request
🗋 Add Addendum

Recategorize to [ Mental Health ⌄ ]

---

### 🗋 08/10/2018 1317 with Christina Penge, LPC (Task Priority: 1) [Last Updated: 08/10/2018 1322]

| **Related Problems** | **Subjective:** LV3 Client seen in office at 1:16 pm. Client stated everything is the same. Client reported he is having anxiety related to upcoming trial. Client expressed concerned about family for what is going on. Discussed coping skills. Client denied any immediate MH concerns. | **Locked:** Yes **Interpreter used:** No |
|---|---|---|
| • PSYCHOLOGICAL / MENTAL HEALTH, | | |
| | **Objective:** Client cooperative and anxious. Client was engaged and calm. Client was alert and oriented x3. Client was appropriately dressed and age appropriate. Client had good eye contact. Client's speech was clear with normal rate and tone. Client had limited insight and judgment. Client reported good appetite and sleep. Client denies SI, HI, and AVH with delusions. | |
| | **Assessment:** Client appeared low risk of self harm. | |
| | **Plan:** FU with MH as scheduled. | |
| | **Education:** Provided Supportive counseling, discussed Coping skills and treatment planning. | |

Entered by: **Christina Penge, LPC** at staff request
🗋 Add Addendum

Recategorize to [ Mental Health ⌄ ]

**PCM00119**

JA0000523

### 08/08/2018 1147 with Jessica Mahoney, Psy.D. (Task Priority: 1) [Last Updated: 08/08/2018 1200]

| Related Problems | | Locked: Yes |
|---|---|---|
| • PSYCHOLOGICAL / MENTAL HEALTH, | **Subjective:** LV3 Pt. seen in MH. He reported that he is sleeping and eating. He shared that he has bad anxiety and that it seems to be increasing as his court date gets closer. Pt. shared that he worries about what is going to happen and how this is going to affect his life once he is out. Pt. reported that he is just trying to get to a place where he can quiet his mind. | Interpreter used: No |
| | **Objective:** Pt. was alert and oriented. Pt. thinking was clear and his speech was normal. Pt. engaged and made appropriate eye contact. Pt. denied any SI/HI, AVH, or delusions. Pt. mood was a anxious and his affect was congruent. He was calm and cooperative. | |
| | **Assessment:** Pt. appears to be at a low risk for self harm. | |
| | **Plan:** Pt. to remain on LV3. MH to FU as per protocol. Pt. tasked for psychiatry FU. | |
| | **Education:** Supportive counseling, discussion of MH symptoms, treatment planning. | |

Entered by: **Jessica Mahoney, Psy.D.** at staff request
🗋 Add Addendum

Recategorize to [ Mental Health ⌄ ]

### 08/06/2018 1018 with Christina Penge, LPC (Task Priority: 1) [Last Updated: 08/06/2018 1022]

| Related Problems | | Locked: Yes |
|---|---|---|
| • PSYCHOLOGICAL / MENTAL HEALTH, | **Subjective:** LV3 Client seen in office at 10:18 am. Client discussing frustration of moving to a different cell. Client explained his ongoing depression. Client denied immediate MH concerns. | Interpreter used: No |
| | **Objective:** Client cooperative and depressed. Client was engaged and calm. Client was alert and oriented x3. Client was appropriately dressed and age appropriate. Client had good eye contact. Client's speech was clear with normal rate and tone. Client had limited insight and judgment. Client reported good appetite and sleep. Client denies SI, HI, and AVH with delusions. | |

PCM00120
JA0000524

| | |
|---|---|
| | **Assessment:** Client appeared low risk of self harm. |
| | **Plan:** FU with MH as scheduled per protocol. |
| | **Education:** Provided Supportive counseling, discussed Coping skills and treatment planning. |

Entered by: **Christina Penge, LPC** at staff request
🗋 Add Addendum
Recategorize to [ Mental Health ∨ ]

---

📄 **08/03/2018 1023 with Avia James, LPC (Task Priority: 1) [Last Updated: 08/03/2018 1041]**

| **Related Problems** | **Subjective:** LV3 08/03/2018, 10:22am: pt seen by this writer in her office. Reported he was trying to stay positive by thinking about his girlfriend. Reported he was feeling worried and anxious when thinking about the future and once he gets out of jail, re: worrying about his job, worrying about next hearing. Discussed constructive ways to manage depression/anxiety. | **Locked:** Yes **Interpreter used:** No |
|---|---|---|
| • PSYCHOLOGICAL / MENTAL HEALTH, | **Objective:** Pt presented as alert and oriented x4. His speech was clear and he made good eye contact. His thought process/content was logical and organized. He was fully engaged and cooperative. His mood was anxious/depressed with congruent affect. Pt denied SI/HI and/or AVH and/or delusions. | |
| | **Assessment:** Low risk of harm to self/others. | |
| | **Plan:** CMHS to f/u as per protocol. | |
| | **Education:** Conducted MSE and provided supportive counseling. | |

Entered by: **Avia James, LPC** at staff request
🗋 Add Addendum
Recategorize to [ Mental Health ∨ ]

---

📄 **08/01/2018 1434 with Avia James, LPC (Task Priority: 1) [Last Updated: 08/01/2018 1450]**

| **Related Problems** | **Subjective:** LV3 0801/2018, 02:54pm: pt seen by this writer in her office. Reported he had a visit with a friend earlier today. Otherwise, pt reported that he was trying to follow orders and "stay out of trouble". Reported still thinking about all the negative aspects in his life. | **Locked:** Yes **Interpreter used:** No |
|---|---|---|
| • PSYCHOLOGICAL / MENTAL HEALTH, | | |

PCM00121

JA0000525

Reported that his brother spoke with the deputy warden, after getting the impression that pt was not doing well. Discussed coping skills for stress/mood management, including prayers, reading, listening to music and playing cards. Otherwise, pt was grateful for the visit.

**Objective:** Pt presented as alert and oriented x4. His speech was clear and he made good eye contact. His thought process/content was logical and organized. He was fully engaged and cooperative. His mood was depressed/anxious with congruent affect. Pt denied SI/HI and/or AVH and/or delusions.

**Assessment:** Low risk of harm to self/others.

**Plan:** LV3 to remain unchanged. CMHS to f/u, as per protocol.

**Education:** Conducted MSE and provided supportive counseling.

Entered by: **Avia James, LPC** at staff request

🗋 Add Addendum

Recategorize to | Mental Health ∨ |

**PCM00122**

JA0000526

# 🔒Suicide Risk Assessment-OLD

| | |
|---|---|
| Age: | 59 |
| Height: | 6ft 0in |
| Weight: | 172 |

| | |
|---|---|
| Ethnicity: | - |
| Race: | AMERICAN |
| Interviewer: | Mahoney, Psy.D., Jessica (06/05/2018 0935) |

## CHARLES JOSEPH FREITAG #2018003096

| Purpose of Conducting Suicide Risk Assessment: | ○ Patient has been placed on suicide watch by staff |
|---|---|
| | ● **Patient referred to MH by staff for concern of possible suicide risk** |
| | ○ Patient is being considered for step-down on suicide watch |

**Columbia-Suicide Severity Rating Scale**

### SUICIDE IDEATIONS, DEFINITIONS, AND PROMPTS

| **Ask questions 1 and 2** | |
|---|---|
| 1. Wish to be dead:<br>Person endorses thought about a wish to be dead or not alive anymore, or wish to fall asleep and not to wake up<br><br>Have you wished you were dead or wished you could go to sleep and not wake up? | ● Yes<br>○ No |
| 2. Suicidal Thoughts:<br>General non-specific thoughts of wanting to end one's life/commit suicide. "I've thought about killing myself" without general thoughts of ways to kill oneself, associated methods, intent or plan<br><br>Have you actually had any thoughts about killing yourself? | ● Yes<br>○ No |

| **If YES to 2, ask questions 3,4,5 and 6. If NO to 2, go directly to question 6.** | |
|---|---|
| 3. Suicidal Thoughts with Method (without specific plan or intent to act).<br>Person endorses thoughts of suicide and has thought of at least one method during the assessment period. This is different from a specific play with time, place, or method details worked out. "I thought about taking an overdose but I never made a specific plan as to when, where, or how I would actually do it...and I would never go through with it."<br><br>Have you been thinking about how you might kill yourself? | ○ Yes<br>● No |
| 4. Suicidal Intent (without specific plan):<br>Active, suicidal thoughts of killing oneself and patient resorts having some intent to act on such thoughts, as opposed to "I have the thought but i definitely will not do anything about them."<br><br>Have you had these thoughts and has some intention of action of them? | ○ Yes<br>● No |
| 5. Suicide Intent with specific plan:<br>Thoughts of killing oneself with details of plan fully or partially worked out and person has some intent to carry it out.<br><br>Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan? (if yes to either question score as a YES) | ○ Yes<br>● No |
| 6. Suicide Behavior Question:<br>Have you ever done anything, started to do anything, or prepared to do anything to end your life? Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump, or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc... | ○ Yes<br>● No |

PCM00123
JA0000527

| If YES, ask how long ago did you do any of the above behaviors? | ○ Over a year ago |
| | ○ Between three months and a year ago |
| | ○ Within the last three months |

## Type of Watch and Frequency

| Type Suicide Precaution: | ○ Constant Watch |
| | ○ Level I Suicide Watch |
| | ● **Level II Suicide Watch** |
| Reason for Watch: | ☑ **Ideation/Threat** |
| | ☐ Plan |
| | ☐ Act |
| | ☐ Other |
| Events leading to placement on suicide watch (include patients report as well as the official version of the event). | Pt. reported that he last had thoughts of harming himself in September 2017. |

## Mental Status Exam

| Appearance: | ☑ **Age Appropriate** |
| | ☑ **Well-groomed** |
| | ☐ Disheveld, Unkempt |
| | ☐ Bizarre |
| | ☐ Malodorous |
| | ☐ Other |
| Orientation: | ☑ **Person** |
| | ☑ **Place** |
| | ☑ **Time** |
| | ☑ **Situation** |
| Behavior: Eye Contact | ☑ **Good** |
| | ☐ Limited |
| | ☐ Avoidant |
| | ☐ None |
| Behavior: Motor Activity | ☑ **Relaxed and Calm** |
| | ☐ Restless |
| | ☐ Rigid |
| | ☐ Agitated |
| | ☐ Slumped posture |
| | ☐ Tense |
| | ☐ Tics |
| | ☐ Tremors |
| Manner: | ☑ **Appropriate** |
| | ☑ **Trusting** |
| | ☑ **Cooperative** |
| | ☐ Inappropriate |
| | ☐ Withdrawn |
| | ☐ Agitated |
| | ☐ Hostile |
| | ☐ Guarded |
| | ☐ Defensive |
| | ☐ Restless |
| | ☐ Manic |
| | ☐ Minimizes symptoms |

PCM00124
JA0000528

| | |
|---|---|
| | ☐ Exaggerates symptoms |
| Speech: (rate, volume, etc.): | ☑ **Normal** |
| | ☐ Incoherent |
| | ☐ Pressured |
| | ☐ Too detailed |
| | ☐ Slurred |
| | ☐ Slowed |
| | ☐ Halting |
| | ☐ Clanging |
| Mood: | ☑ **Normal** |
| | ☐ Depressed |
| | ☐ Irritable |
| | ☐ Anxious |
| | ☐ Euphoric |
| | ☐ Fatigued |
| | ☐ Angry |
| Affect: | ☑ **Broad** |
| | ☐ Tearful |
| | ☐ Blunted |
| | ☐ Constricted |
| | ☐ Flat |
| | ☐ Labile |
| Sleep: | ☑ **Good** |
| | ☐ Fair |
| | ☐ Poor |
| | ☐ Increased |
| | ☐ Decreased |
| Appetite: | ☑ **Good** |
| | ☐ Fair |
| | ☐ Poor |
| | ☐ Increased |
| | ☐ Decreased |
| Thought Process: | ☑ **Logical, organized** |
| | ☐ Illogical |
| | ☐ Flight of Ideas |
| | ☐ Circumstantial |
| | ☐ Loose associations |
| | ☐ Rambling |
| | ☐ Obsessive |
| | ☐ Blocking |
| | ☐ Tangential |
| Thought Content: | ☑ **Normal** |
| | ☐ Impaired |
| | ☐ Paranoid |
| | ☐ Obsessive |
| | ☐ Fearful/Phobic |
| | ☐ Delusional |

