# EXHIBIT 45

## Part VIII

JA0000404

# BUCKS COUNTY CORRECTIONAL FACILITY

## MEMORANDUM

DATE: 8-25-18

TO: Shift Command

FROM: Kristin H. LPN

THROUGH: Nursing

SUBJECT: Freitag, Charles. 8-31-60

This writer responded to a medical emergency on "B" block called at 1057. Upon arrival pt was on his knees, face down on his bed unresponsive. When he would not respond to verbal stimuli, I rolled the pt over to the front side & when I saw the lacerations on the antecebital areas on both of his arms, I immediately pulled his body to the ground with the assistance of Lt. Bahl. I applied pressure to both arms & he began CPR, advised additional staff to call 911. No breathing observed, no noteable pulse. CPR continued for a few minutes and

PCM00290
JA0000694

then we moved the pt. to the day room for more room for medical staff. Alternated CPR until EMS arrived approx 1120 & took over compressions.
— K Hill LPN

PCM00291
JA0000695

# BUCKS COUNTY CORRECTIONAL FACILITY

## **MEMORANDUM**

DATE: 8/25/18

TO: Shift Command

FROM: Beth Schuler LPN

THROUGH: Dispensary

SUBJECT: Charles Freitag

Medical Emergency called. This nurse arrived. Pt was on the floor outside of cell. Nurse was administr. CPR. AED in place. Shock not advised. CPR continued until EMS arrived.

PCM00292
JA0000696

# BUCKS COUNTY CORRECTIONAL FACILITY

# MEMORANDUM

DATE: 8-25-18
TO: Shift Command
FROM: Dispensary (Debbie Buckman)
THROUGH: Medical
SUBJECT: Freitag, Charles

Medical Emergency called approx. 1057 AM. Two nurses went to "B" Block and one stayed in medical. Nurse "Debbie" was asked to bring a pulse ox and the AED to B Block. Once she arrived to the block, CPR in progress. AED applied. Shocks not advised. CPR continued until EMS arrived.

PCM00293
JA0000697

# BUCKS COUNTY CORRECTIONAL FACILITY

## **MEMORANDUM**

DATE: 8/25/18

TO: Shift Command

FROM: S. Grous, RN

THROUGH: Dispensary

SUBJECT: Charles Freitag.

Medical Emergency called. Pt found on his knees, hunched over the bed. Writer laid him on the floor. Chest compressions initiated by Lt. CPR continued + AED applied. Sent to ER via 911

PCM00294
JA0000698

Mental Health
Priority Mail!!

Mental Health

INMATE REQUEST FORM

B.C.P. Number: 125635

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First): FREITAG CHARLES
Date: 6-5-2018

Module and Cell Number: G-17
Admission Date: 6-4-2018

I would like to see: MENTAL HEALTH CASE WORKER

I need to see that staff person because: FEELING DEPRESSED

Signature of Inmate: [signed] Charles J Freitag

*Do Not Write Below This Line*

Date request answered:

Answer: Seen on 6/6/18 [signed]

Referral Sent To: ___
Return To: ___  Module & Cell # ___
Signature of Staff Person: ___

BCCF 194 REV. 10/04

PCM00296
JA0000700

# OFFICER'S ACUTE OBSERVATION SHEET

Inmate's Name: Freitag (Last), Charles (First)  BCCF No. 128638

Today's Date: 6/5/18   Shift: 6x2   Module/Cell: G-17

Type of Watch: Level 2   Officer Assigning: CMHS   Start Date: 6/4/18

ACUTE (Random intervals not to exceed 15 minutes)

Officer: Lockett / Zingle

### CODE FOR INMATE BEHAVIOR

A. Self-Injurious Behavior (notify staff immed.)
B. Assaultive Behavior (notify staff immed.)
C. Destructive Behavior (notify staff immed.)
D. Medication
E. Toilet/Shower
F. Sleeping
G. Eating
H. Crying
I. Yelling/Screaming
J. Telephone Call
K. Off Unit (note where)
L. In Cell (note activity)
M. Out of Cell on Unit (note activity)
N. Talking With_____(fill in)
O. Other_____

