# EXHIBIT 46

JA0000710



EXHIBIT P-25

JA0000711