# EXHIBIT 47

JA0000712

## Statement of Hugh Kirk Caldwell

I, Hugh Kirk Caldwell, state that I reside at 2031 Lincoln Avenue in Croydon, PA. My date of birth is June 30, 1964. In 2017, I was arrested in Bucks County, Pennsylvania on charges including aggravated assault, terroristic threats with intent to terrorize another, recklessly endangering another person, simple assault and disorderly conduct. While awaiting trial, I was incarcerated at the Bucks County Correctional Facility. During my period of incarceration, I was assigned as an inmate monitor. At no point in time was I provided any instructions or guidance by a Correctional Officer or any employee at the Bucks County Correctional Facility about my duties. Instead, I learned from other inmate monitors that I was supposed to check on certain inmates in their cells every 15 minutes by standing immediately outside the door of their cells and looking in through the window to ensure that the inmate was alive and safe. We were provided with forms to complete that indicated the times that we checked on an inmate in the particular cells assigned to us. At any given time, I was typically assigned to monitor three to seven inmates. At most, I monitored between nine and ten at a time. In the B module there were almost 100 male inmates. As an inmate monitor, you were constantly distracted by the many inmates present in the area as well as Correctional Officers and it was necessary to hustle to each of the cells to check on the inmates assigned to you. Because of the constant disruption and distractions in the prison, I believe there were times that I did miss checking on the inmates assigned to me. In addition to the constant distractions and having too many inmates to monitor, I was also walking with both hands on a cane for about a year due to ~~an embolism in my~~ excessive weight gain foot. At the end of each day, I would take the form that I completed that indicated when I had checked on each inmate and put it in a bin for the Correctional Officers. I never saw what the Correctional Officers did with those forms and at no point in time was I ever approached and advised that the information on the form was not accurate or that it did not correspond to surveillance video. I was the inmate monitor working on the morning when Charles Freitag committed suicide. I recall that I was required to check on Charles every 15 minutes. Today, I do not recall if I checked on Charles' cell as required. It is possible due to the many interruptions in the prison that I missed checking on him the morning Charles committed suicide. I do not know if the Correctional Officers checked on Charles during the morning hours. As I recall, it was Correctional Officers Young and Moody who were on duty on the morning of Charles' death.

**EXHIBIT P-27**

1

Freitag001388

JA0000713

After Charles died, I ~~was~~ HC approached ~~by a~~ HC Lieutenant who asked me how it was possible that Charles was able to kill himself if I was monitoring him. I believe it was Lieutenant Bahlaj. I told him I did not know. After Charles' death no other Correctional Officer or supervisor asked me any questions about what happened leading up to Charles' death. There was no effort to train inmate monitors and at no point in time either before or after Charles died did anyone ever evaluate my work. Additionally, no one reviewed the prison rules regarding inmate monitors' tasks with me and at no time was I ever supervised by a Correctional Officer while working as an inmate monitor. None of the Correctional Officers followed me to ensure that I was doing my work or even stood watch to make sure that I was checking in on the inmates on my list. The Correctional Officers were typically ~~sat~~ at podium HC ~~sitting at~~ the ~~station~~ through most of their shifts. Correctional Officers are not overworked because the inmate monitors do much of their job for them. If the prison knew Charles may be at risk of suicide, the prison could have required Correctional Officers to watch him regularly, up to 24 hours a day. I, Hugh Kirk Caldwell, state that the foregoing statement of two pages is true and correct to the best of my knowledge and recollection. I am giving this statement freely and voluntarily. No one has threatened or intimidated me to provide this statement, nor have I been offered a reward.

*Hugh Kirk Caldwell* (signature)
Hugh Kirk Caldwell

Date: 2/17/21

2

Freitag001389

JA0000714