# EXHIBIT 49

JA0000719



# Bucks County Detectives
## Incident Report



## Incident 99-2018-0684

**Description:**   ASSIST PRISON INVESTIGATORS DEATH  INVESTIGATION CHARLES FREITAG

**Date Reported:** 8/25/18  15:17

**Occurred (From):**  8/25/18  15:17

**Day of the Week:**   SUNDAY

**Case Status:**

**Location:**
                 , PA

**Jurisdiction:**   Bucks County Detectives

**# of Objects:**          58                    **# of Narratives:**      1

**# of Evidence Items:**      1                **# of Images:**

| Officer Involved: | *Name, ID* - | *Role* Reporting Officer | *Date/Time Involved* 8/25/18  15:17 |
|---|---|---|---|

## Associates

*1)*   **CHARLES  FREITAG**          **DOB:** 08/31/1960        **Association:** *KNOWN*

        PA

                                      **Gender:**
                                      **Race:**

## Supplements

1)     **INITIAL REPORT**
       **Prepared By:** DAVID P HANKS                          **Date Reported:** 11/19/2018

       Deceased: Charles Freitag White male. DOB: 08/31/1960

       Saturday August 25, 2018. Detective Walp and I (Hanks) responded to BCCF for a Death Investigation in "B"
       Block.
       I arrived on scene at 12:22 pm and met with Chief Investigator Bochenek and Director C Pirolli
       "B" Block had been evacuated and Freitag was laying in the common area. He was covered with blankets and
       discarded emergency response items (gloves/bandages) were by his body.
       The door to his cell (B3) was secured with Evidence Tape
       We then viewed video of "B" Block and observed the following:
       Inmate Freitag exited his cell and got his medications at 09:12 am then returned to his cell at 09:16 am. Cell
       B3 was checked by COs at 10:04 and 10:21 am without incident. At 10:55 an inmate (Robert Monacelli
       05/25/1992) looked inside the cell and saw Freitag and a large amount of blood. A medical emergency was
       called by staff and "B" Block was secured. BCCF Medical staff arrived within 2 minutes and attempted
       lifesaving procedures (CPR and tourniquets)
       No one entered Cell B3 from the time Freitag returned with his medication sat 09:16 and the time the Medical

**EXHIBIT**
## P-29

JA0000720

## Incident 99-2018-0684

## Supplements

emergency was called
Warrington and Central Bucks Squads responded and time of death was noted as 11:19 am
Prison Investigator Osenick responded.
Deputy Coroner Kristina Johnson responded and viewed the body. Freitag had extensive cutting injuries on both arms

Along with Prison Investigator Osenick, we photographed and searched the cell. Under the lower bunk we found a "V" shaped section of hard plastic. It appeared to be a section broken off a standard issue coffee mug. We could not locate the remainder of the mug. Det Walp took possession of the item to take it to the Post Mortem examination.
Deputy Coroner Kristina Johnson removed Freitag's body at approximately 14:06 hrs.
Freitag's cell mate, Justin Burks  6/17/1970  said that Freitag was desponded after being sentenced to 6-12 years in State Prison yesterday ( Friday 08/24/2018) Freitag told Burks  that he was embarrassed after disclosing in court yesterday that he purposely tried to kill himself by crashing into his ex-wife's home. Burks said that Freitag was "always beating he up for what he did" (crashing the car into hi sex-wife's home) and told us that Freitag had also cut his wrists in the past. Burks said that there had been 5 Coffee cups in their cell area. (There were still 5 cups when we searched the cell)

