# EXHIBIT 50

JA0000725

REDACTED

**From:** Alynn Zernhelt <REDACTED>
**Sent:** Friday, December 27, 2019 10:08 AM
**To:** Abbey Cassidy <REDACTED>; Samantha Peterson <REDACTED>; Staci Robinson <REDACTED>; Jessica Mahoney <REDACTED>; Sarah Golden <REDACTED>; Kimberly Craig <REDACTED>; Jessica Heron <REDACTED>
**Cc:** Emily Scordellis <REDACTED>
**Subject:** Hours

Reminder a licensed member of Mental Health Department MUST stay until 5pm, Monday through Friday.  If there is a call out or scheduled vacation, the expectation is someone's schedule is adjusted to accommodate the department being staffed until 5pm.  Also there needs be at minimum of two people (excluding providers) in the department until 4pm, this can included non-licensed staff.

EXHIBIT
P-30

PCM01675

JA0000726