# EXHIBIT 51

JA0000727

# Stephan Brautigam, MSN, PMHNP-BC
# REDACTED

---

### PROFESSIONAL EXPERIENCE
### Primecare Medical, Multiple locations March 2018- present
*Psychiatric Mental Health Nurse Practitioner*
- Efficiently triage and treat patients, eliminating backlogged patient load, establishing continued stability of patients within those settings
- Precept newly hired psychiatric nurse practitioners and physicians
- Teach current physician assistant students from Salus University

### MHM Services, Philadelphia, PA April 2016- March 2018
*Psychiatric Mental Health Nurse Practitioner*
- Provide compassionate and quality care to a vulnerable population struggling with mental illness and addiction.
- Assess and diagnose incarcerated adults for psychiatric illnesses utilizing DSM-5 criteria
- Initiate and manage pharmacological and non-pharmacological treatment of various psychiatric disorders
- Order and interpret lab results
- Assist with the education of medical and physician assistant students
- Collaboration with other disciplines to ensure holistic care is provided to clients


**Temple University Health System, Episcopal Campus, Philadelphia, PA September 2006-2016**
*Registered Nurse, Crisis Response Center*                                                   July 2013 – April 2016
- Triage arriving clients, investigating both physical and psychiatric etiologies, based on clinical presentation.
- Prioritize care and initiate collaboration with various disciplines to provide personalized, efficient dispositions.
- Utilize team mentality to ensure safety, for both patients and staff, in acute, volatile situations.
- Educated staff on techniques for the management of aggressive patient as an Appropriate Response Training Instructor

*Registered Nurse, Inpatient Behavioral Health*                                              March 2012 – July 2013
- Perform physical and psychiatric assessments on a 25 bed acute inpatient unit.
- Develop plan of care in collaboration with the patient, physicians, social workers and therapists
- Tailor patient communication approach to establish: rapport, education and de-escalation.
- Deliver individualized client education about medications, diagnoses, procedures, unit specific rules, admission and discharge, and appropriate behavior.

*Registered Nurse, Float/Pool*                                          November 2010 - March 2012
- Proficiency in assessment and time management in the Crisis Response Center, telemetry, acute inpatient and extended acute inpatient settings.
- Direct unlicensed personnel.
- Coordinate treatment team with various disciplines to create individualized plans of care
- Individualized patient and family teaching tailored to patients level of care and learning needs

*Patient Care Technician, Telemetry*                                    January 2009 – November 2010
- Execute schedule vital signs, phlebotomy orders, glucose monitoring and assist with ADL's on 21 bed telemetry unit.
- Assess telemetry monitors for arrhythmias, dysrhythmias and other cardiac changes.

*Unit Clerk, Behavioral Health and Telemetry*                           May 2006 – January 2009
- Ensured an organized work environment by maintaining charts, accurate medical orders, bed management, sufficient supply availability and properly working equipment.

**United States Army USA**                                              **August 2001-July 2005**
*Infantry Team Leader*
- Maintained mission readiness for a team of 4-6 paratroopers by providing purpose, direction and motivation
- Provided essential physical and mental training to ensure discipline, safety and efficiency needed to execute tasks
- Accountable for maintaining personal and squad equipment, mental and physical readiness and the equipment and readiness of my team

*Infantryman*
- Complete duties as directed by supervisors.
- Accountable for maintaining personal equipment, mental and physical readiness
- Earned the expert infantryman's badge by demonstrating proficiency with the use of various equipment, firearms and infantryman tasks

## CLINICAL EXPERIENCE

**University of Pennsylvania Counseling and Psychological Services September 2014-June 2015**
*Nurse Practitioner in Training*                                        September 2014- June 2015
- Assess and diagnose client's mental health concerns according to DSM 5 criteria.
- Provide psychotherapy and counseling to University of Pennsylvania students.
- Initiate and manage medication regimens.
- Coordinate with psychologists and social workers to develop the most appropriate care for clients.

*COMHAR*                                                                March 2015 – June 2015
- Evaluate and diagnose clients in a low income urban community mental health center.

- Manage and implement medication regimen based on client's presentation and comorbidities.
- Collaborate with therapists and social workers to ensure continued treatment and access to healthcare.

## EDUCATION

**Master of Science in Nursing,** University of Pennsylvania, Philadelphia, PA   **2015**
    Major Area: Psychiatric Mental Health Nurse Practitioner
**Bachelor of Science in Nursing**, Chamberlain College of Nursing, Downers Grove IL   **2013**
**Diploma in Nursing,** Roxborough Memorial Hospital School of Nursing, Philadelphia PA   **2010**

## LICENSES

**Registered Nurse-** Pennsylvania   Expires 10/2021
**Certified Registered Nurse Practitioner-** Pennsylvania   Expires 10/2021

## CERTIFICATION(S)

**Psychiatric-Mental Health Nurse Practitioner (PMHNP-BC)**   Expires 11/2020
    American Nurses Credentialing Center, (AACN)
**Basic Cardiac Life Support**   Expires 02/2022
    American Heart Association

## PROFESSIONAL AFFILIATIONS

American Nurses Association
American Psychiatric Nursing Association
Sigma Theta Tau