# EXHIBIT 56

JA0000752

PRIMECARE MEDICAL, INC.
Bucks County Correctional Facility                                Page 1 of 3

Policy Name: **Mental Health Screening and Evaluation**     Number: BKS J-E-05

Effective Date: 01/01/03     Revised: 01/01/06, 01/01/09, 01/01/12, 07/01/14, 01/01/16,
                                       01/31/17, 02/07/17, 01/01/18, 11/01/18

Reference: NCCHC 2018 (J-E-05)

Approval: _____ 3/13/19
Approval: _____ 3/11/19
Approval: _G. Thomas, RN/DON_ 3/11/19

===============================================================================

I.   **PURPOSE:** To ensure that all patients receive a mental health screening; and patients with positive screens receive a mental health evaluation.

II.  **SCOPE:** Applies to Bucks County Correctional Facility (BKS).

III. **DEFINITIONS:**

   Qualified mental health professional: include psychiatrists, psychologists, psychiatric social worker, psychiatric nurse, and others who by their education, credential and experience are permitted by law to evaluate and care for the mental health needs of patients.

   Violent behavior: defined as expressive violence initiated as a result of an interpersonal altercation where the goal is to injure the other person, or as instrumental violence where the goal is to get something for the person (usual as result of criminal intent). An understanding of the history of either form of violence and the circumstances leading to the specific behaviors helpful in assessing the patient's potential for further violent behavior.

   Screening for intellectual functioning: includes inquiry into history of developmental and educational difficulties and, when indicated, referral for application of standardized psychological intelligence tools.

IV.  **POLICY:** PCM policy requires that within fourteen (14) days of admission to the correctional system, qualified mental health professionals or mental health staff conduct an initial mental health screening. An annual in-service must be conducted to substantiate training.

    For CorEMR Facilities:

    a.   Under the Mental Health Screening Form (Men and Women): All

**Bucks County Correctional Facility**  Page 2 of 3

Policy Name: **Mental Health Screening and Evaluation**  Number: BKS J-E-05

===============================================================

patients will receive a screening upon intake.

Patients who are found to be suffering from serious mental illness or a developmental disability are immediately referred to the mental health staff for care. Those who require mental health services beyond those available at the facility, or whose adaptation to the correctional environment is significantly impaired, should be transferred to an appropriate mental health facility.

For CorEMR Facilities:

a. Under the Intake Suicide Screening Form the following: auto tasks may be generated based upon specific answers to questions: A numerical score of eight (8) or greater:

Task: Nurse: Review suicide screening score
Task: Mental Health: Review suicide screening score

A mental health screening is included in the medical record and must include, at a minimum, a structured interview by a mental health professional, or qualified health care professional who has received documented training, to include inquiries into the following areas:

A. A history of:

   1. psychiatric hospitalization and outpatient treatment
   2. substance abuse hospitalization
   3. withdrawal seizures
   4. detoxification and outpatient treatment
   5. suicidal behavior
   6. violent behavior
   7. victimization
   8. special education placement
   9. cerebral trauma
   10. sexual abuse
   11. sex offenses

B. The current status of:

   1. psychotropic medications
   2. suicidal ideations

JA0000754

**Bucks County Correctional Facility**                                Page 3 of 3

Policy Name: **Mental Health Screening and Evaluation**        Number: BKS J-E-05
===============================================================================

        3.    drug or alcohol use
        4.    orientation to person, place and time

    C.    Emotional response to incarceration.

    D.    A screening for intellectual functioning (i.e., mental retardation, developmental disability, learning disability).

The health record must contain results of the mental health screening with documentation of referral or initiation of treatment when indicated.

When appropriate, PCM mental health staff, in conjunction with medical personnel, shall complete an additional investigation into the abuse of drugs and/or alcohol as deemed clinically appropriate.

Inmates with positive screenings are referred to a qualified mental health professional. Mental Health Evaluations should be completed within 30 days or sooner if clinically indicated.

## V. PROCEDURE:

1. Patients receive mental health screening at the time of intake by a qualified healthcare professional.

2. Each patient answers mental health screening questions from the Receiving Screening form, the Suicide Screening form and the Mental Health Screening Form.

3. Patients with a history of mental health are referred to the mental health line.

4. Additional mental health screening takes place by an RN during the health assessment. This is complete within 14 days of the original booking date.

5. All medical staff receives annual training related to mental health and Suicide Prevention.

6. The above policy is carried out as described.