# EXHIBIT 57

JA0000756

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: 09/13/2017 | OTN/LiveScan Number | Complaint/Incident Number 17-13238 |
|---|---|---|---|
| Defendant Name | First: CHARLES | Middle: JOSEPH | Last: FREITAG |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 - 213.7.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older |
|---|---|---|---|---|

| ☒ | 1 | 2702 | (a)(1) | of the | PA Crimes Code | 1 | | | 13A |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (If Applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of the statute or ordinance):
**AGGRAVATED ASSAULT/ SERIOUS BOD INJURY**

Acts of the accused associated with this Offense:
PACC 2702(a)(1) Aggravated Assault F1

IN THAT, on or about said date, THE DEFENDANT did attempt to cause serious bodily injury to another Brenda Plocher and James Brennan, or did cause such injury intentionally, knowingly or recklessly under circumstances manifesting extreme indifference to the value of human life, that is to say THE DEFENDANT did drive a motor vehicle through at and through an occupied structure, 5 Martha Circle, Fallsington Pa, in violation of Section 2702(a)(1) of the PA Crimes Code. 18 Pa.C.S. 2702(a)(1) - Felony 1st).

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older |
|---|---|---|---|---|

| ☐ | 2 | 2705 | | of the | PA Crimes Code | 1 | | | 90Z |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (If Applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of the statute or ordinance):
**RECKLESS ENDANG/PERSON**

Acts of the accused associated with this Offense:
PACC 2705 Recklessly Endangering Another Person M2

IN THAT, on or about said date, THE DEFENDANT did recklessly engage in conduct which placed or may have placed Brenda Plocher and James Brennan in danger of death or serious bodily injury by driving a motor vehicle at and into an occupied structure, in violation of Section 2705 of the PA Crimes Code. (18 Pa.C.S. 2705 - Misd. 2nd).

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: 09/13/2017 | OTN/LiveScan Number | Complaint/Incident Number 17-13238 |
|---|---|---|---|
| Defendant Name | First: CHARLES | Middle: JOSEPH | Last: FREITAG |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 - 213.7.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older |
|---|---|---|---|---|

| Lead? | Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 3 | 3304 | (a)(1) | of the | PA Crimes Code | 1 | | | 290 |

| PennDOT Data (if Applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
**CRIMINAL MISCHIEF/FIRE EXPLOSIVES ETC**

Acts of the accused associated with this Offense:
PACC 3304(a)(1) Criminal Mischief  F3

IN THAT, on or about said date, THE DEFENDANT did intentionally, recklessly, or by negligence damage the tangible property, 5 Martha Circle, Fallsington Pa, of another, James Brennan, in the employment of fire, explosives or other dangerous means listed in section 3302(a) of 18 Pa.C.S., causing a pecuniary loss in the amount of in excess of $5,000.00, in violation of Section 3304 (a)(1) of the Pa Crimes Code (18Pa.C.S. 3304(a)(1)  F3

AOPC 412A - Rev. 12/14          Page ___ of ___

Freitag000597

JA0000758