# EXHIBIT 58

JA0000759

Charles Freitag was admitted to BCCF on 6/4/18 at 1428 hours. His Intake Suicide Screen was completed at 1518 hours and his score on this screen was 12 points. He was placed on level 2 suicide watch at this time by RN Sariego.

The Receiving Screen was completed at 1526. It was noted by intake staff that Mr. Freitag stated several times "I am sorry for what I have done". He denied any substance abuse concerns. He reported both medical and mental health medications at intake – Lisinopril and Lexapro. In regards to mental health treatment history, Mr. Freitag reported that he had attempted suicide within the past two years (most recent episode 9/2017) and that he had been psychiatrically hospitalized within the past two years (also 9/2017). He stated that he was currently under the care of a psychiatrist and that he would like to speak with the mental health team. Mental health medications were verified and subsequently started.

The Mental Health Screen for Men was completed at 1519 hours and a score of 4 was endorsed.

Mr. Freitag's first contact with the mental health department was on 6/5/18. He was seen by Dr. Mahoney where a Mental Health Assessment Form and Suicide Risk Assessment form were completed. Per her plan, he was to remain on suicide watch level 2 at this time and he was scheduled for follow up with the mental health team and psychiatry. He was seen by A. James on 6/6/18 where he was forthcoming discussing his attempts at suicide and stated that he was feeling "relatively good". A Suicide Risk Assessment was also completed at this contact. Suicide watch level two was discontinued at this time and psychiatric observation was initiated. Psychiatric observation was discontinued on 6/8/18 by A. James and follow ups were scheduled per policy. He was seen by mental health staff C. Penge on 6/11/18 and A. James and PNP S. Brautigam on 6/14/18. At the 6/14/18 contact with A. James Mr. Freitag requested another follow up with the mental health department. He was seen again on 6/15/18 and 6/28/18. At his contact with mental health on 7/31/18, he cited being nervous about court and was subsequently placed on psychiatric observation status. Psychiatric observation status was maintained until 8/17/18. Prior to the removal of the status, he was seen on 8/1/18, 8/3/18, 8/6/18, 8/10/18, 8/14/18 and 8/15/18 (PNP visit on this date). He was also seen by the mental health team on 8/22/18 and 8/23/18 with plans for another contact on 8/27/18. In totality, Mr. Freitag was seen by the mental health department 19 times during his incarceration.

Mr. Freitag submitted one sick call slip while incarcerated. He submitted the slip on 6/5/18 with the notation of "feeling depression" and was seen by the mental health department on 6/6/18.

A medical code was called on 8/25/18 with CPR initiated at approximately 1105 hours. EMS arrived at approximately 1115hours and he was pronounced deceased by EMS at approximately 1119 hours.



CONFIDENTIAL

PCM01723

JA0000760