# EXHIBIT 61

JA0000787

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES JOSEPH FREITAG, JR., as : No.: 2:19-cv-05750-JMG
ADMINISTRATOR of the ESTATE       :
of CHARLES JOSEPH FREITAG, SR.,  :
                                  :
          Plaintiff               :
                                  :
     v.                           :
                                  :
Bucks COUNTY; PRIMECARE MEDICAL  : CIVIL ACTION - LAW
INC.; STEPHAN BRAUTIGAM, PMHNP;  :
JESSICA MAHONEY, PSY.D.; AVIA    :
JAMES, LPC; CHRISTINA PENGE,     :
LPC; CORRECTIONAL OFFICER        :
MOODY; CORRECTIONAL OFFICER      :
MURPHY; and CORRECTIONAL         : JUDGE JOHN M. GALLAGHER
OFFICER YOUNG,                   :
                                  :
          Defendants              :


ZOOM DEPOSITION OF EMILY SCORDELLIS, Psy.D.

DATE AND TIME:  Friday, May 7, 2021
                at 10:43 a.m.




KAPLAN LEAMAN & WOLFE
COURT REPORTING & LITIGATION SUPPORT
230 SOUTH BROAD STREET, SUITE 1303
PHILADELPHIA, PENNSYLVANIA 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 922-7112  1-877-KLW-DEPO
www.klwreporters.com

JA0000788

Dr. Emily Scordellis

Page 55

1       That Level 3 watch was instituted as a
2   result of an e-mail chain, which I'm showing you now,
3   Exhibit P-1, between Deputy Warden Clifton Mitchell
4   and Case Management Supervisor Carl Metellus?
5       A.   Okay.
6       Q.   All right.  Have you seen this document
7   before?
8       A.   I have not.
9       Q.   Okay.  Well, then let me back up.  I'll
10  show -- look at the time frame, August 24th, 4:11
11  p.m.
12          We know Mr. Freitag is back from court after
13  receiving, down at the bottom of the form, a sentence
14  of six to 12 years for AA, means aggravated assault.
15          Do you understand what I've just shown you
16  here?
17      A.   Yes.
18      Q.   All right.  As a result of this e-mail
19  communication, Mr. Metellus indicates that he's
20  implemented a Level 3 alert.
21          Do you see that?
22      A.   Yes.
23      Q.   Meaning Level 3 watch.  Agreed?
24      A.   Agreed.
25      Q.   And that's consistent with what you learned

JA0000789