IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES JOSEPH FREITAG, JR., as ADMINISTRATOR of the ESTATE OF CHARLES JOSEPH FREITAG, SR.,** : : : : | |
| **Plaintiff,** : : | |
| v. : | No. 2:19-cv-05750-JMG |
| **BUCKS COUNTY et al.,** : : : | |
| **Defendants.** : : | |

## ORDER

**AND NOW** this _____ day of _____, 2022, upon consideration of the PrimeCare defendants' motion for summary judgment (ECF 77), the Bucks County defendants' motion for summary judgment (ECF 79), and plaintiff's response in opposition to the motions, **IT IS ORDERED** as follows:

1. Plaintiff's claims against defendant Officer Murphy are dismissed by agreement of the parties;

2. Plaintiff's claims under the Americans with Disabilities Act against defendant Bucks County are dismissed by agreement of the parties; and

3. Defendants' motions are **DENIED** in all other respects.

**BY THE COURT:**

_____
**JOHN M. GALLAGHER, J.**