# Exhibit 16 Supplement Murphy Deposition

SA000805

Deposition of Tory Murphy

Pages: 21, 35, 36, 37, 38, 39, 42, 45, 46

Dated: March 25, 2021

SA000806

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____:
                              :
Charles Joseph Freitag, Jr., as :
Administrator of the Estate of :
Charles Joseph Freitag, Sr.,  :
                              :
            Plaintiff,        :
                              :
            V.                :
                              :
Bucks County; Primecare Medical, :
Inc.; et al,                  :
                              :
            Defendants.       :
_____:

Thursday, March 25, 2021

VIDEOTAPED ZOOM DEPOSITION OF:

TORY MURPHY,

Called for oral examination by counsel for the plaintiff, pursuant to notice, before Ramona L. Devlin, of Kaplan, Leaman & Wolfe, a Notary Public, in and for the Commonwealth of Pennsylvania, beginning at 12:18 p.m., when were present on behalf of the respective parties.

1    probationary period.
2         Q    Okay.  So you were in that
3    probationary period at that point; is that right?
4         A    Yes, sir.
5         Q    What was your specific duty on August
6    25th?  What would you call that if you -- strike
7    that.
8              I assume that if you broke other
9    officers, that meant that you spent your day
10   going around to different blocks; am I assuming
11   correctly?
12        A    That is correct, sir.
13        Q    All right.  What is that
14   responsibility called?
15        A    It's called a special assignment
16   officer.  Usually, the officers will use the term
17   SA.
18        Q    And you were an SA -- so you were
19   obviously an SA officer that day, August 25,
20   2018; is that correct?
21        A    Correct, sir.
22        Q    Were you typically assigned as an SA
23   officer at that time period?
24        A    It varied from day to day, so
25   depending upon the need of the institution.

 1       A    No problem, sir.
 2       Q    Do you see on the screen an image of
 3   the B module?
 4       A    I do, sir.
 5       Q    This video, for counsel's benefit, is
 6   Bates stamped 466, and I'm moving seven and a
 7   half minutes in.  It starts at 10:13, so we are
 8   at 10:21 a.m.
 9            And do you see on the right side of
10   the screen -- first of all, where my cursor is,
11   is that cell three?
12       A    It does appear to be, yes, sir.
13       Q    And we see a person in a correctional
14   officer uniform.  Does that look like it's you,
15   sir?
16       A    Yes, sir, I do believe it is.
17       Q    Yeah.  I realize it may be tough to
18   make it out, but we can watch from here and I
19   will play it on five times speed.
20            Would you agree that what we have
21   looked at there is you making your observation in
22   Mr. Freitag's cell as part of the level three
23   watch?
24       A    I was observing all of the inmates as
25   well as Mr. Freitag.

1      Q     Got it.  Okay.  By the way, on that
2   8:55 now, we see what appears to be the same
3   person who was at cell three walking across the
4   housing module.  With a closer look, can you
5   confirm that that is, in fact, you, sir?
6      A     Yes, sir, that is myself.
7      Q     All right.  I'll stop the video
8   there.  Now, you described what you did there in
9   a little bit of a different way from what I
10  described.
11           I asked the question as, you were
12  making your level three observation, and what you
13  said is that you were looking in every cell.  Did
14  I hear you correctly?
15     A     Yes, sir.
16     Q     All right.  Can you tell me then,
17  back on August 25, 2018, when you come onto the
18  block, what do you understand your
19  responsibilities to be with regard to a tour of
20  the housing area?
21     A     Tour of the housing area would be
22  witnessing specifically, as per policy, living,
23  breathing flesh, so to go around to every cell
24  and ensure that each inmate is present, as well
25  as alive roughly 30 minutes or prior to at that

1    time period.
2         Q     All right.  In other words, no more
3    than every 30 minutes; is that correct?
4         A     Correct.
5         Q     So if you conducted, just using an
6    estimate, this tour of the housing area at 10:21
7    a.m., and you would have been required to do
8    another -- if you stayed on the housing module,
9    you would have been required to do another tour
10   by 10:51 a.m.; is that correct?
11        A     That is my understanding, yes, sir.
12        Q     And I take it, based on your
13   description, that is something that you aimed to
14   do every time you were working on a housing area
15   at that time as a special assignment officer; is
16   that correct?
17        A     That is correct, sir.  However,
18   obviously, we don't do it at every 30-minute
19   interval as we don't want to be predictable.
20        Q     The requirement is that you stagger
21   the --
22        A     Correct.
23        Q     So maybe you do one 25 minutes later
24   and then another at 28 or 29 minutes later; is
25   that right?

```
 1        A     Correct.
 2        Q     All right.  But regardless, never
 3   more than 30 minutes later; is that correct?
 4        A     As per policy, that is correct.
 5        Q     Okay.  Have you worked with Officer
 6   Young and Officer Moody before?
 7              MR. KOLANSKY:  Before that date?
 8   Before the date of his death?
 9              MR. FEINBERG:  Yeah, that is what I
10   intended.
11   BY MR. FEINBERG:
12        Q     Before August 25th, had you worked
13   with Officer Young and Officer Moody?
14        A     I knew who they were.  I don't recall
15   if I had worked with them previously.
16        Q     Okay.  Had you ever heard any --
17   heard them discuss anything about the timing of
18   when tours were to be conducted?
19        A     Never, sir.
20        Q     All right.  When you go onto a
21   housing area in this situation, as a special
22   assignment officer, what responsibilities, if
23   any, do you have to observe the inmate monitors?
24        A     Generally, the inmate monitors would
25   be supervised via the downstairs officer, but
```