**PCM00125**
JA0000529

| | |
|---|---|
| | ☐ Other (describe) |
| Hallucinations: | ☑ **None Evident** |
| | ☐ Auditory |
| | ☐ Verbal |
| | ☐ Command |
| | ☐ Olfactory |
| | ☐ Gustatory |
| | ☐ Tactile |
| Delusions: | ☑ **None Evident** |
| | ☐ Being controlled |
| | ☐ Of reference |
| | ☐ Persecutory |
| | ☐ Grandiose |
| | ☐ Erotomatic |
| | ☐ Somatic |
| | ☐ Paranoid |
| | ☐ Other (describe) |
| Judgment: | ◉ **Intact** |
| | ○ Mild impairment |
| | ○ Moderate impairment |
| | ○ Severe impairment |
| | ○ Impulsive |
| Insight regarding awareness of presence of the disorder: | ◉ **Intact** |
| | ○ Limited |
| | ○ Fair |
| | ○ None |
| Sensorium (Level of Consciousness): | ◉ **Alert** |
| | ○ Drowsy |
| | ○ Stupor |
| | ○ Distracted |
| | ○ Delayed Response |
| Memory: | ☑ **Intact** |
| | ☐ Impaired (describe) |
| Intelligence: | ◉ **Average** |
| | ○ Above Average |
| | ○ Below Average |
| | ○ Unable to Establish |
| Summary of Impressions: Provide a clinical opinion of the individual by pulling together the collected historical information in order to identify possible relationships, conditions, and causes leading to the current situation: | |

**Current Status:**

| | |
|---|---|
| Medication Compliant? | ○ Yes |
| | ○ No |
| | ◉ **N/A** |
| Current homicidal ideations? | ○ Yes |
| | ◉ **No** |
| | ○ Refuses to answer |

**PCM00126**
JA0000530

| Current suicidal ideations? | ○ Yes<br>● No<br>○ Refuses to answer |
|---|---|
| Date of last self-harm incident? | |
| Behaviors of concern: | Pt. reported that he has been feeling depressed. He reported that he some times has thoughts of harming himself when depressed. |

**Risk Factors**

| Risk Factors (Include results from the Columbia-Suicide Severity Rating Scale Assessment here) | ☐ Hopelessness, feelings of guilt or worthlessness<br>☐ Impulsive<br>☐ Major Depression Episode<br>☐ Mixed Affective Episode<br>☑ **1st incarceration/arrest**<br>☑ **New legal issues (new charges, newly sentenced, lengthy sentence, denied parole)**<br>☐ Bad news (loss of loved one, end of relationship, visit cancelled or no show, privileges revoked, serious illness)<br>☐ Intoxicated or withdrawing from alcohol/other drugs<br>☐ Humiliating events, rejection (sexual assault)<br>☐ High profile crime (media attention)<br>☐ Prior suicide attempts<br>☐ Family history or suicide attempts<br>☐ Anniversary of important loss<br>☐ Recent release from psychiatric hospital (30 days)<br>☐ Other (describe)<br>☐ None |

**Protective Factors**

| Protective Factors (Include results from the Columbia-Suicide Severity Rating Scale Assessment here) | ☑ **Identifies reason for living**<br>☐ Fear of death or dying due to pain and suffering<br>☑ **Responsibility to family or others; living with family**<br>☐ Belief that suicide is immoral; high spirituality/religiosity<br>☑ **Supportive social network or family**<br>☐ Engaged in work or school<br>☐ Other (describe)<br>☑ **Adequate coping skills**<br>☐ Effective problem solving skills<br>☐ None |

**Current Risk Level of self-harm or suicidal risk**

| Estimated current level of self-harm suicidal risk? | ○ Low<br>● Moderate<br>○ High<br>○ Severe |

**Treatment Goals**

| Treatment Goals (check all that apply) | ☐ Decrease/eliminate self-injurious behaviiors<br>☐ Decrease risk levels evidenced by (describe in notes)<br>☑ **Eliminate self-harm gestures/statements/threats**<br>☐ Improve medication compliance<br>☐ Other (describe) |

**Plan**

| Plan (check all that apply) | ☑ **Follow-up daily while on watch**<br>☐ |

PCM00127<br>JA0000531

| | Discharge from Psych Obs/Suicide watch, follow-up (24-72 hours) |
|---|---|
| Consultation: | ☑ **Not included** |
| | ☐ Consultation (describe) |
| Refer to: | ☑ **Psychiatry** |
| | ☐ Medical |
| | ☐ Other |

PCM00128
JA0000532

# 🔒Suicide Risk Assessment-OLD

| | |
|---|---|
| Age: | 59 |
| Height: | 6ft 0in |
| Weight: | 172 |

| | |
|---|---|
| Ethnicity: | - |
| Race: | AMERICAN |
| Interviewer: | LPC James, LPC, Avia (06/06/2018 0819) |

## CHARLES JOSEPH FREITAG #2018003096

| Purpose of Conducting Suicide Risk Assessment: | ◌ Patient has been placed on suicide watch by staff | |
|---|---|---|
| | ◌ Patient referred to MH by staff for concern of possible suicide risk | |
| | ◉ **Patient is being considered for step-down on suicide watch** | |

**Columbia-Suicide Severity Rating Scale**

### SUICIDE IDEATIONS, DEFINITIONS, AND PROMPTS

| Ask questions 1 and 2 | | |
|---|---|---|
| 1. Wish to be dead: <br> Person endorses thought about a wish to be dead or not alive anymore, or wish to fall asleep and not to wake up <br><br> Have you wished you were dead or wished you could go to sleep and not wake up? | ◌ Yes <br> ◉ No | |
| 2. Suicidal Thoughts: <br> General non-specific thoughts or wanting to end one's life/commit suicide. "I've thought about killing myself" without general thoughts of ways to kill oneself, associated methods, intent or plan <br><br> Have you actually had any thoughts about killing yourself? | ◌ Yes <br> ◉ No | |

| If YES to 2, ask questions 3,4,5 and 6. If NO to 2, go directly to question 6. | | |
|---|---|---|
| 3. Suicidal Thoughts with Method (without specific plan or intent to act). <br> Person endorses thoughts of suicide and has thought of at least one method during the assessment period. This is different than a specific play with time, place, or method details worked out. "I thought about taking an overdose but I never made a specific plan as to when, where, or how I would actually do it...and I would never go thought with it." <br><br> Have you been thinking about how you might kill yourself? | ◌ Yes <br> ◌ No | |
| 4. Suicidal Intent (without specific plan): <br> Active, suicidal thoughts of killing oneself and patient resorts having some intent to act on such thoughts, as opposed to "I have the thought but i definitely will not do anything about them." <br><br> Have you had these thoughts and has some intention of action of them? | ◌ Yes <br> ◌ No | |
| 5. Suicide Intent with specific plan: <br> Thoughts of killing oneself with details of plan fully or partially worked out and person has some intent to carry it out. <br><br> Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan? (if yes to either question score as a YES) | ◌ Yes <br> ◌ No | |
| 6. Suicide Behavior Question: <br> Have you ever done anything, started to do anything, or prepared to do anything to end your life? Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump, or actually | ◉ Yes <br> ◌ No | last SA in Sep 13, 2018 |

PCM00129
JA0000533

| took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc... | | |
|---|---|---|
| If YES, ask how long ago did you do any of the above behaviors? | ○ Over a year ago<br>● **Between three months and a year ago**<br>○ Within the last three months | |

**Type of Watch and Frequency**

| Type Suicide Precaution: | ○ Constant Watch<br>○ Level I Suicide Watch<br>○ Level II Suicide Watch | s/d to LV3 |
|---|---|---|
| Reason for Watch: | ☑ **Ideation/Threat**<br>☑ **Plan**<br>☑ **Act**<br>☐ Other | reported ideations, attempts (placed on watch by intake nurse) |
| Events leading to placement on suicide watch (include patients report as well as the official version of the event). | pt's report and overall presentation on intake | |

**Mental Status Exam**

| Appearance: | ☑ **Age Appropriate**<br>☐ Well-groomed<br>☐ Disheveld, Unkempt<br>☐ Bizarre<br>☐ Malodorous<br>☐ Other | |
|---|---|---|
| Orientation: | ☑ **Person**<br>☑ **Place**<br>☑ **Time**<br>☑ **Situation** | |
| Behavior: Eye Contact | ☑ **Good**<br>☐ Limited<br>☐ Avoidant<br>☐ None | |
| Behavior: Motor Activity | ☑ **Relaxed and Calm**<br>☐ Restless<br>☐ Rigid<br>☐ Agitated<br>☐ Slumped posture<br>☐ Tense<br>☐ Tics<br>☐ Tremors | |
| Manner: | ☑ **Appropriate**<br>☑ **Trusting**<br>☑ **Cooperative**<br>☐ Inappropriate<br>☐ Withdrawn<br>☐ Agitated<br>☐ Hostile<br>☐ Guarded<br>☐ Defensive<br>☐ Restless | |

PCM00130<br>JA0000534

| | | |
|---|---|---|
| | ☐ Manic | |
| | ☐ Minimizes symptoms | |
| | ☐ Exaggerates symptoms | |
| Speech: (rate, volume, etc.): | ☑ **Normal** | |
| | ☐ Incoherent | |
| | ☐ Pressured | |
| | ☑ **Too detailed** | |
| | ☐ Slurred | |
| | ☐ Slowed | |
| | ☐ Halting | |
| | ☐ Clanging | |
| Mood: | ☐ Normal | |
| | ☐ Depressed | |
| | ☐ Irritable | |
| | ☑ **Anxious** | |
| | ☐ Euphoric | |
| | ☐ Fatigued | |
| | ☐ Angry | |
| Affect: | ☑ **Broad** | |
| | ☐ Tearful | |
| | ☐ Blunted | |
| | ☐ Constricted | |
| | ☐ Flat | |
| | ☐ Labile | |
| Sleep: | ☑ **Good** | |
| | ☐ Fair | |
| | ☐ Poor | |
| | ☐ Increased | |
| | ☐ Decreased | |
| Appetite: | ☑ **Good** | |
| | ☐ Fair | |
| | ☐ Poor | |
| | ☐ Increased | |
| | ☐ Decreased | |
| Thought Process: | ☑ **Logical, organized** | |
| | ☐ Illogical | |
| | ☐ Flight of Ideas | |
| | ☐ Circumstantial | |
| | ☐ Loose associations | |
| | ☐ Rambling | |
| | ☐ Obsessive | |
| | ☐ Blocking | |
| | ☐ Tangential | |
| Thought Content: | ☑ **Normal** | |
| | ☐ Impaired | |
| | ☐ Paranoid | |
| | ☐ Obsessive | |

**PCM00131**
JA0000535

| | |
|---|---|
| | ☐ Fearful/Phobic |
| | ☐ Delusional |
| | ☐ Other (describe) |
| Hallucinations: | ☑ **None Evident** |
| | ☐ Auditory |
| | ☐ Verbal |
| | ☐ Command |
| | ☐ Olfactory |
| | ☐ Gustatory |
| | ☐ Tactile |
| Delusions: | ☑ **None Evident** |
| | ☐ Being controlled |
| | ☐ Of reference |
| | ☐ Persecutory |
| | ☐ Grandiose |
| | ☐ Erotomatic |
| | ☐ Somatic |
| | ☐ Paranoid |
| | ☐ Other (describe) |
| Judgment: | ◉ **Intact** |
| | ○ Mild impairment |
| | ○ Moderate impairment |
| | ○ Severe impairment |
| | ○ Impulsive |
| Insight regarding awareness of presence of the disorder: | ◉ **Intact** |
| | ○ Limited |
| | ○ Fair |
| | ○ None |
| Sensorium (Level of Consciousness): | ◉ **Alert** |
| | ○ Drowsy |
| | ○ Stupor |
| | ○ Distracted |
| | ○ Delayed Response |
| Memory: | ☑ **Intact** |
| | ☐ Impaired (describe) |
| Intelligence: | ◉ **Average** |
| | ○ Above Average |
| | ○ Below Average |
| | ○ Unable to Establish |
| Summary of Impressions: Provide a clinical opinion of the individual by pulling together the collected historical information in order to identify possible relationships, conditions, and causes leading to the current situation: | pt exhibited some anxious and depressive sx, not severe enough to pose an immediate threat to self/others. He was fully engaged, alert and oriented. |