| Time | Codes and Description | Staff Initials | Time | Codes and Description | Staff Initials |
|---|---|---|---|---|---|
| 603 | Laying on Bed | OE | 1205 | L on Bed | KL |
| 620 | L G Chow | KL | 1220 | Laying on Bed | OE |
| 635 | L on Bed | KL | 1235 | " " | " |
| 650 | L on Bed | KL | 1250 | Laying on Bed | OE |
| 705 | L on Bed | KL | 1305 | " " | " |
| 720 | L on Bed | KL | 1320 | L on Bed | KL |
| 735 | L on Bed | KL | 1335 | L on Bed | KL |
| 750 | L on Bed | KL | | | |
| 805 | L on Bed | KL | | | |
| 820 | L on Bed | KL | | | |
| 835 | L on Bed | KL | | | |
| 850 | L on Bed | KL | | | |
| 905 | L on Bed | KL | | | |
| 920 | L on Bed | KL | | | |
| 935 | L on Bed | KL | | | |
| 950 | L on Bed | KL | | | |
| 1005 | Laying on Bed | OE | | | |
| 1020 | " " | " | | | |
| 1035 | Receives Chow | MD | | | |
| 1050 | Sitting on Bed | OE | | | |
| 1105 | L on Bed | KL | | | |
| 1120 | L on Bed | KL | | | |
| 1135 | L on Bed | KL | | | |
| 1150 | | | | | |

Shift Supervisor Signature: _____  Date: 6/5   Time: 0730
BCCF 228 (Rev. 09/16)

PCM00297
JA0000701

PCM00298
JA0000702

## OFFICER'S ACUTE OBSERVATION SHEET

Inmate's Name Freitag (Last) Charles (First) BCCF No. 125635

Today's Date 6-5-18 Shift 2pm-10pm Module/Cell G-17

Type of Watch Lv. 2 Officer Assigning Recp Start Date 6-4-18

ACUTE (Random intervals not to exceed 15 minutes)

Officer: South, Buetzow

CODE FOR INMATE BEHAVIOR

A. Self-Injurious Behavior (notify staff immed.)
B. Assaultive Behavior (notify staff immed.)
C. Destructive Behavior (notify staff immed.)
D. Medication
E. Toilet/Shower
F. Sleeping
G. Eating
H. Crying
I. Yelling/Screaming
J. Telephone Call
K. Off Unit (note where)
L. In Cell (note activity)
M. Out of Cell on Unit (note activity)
N. Talking With________(fill in)
O. Other________

| Time | Codes and Description | Staff Initials | Time | Codes and Description | Staff Initials |
|---|---|---|---|---|---|
| 1400 | L - on bed | KS | 2058 | L - on bed | KS |
| 1415 | L - on bed | KS | 2112 | L - on bed | KS |
| 1429 | L - on bed | KS | 2127 | L - on bed | KS |
| 1442 | L - on bed | KS | 2140 | L - on bed | KS |
| 1457 | L - on bed | KS | | | |
| 1511 | L - on bed | KS | | | |
| 1525 | L - on bed | KS | | | |
| 1540 | L - on bed | KS | | | |
| 1554 | L - on bed | KS | | | |
| 1608 | L - on bed | KS | | | |
| 1623 | L - on bed | KS | | | |
| 1637 | L - on bed | KS | | | |
| 1651 | L - on bed | KS | | | |
| 1705 | L - on bed | KS | | | |
| 1720 | L - on bed | KS | | | |
| 1734 | L - on bed | KS | | | |
| 1748 | L - on bed | KS | | | |
| 1801 | L - On bed | KS | | | |
| 1816 | L - On bed | KS | | | |
| 1830 | L - on bed | KS | | | |
| 1844 | L - on bed | KS | | | |
| 1859 | L - on bed | KS | | | |
| 1913 | L - on bed | KS | | | |
| 1928 | L - on bed | KS | | | |
| 1943 | L - On bed | KS | | | |
| 1957 | L - On bed | KS | | | |
| 2011 | L - On bed | KS | | | |
| 2036 | L - on bed | KS | | | |
| 2030 | L - on bed | KS | | | |
| 2044 | L - on bed | KS | | | |

Shift Supervisor Signature [signature] Date 6/5/18 Time 1735

BCCF 228 (Rev. 09/16)

PCM00299

JA0000703

# OFFICER'S ACUTE OBSERVATION SHEET

Inmate's Name: Freitag (Last), Charles (First)    BCCF No. 125635

Today's Date: 6/4/18   Shift: 2x10   Module/Cell: 6-B17

Type of Watch: Lvl 2   Officer Assigning: recp   Start Date: 6/4/18

ACUTE (Random intervals not to exceed 15 minutes)