We spoke to Correctional Officers' Moody and Young, who were the block officers on duty at the time. They said that Inmate Monticelli brought Freitag's condition to their attention, telling CO Mooney that "the dudes covered in blood"
Officer Mooney said that he looked inside the cell and that Freitag looked dead; he was on his knees on the bottom bunk, facing away from the head of the bed with his arms tucked. Mooney then opened the door and left it open while he tried to get the rest of the prisoners away from the area. He called a 'Medical Emergency' and pulled Freitag out of the cell onto the common area, where staff started working on Freitag.
Officer Young described Freitag as a "model prisoner"
Prison Investigators provided us with 3 BCCF hand-written Memorandums from: S.Grows RN, Kristin H LPN and Dispensary along with a list of responding EMT Personnel.
I was contacted by DDA Stancu who expressed her concern for the situation and for the welfare of Freitag's ex-wife.  I advised her to contact Deputy Coroner Johnson. She will also contact Falls Twp. Police (Det. O'Connell) she asked if we contact Judge Gibbons and advise her of the situation.
The Post Mortem examination occurred on  Monday 8/27/2018 and was attended by Det. Walp and performed by Dr. Hood

## Evidence Chain of Custody

*Evidence Number:*  18-684-EVID

0001   PLASTIC POINTED PIECE OF PRISON ISSUED CU   *Location:*  W0136          *Date:*  8/28/18   2:05 pm

JA0000721

## Incident 99-2018-0684

### Objects

| | |
|---|---|
| NOTES | Combined Dispensary Memos #1 #2 # |
| NOTES | Hanks Notes Times.JPG |
| PHOTO | IMG_5948.JPG |
| REPORT | Freitag, Charles J. Coroners Report |
| PHOTO | IMG_5949.JPG |
| PHOTO | IMG_5950.JPG |
| PHOTO | IMG_5951.JPG |
| PHOTO | IMG_5953.JPG |
| PHOTO | IMG_5953.JPG |
| PHOTO | IMG_5954.JPG |
| PHOTO | IMG_5955.JPG |
| PHOTO | IMG_5956.JPG |
| PHOTO | IMG_5957.JPG |
| PHOTO | IMG_5958.JPG |
| PHOTO | IMG_5959.JPG |
| PHOTO | IMG_5960.JPG |
| PHOTO | IMG_5961.JPG |
| PHOTO | IMG_5962.JPG |
| PHOTO | IMG_5963.JPG |
| PHOTO | IMG_5964.JPG |
| PHOTO | IMG_5965.JPG |
| PHOTO | IMG_5966.JPG |
| PHOTO | IMG_5967.JPG |
| PHOTO | IMG_5969.JPG |
| PHOTO | IMG_5970.JPG |
| PHOTO | IMG_5971.JPG |

JA0000722

## Incident 99-2018-0684

| | |
|---|---|
| PHOTO | IMG_5972.JPG |
| PHOTO | IMG_5973.JPG |
| PHOTO | IMG_5974.JPG |
| PHOTO | IMG_5975.JPG |
| PHOTO | IMG_5976.JPG |
| PHOTO | IMG_5977.JPG |
| PHOTO | IMG_5978.JPG |
| PHOTO | IMG_5979.JPG |
| PHOTO | IMG_5980.JPG |
| PHOTO | IMG_5981.JPG |
| PHOTO | IMG_5982.JPG |
| PHOTO | IMG_5983.JPG |
| PHOTO | IMG_5984.JPG |
| PHOTO | IMG_5985.JPG |
| PHOTO | IMG_5986.JPG |
| PHOTO | IMG_5987.JPG |
| PHOTO | IMG_5988.MOV |
| PHOTO | IMG_5989.JPG |
| PHOTO | IMG_5990.JPG |
| PHOTO | IMG_5991.JPG |
| PHOTO | IMG_5993.JPG |
| PHOTO | IMG_5994.JPG |
| PHOTO | IMG_5995.JPG |
| PHOTO | IMG_5996.JPG |
| RESPONDER LIST | List of Responders #4.pdf |
| LPN PART 2 | LPN Memo #2.pdf |
| MEDICATIONS LIST | Medications List.JPG |

JA0000723

## Incident 99-2018-0684

RESPONDERS                                     Photo of Responders List.JPG

RN                                             RN Memo.pdf

SECOND PAGE LPN                                Second page of #2  LPN Memo.pdf

COMMITMENT                                     Commitment Summary.pdf

NEWSPAPER                                      newspaper article.pdf

## Images

JA0000724