Tory Murphy

Page 39

1    also generally, the two officers assigned to that
2    block generally take precedent over the
3    supervision of the inmate monitors as I generally
4    don't know who those inmates are.
5         Q    Got it.  So when you come onto the
6    block or the module as a special assignment
7    officer, you are only there for a matter of
8    minutes; right?
9         A    It could be anywhere -- it depends
10   upon the circumstance.  We do receive breaks as
11   well as lunches, so it could be anywhere from ten
12   minutes to 30 minutes for one individual.
13        Q    Do you remember how long you were on
14   the B module that day?
15        A    I don't recall the time period, no,
16   sir.
17        Q    And I'm going to try to establish
18   that by video, if you give me a minute?  So we
19   know -- by the way, so we just looked at seven
20   minutes and 20 seconds in you -- I've scrolled
21   back now on that -- I don't have the video in
22   front of you.  Bear with me.  Do you have the
23   video in front of you now, sir?
24        A    I do, sir.
25        Q    All right.  So at seven minutes and

```
 1   let them know of anything that happened on the
 2   housing area while you were there?
 3        A    If there was anything noteworthy, we
 4   would, yes.
 5        Q    Okay.  If not, you might just be
 6   having idle conversation; right?
 7        A    Most likely, yes, sir.
 8        Q    All right.  Is there any obligation
 9   for you to prepare a report or to note in any log
10   that you have made an observation or a tour of
11   the housing area?
12        A    We do post in our electronic log
13   generally about the time that we do the tour, so
14   usually, the officer that would be at the podium
15   was likely putting in the log that the tour was
16   completed.
17        Q    Okay.  When you are the special
18   assignment officer, would that be -- that would
19   not be your responsibility, it sounds like you
20   are saying; is that correct?
21        A    Not directly.  Usually, whatever
22   officer would be logged into the computer is
23   performing that duty.
24        Q    Okay.  Let me pull up an exhibit that
25   I did not use with Officer Mitchell, but which I
```

```
 1   bathroom, wherever it be, someone needs to do it.
 2        Q     All right.  Let's go back to the
 3   video then.  As -- I'll pull up the video again.
 4   I'm back to the same video.  This is 466 for
 5   counsel's benefit.  We are back at the 7:44 mark
 6   where you are in front of Mr. Freitag's cell; is
 7   that correct?
 8        A     That is correct.
 9        Q     And there appears to be a person at
10   the podium there.  Do you see that?
11        A     I do, sir.
12        Q     The person -- and I know it is hard
13   to see, but based on Officer Young's testimony
14   that he was the person wearing a hat, would you
15   agree that that appears to be Officer Young there
16   at the podium?
17        A     It does appear to be Officer Young.
18        Q     All right.  Now, based on your
19   understanding of typical housing module
20   procedures, if you were out in the module
21   conducting a tour, would you expect the entry to
22   be made around that time?
23        A     Generally speaking, yes.
24        Q     Okay.  So under typical practice, if
25   you are doing the tour, Officer Young is sitting
```

```
 1   at the podium, he can obviously tell what you are
 2   doing, typical practice would be he makes the
 3   note in the log that we were just looking at,
 4   inmates observed; is that correct?
 5         A    That is per policy, however, very
 6   little is typical in corrections.
 7         Q    I understand.  Every day is
 8   different; is that correct?
 9         A    Correct.
10         Q    All right.  And sitting here today,
11   can you say one way or the other about why there
12   is no entry concerning your tour?
13         A    I cannot.
14         Q    Okay.  Let's talk now about what
15   happened when you were called back to the housing
16   area.  We established that you left around 10:40
17   a.m. give or take.
18              We know that Mr. Freitag was
19   discovered in his cell, bleeding profusely, at
20   10:55 or 10:56 a.m.  Does that sound correct to
21   you, sir?
22         A    That does sound correct.
23         Q    And putting that in context, it is
24   about 15 minutes after you left.  Tell us what
25   you remember seeing when you came back to the
```