**Current Status:**

| | |
|---|---|
| Medication Compliant? | ◉ **Yes** |
| | ○ No |
| | ○ N/A |
| Current homicidal ideations? | ○ Yes |

PCM00132
JA0000536

| | | |
|---|---|---|
| | ⦿ No | |
| | ○ Refuses to answer | |
| Current suicidal ideations? | ○ Yes | |
| | ⦿ No | |
| | ○ Refuses to answer | |
| Date of last self-harm incident? | | |
| Behaviors of concern: | h/o of SA | |

**Risk Factors**

| | | |
|---|---|---|
| Risk Factors (Include results from the Columbia-Suicide Severity Rating Scale Assessment here) | ☑ **Hopelessness, feelings of guilt or worthlessness** | |
| | ☐ Impulsive | |
| | ☑ **Major Depression Episode** | |
| | ☐ Mixed Affective Episode | |
| | ☐ 1st incarceration/arrest | |
| | ☐ New legal issues (new charges, newly sentenced, lengthy sentence, denied parole) | |
| | ☐ Bad news (loss of loved one, end of relationship, visit cancelled or no show, privileges revoked, serious illness) | |
| | ☐ Intoxicated or withdrawing from alcohol/other drugs | |
| | ☑ **Humiliating events, rejection (sexual assault)** | |
| | ☐ High profile crime (media attention) | |
| | ☐ Prior suicide attempts | |
| | ☐ Family history or suicide attempts | |
| | ☐ Anniversary of important loss | |
| | ☐ Recent release from psychiatric hospital (30 days) | |
| | ☐ Other (describe) | |
| | ☐ None | |

**Protective Factors**

| | | |
|---|---|---|
| Protective Factors (Include results from the Columbia-Suicide Severity Rating Scale Assessment here) | ☑ **Identifies reason for living** | |
| | ☐ Fear of death or dying due to pain and suffering | |
| | ☑ **Responsibility to family or others; living with family** | |
| | ☐ Belief that suicide is immoral; high spirituality/religiosity | |
| | ☐ Supportive social network or family | |
| | ☐ Engaged in work or school | |
| | ☐ Other (describe) | |
| | ☑ **Adequate coping skills** | |
| | ☐ Effective problem solving skills | |
| | ☐ None | |

**Current Risk Level of self-harm or suicidal risk**

| | | |
|---|---|---|
| Estimated current level of self-harm suicidal risk? | ⦿ Low | |
| | ○ Moderate | |
| | ○ High | |
| | ○ Severe | |

**Treatment Goals**

| | | |
|---|---|---|
| | ☐ | |

PCM00133

JA0000537

| Treatment Goals (check all that apply) | ☑ | Decrease/eliminate self-injurious behaviiors | |
| | ☐ | Decrease risk levels evidenced by (describe in notes) | |
| | ☑ | Eliminate self-harm gestures/statements/threats | |
| | ☐ | Improve medication compliance | |
| | ☐ | Other (describe) | |

**Plan**

| Plan (check all that apply) | ☐ | Follow-up daily while on watch | |
| | ☑ | Discharge from Psych Obs/Suicide watch, follow-up (24-72 hours) | |
| Consultation: | ☐ | Not included | explained s/d and f/u protocol. |
| | ☑ | Consultation (describe) | |
| Refer to: | ☐ | Psychiatry | |
| | ☐ | Medical | |
| | ☑ | Other | |

PCM00134

JA0000538

**DEATH** Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs

# CHARLES JOSEPH FREITAG

BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]

### #2018003096

JMS ID: 125635
Allergies:
NKMA

Low Bunk, Low Tier, MHSR-C

Tasks
Deleted (47)

# Tasks

Viewing 41-47 of 47 Items
< Previous
1
2
3
4
5

| First | MA / EMT | Recurs every 1 day until | **Update Notes** |
|---|---|---|---|
| 06-05-2018 | At staff request Blood Pressure Checks [Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53] [Last modified: Grous RN, ADON, Samantha at 06-05-2018 09:11:22] | Sunday, June 10 Cancel all future tasks | • **Delete Appointment** - completed by PA [RN, ADON Grous, Samantha on 06-05-2018] |
| First | Mental Health | | **Update Notes** |
| 06-05-2018 | At staff request Patient reports on intake under current care of a psychiatrist [Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11] [Last modified: Mahoney, Psy.D., Jessica at 06-05-2018 09:22:04] | | • **Delete Appointment** - Delete Appointment [Mahoney, Psy.D., Jessica on 06-05-2018] |
| First | Mental Health | | **Update Notes** |
| 06-05-2018 | At staff request New Intake: Patient requested to see Mental Health [Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11] [Last modified: Mahoney, Psy.D., Jessica at 06-05-2018 09:22:09] | | • **Delete Appointment** - Delete Appointment [Mahoney, Psy.D., Jessica on 06-05-2018] |
| First | Mental Health | | **Update Notes** |
| 06-04-2018 | At staff request New Admission - recent victim of sexual or violent crime [Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11] [Last modified: Sariego, RN RN, Jennifer at 06-04-2018 15:31:35] | | • **Delete Appointment** - duplicate [RN Sariego, RN, Jennifer on 06-04-2018] |
| First | Mental Health | | **Update Notes** |
| 06-04-2018 | At staff request Previous suicide attempt [Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53] [Last modified: Sariego, RN RN, Jennifer at 06-04-2018 15:30:59] | | • **Delete Appointment** - duplicate [RN Sariego, RN, Jennifer on 06-04-2018] |
| First | Mental Health | | **Update Notes** |

**PCM00135**
JA0000539

| | At staff request | |
| --- | --- | --- |
| 06-04-2018 | Needs intake-Reports current psychotropic medications | |

[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11]
[Last modified: Sariego, RN RN, Jennifer at 06-04-2018 15:31:11]

First          Nurse
               At staff request
               Verify medications
06-04-2018

[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11]
[Last modified: Sariego, RN RN, Jennifer at 06-04-2018 15:30:51]

Viewing 41-47 of 47 Items
< Previous
1
2
3
4
5

**Update Notes**

- **Delete Appointment** - duplicated [RN Sariego, RN, Jennifer on 06-04-2018]

**Update Notes**

- **Delete Appointment** - duplicate [RN Sariego, RN, Jennifer on 06-04-2018]

PCM00136
JA0000540

**DEATH** Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Tasks
Deleted (47)

# Tasks

Viewing 31-40 of 47 Items
< Previous
1
2
3
4
5
Next >

| First | MA / EMT | Recurs every 1 day until | Update Notes |
|---|---|---|---|
| 06-10-2018 | At staff request<br>Blood Pressure Checks<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Last modified: Geist, MA, Wendy at 06-08-2018 09:37:19] | Sunday, June 10<br>Cancel all future tasks | (none) |
| First<br><br>06-09-2018 | MA / EMT<br>At staff request<br>Blood Pressure Checks<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Last modified: Geist, MA, Wendy at 06-08-2018 09:37:19] | Recurs every 1 day until Sunday, June 10<br>Cancel all future tasks | Update Notes<br><br>(none) |
| First<br><br>06-09-2018 | MA / EMT<br>At staff request<br>Blood Pressure Checks<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11]<br>[Last modified: Geist, MA, Wendy at 06-05-2018 09:22:26] | Recurs every 1 day until Sunday, June 10<br>Cancel all future tasks | Update Notes<br><br>(none) |
| First<br><br>06-08-2018 | MA / EMT<br>At staff request<br>Blood Pressure Checks<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11]<br>[Last modified: Geist, MA, Wendy at 06-05-2018 09:22:26] | Recurs every 1 day until Sunday, June 10<br>Cancel all future tasks | Update Notes<br><br>(none) |
| First<br><br>06-08-2018 | Mental Health [Medical]<br>At staff request<br>LOCKED MH LV2<br><br>[Created by: Mahoney, Psy.D., Jessica at 06-05-2018 05:41:54]<br>[Last modified: James, LPC LPC, Avia at 06-06-2018 20:46:23] | Recurs weekday every week until Tuesday, June 12<br>Cancel all future tasks | Update Notes<br><br>(none) |
| First | Mental Health [Medical]<br>At staff request | Recurs weekday every week until Tuesday, June 12<br>Cancel all future tasks | Update Notes<br><br>(none) |

**PCM00137**
JA0000541

| | | | |
|---|---|---|---|
| 06-07-2018 | LOCKED MH LV2<br><br>[Created by: Mahoney, Psy.D., Jessica at 06-05-2018 05:41:54]<br>[Last modified: James, LPC LPC, Avia at 06-06-2018 20:46:23] | | |
| First<br><br>06-07-2018 | MA / EMT<br>At staff request<br>Blood Pressure Checks<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11]<br>[Last modified: Geist, MA, Wendy at 06-05-2018 09:22:26] | Recurs every 1 day until Sunday, June 10<br>Cancel all future tasks | **Update Notes**<br><br>(none) |
| First<br><br>06-06-2018 | MA / EMT<br>At staff request<br>Blood Pressure Checks<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11]<br>[Last modified: Geist, MA, Wendy at 06-05-2018 09:22:26] | Recurs every 1 day until Sunday, June 10<br>Cancel all future tasks | **Update Notes**<br><br>(none) |
| First<br><br>06-05-2018 | Nurse [Medical]<br>At staff request<br>Blood Pressure Checks<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11]<br>[Last modified: Grous RN, ADON, Samantha at 06-05-2018 09:26:03] | Recurs every 1 day until Sunday, June 10<br>Cancel all future tasks | **Update Notes**<br><br>• **Delete Appointment** - done by PA [RN, ADON Grous, Samantha on 06-05-2018] |
| First<br><br>06-05-2018 | Mental Health<br>At staff request<br>New Incarceration: MHSR - C<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11]<br>[Last modified: Mahoney, Psy.D., Jessica at 06-05-2018 09:21:59] | | **Update Notes**<br><br>• **Delete Appointment** - Delete Appointment [Mahoney, Psy.D., Jessica on 06-05-2018] |

Viewing 31-40 of 47 Items
< Previous
1
2
3
4
5
Next >

**PCM00138**

JA0000542

**DEATH** Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Tasks
Deleted (47)

# Tasks

Viewing 21-30 of 47 Items
< Previous
1
2
3
4
5
Next >

| First | Mental Health [Medical] | Recurs Monday, Wednesday and Friday every week until | **Update** |
|---|---|---|---|
| | At staff request | Friday, June 29 | **Notes** |
| | PO3 | Cancel all future tasks | (none) |
| 06-25-2018 | | | |
| | [Created by: LPC James, LPC, Avia at 06-06-2018 08:11:16] | | |
| | [Last modified: James, LPC LPC, Avia at 06-08-2018 14:27:04] | | |
| First | Mental Health [Medical] | Recurs Monday, Wednesday and Friday every week until | **Update** |
| | At staff request | Friday, June 29 | **Notes** |
| | PO3 | Cancel all future tasks | (none) |
| 06-22-2018 | | | |
| | [Created by: LPC James, LPC, Avia at 06-06-2018 08:11:16] | | |
| | [Last modified: James, LPC LPC, Avia at 06-08-2018 14:27:04] | | |
| First | Mental Health [Medical] | Recurs Monday, Wednesday and Friday every week until | **Update** |
| | At staff request | Friday, June 29 | **Notes** |
| | PO3 | Cancel all future tasks | (none) |
| 06-20-2018 | | | |
| | [Created by: LPC James, LPC, Avia at 06-06-2018 08:11:16] | | |
| | [Last modified: James, LPC LPC, Avia at 06-08-2018 14:27:04] | | |
| First | Mental Health [Medical] | Recurs Monday, Wednesday and Friday every week until | **Update** |
| | At staff request | Friday, June 29 | **Notes** |
| | PO3 | Cancel all future tasks | (none) |
| 06-18-2018 | | | |
| | [Created by: LPC James, LPC, Avia at 06-06-2018 08:11:16] | | |
| | [Last modified: James, LPC LPC, Avia at 06-08-2018 14:27:04] | | |
| First | Mental Health [Medical] | Recurs Monday, Wednesday and Friday every week until | **Update** |
| | At staff request | Friday, June 29 | **Notes** |
| | PO3 | Cancel all future tasks | (none) |
| 06-15-2018 | | | |
| | [Created by: LPC James, LPC, Avia at 06-06-2018 08:11:16] | | |
| | [Last modified: James, LPC LPC, Avia at 06-08-2018 14:27:04] | | |
| First | Mental Health [Medical] | Recurs Monday, Wednesday and Friday every week until | **Update** |
| | At staff request | Friday, June 29 | **Notes** |
| | | Cancel all future tasks | (none) |