Officer: South - Keller

---

## CODE FOR INMATE BEHAVIOR

- A. Self-Injurious Behavior (notify staff immed.)
- B. Assaultive Behavior (notify staff immed.)
- C. Destructive Behavior (notify staff immed.)
- D. Medication
- E. Toilet/Shower
- F. Sleeping
- G. Eating
- H. Crying
- I. Yelling/Screaming
- J. Telephone Call
- K. Off Unit (note where)
- L. In Cell (note activity)
- M. Out of Cell on Unit (note activity)
- N. Talking With_____ (fill in)
- O. Other

| Time | Codes and Description | Staff Initials | Time | Codes and Description | Staff Initials |
|---|---|---|---|---|---|
| 2048 | L - New Commit | KS | | | |
| 2102 | L - on bed | KS | | | |
| 2117 | L - on bed | KC | | | |
| 2130 | L - on bed | KC | | | |
| 2145 | L - on bed | KC | | | |

Shift Supervisor Signature _____   Date 6-4-18   Time 1915
BCCF 228 (Rev. 09/16)

PCM00300

JA0000704

PCM00301
JA0000705

# OFFICER'S ACUTE OBSERVATION SHEET

Inmate's Name **Freitag, Charles** (Last) (First) BCCF No. **125635**

Today's Date **6-5-18**  Shift **10-6**  Module/Cell **G-17**

Type of Watch **A/w Lev 2**  Officer Assigning **Recp.**  Start Date **6-4-18**

ACUTE (Random intervals not to exceed 15 minutes)

Officer: W. Miloj

### CODE FOR INMATE BEHAVIOR

- A. Self-Injurious Behavior (notify staff immed.)
- B. Assaultive Behavior (notify staff immed.)
- C. Destructive Behavior (notify staff immed.)
- D. Medication
- E. Toilet/Shower
- F. Sleeping
- G. Eating
- H. Crying
- I. Yelling/Screaming
- J. Telephone Call
- K. Off Unit (note where)
- L. In Cell (note activity)
- M. Out of Cell on Unit (note activity)
- N. Talking With _____ (fill in)
- O. Other _____

| Time | Codes and Description | Staff Initials | Time | Codes and Description | Staff Initials |
|---|---|---|---|---|---|
| 2200 | L - on bed | WM | 0303 | L-F | WM |
| 2215 | L - on bed | WM | 0318 | L-F | WM |
| 2230 | L - on bed | WM | 0332 | L-F | WM |
| 2245 | L - at door | WM | 0344 | L-F | WM |
| 2300 | L - at door | WM | 0354 | L-F | WM |
| 2309 | L - N - officer | WM | 0404 | LF | WM |
| 2320 | L - on bed | WM | 0418 | LF | WM |
| 2333 | L - laying down | WM | 0426 | CF | WM |
| 2346 | L - laying down | WM | 0440 | LF | WM |
| 0000 | L - laying down | WM | 0455 | LF | WM |
| 0010 | L - laying down | WM | 0510 | L-F | WM |
| 0022 | LF | WM | 0515 | L-F | WM |
| 0034 | LF | WM | 0530 | L-F | WM |
| 0047 | LF | WM | 0545 | L-F | WM |
| 0100 | LF | WM | | | |
| 0114 | L-F | WM | | | |
| 0129 | L-F | CJ | | | |
| 0144 | L-F | CJ | | | |
| 0156 | L-F | WM | | | |
| 0201 | LF | WM | | | |
| 0216 | LF | WM | | | |
| 0231 | LF | WM | | | |
| 0243 | LF | WM | | | |
| 0253 | LF | WM | | | |

Shift Supervisor Signature **Lynn**  Date **06-05-18**  Time **0025 HRS**

BCCF 228 (Rev. 09/16)

PCM00302
JA0000706



# OFFICER'S ACUTE OBSERVATION SHEET

G

Inmate's Name: Freitag (Last), Charles (First)   BCCF No. 125635

Today's Date: 6/6/18   Shift: 6x2   Module/Cell: G-17

Type of Watch: Level 2   Officer Assigning: CMHS   Start Date: 6/4/18

ACUTE (Random intervals not to exceed 15 minutes)