PCM00139

JA0000543

| | | | |
|---|---|---|---|
| 06-13-2018 | PO3<br>[Created by: LPC James, LPC, Avia at 06-06-2018 08:11:16]<br>[Last modified: James, LPC LPC, Avia at 06-08-2018 14:27:04] | | |
| First<br>06-12-2018 | Mental Health [Medical]<br>At staff request<br>LOCKED MH LV2<br>[Created by: Mahoney, Psy.D., Jessica at 06-05-2018 05:41:54]<br>[Last modified: James, LPC LPC, Avia at 06-06-2018 20:46:23] | Recurs weekday every week until Tuesday, June 12<br>Cancel all future tasks | Update<br>Notes<br>(none) |
| First<br>06-11-2018 | Mental Health [Medical]<br>At staff request<br>LOCKED MH LV2<br>[Created by: Mahoney, Psy.D., Jessica at 06-05-2018 05:41:54]<br>[Last modified: James, LPC LPC, Avia at 06-06-2018 20:46:23] | Recurs weekday every week until Tuesday, June 12<br>Cancel all future tasks | Update<br>Notes<br>(none) |
| First<br>06-11-2018 | Mental Health [Medical]<br>At staff request<br>PO3<br>[Created by: LPC James, LPC, Avia at 06-06-2018 08:11:16]<br>[Last modified: James, LPC LPC, Avia at 06-08-2018 14:27:04] | Recurs Monday, Wednesday and Friday every week until Friday, June 29<br>Cancel all future tasks | Update<br>Notes<br>(none) |
| First<br>06-10-2018 | MA / EMT<br>At staff request<br>Blood Pressure Checks<br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11]<br>[Last modified: Geist, MA, Wendy at 06-05-2018 09:22:26] | Recurs every 1 day until Sunday, June 10<br>Cancel all future tasks | Update<br>Notes<br>(none) |

Viewing 21-30 of 47 Items
< Previous
1
2
3
4
5
Next >

**PCM00140**
JA0000544

**DEATH**Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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

# CHARLES JOSEPH FREITAG

### #2018003096

Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Low Bunk, Low Tier, MHSR-C

Tasks
Deleted (47)
# Tasks

Viewing 11-20 of 47 Items
< Previous
1
2
3
4
5
Next >

| First | Mental Health [Medical] | Related Problems: PSYCHOLOGICAL / | Update Notes |
|---|---|---|---|
| 08-29-2018 | At staff request<br>LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Last modified: Penge, LPC LPC, Christina at 08-17-2018 11:46:25] | MENTAL HEALTH<br>Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | (none) |
| First<br><br>08-28-2018 | Mental Health [Medical]<br>At staff request<br>MH FU after court.<br><br>[Created by: LPC Penge, LPC, Christina at 08-17-2018 11:44:14]<br>[Last modified: System, CorEMR at 08-25-2018 16:00:02] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH | Update Notes<br><br>• **Delete Appointment** - Inmate was released 08-25-2018 [System, CorEMR on 08-25-2018] |
| First<br><br>08-27-2018 | Mental Health [Medical]<br>At staff request<br>LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Last modified: Penge, LPC LPC, Christina at 08-17-2018 11:46:25] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH<br>Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | Update Notes<br><br>(none) |
| First<br><br>08-27-2018 | Mental Health [Medical]<br>At staff request<br>MH FU after trial<br><br>[Created by: Mahoney, Psy.D., Jessica at 06-15-2018 10:29:36]<br>[Last modified: System, CorEMR at 08-25-2018 16:00:02] | | Update Notes<br><br>• **Delete Appointment** - Inmate was released 08-25-2018 [System, CorEMR on 08-25-2018] |
| First<br><br>08-25-2018 | Nurse [Medical]<br>At staff request<br>Hospital Update<br><br>[Created by: RN, ADON Grous, Samantha at 08-25-2018 11:47:32]<br>[Last modified: System, CorEMR at 08-25-2018 16:00:02] | Related Problems: CARDIAC | Update Notes<br><br>• **Delete Appointment** - Inmate was released 08-25-2018 [System, CorEMR on 08-25-2018] |
| First | Mental Health [Medical]<br>At staff request | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH | Update Notes |

**PCM00141**

JA0000545

| | | | |
|---|---|---|---|
| 08-24-2018 | LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Last modified: Penge, LPC LPC, Christina at 08-17-2018 11:46:25] | Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | (none) |
| First<br><br>08-22-2018 | Mental Health [Medical]<br>At staff request<br>LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Last modified: Penge, LPC LPC, Christina at 08-17-2018 11:46:25] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH<br>Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | **Update Notes**<br><br>(none) |
| First<br><br>08-20-2018 | Mental Health [Medical]<br>At staff request<br>LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Last modified: Penge, LPC LPC, Christina at 08-17-2018 11:46:25] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH<br>Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | **Update Notes**<br><br>(none) |
| First<br><br>06-29-2018 | Mental Health [Medical]<br>At staff request<br>PO3<br><br>[Created by: LPC James, LPC, Avia at 06-06-2018 08:11:16]<br>[Last modified: James, LPC LPC, Avia at 06-08-2018 14:27:04] | Recurs Monday, Wednesday and Friday every week until Friday, June 29<br>Cancel all future tasks | **Update Notes**<br><br>(none) |
| First<br><br>06-27-2018 | Mental Health [Medical]<br>At staff request<br>PO3<br><br>[Created by: LPC James, LPC, Avia at 06-06-2018 08:11:16]<br>[Last modified: James, LPC LPC, Avia at 06-08-2018 14:27:04] | Recurs Monday, Wednesday and Friday every week until Friday, June 29<br>Cancel all future tasks | **Update Notes**<br><br>(none) |

Viewing 11-20 of 47 Items
< Previous
1
2
3
4
5
Next >

PCM00142

JA0000546

**DEATH** Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Tasks
Deleted (47)

# Tasks

Viewing 1-10 of 47 Items
1
2
3
4
5
Next >

| First | Dentist | | Update Notes |
|-------|---------|---|-------------|
| 05-05-2019 | At staff request<br>Perform Annual Dental Exam<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:28:11]<br>[Last modified: System, CorEMR at 08-25-2018 16:00:02] | | • **Delete Appointment** - Inmate was released 08-25-2018 [System, CorEMR on 08-25-2018] |
| First | RN Physicals | | Update Notes |
| 05-05-2019 | At staff request<br>Perform annual physical and plant<br>annual PPD test<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:28:12]<br>[Last modified: System, CorEMR at 08-25-2018 16:00:02] | | • **Delete Appointment** - Inmate was released 08-25-2018 [System, CorEMR on 08-25-2018] |
| First | Psych-NP [Medical] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH | Update Notes |
| 11-07-2018 | At staff request<br>12 week f/u<br><br>[Created by: Brautigam, PMHNP, Stephan at 08-15-2018 12:29:42]<br>[Last modified: System, CorEMR at 08-25-2018 16:00:02] | | • **Delete Appointment** - Inmate was released 08-25-2018 [System, CorEMR on 08-25-2018] |
| First | NP/PA [Medical] | | Update Notes |
| 10-02-2018 | At staff request<br>CCC HTN; Psych (Depression, Anxiety). elderly<br><br>[Created by: Longacre, PA, Molly at 07-05-2018 10:56:40]<br>[Last modified: System, CorEMR at 08-25-2018 16:00:02] | | • **Delete Appointment** - Inmate was released 08-25-2018 [System, CorEMR on 08-25-2018] |
| First | Mental Health [Medical] | | Update Notes |
| 09-07-2018 | At staff request<br>90 DAY PO3 FU<br><br>[Created by: LPC James, LPC, Avia at 06-08-2018 14:25:46]<br>[Last modified: System, CorEMR at 08-25-2018 16:00:02] | | • **Delete Appointment** - Inmate was released 08-25-2018 [System, CorEMR on 08-25-2018] |
| Third | NP/PA | | Update Notes |
| | At staff request | | |

**PCM00143**

JA0000547

| | | | |
|---|---|---|---|
| 09-05-2018 | Review BP<br><br>[Created by: Longacre, PA, Molly at 07-05-2018 10:55:35]<br>[Last modified: System, CorEMR at 08-25-2018 16:00:02] | Recurs every 31 days until Wednesday, September 5<br>Cancel all future tasks | • **Delete Appointment** - Inmate was released 08-25-2018 [System, CorEMR on 08-25-2018] |

| | | | |
|---|---|---|---|
| First<br><br>09-02-2018 | Mental Health<br>At staff request<br>90 Day Mental Health Assesment<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Last modified: James, LPC LPC, Avia at 06-08-2018 14:27:41] | | **Update Notes**<br><br>• **Delete Appointment** - Delete Appointment [LPC James, LPC, Avia on 06-08-2018] |
| First<br><br>09-02-2018 | Mental Health<br>At staff request<br>90 Day Mental Health Assesment<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:27:11]<br>[Last modified: James, LPC LPC, Avia at 06-08-2018 14:27:47] | | **Update Notes**<br><br>• **Delete Appointment** - Delete Appointment [LPC James, LPC, Avia on 06-08-2018] |
| First<br><br>08-31-2018 | Mental Health [Medical]<br>At staff request<br>LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Last modified: Penge, LPC LPC, Christina at 08-17-2018 11:46:25] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH<br>Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | **Update Notes**<br><br>(none) |
| First<br><br>08-30-2018 | MA / EMT<br>At staff request<br>BP checks<br><br>[Created by: Longacre, PA, Molly at 07-05-2018 10:55:35]<br>[Last modified: Geist, MA, Wendy at 08-02-2018 10:11:17] | Recurs every 28 days until Thursday, August 30<br>Cancel all future tasks | **Update Notes**<br><br>(none) |

Viewing 1-10 of 47 Items
1
2
3
4
5
Next >

**PCM00144**
JA0000548

**DEATH**Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Tasks
Future (0)

# Tasks

**(No tasks)**

PCM00145
JA0000549

**DEATH** Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Tasks
Historic (53)

# Tasks

Viewing 51-53 of 53 Items
< Previous
1
2
3
4
5
6

| First | Nurse | Update Notes |
|---|---|---|
| 06-04-2018 | At staff request<br>Verify medications<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Completed by: Sariego, RN RN, Jennifer at 06-04-2018 15:30:34] | • **Completed Appointment** - verified [RN Sariego, RN, Jennifer on 06-04-2018] |
| First | Nurse | Update Notes |
| 06-04-2018 | At staff request<br>Suicide Screening indicated a high risk of suicide (score of 12).<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:18:15]<br>[Completed by: Sariego, RN RN, Jennifer at 06-04-2018 15:18:27] | • **Completed Appointment** - noted [RN Sariego, RN, Jennifer on 06-04-2018] |
| Second | Nurse | Update Notes |
| 06-04-2018 | At staff request<br>Review Intake forms<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Last modified: Sariego, RN RN, Jennifer at 06-04-2018 20:09:50] | • **Rescheduled Appointment** - Cannot review my own files [RN Sariego, RN, Jennifer on 06-04-2018] |