Officer: Ziajka - Lockett

### CODE FOR INMATE BEHAVIOR

A. Self-Injurious Behavior (notify staff immed.)  F. Sleeping            K. Off Unit (note where)
B. Assaultive Behavior (notify staff immed.)      G. Eating              L. In Cell (note activity)
C. Destructive Behavior (notify staff immed.)     H. Crying              M. Out of Cell on Unit (note activity)
D. Medication                                     I. Yelling/Screaming   N. Talking With _____ (fill in)
E. Toilet/Shower                                  J. Telephone Call      O. Other _____

| Time | Codes and Description | Staff Initials | Time | Codes and Description | Staff Initials |
|---|---|---|---|---|---|
| 555 | L G | KL | 1225 | Laying on Bed | OX |
| 610 | L ON BED | KL | 1240 | " " | OX |
| 625 | L ON BED | KL | 1255 | Laying on Bed | OX |
| 640 | L ON BED | KL | 1310 | " " | |
| 655 | L ON BED | KL | 1325 | L ON BED | |
| 710 | L ON BED | KL | 1340 | STEP DOWN TO | |
| 725 | L ON BED | KL | | LVL 3 NO SITTER | KL |
| 740 | L ON BED | KL | | PER AVIA | |
| 755 | L ON BED | KL | | M/H | |
| 800 | K DISPENSARY | KL | | | |
| 830 | KL CALL IN CELL | KL | | | |
| 840 | L ON BED | KL | | | |
| 855 | L ON BED | KL | | | |
| 910 | L ON BED | KL | | | |
| 925 | L ON BED | KL | | | |
| 940 | Laying on Bed | OX | | | |
| 955 | L ON BED | KL | | | |
| 1010 | Laying on Bed | OX | | | |
| 1025 | " " | OX | | | |
| 1040 | L ON BED | KL | | | |
| 1055 | L SITTING UP | KL | | | |
| 1110 | L SITTING UP | KL | | | |
| 1125 | L ON BED | KL | | | |
| 1140 | L ON BED | KL | | | |
| 1155 | L ON BED | KL | | | |
| 1210 | Laying on Bed | OX | | | |

Shift Supervisor Signature: _____   Date: 6/6/18   Time: 1145

BCCF 228 (Rev. 09/16)

PCM00304
JA0000708

# OFFICER'S ACUTE OBSERVATION SHEET

Inmate's Name: Freitag (Last), Charles (First)    BCCF No. 125635

Today's Date: 6-6-18    Shift: 10-6    Module/Cell: G-17

Type of Watch: A/W Lv.2    Officer Assigning: Recp.    Start Date: 6-4-18

ACUTE (Random intervals not to exceed 15 minutes)

Officer: Krudsick, W. Milo, N.B.

---

### CODE FOR INMATE BEHAVIOR

- A. Self-Injurious Behavior (notify staff immed.)
- B. Assaultive Behavior (notify staff immed.)
- C. Destructive Behavior (notify staff immed.)
- D. Medication
- E. Toilet/Shower
- F. Sleeping
- G. Eating
- H. Crying
- I. Yelling/Screaming
- J. Telephone Call
- K. Off Unit (note where)
- L. In Cell (note activity)
- M. Out of Cell on Unit (note activity)
- N. Talking With _____ (fill in)
- O. Other _____

| Time | Codes and Description | Staff Initials | Time | Codes and Description | Staff Initials |
|---|---|---|---|---|---|
| 2200 | LF | LSC | 0303 | L-F | LM |
| 2216 | LF | LSC | 0318 | L-F | LM |
| 2230 | LF | LSC | 0328 | L-F | DS |
| 2248 | LF | LSC | 0341 | L-F | DS |
| 2300 | LF | LSC | 0343 | L-F | WM |
|  |  |  | 0353 | L-F | WM |
| 2315 | L-F | WM |  |  |  |
| 2330 | L-F | WM | 0404 | LF | WM |
| 2345 | L-F | WM | 0411 | LF | WM |
| 0000 | L-F | WM | 0426 | LF | WM |
|  |  |  | 0440 | LF | WM |
| 0009 | LF | WM | 0455 | LF | WM |
| 0020 | LF | WM | 0500 | LF | WM |
| 0033 | LF | WM |  |  |  |
| 0046 | LF | WM | 0515 | L-F | WM |
| 0103 | LF | WM | 0530 | L-F | WM |
|  |  |  | 0545 | L-F | WM |
| 0110 | L-F | WM |  |  |  |
| 0122 | L-F | WM |  | N.B. 6/6/18 |  |
| 0134 | L-F | WM |  |  |  |
| 0143 | LF | DS |  |  |  |
| 0200 | L-F | DS |  |  |  |
| 0213 | L-F | DS |  |  |  |
| 0223 | LF | WM |  |  |  |
| 0236 | LF | WM |  |  |  |
| 0251 | LF | WM |  |  |  |

Shift Supervisor Signature: Leon    Date: 06-06-18    Time: 0115 HRS

BCCF 228 (Rev. 09/16)

PCM00305

JA0000709