Viewing 51-53 of 53 Items
< Previous
1
2
3
4
5
6

**PCM00146**
JA0000550

**DEATH**Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in

# CHARLES JOSEPH FREITAG

Weight: 172 lbs
BMI: 23.3
SSN: 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

### #2018003096

Agency: county
Location: [OUT]
JMS ID: 125635

Low Bunk, Low Tier, MHSR-C

Allergies:
NKMA

Tasks
Historic (53)

# Tasks

Viewing 41-50 of 53 Items
< Previous
1
2
3
4
5
6
Next >

| | | Update Notes |
|---|---|---|
| First | NP/PA [Medical]<br>At staff request<br>New Intake: Chronic Care and 14-Day PE / HTN.<br>06-05-2018Rx Lisinopril. No substance abuse<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:54]<br>[Completed by: Hughes, PA, Megan at 06-05-2018 09:16:22] | • **Completed Appointment** - Sick call completed 6-5-18 at 9:16 am by Megan Hughes, PA [Hughes, PA, Megan on 06-05-2018] |
| First | Mental Health<br>At staff request<br>Patient reports on intake under current care of a<br>06-05-2018psychiatrist<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Completed by: Mahoney, Psy.D., Jessica at 06-05-2018 09:21:39] | • **Completed Appointment** - Pt. seen by MH. See S/C [Mahoney, Psy.D., Jessica on 06-05-2018] |
| First | Mental Health<br>At staff request<br>New Intake: Patient requested to see Mental<br>06-05-2018Health<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Completed by: Mahoney, Psy.D., Jessica at 06-05-2018 09:21:52] | • **Completed Appointment** - Pt. seen by MH. See S/C [Mahoney, Psy.D., Jessica on 06-05-2018] |
| First | Mental Health<br>At staff request<br>New Incarceration: MHSR - C<br>06-05-2018<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Completed by: Mahoney, Psy.D., Jessica at 06-05-2018 09:21:28] | • **Completed Appointment** - Pt. seen by MH. See S/C [Mahoney, Psy.D., Jessica on 06-05-2018] |
| Second | Nurse [Medical]<br>At staff request<br>Review Intake forms<br>06-05-2018<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Last modified: Sariego, RN RN, Jennifer at 06-05-2018 19:13:34] | • **Rescheduled Appointment** - cannot review my own files [RN Sariego, RN, Jennifer on 06-05-2018] |

**PCM00147**

JA0000551

First        Psychiatrist
             At staff request
             Medications Verified
06-04-2018
             [Created by: RN Sariego, RN, Jennifer at 06-04-
             2018 15:29:50]
             [Completed by: Brautigam, PMHNP, Stephan at
             06-04-2018 21:21:17]

**Update Notes**

· **Completed Appointment** - Completed Appointment [Brautigam,
  PMHNP, Stephan on 06-04-2018]

First        MH-Verifications
             At staff request
             MH Meds Verified
06-04-2018
             [Created by: RN Sariego, RN, Jennifer at 06-04-
             2018 15:29:50]
             [Completed by: Brautigam, PMHNP, Stephan at
             06-04-2018 21:21:28]

**Update Notes**

· **Completed Appointment** - Completed Appointment [Brautigam,
  PMHNP, Stephan on 06-04-2018]

First        Mental Health
             At staff request
             New Admission - recent victim of sexual or violent
06-04-2018   crime
             [Created by: RN Sariego, RN, Jennifer at 06-04-
             2018 15:26:53]
             [Completed by: Mahoney, Psy.D., Jessica at 06-
             05-2018 09:21:05]

**Update Notes**

· **Completed Appointment** - Pt. seen by MH. See S/C. [Mahoney,
  Psy.D., Jessica on 06-05-2018]

First        Mental Health
             At staff request
             Previous suicide attempt
06-04-2018
             [Created by: RN Sariego, RN, Jennifer at 06-04-
             2018 15:27:11]
             [Completed by: Mahoney, Psy.D., Jessica at 06-
             05-2018 09:21:15]

**Update Notes**

· **Completed Appointment** - Pt. seen by MH. See S/C [Mahoney,
  Psy.D., Jessica on 06-05-2018]

First        Mental Health
             At staff request
             Needs intake-Reports current psychotropic
06-04-2018   medications
             [Created by: RN Sariego, RN, Jennifer at 06-04-
             2018 15:26:53]
             [Completed by: Mahoney, Psy.D., Jessica at 06-
             05-2018 09:20:54]

**Update Notes**

· **Completed Appointment** - Pt. seen in MH. See S/C. [Mahoney, Psy.D.,
  Jessica on 06-05-2018]

Viewing 41-50 of 53 Items
< Previous
1
2
3
4
5
6
Next >

**PCM00148**

JA0000552

**DEATH** Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs

# CHARLES JOSEPH FREITAG

BMI: 23.3
SSN: 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
Agency: county

### #2018003096

Location: [OUT]
JMS ID: 125635
Allergies:

Low Bunk, Low Tier, MHSR-C

NKMA

Tasks
Historic (53)
# Tasks

Viewing 31-40 of 53 Items
< Previous
1
2
3
4
5
6
Next >

| | | | |
|---|---|---|---|
| First<br><br>06-09-2018 | MA / EMT [Medical]<br>At staff request<br>Blood Pressure Checks<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Completed by: Ayers RN, Michael at 06-09-2018 12:12:17] | Recurs every 1 day until Sunday, June 10<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Completed Appointment [RN Ayers, Michael on 06-09-2018] |
| First<br><br>06-09-2018 | EKG<br>At staff request<br>Baseline EKG<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:54]<br>[Completed by: Martin, LPN, Nadine at 06-09-2018 08:06:34] | | **Update Notes**<br><br>• **Completed Appointment** - Completed Appointment [Martin, LPN, Nadine on 06-09-2018] |
| First<br><br>06-08-2018 | Mental Health [Medical]<br>At staff request<br>PO3 - Attempted to see Pt. on 6/8 but he was temp out<br><br>[Created by: LPC James, LPC, Avia at 06-06-2018 08:11:16]<br>[Completed by: James, LPC LPC, Avia at 06-08-2018 14:26:48] | Recurs Monday, Wednesday and Friday every week until Friday, June 29<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 6-8-18 at 2:26 pm by Avia James, LPC [LPC James, LPC, Avia on 06-08-2018] |
| First<br><br>06-07-2018 | MA / EMT<br>At staff request<br>Blood Pressure Checks<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Last modified: Ayers RN, Michael at 06-07-2018 15:33:35] | Recurs every 1 day until Sunday, June 10<br>Cancel all future tasks | **Update Notes**<br><br>• **Refused Appointment** - Refused Appointment [RN Ayers, Michael on 06-07-2018] |
| First | MA / EMT<br>At staff request | | **Update Notes** |

**PCM00149**

JA0000553

| | | | |
|---|---|---|---|
| 06-06-2018 | Read PPD<br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:28:12]<br>[Completed by: Smith, LPN, Kyrie at 06-06-2018 08:07:16] | | • **Completed Appointment** - Completed Appointment [Smith, LPN, Kyrie on 06-06-2018] |
| First<br><br>06-06-2018 | MA / EMT<br>At staff request<br>Blood Pressure Checks<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Completed by: Smith, LPN, Kyrie at 06-06-2018 08:07:09] | Recurs every 1 day until Sunday, June 10<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Completed Appointment [Smith, LPN, Kyrie on 06-06-2018] |
| First<br><br>06-06-2018 | Mental Health [Medical]<br>At staff request<br>LOCKED MH LV2 - obtain informed consent and ROI<br><br>[Created by: Mahoney, Psy.D., Jessica at 06-05-2018 05:41:54]<br>[Completed by: James, LPC LPC, Avia at 06-06-2018 08:20:48] | Recurs weekday every week until Tuesday, June 12<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 6-6-18 at 8:20 am by Avia James, LPC [LPC James, LPC, Avia on 06-06-2018] |
| Third<br><br>06-06-2018 | Doctor [Medical]<br>At staff request<br>sign off<br><br>[Created by: Hughes, PA, Megan at 06-05-2018 09:14:59]<br>[Completed by: Gessner, MD, Victoria at 06-05-2018 17:45:12] | Related Problems: CARDIAC | **Update Notes**<br><br>• **Completed Appointment** - Completed Appointment [Gessner, MD, Victoria on 06-05-2018] |
| Third<br><br>06-06-2018 | Nurse [Medical]<br>At staff request<br>Review Intake forms<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:26:53]<br>[Completed by: Trusty, RN RN, Gabrielle at 06-07-2018 01:38:07] | | **Update Notes**<br><br>• **Completed Appointment** - Completed Appointment [RN Trusty, RN, Gabrielle on 06-07-2018] |
| First<br><br>06-05-2018 | Mental Health [Medical]<br>At staff request<br>LOCKED MH LV2<br><br>[Created by: Mahoney, Psy.D., Jessica at 06-05-2018 05:41:54]<br>[Completed by: Mahoney, Psy.D., Jessica at 06-05-2018 09:36:32] | Recurs weekday every week until Tuesday, June 12<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 6-5-18 at 9:36 am by Jessica Mahoney, Psy.D. [Mahoney, Psy.D., Jessica on 06-05-2018] |

Viewing 31-40 of 53 Items
< Previous
1
2
3
4
5
6
Next >

PCM00150

JA0000554

**DEATH** Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in

# CHARLES JOSEPH FREITAG

Weight: 172 lbs
BMI: 23.3
SSN: 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

### #2018003096

Agency: county
Location: [OUT]
JMS ID: 125635

Low Bunk, Low Tier, MHSR-C

Allergies:
NKMA

Tasks
Historic (53)

# Tasks

Viewing 21-30 of 53 Items
< Previous
1
2
3
4
5
6
Next >

| | | | |
|---|---|---|---|
| First<br><br>07-05-2018 | NP/PA [Medical]<br>At staff request<br>CCC = HTN; Psych (Depression, Anxiety).<br><br>Labs 6/27/18:<br>CMP, FLP, CBC TSH wnl. UA TNP.<br><br>[Created by: Hughes, PA, Megan at 06-05-2018 09:15:13]<br>[Completed by: Longacre, PA, Molly at 07-05-2018 10:58:10] | Related Problems:<br>CARDIAC | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 7-5-18 at 10:58 am by Molly Longacre, PA [Longacre, PA, Molly on 07-05-2018] |
| Third<br><br>07-05-2018 | NP/PA<br>At staff request<br>renew meds until next visit and make sure diagnosis is on master problem list<br><br>[Created by: Longacre, PA, Molly at 07-05-2018 10:55:35]<br>[Completed by: Longacre, PA, Molly at 07-05-2018 11:40:10] | | **Update Notes**<br><br>• **Completed Appointment** - Completed Appointment [Longacre, PA, Molly on 07-05-2018] |
| First<br><br>06-29-2018 | CDD/CCC [Medical]<br>At staff request<br>Seen 6/5, sch HTN ccc 7/5.<br><br>[Created by: Hughes, PA, Megan at 06-05-2018 09:15:28]<br>[Completed by: Barthold, RN, David at 07-02-2018 03:35:03] | Related Problems:<br>CARDIAC | **Update Notes**<br><br>• **Completed Appointment** - Completed Appointment [Barthold, RN, David on 07-02-2018] |
| First<br><br>06-28-2018 | Mental Health [Medical]<br>At staff request<br>2 WK MH FU<br><br>[Created by: LPC James, LPC, Avia at 06-14-2018 09:32:16]<br>[Completed by: James, LPC LPC, Avia at 06-28-2018 16:20:04] | Recurs Thursday every 2 weeks until Thursday, June 21<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 6-28-18 at 4:20 pm by Avia James, LPC [LPC James, LPC, Avia on 06-28-2018] |
| First<br><br>06-27-2018 | Lab<br>At staff request<br>Megan Hughes, PA has requested the following labs for this patient:<br><br>7702-4 : Comprehensive Metabolic Panel & CBC | | **Update Notes**<br><br>• **Completed Appointment** - Completed Appointment [RN Ayers, Michael on 06-27-2018] |

**PCM00151**
JA0000555

0009-1 : Lipid Panel
0459-8 : Complete Uninalysis
0153-7 : TSH

The patient does need to be fasting for the exam(s)

Please schedule the labs for the following date: Wednesday June 27th, 2018

[Created by: Hughes, PA, Megan at 06-05-2018 09:15:41]
[Completed by: Ayers RN, Michael at 06-27-2018 07:37:26]

| | | Update Notes |
|---|---|---|
| First<br>06-15-2018 | Mental Health [Medical]<br>At staff request<br>1 WK PO3 FU<br><br>[Created by: LPC James, LPC, Avia at 06-08-2018 14:25:28]<br>[Completed by: Mahoney, Psy.D., Jessica at 06-15-2018 10:33:20] | • **Completed Appointment** - Sick call completed 6-15-18 at 10:33 am by Jessica Mahoney, Psy.D. [Mahoney, Psy.D., Jessica on 06-15-2018] |
| First<br>06-14-2018 | Psych-NP [Medical]<br>At staff request<br>Pt. reported that he is on medications for depression. He reported sadness, poor sleep, worry.<br>Unspecified Depressive Disorder.<br><br>[Created by: Mahoney, Psy.D., Jessica at 06-05-2018 09:36:19]<br>[Completed by: Brautigam, PMHNP, Stephan at 06-14-2018 11:09:44] | • **Completed Appointment** - Completed Appointment [Brautigam, PMHNP, Stephan on 06-14-2018] |
| First<br>06-13-2018 | Mental Health [Medical]<br>At staff request<br>Pt. is requesting therapy. - Chrissy<br><br>[Created by: Mahoney, Psy.D., Jessica at 06-05-2018 09:37:45]<br>[Completed by: James, LPC LPC, Avia at 06-14-2018 09:32:24] | • **Completed Appointment** - Sick call completed 6-14-18 at 9:32 am by Avia James, LPC [LPC James, LPC, Avia on 06-14-2018] |
| First<br>06-11-2018 | Mental Health [Medical]<br>At staff request<br>1/3 DAY PO3 FU<br><br>[Created by: LPC James, LPC, Avia at 06-08-2018 14:25:13]<br>[Completed by: Penge, LPC LPC, Christina at 06-11-2018 10:28:40] | • **Completed Appointment** - Sick call completed 6-11-18 at 10:28 am by Christina Penge, LPC [LPC Penge, LPC, Christina on 06-11-2018] |
| First<br>06-10-2018 | RN Physicals<br>At staff request<br>Perform 14-Day Physical, RPR, and HIV test. If less than 35 years old, perform GC/Chlamydia test<br><br>[Created by: RN Sariego, RN, Jennifer at 06-04-2018 15:28:12]<br>[Completed by: Hughes, PA, Megan at 06-05-2018 09:16:36] | • **Completed Appointment** - Completed Appointment [Hughes, PA, Megan on 06-05-2018] |

Viewing 21-30 of 53 Items
< Previous
1
2
3
4
5
6
Next >

**PCM00152**

JA0000556

**DEATH**Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)

# CHARLES JOSEPH FREITAG

Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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

### #2018003096

Agency: county
Location: [OUT]
JMS ID: 125635

Low Bunk, Low Tier, MHSR-C

Allergies:
NKMA

Tasks
Historic (53)

# Tasks

Viewing 11-20 of 53 Items
< Previous
1
2
3
4
5
6
Next >

| | | | |
|---|---|---|---|
| Third<br><br>08-05-2018 | NP/PA<br>At staff request<br>Review BP<br><br>[Created by: Longacre, PA, Molly at 07-05-2018 10:55:35]<br>[Completed by: Hughes, PA, Megan at 08-02-2018 15:12:05] | Recurs every 31 days until Wednesday, September 5<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - stable, f/u ccc [Hughes, PA, Megan on 08-02-2018] |
| First<br><br>08-04-2018 | MA / EMT [Medical]<br>At staff request<br>BP checks<br><br>[Created by: Longacre, PA, Molly at 07-05-2018 10:55:35]<br>[Completed by: Gentile LPN, Christine at 08-04-2018 12:56:52] | Related Problems: CARDIAC<br>Recurs every 28 days until Thursday, August 30<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Completed Appointment [LPN Gentile, Christine on 08-04-2018] |
| First<br><br>08-03-2018 | Mental Health [Medical]<br>At staff request<br>LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Completed by: James, LPC LPC, Avia at 08-03-2018 10:41:04] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH<br>Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 8-3-18 at 10:41 am by Avia James, LPC [LPC James, LPC, Avia on 08-03-2018] |
| First<br><br>08-01-2018 | Mental Health [Medical]<br>At staff request<br>LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Completed by: James, LPC LPC, Avia at 08-01-2018 14:50:25] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH<br>Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 8-1-18 at 2:50 pm by Avia James, LPC [LPC James, LPC, Avia on 08-01-2018] |
| First<br><br>07-31-2018 | Mental Health [Medical]<br>At staff request<br>Please check in today (7/31) at request of Deputy Warden Mitchell. Thanks!<br><br>[Created by: Cassidy, PsyD, Abbey at 07-31-2018 12:17:47] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 7-31-18 at 3:14 pm by Avia James, LPC [LPC James, LPC, Avia on 07-31-2018] |

**PCM00153**

JA0000557

| | [Completed by: James, LPC LPC, Avia at 07-31-2018 15:14:50] | | |

First

07-30-2018

HSA/DON
At staff request
CCC Cardiac completed

[Created by: Longacre, PA, Molly at 07-05-2018 10:55:35]
[Completed by: Barthold, RN, David at 08-15-2018 17:52:04]

**Update Notes**

- **Completed Appointment** - Completed Appointment [Barthold, RN, David on 08-15-2018]

First

07-27-2018

CDD/CCC [Medical]
At staff request
CCC HTN; Psych (Depression, Anxiety). elderly seen 7/5 and rewch 10/2

[Created by: Longacre, PA, Molly at 07-05-2018 10:56:57]
[Completed by: Barthold, RN, David at 08-15-2018 18:39:36]

**Update Notes**

- **Completed Appointment** - Completed Appointment [Barthold, RN, David on 08-15-2018]

First

07-08-2018

EKG [Medical]
At staff request
EKG

[Created by: Longacre, PA, Molly at 07-05-2018 10:55:34]
[Completed by: Sariego, RN RN, Jennifer at 07-08-2018 08:10:46]

**Update Notes**

- **Completed Appointment** - COMPLETED [RN Sariego, RN, Jennifer on 07-08-2018]

First

07-06-2018

HSA/DON
At staff request
CCC Cardiac completed

[Created by: Longacre, PA, Molly at 07-05-2018 10:55:35]
[Last modified: Zernhelt, RN HSA, Alynn at 07-16-2018 13:26:33]

**Update Notes**

- **Rescheduled Appointment** - Rescheduled Appointment [Zernhelt, RN HSA, Alynn on 07-16-2018]

Third

07-06-2018

Doctor
At staff request
Signoff

[Created by: Longacre, PA, Molly at 07-05-2018 10:55:35]
[Completed by: Gessner, MD, Victoria at 07-05-2018 14:06:52]

**Update Notes**

- **Completed Appointment** - Completed Appointment [Gessner, MD, Victoria on 07-05-2018]

Viewing 11-20 of 53 Items
< Previous
1
2
3
4
5
6
Next >

**PCM00154**

JA0000558

**DEATH** Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Tasks
Historic (53)

# Tasks

Viewing 1-10 of 53 Items
1
2
3
4
5
6
Next >

| First | Mental Health [Medical] | Related Problems: | Update Notes |
|---|---|---|---|
| 08-23-2018 | At staff request 1 week LV3 FU: Court Tomorrow for Sentencing, Review<br><br>[Created by: LPC Penge, LPC, Christina at 08-17-2018 11:43:52]<br>[Completed by: Penge, LPC LPC, Christina at 08-23-2018 15:09:16] | PSYCHOLOGICAL / MENTAL HEALTH | • **Completed Appointment** - Sick call completed 8-23-18 at 3:09 pm by Christina Penge, LPC [LPC Penge, LPC, Christina on 08-23-2018] |
| First<br><br>08-20-2018 | Mental Health [Medical] At staff request 1/3 LV3 FU<br><br>[Created by: LPC Penge, LPC, Christina at 08-17-2018 11:43:27]<br>[Completed by: Mahoney, Psy.D., Jessica at 08-22-2018 11:52:59] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH | **Update Notes**<br>• **Completed Appointment** - Sick call completed 8-22-18 at 11:52 am by Jessica Mahoney, Psy.D. [Mahoney, Psy.D., Jessica on 08-22-2018] |
| First<br><br>08-17-2018 | Mental Health [Medical] At staff request LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Completed by: Penge, LPC LPC, Christina at 08-17-2018 11:44:26] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH Recurs Monday, Wednesday and Friday every week until Friday, August 31 Cancel all future tasks | **Update Notes**<br>• **Completed Appointment** - Sick call completed 8-17-18 at 11:44 am by Christina Penge, LPC [LPC Penge, LPC, Christina on 08-17-2018] |
| First<br><br>08-15-2018 | Mental Health [Medical] At staff request LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Completed by: James, LPC LPC, Avia at 08-15-2018 08:06:12] | Related Problems: PSYCHOLOGICAL / MENTAL HEALTH Recurs Monday, Wednesday and Friday every week until Friday, August 31 Cancel all future tasks | **Update Notes**<br>• **Completed Appointment** - Pt seen by psych on 08/15. See s/c. [LPC James, LPC, Avia on 08-15-2018] |
| First | Mental Health [Medical] At staff request | | **Update Notes** |

**PCM00155**

JA0000559

| | | | |
|---|---|---|---|
| 08-14-2018 | MH FU: see pt before trial<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 14:34:02]<br>[Completed by: Penge, LPC LPC, Christina at 08-14-2018 07:59:06] | Related Problems:<br>PSYCHOLOGICAL / MENTAL HEALTH | • **Completed Appointment** - Seen by MH, see S/C [LPC Penge, LPC, Christina on 08-14-2018] |
| First<br><br>08-13-2018 | Mental Health [Medical]<br>At staff request<br>LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Completed by: Penge, LPC LPC, Christina at 08-14-2018 07:58:50] | Related Problems:<br>PSYCHOLOGICAL / MENTAL HEALTH<br>Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 8-14-18 at 7:58 am by Christina Penge, LPC [LPC Penge, LPC, Christina on 08-14-2018] |
| First<br><br>08-10-2018 | Mental Health [Medical]<br>At staff request<br>LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Completed by: Penge, LPC LPC, Christina at 08-10-2018 13:22:35] | Related Problems:<br>PSYCHOLOGICAL / MENTAL HEALTH<br>Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 8-10-18 at 1:22 pm by Christina Penge, LPC [LPC Penge, LPC, Christina on 08-10-2018] |
| First<br><br>08-09-2018 | Psych-NP [Medical]<br>At staff request<br>8 week f/u<br><br>[Created by: Brautigam, PMHNP, Stephan at 06-14-2018 11:09:01]<br>[Completed by: Brautigam, PMHNP, Stephan at 08-15-2018 12:30:30] | | **Update Notes**<br><br>• **Completed Appointment** - Completed Appointment [Brautigam, PMHNP, Stephan on 08-15-2018] |
| First<br><br>08-08-2018 | Mental Health [Medical]<br>At staff request<br>LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Completed by: Mahoney, Psy.D., Jessica at 08-08-2018 12:00:15] | Related Problems:<br>PSYCHOLOGICAL / MENTAL HEALTH<br>Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 8-8-18 at 12:00 pm by Jessica Mahoney, Psy.D. [Mahoney, Psy.D., Jessica on 08-08-2018] |
| First<br><br>08-06-2018 | Mental Health [Medical]<br>At staff request<br>LV3<br><br>[Created by: LPC James, LPC, Avia at 07-31-2018 15:12:29]<br>[Completed by: Penge, LPC LPC, Christina at 08-06-2018 10:22:11] | Related Problems:<br>PSYCHOLOGICAL / MENTAL HEALTH<br>Recurs Monday, Wednesday and Friday every week until Friday, August 31<br>Cancel all future tasks | **Update Notes**<br><br>• **Completed Appointment** - Sick call completed 8-6-18 at 10:22 am by Christina Penge, LPC [LPC Penge, LPC, Christina on 08-06-2018] |

Viewing 1-10 of 53 Items
1
2
3
4
5
6
Next >

PCM00156<br>JA0000560

**DEATH**Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Tasks
Overdue (0)
# Tasks

**(No tasks)**

PCM00157
JA0000561

**DEATH**Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Tasks
Today (0)
## Tasks

**(No tasks)**

PCM00158

JA0000562

# Telephone / Verbal Order Form (Medical)

**CHARLES JOSEPH FREITAG #2018003096**

| | | | |
|---|---|---|---|
| **JMS ID:** | 125635 | **Location:** | [OUT] |
| **DOB:** | 08/31/1960 | **Ethnicity:** | - |
| **Age:** | 59 | **Interviewer:** | LPN Spier, LPN, Natasha (06/05/2018 0558) |
| **Agency:** | county | | |
| **Approval:** | ✓ Approved - 06/06/2018 1108 | | |

| Current Allergies: | NKMA | |
|---|---|---|
| Provider Called | Paulina Foley PA | |
| Reason Provider is being called: | intake orders | |
| Orders:<br><br>Include: Dose, Route and Length of all orders | Lisinopril 10mg QD | |
| Chronic Care Patient Diet Ordered | ☐ Cardiac<br>☐ Diabetic<br>☐ Renal<br>☐ Pregnancy<br>☐ Low BMI with HS Snack<br>☐ Other | regular |
| Follow up: | routine | |
| Orders Noted: | ⦿ Yes<br>○ No | |

PCM00159
JA0000563

**DEATH**Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs

# CHARLES JOSEPH FREITAG

BMI: 23.3
SSN: 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
Agency: county

### #2018003096

Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Low Bunk, Low Tier, MHSR-C

Reports
Timeline

# Timeline

Printed at 01/20/2020 1426
Now
Today
Yesterday
2020

| | |
|---|---|
| **08/27/2018 14:17 - Chart Note** | |
| Per OMS patient released from system 8/25/18 @ 1435 | |

Booked Out
08/25/2018

| | |
|---|---|
| **08/25/2018 12:03 - Chart Note** | |
| Correction to Emergency Flowsheet: EMS arrived at approx 1115. Per Sgt Rupp, EMS pronounced him dead at 1119 while still on the block. | |
| | **08/25/2018 11:47 - Form** |
| | Emergency Flow Sheet |
| **08/25/2018 00:00 - Chart Note** | |
| Inmate was released 08-25-2018 | |
| | **08/25/2018 00:00 - Chart Note** |
| | Inmate was released 08-25-2018 |
| **08/25/2018 00:00 - Chart Note** | |
| Inmate was released 08-25-2018 | |
| | **08/25/2018 00:00 - Chart Note** |
| | Inmate was released 08-25-2018 |
| **08/25/2018 00:00 - Chart Note** | |
| Inmate was released 08-25-2018 | |
| | **08/25/2018 00:00 - Chart Note** |
| | Inmate was released 08-25-2018 |
| **08/25/2018 00:00 - Chart Note** | |
| Inmate was released 08-25-2018 | |
| | **08/25/2018 00:00 - Chart Note** |
| | Inmate was released 08-25-2018 |
| **08/25/2018 00:00 - Chart Note** | |
| Inmate was released 08-25-2018 | |
| | **08/23/2018 15:09 - Sick Call** |
| | Mental Health |
| **08/23/2018 15:09 - Task** | |
| Mental Health | |
| | **08/23/2018 00:00 - Chart Note** |
| | Sick call completed 8-23-18 at 3:09 pm by Christina Penge, LPC |
| **08/22/2018 11:52 - Sick Call** | |
| Mental Health | |
| | **08/22/2018 11:52 - Task** |
| | Mental Health |
| **08/22/2018 00:00 - Chart Note** | |
| Sick call completed 8-22-18 at 11:52 am by Jessica Mahoney, Psy.D. | |
| | **08/17/2018 11:44 - Sick Call** |
| | Mental Health |

**PCM00160**

JA0000564

| | |
|---|---|
| **08/17/2018 11:44 - Task**<br>Mental Health | |
| | **08/17/2018 00:00 - Chart Note**<br>Sick call completed 8-17-18 at 11:44 am by Christina Penge, LPC |
| **08/15/2018 18:39 - Task**<br>CDD/CCC | |
| | **08/15/2018 17:52 - Task**<br>HSA/DON |
| **08/15/2018 12:30 - Task**<br>Psych-NP | |
| | **08/15/2018 12:30 - Sick Call**<br>Mental Health |
| **08/15/2018 08:06 - Task**<br>Mental Health | |
| | **08/15/2018 00:00 - Chart Note**<br>Completed Appointment |
| **08/15/2018 00:00 - Chart Note**<br>Completed Appointment | |
| | **08/15/2018 00:00 - Chart Note**<br>Completed Appointment |
| **08/15/2018 00:00 - Chart Note**<br>Pt seen by psych on 08/15. See s/c. | |
| | **08/15/2018 00:00 - Prescription**<br>BUSPIRONE HCL |
| **08/15/2018 00:00 - Prescription**<br>ESCITALOPRAM OXALATE | |
| | **08/14/2018 07:59 - Task**<br>Mental Health |
| **08/14/2018 07:58 - Sick Call**<br>Mental Health | |
| | **08/14/2018 07:58 - Task**<br>Mental Health |
| **08/14/2018 00:00 - Chart Note**<br>Seen by MH, see S/C | |
| | **08/14/2018 00:00 - Chart Note**<br>Sick call completed 8-14-18 at 7:58 am by Christina Penge, LPC |
| **08/10/2018 13:22 - Sick Call**<br>Mental Health | |
| | **08/10/2018 13:22 - Task**<br>Mental Health |
| **08/10/2018 00:00 - Chart Note**<br>Sick call completed 8-10-18 at 1:22 pm by Christina Penge, LPC | |
| | **08/08/2018 12:00 - Sick Call**<br>Mental Health |
| **08/08/2018 12:00 - Task**<br>Mental Health | |
| | **08/08/2018 00:00 - Chart Note**<br>Sick call completed 8-8-18 at 12:00 pm by Jessica Mahoney, Psy.D. |
| **08/06/2018 10:22 - Sick Call**<br>Mental Health | |
| | **08/06/2018 10:22 - Task**<br>Mental Health |
| **08/06/2018 00:00 - Chart Note**<br>Sick call completed 8-6-18 at 10:22 am by Christina Penge, LPC | |
| | **08/04/2018 12:56 - Task**<br>MA / EMT |
| **08/04/2018 00:00 - Chart Note**<br>Completed Appointment | |
| | **08/03/2018 10:41 - Task**<br>Mental Health |
| **08/03/2018 10:41 - Sick Call**<br>Mental Health | |
| | **08/03/2018 00:00 - Chart Note**<br>Sick call completed 8-3-18 at 10:41 am by Avia James, LPC |
| **08/02/2018 15:12 - Task**<br>NP/PA | |
| | **08/02/2018 00:00 - Chart Note**<br>stable, f/u ccc |

**PCM00161**

JA0000565

**08/01/2018 14:50 - Task**
Mental Health

**08/01/2018 14:50 - Sick Call**
Mental Health

**08/01/2018 00:00 - Chart Note**
Sick call completed 8-1-18 at 2:50 pm by Avia James, LPC

**07/31/2018 15:14 - Sick Call**
Mental Health

**07/31/2018 15:14 - Task**
Mental Health

**07/31/2018 15:14 - Form**
Mental Status Exam-OLD

**07/31/2018 12:17 - Problem**
PSYCHOLOGICAL / MENTAL HEALTH

**07/31/2018 00:00 - Chart Note**
Sick call completed 7-31-18 at 3:14 pm by Avia James, LPC

**07/16/2018 00:00 - Chart Note**
Rescheduled Appointment

**07/08/2018 08:10 - Task**
EKG

**07/08/2018 00:00 - Chart Note**
COMPLETED

**07/05/2018 14:06 - Task**
Doctor

**07/05/2018 11:40 - Task**
NP/PA

**07/05/2018 10:58 - Sick Call**
Medical

**07/05/2018 10:58 - Task**
NP/PA

**07/05/2018 10:55 - Form**
CCC - Cardiac (2018)

**07/05/2018 00:00 - Chart Note**
Sick call completed 7-5-18 at 10:58 am by Molly Longacre, PA

**07/05/2018 00:00 - Chart Note**
Completed Appointment

**07/05/2018 00:00 - Chart Note**
Completed Appointment

**07/05/2018 00:00 - Prescription**
DAILY VITES

**07/04/2018 00:00 - Prescription**
ASPIR-LOW

**07/04/2018 00:00 - Prescription**
LISINOPRIL

**07/02/2018 03:03 - Task**
CDD/CCC

**07/02/2018 00:00 - Chart Note**
Completed Appointment

**06/28/2018 16:20 - Sick Call**
Mental Health

**06/28/2018 16:20 - Task**
Mental Health

**06/28/2018 00:00 - Chart Note**
Sick call completed 6-28-18 at 4:20 pm by Avia James, LPC

**06/27/2018 07:37 - Task**
Lab

**06/27/2018 00:00 - Chart Note**
Completed Appointment

**06/15/2018 10:33 - Task**
Mental Health

**06/15/2018 10:33 - Sick Call**
Mental Health

**06/15/2018 00:00 - Chart Note**
Sick call completed 6-15-18 at 10:33 am by Jessica Mahoney, Psy.D.

**06/14/2018 11:09 - Task**
Psych-NP

**06/14/2018 11:09 - Sick Call**
Mental Health

PCM00162
JA0000566

**06/14/2018 09:32 - Sick Call**
Mental Health

| | 06/14/2018 09:32 - Task |
| | Mental Health |

**06/14/2018 00:00 - Chart Note**
Completed Appointment

| | 06/14/2018 00:00 - Chart Note |
| | Sick call completed 6-14-18 at 9:32 am by Avia James, LPC |

**06/14/2018 00:00 - Prescription**
BUSPIRONE HCL

| | 06/14/2018 00:00 - Prescription |
| | ESCITALOPRAM OXALATE |

**06/11/2018 10:28 - Sick Call**
Mental Health

| | 06/11/2018 10:28 - Task |
| | Mental Health |

**06/11/2018 00:00 - Chart Note**
Sick call completed 6-11-18 at 10:28 am by Christina Penge, LPC

| | 06/09/2018 12:12 - Task |
| | MA / EMT |

**06/09/2018 08:06 - Task**
EKG

| | 06/09/2018 00:00 - Chart Note |
| | Completed Appointment |

**06/09/2018 00:00 - Chart Note**
Completed Appointment

| | 06/08/2018 14:26 - Sick Call |
| | Mental Health |

**06/08/2018 14:26 - Task**
Mental Health

| | 06/08/2018 00:00 - Chart Note |
| | Delete Appointment |

**06/08/2018 00:00 - Chart Note**
Delete Appointment

| | 06/08/2018 00:00 - Chart Note |
| | Sick call completed 6-8-18 at 2:26 pm by Avia James, LPC |

**06/07/2018 01:38 - Task**
Nurse

| | 06/07/2018 01:37 - Chart Note |
| | Intake review completed, pt. denies any allergies. Pt. reports a hx of HTN and depression. Pt. denies all drug and/or ETOH use. |
| | Vitals WNL, PPD placed. |

**06/07/2018 00:00 - Chart Note**
Refused Appointment

| | 06/07/2018 00:00 - Chart Note |
| | Completed Appointment |

**06/06/2018 08:20 - Sick Call**
Mental Health

| | 06/06/2018 08:20 - Task |
| | Mental Health |

**06/06/2018 08:19 - Form**
Suicide Risk Assessment-OLD

| | 06/06/2018 08:07 - Task |
| | MA / EMT |

**06/06/2018 08:07 - Task**
MA / EMT

| | 06/06/2018 00:00 - Chart Note |
| | Sick call completed 6-6-18 at 8:20 am by Avia James, LPC |

**06/06/2018 00:00 - Chart Note**
Completed Appointment

| | 06/06/2018 00:00 - Chart Note |
| | Completed Appointment |

**06/05/2018 17:45 - Task**
Doctor

| | 06/05/2018 09:36 - Sick Call |
| | Mental Health |

**06/05/2018 09:36 - Task**
Mental Health

| | 06/05/2018 09:35 - Form |
| | Suicide Risk Assessment-OLD |

**PCM00163**

JA0000567

| | |
|---|---|
| **06/05/2018 09:32 - Form**<br>Mental Health Intake - ver. 1.0-OLD | |
| | **06/05/2018 09:21 - Task**<br>Mental Health |
| **06/05/2018 09:21 - Task**<br>Mental Health | |
| | **06/05/2018 09:21 - Task**<br>Mental Health |
| **06/05/2018 09:21 - Task**<br>Mental Health | |
| | **06/05/2018 09:21 - Task**<br>Mental Health |
| **06/05/2018 09:20 - Task**<br>Mental Health | |
| | **06/05/2018 09:16 - Task**<br>RN Physicals |
| **06/05/2018 09:16 - Sick Call**<br>Medical | |
| | **06/05/2018 09:16 - Task**<br>NP/PA |
| **06/05/2018 09:14 - Form**<br>5. Physical Form - 14 Day | |
| | **06/05/2018 05:58 - Form**<br>Telephone / Verbal Order Form (Medical) |
| **06/05/2018 00:00 - Chart Note**<br>completed by PA | |
| | **06/05/2018 00:00 - Chart Note**<br>Sick call completed 6-5-18 at 9:16 am by Megan Hughes, PA |
| **06/05/2018 00:00 - Chart Note**<br>Completed Appointment | |
| | **06/05/2018 00:00 - Chart Note**<br>Pt. seen in MH. See S/C. |
| **06/05/2018 00:00 - Chart Note**<br>Pt. seen by MH. See S/C. | |
| | **06/05/2018 00:00 - Chart Note**<br>Pt. seen by MH. See S/C |
| **06/05/2018 00:00 - Chart Note**<br>Pt. seen by MH. See S/C | |
| | **06/05/2018 00:00 - Chart Note**<br>Pt. seen by MH. See S/C |
| **06/05/2018 00:00 - Chart Note**<br>Pt. seen by MH. See S/C | |
| | **06/05/2018 00:00 - Chart Note**<br>Delete Appointment |
| **06/05/2018 00:00 - Chart Note**<br>Delete Appointment | |
| | **06/05/2018 00:00 - Chart Note**<br>Delete Appointment |
| **06/05/2018 00:00 - Chart Note**<br>done by PA | |
| | **06/05/2018 00:00 - Chart Note**<br>Sick call completed 6-5-18 at 9:36 am by Jessica Mahoney, Psy.D. |
| **06/05/2018 00:00 - Chart Note**<br>Completed Appointment | |
| | **06/05/2018 00:00 - Chart Note**<br>cannot review my own files |
| **06/05/2018 00:00 - Prescription**<br>ASPIR-LOW | |
| | **06/05/2018 00:00 - Prescription**<br>LISINOPRIL |
| **06/04/2018 21:21 - Task**<br>MH-Verifications | |
| | **06/04/2018 21:21 - Task**<br>Psychiatrist |
| **06/04/2018 15:54 - Chart Note**<br>New intake. Patient has had multiple Suicide Attempts. Most recent 9/2017. Patient was inpatient at Friends Hospital 8/2017 and then at Summit Oaks 9/2017 for 2 weeks. Patient has multiple scars on RFA from recent suicide attempts. Patient placed on level 2. Patient denies current active suicidal thoughts but scored a 12 on suicide screen. Patient kept indicating he was "sorry for what I did" during intake process. Medications verified. | |

**PCM00164**

JA0000568

| | |
|---|---|
| | **06/04/2018 15:30 - Task**<br>Nurse |
| **06/04/2018 15:29 - Form**<br>6b. Medication Verification Form - Mental Health | |
| | **06/04/2018 15:29 - Form**<br>6. Medication Verification Form - Medical |
| **06/04/2018 15:28 - Form**<br>1. Vital Signs / PPD / RPR | |
| | **06/04/2018 15:26 - Problem**<br>CARDIAC |
| **06/04/2018 15:26 - Form**<br>3. Receiving Screening (Updated Apr 2013) | |
| | **06/04/2018 15:19 - Form**<br>7a. Mental Health Screen for Men |
| **06/04/2018 15:18 - Task**<br>Nurse | |
| | **06/04/2018 15:18 - Problem**<br>Suicidal (Full) |
| **06/04/2018 15:18 - Form**<br>2. Intake Suicide Screening | |
| | **06/04/2018 15:16 - Form**<br>0. Influenza and Infection Control Surveillance (Updated 10-17-14) |

Booked In
06/04/2018

| | |
|---|---|
| **06/04/2018 00:00 - Chart Note**<br>Cannot review my own files | |
| | **06/04/2018 00:00 - Chart Note**<br>Completed Appointment |
| **06/04/2018 00:00 - Chart Note**<br>Completed Appointment | |
| | **06/04/2018 00:00 - Chart Note**<br>duplicate |
| **06/04/2018 00:00 - Chart Note**<br>duplicated | |
| | **06/04/2018 00:00 - Chart Note**<br>duplicate |
| **06/04/2018 00:00 - Chart Note**<br>duplicate | |
| | **06/04/2018 00:00 - Chart Note**<br>verified |
| **06/04/2018 00:00 - Chart Note**<br>noted | |

2018

**PCM00165**

JA0000569

**DEATH**Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Flow Sheets
Vital Signs
# Vital Signs

Viewing 1-8 of 8 Flow Records

| User | Record Date | Pos | BP Sys | BP Dia | Pulse | Resp. | Temp. | Weight | Height | BMI | S$_p$0$_2$ | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RN, ADON Grous, Samantha | 08/25/2018 1147 | - - - | | | | | | | 6ft 0in | 0.00 | | unable to obtain. |
| LPN Gentile, Christine | 08/04/2018 1117 | Sitting | 124 | 88 | 90 | 18 | 97.7 °F | | | | 98.0% | |
| Longacre, PA, Molly | 07/05/2018 1055 | Sitting | 120 | 80 | 70 | 14 | 98.0 °F | 216 lbs | 6ft 0in | 29.30 | | |
| RN Ayers, Michael | 06/09/2018 1212 | Sitting | 147 | 72 | 86 | 16 | 98.5 °F | | | | 98.0% | |
| Smith, LPN, Kyrie | 06/06/2018 0805 | Sitting | 146 | 88 | 90 | | | | | | | BP checks |
| Hughes, PA, Megan | 06/05/2018 0916 | Sitting | 144 | 84 | 94 | 16 | 98.0 °F | 221 lbs | 6ft 0in | 30.00 | 99.0% | Entered on a sick call created 06-05-2018 0908 |
| Hughes, PA, Megan | 06/05/2018 0914 | - - - | | | | | | | 6ft 0in | 0.00 | | See FS. |
| RN Sariego, RN, Jennifer | 06/04/2018 1528 | Sitting | 148 | 98 | 73 | 16 | 98.2 °F | 222 lbs | 6ft 0in | 30.10 | 98.0% | |

Viewing 1-8 of 8 Flow Records

**PCM00166**
JA0000570

**DEATH**Patient died on: **Aug 25, 2018**

# CHARLES JOSEPH FREITAG

### #2018003096

Low Bunk, Low Tier, MHSR-C

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

Flow Sheets
Wound Flow 1-3-2020
# Wound Flow 1-3-2020

No flows records to display.

PCM00167
JA0000571

**DEATH**Patient died on: **Aug 25, 2018**

Sex: Male
DOB: 08/31/1960 (Age 59)
Height: 6ft 0in
Weight: 172 lbs
BMI: 23.3
SSN: 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
Agency: county
Location: [OUT]
JMS ID: 125635
Allergies:
NKMA

# CHARLES JOSEPH FREITAG

## #2018003096

Low Bunk, Low Tier, MHSR-C

Reports
Full Patient History
## Full Patient History

Name: FREITAG, CHARLES JOSEPH

DOB: 08-31-1960

Sex: Male

SSN: 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

JMS ID: 125635

Race: AMERICAN

Location: [OUT]

Allergies: NKMA

---

## Intake Screening Forms

| Booking Number | Form Name | Form Item | Item Response | Interviewer | Interview Date |
|---|---|---|---|---|---|
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Temperature: (current Temp) If elevated (greater 100F) place mask on patient immediately | 98.2 | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Do you have any of the following symptoms? | None of the Above | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | In the last 2-21 days, have you had close contact with anyone with flu like symptoms (fever, cough, sore throat, vomiting, diarrhea, etc.)? If YES, please describe. | No | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | In the last thirty days have you or any of your close contacts returned from foreign travel? If Yes, please indicate location. (If patient traveled to or from affected areas of EBV facility Medical Director and Vice President of Operations must be contacted prior to patient leaving intake area) | No | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | | Level of Awareness: | Alert | | |

PCM00168

JA0000572

| | | | | | |
|---|---|---|---|---|---|
| | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | | | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Oriented To: | Person | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Oriented To: | Place | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Oriented To: | Time | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Does patient meet criteria for influenza-like illness (ILI) or other exposure to viral illnesses. ILI is defined as: temperature greater than 100 degress F (37.8 degrees C) and presence of cough or sore throat. | No | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Is patient asymptomatic with history of close contact with someone with ILI or other viral illnesses? | No | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Is there an absence of symptoms? | Yes | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | If other, Please describe: | Asymptomatic | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Does patient require influenza/other - related restrictions? | No | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Date, Time, and Nurse's Signature: | JS, RN:::06/04/2018 1516 | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | 0. Influenza and Infection Control Surveillance (Updated 10-17-14) | Institution: | BCCF | Sariego, RN, Jennifer | 06-04-2018 3:16 pm |
| 2018003096 | | | N/A | | |

PCM00169

JA0000573

| | 2. Intake Suicide Screening | Problems recorded during prior incarcerations: | | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
|---|---|---|---|---|---|
| 2018003096 | 2. Intake Suicide Screening | Arresting or transporting officer believes that patient may be a suicide risk | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient lacks close family or friends in the community (no family or friends). | Yes (1 point) | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient has experienced a significant loss within the last six months. (e.g. loss of job, loss of relationship. Death of close family member). | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient is very worried about major problems other than legal situation. (e.g. financial or family problems, a medical condition, fear of losing job) | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient's family or significant other (spouse, parent, close friend, lover) has attempted or committed suicide. | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient has mental health treatment history. (Note current psychotropic medication and name of most recent treatment agency). | Yes (1 point) (Depression and multiple suicide attempts) | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient has history of drug or alcohol abuse. | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient expresses extreme embarrassment, shame, or feeling of humiliation as result of charge or incarceration (consider position in community and/or shocking nature of crime) | Yes (8 points) | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient is thinking about killing him/herself. | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient has attempted suicide previously. (Check wrists and note method.) | Yes (1 point) (Patient has multiple scars on his LFA from prior suicide attempts) | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Suicide attempt occurred within the last month. | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient feels that there is nothing to look forward to in the future. (feelings of hopelessness or helplessness) | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient's first incarceration in jail. | Yes (1 point) | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient shows sign of depression (e.g. crying, emotional flatness). | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient appears overly anxious, panicked, afraid, or angry. | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient is acting and or talking in a strange manner. | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | Patient is appears to be under the influence of alcohol or drugs. | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |
| 2018003096 | 2. Intake Suicide Screening | If YES is Patient incoherent or showing signs of withdrawal or mental illness? | No | Sariego, RN, Jennifer | 06-04-2018 3:18 pm |

PCM00170
JA0000574