# Exhibit 17 Supplement Moody Deposition

SA000817

Robert Moody Deposition

Pages: 15, 28, 31, 33, 34, 37, 45, 47, 48, 49, 50, 52, 53, 63, 64, 65, 66, 69, 70, 82, 84, 86, 87, 88, 89, 90, 91, 95, 98, 99, 100, 101

Dated: December 23, 2020

SA000818

Robert Moody

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES JOSEPH FREITAG, | : | CIVIL ACTION |
| JR., as ADMINISTRATOR of | : | |
| the ESTATE OF CHARLES | : | NO. 19-05750 |
| JOSEPH FREITAG, SR., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY; PRIMECARE | : | |
| MEDICAL, INC.; STEPHAN | : | |
| BRAUTIGAM, PMHNP; | : | |
| JESSICA MAHONEY, PSY.D.; | : | |
| AVIA JAMES, LPC; | : | |
| CHRISTINA PENGE, LPC; | : | |
| JOHN DOES 1-10, | : | |
| Defendants. | : | |

-----

December 23, 2020

-----

Oral deposition of ROBERT MOODY,
taken on behalf of the Plaintiff, via
videoconference, on the above date, commencing
at 9:51 a.m., before Linda A. Ricciardi,
Certified Court Reporter.

KAPLAN LEAMAN & WOLFE
COURT REPORTERS
230 South Broad Street, Suite 1303
Philadelphia, Pennsylvania  19102
1-877-559-3376

Robert Moody

Page 15

1    BY MR. FEINBERG:

2    Q.      Is there anything that you could have

3    done to prevent Mr. Freitag from killing

4    himself?

5    A.      Not to my knowledge, no.

6    Q.      Did you do everything you were suppose

7    to do under Bucks County policies and

8    procedure?

9    A.      Yes, I believe so.

10   Q.      Do you remember what level of

11   precaution, if any, Mr. Freitag was on at that

12   time?

13   A.      I believe he was level 3, regular

14   watch.  It was a long time ago.

15   Q.      As we go through today I will show you

16   a few documents, which will help to refresh

17   your recollection.  At this point I am asking

18   you questions just about what you know or what

19   you remember.

20           With that said, Mr. Moody, is it your

21   recollection that you complied with all

22   policies and procedures concerning a level 3

23   watch?

24   A.      Yes.

SA000820

Robert Moody

Page 28

1  throughout the day in the schedule?

2  A.      Yes.

3  Q.      Built into that schedule I assume you

4  have responsibilities to conduct checks on

5  prisoners who are on a variety of different

6  status checks; is that right?

7  A.      Yes.

8  Q.      Do you do anything special to build

9  that into your schedule?

10  A.      You do as many tours as you can within,

11  you know, your ability.  Things come up, you

12  got medication comes down, phones start

13  ringing, you know, but you do tours every half

14  hour.

15  Q.      Is the rule that you should do the

16  tours approximately every half hour or within

17  at most 30 minutes?

18  A.      You try to get in 30 minutes, but like

19  I said, sometimes medication goes on, you know,

20  something comes up that is, you know, takes

21  your availability.

22  Q.      Let's get more into the levels of

23  precautions that we talked about just a moment

24  ago.  To do that let me ask you, did you

SA000821

Robert Moody

1   whether any of them focused on identification

2   of suicide risks, suicide precautions or

3   anything along those lines?

4   A.      Not really, no.

5   Q.      Based on the understanding that you

6   developed over your 12 years at the prison or

7   at the point in 2018 your ten years at the

8   prison, would you say that you were generally

9   aware of how to identify suicide risk from the

10  perspective of a correctional officer?

11  A.      To an extent.

12  Q.      I take if that you were certainly aware

13  that suicide risks are something that you have

14  a responsibility to be aware of if they are

15  presented to you; is that correct?

16  A.      Yes, sir.

17  Q.      Are you aware that generally there are

18  all types of risks that could be presented in a

19  prison environment for suicide or self harm?

20  A.      What do you mean?

21  Q.      Let me do this, rather than giving you

22  my words I will show you a Bucks County policy.

23  Bear with me for a second.

24              (Whereupon suicide prevention

SA000822

Robert Moody

Page 33

1    A.       Yeah, I think they are on the computer

2    now.   I hope they are on the computer now.

3    Q.       Typically you have access to a computer

4    terminal during your work shift; is that right?

5    A.       Not always, no.

6    Q.       If you need to access a computer you

7    can do so, right?

8    A.       Yeah.

9    Q.       As you can see here on the screen in

10   front of you, I am paging through this policy,

11   I want to highlight one particular, bear with

12   me for a second, sir.   So this text that is

13   highlighted here in the middle of the page

14   where my cursor is, I am going to read this

15   first part of the sentence to you and ask you

16   whether it is something you are familiar with.

17   Inmates may become suicidal at any time during

18   their incarceration.   First I will stop there.

19   Is that a principal that you are familiar with?

20   A.       Yes.

21   Q.       Suicidal behavior is more likely at

22   critical periods of time, including commitment

23   and the first several days thereafter, court

24   hearings, sentencing and I will stop there.

SA000823

Robert Moody

1    Are you familiar with that principal as well?

2    A.      Yes.

3    Q.      Specifically because it relates to Mr.

4    Freitag I will ask you, have you heard that

5    before August 2018 when a prisoner goes to

6    sentencing there may be an enhanced risk of

7    suicidal behavior?

8              MR. KOLANSKY:  You are talking

9    generally?

10             MR. FEINBERG:  That's right.

11             MR. KOLANSKY:  Okay.

12   BY MR. FEINBERG:

13   Q.      Do you understand my question, sir?

14   A.      Yes.

15   Q.      I take it you had heard by August of

16   2018 that principal?

17   A.      In general, right?

18   Q.      Yes.

19   A.      Yes.

20   Q.      Let me put that document away.

21   Actually as one slight aside, is there any

22   policy or practice that you are aware of, sir,

23   concerning how to handle prisoners who come

24   back from sentencing?

Robert Moody

1   have been addressing this topic, sir, let me be

2   more explicit about it.  Would you agree as a

3   rule in your job as a correction officer you

4   have to act in a way to protect prisoners in

5   your custody?

6   A.      Yes.

7   Q.      That is the most important job you

8   have; is that right?

9   A.      Yes.

10  Q.      There are rules in place that tell you

11  what you have to do in order to protect

12  prisoners in your custody; is that right?

13  A.      Yes.

14  Q.      You have to follow those rules; is that

15  right?

16  A.      Yes.

17  Q.      For example, common rule which basic

18  common sense, prisoner is not allowed to have a

19  weapon in the facility; is that right?

20  A.      Like a real weapon, like?

21  Q.      Well, anything that can be used as a

22  weapon, you know, a toothbrush carved into a

23  sharp object, you are not allowed to have it,

24  right?

SA000825

Robert Moody

1   monitor would observe the person's activities

2   every 15 minutes; is that correct?

3   A.       Yes, they are suppose to, yes.

4   Q.       You as an officer would be responsible

5   for observing, you or a fellow officer, would

6   observe inmates on this level of watch in a

7   period not to exceed 30 minutes; is that

8   correct?

9   A.       Yes, to the best of your ability.

10  Q.       At any given time, let's use the Bravo

11  module as an example, how many people tend to

12  be on the level 3 watch?  And before you answer

13  that let me just say, is there an average

14  number or does it vary day by day?

15  A.       It varies day by day, it varies by

16  block.  Bravo typically wouldn't have too many

17  people on watch.

18  Q.       What is the most there would be?

19  A.       I guess you could have everybody on

20  watch, but on Bravo alone probably, you know,

21  10 maybe at the most.

22  Q.       So why is it that the Bravo module

23  would not, is there anything specific about it?

24  A.       It is a general population block, it is

SA000826

Robert Moody

Page 47

1   I don't know it.

2   Q.      Let's go back then to your involvement

3   in -- actually, I am sorry, one more question

4   on that.  When you do, you as an officer do the

5   tours every 30 minutes as part of the level 3

6   watch, are you suppose to just look in the

7   cells where there is a prisoner assigned to

8   that watch or do you look in every cell on the

9   housing module?

10  A.      You try to look in every cell.

11  Q.      So a standard tour means look in every

12  cell on the modules; is that right?  Is that a

13  yes?

14  A.      Yes, I am sorry.

15  Q.      Let's go back to the specifics about

16  level 3 watch.  Do I understand then that level

17  3 watch means that there are going to be six

18  observations of a person on that watch per

19  hour?

20  A.      No.

21  Q.      Two by the officer, four by the --

22  A.      Oh, yeah, yeah, yes.

23  Q.      That is something that may be --

24  A.      It is not going to be on the paper

Robert Moody

1   though, only the inmate's observations will be

2   on the paper.

3   Q.      Let me ask some foundational questions,

4   and then I will come back and we are on the

5   same page about this.  You already said to me

6   people who determine level of watch are not

7   you, it is mental health or case managers,

8   right?

9   A.      Yes.

10  Q.      I take it as a correctional officer,

11  although you have some training like we

12  discussed, you are obviously not a trained

13  mental health watch, right?

14  A.      That's correct.

15  Q.      So if a trained mental health provider

16  or a trained case manager makes a decision that

17  a specific level of watch is required you as an

18  officer are required to defer to that decision;

19  is that right?

20  A.      Yes.

21  Q.      I take it based on what I just

22  described when a mental health practitioner or

23  a case manager implements a level 3 watch that

24  person as far as you understand would expect

Robert Moody

1  that the person on watch will be seen six times

2  in an hour; is that correct?

3  A.      Yes.

4  Q.      When I asked that question before, when

5  I did that math I was not suggesting that you

6  are going to see the person six times an hour,

7  that is the expectation of the person who

8  assigns the watch; is that right?

9  A.      Yes.

10          MR. KOLANSKY:  Could you clarify

11  that a little bit because you just said that

12  you were not asking or suggesting that he would

13  see them six times an hour but that would be

14  the expectation of the person who set up the

15  watch.  I think that is little unclear.

16          MR. FEINBERG:  Yeah, I left a word

17  out, thanks Jeff.

18  BY MR. FEINBERG:

19  Q.      To your understanding, sir, the

20  expectation of the person who orders the watch

21  is that the prisoner will be seen six times an

22  hour by someone; is that right?

23  A.      Yes, by a baby-sitter and an officer.

24  Q.      Two for the officer, for the, you used

Robert Moody

1    the phrase --

2    A.       Inmate monitor, I am sorry.

3    Q.       Sir, I've handled cases against Bucks

4    County years ago, Mr. Ninosky and I had a case

5    together where that phrase was used.  In fact,

6    while we are on that topic, do you know when

7    the phrase baby-sitter was formalized as inmate

8    monitor?

9    A.       I do not.  Everybody called it the

10   baby-sitter since I started, it is obviously

11   the slang, but.

12   Q.       Bottom line, sir, in your job as a

13   correctional officer following through on your

14   duties to protect the prisoners in your custody

15   you have a responsibility to make sure that all

16   the provisions of the level 3 watch are carried

17   out; is that correct?

18   A.       Yes, to the best of my ability.

19   Q.       Would you agree that you have a

20   responsibility to ensure that the inmate

21   monitors do their job?

22   A.       Again, to the best of my ability, yes.

23                  (Whereupon watch and observation

24   procedures was premarked for identification as

Robert Moody

Page 52

1   A.      All right.

2   Q.      So everything you read, sir, is that

3   consistent with your understanding of how this

4   inmate monitor responsibility works?

5   A.      Yes.

6   Q.      Let me focus specifically on the

7   portions that are highlighted in yellow.  Let's

8   just focus on letter E here, which I will read,

9   it is the module officer's responsibility to

10  assure that inmate monitors are using IMFs,

11  inmate monitor forms, correctly.  Is that

12  consistent with your understanding of your

13  responsibility, sir?

14  A.      Yes.

15  Q.      Would you agree that means you have the

16  responsibility to ensure that the inmate

17  monitor is actually going to the cell to make

18  the observation?

19  A.      Yes, to the best of our ability.

20  Q.      So just by way of example, if an inmate

21  monitor is sitting in his own cell not looking

22  at anybody and just checking off boxes or

23  writing initials or whatever, that is not doing

24  their job, right?

SA000831

Robert Moody

Page 53

1   A.      No.

2   Q.      They are not making their observations,

3   right?

4   A.      Correct.

5   Q.      You have a responsibility to make sure

6   that happens; is that correct?

7   A.      Correct.

8   Q.      If they don't do, I say they, if inmate

9   monitors don't do what they are suppose to do,

10  it is the same thing that you not doing the

11  watches you are suppose to do, right?

12          MR. KOLANSKY:  Objection, form of

13  the question.  You can answer.

14          THE WITNESS:  Yes, correct.

15  BY MR. FEINBERG:

16  Q.      In your experience, sir, have there

17  ever been any problems with inmate monitors not

18  doings their jobs?

19  A.      For the most part, no.

20  Q.      Have you ever had an experience where

21  an inmate monitor was literally just sitting in

22  his cell and not doing observations?

23  A.      Sometimes you have to find them and

24  remind them of their job.  Not too often, they

SA000832

Robert Moody

Page 63

1    in a moment, a document labeled Exhibit P-9,

2    which is an inmate regular monitor form; is

3    that right?

4    A.      Yes.

5    Q.      Do you see that in front of you now; is

6    that right?

7    A.      Yes.

8    Q.      Have you ever seen this inmate monitor

9    form regarding Mr. Freitag?

10   A.      Not that I remember, no.

11   Q.      So do you see where my cursor is here,

12   around the 8/24/18 start date?

13   A.      Yes.

14   Q.      The type of watch is listed as level 3?

15   A.      Yeah, regular watch, yes.

16   Q.      So can we assume that if this form is

17   filled out and there is a note level 3 starting

18   8/24 that information about the level 3 watch

19   was communicated to the module?

20   A.      It should have been, yes.

21   Q.      Is there any way that this form would

22   have been started for a level 3 watch if there

23   was not, in fact, a level 3 watch communicated

24   to the module?

SA000833

Robert Moody

1    A.       No.

2    Q.       Let's talk about what happened when you

3    located -- strike that -- when Mr. Freitag was

4    found in his cell.  What was it that called

5    your attention to Mr. Freitag's cell?

6    A.       Another inmate was going up the stairs

7    adjacent to his cell and said, you know,

8    something along the lines that this guy is

9    covered in blood or there is a lot of blood.

10   Q.       I take it you hadn't looked inside the

11   cell any time in the minutes before then?

12   A.       I just come back from break, roughly a

13   little bit before that.

14   Q.       Do you remember the exact words that

15   that inmate used?

16   A.       He is covered in blood, I don't know

17   the exact wording.

18   Q.       You were just looking down, were you

19   looking down at your memo?

20   A.       Yes.

21   Q.       We can look at it later, but let me

22   pull it up to make sure we are on the same

23   page.  The memo that I have is marked as

24   Exhibit P-15.

SA000834

Robert Moody

1          (Whereupon memorandum dated August

2     25, 2018 was premarked for identification as

3     P-15.)

4     BY MR. FEINBERG:

5     Q.      Do you have that in front you now?

6     A.      Yes, sir.

7     Q.      This Exhibit P-15 is the same memo that

8     you prepared that day, August 25th; is that

9     right?

10    A.      Yes, sir.

11    Q.      The memo, the documents I have seen

12    show that it was a Mr. Monachelli who was the

13    one who observed Mr. Freitag in his cell, does

14    that sound right to you?

15    A.      Yes.

16    Q.      Once that gentleman said this guy is

17    covered in blood what did you do?

18    A.      I went over to the cell, I opened the

19    door, I yelled in, he was not responsive.  I

20    told Officer Young to call 911 emergency, and

21    he called over the phone.  They announced it

22    via loud speaker, and other inmates were trying

23    to look in.  I was trying to keep them away

24    from the door.

Robert Moody

1          Medical and some supervisors responded

2    and tried locking up the cells, get some

3    control of the block.  I don't really know what

4    they were doing in the cell when I wasn't

5    there, I came back and I pulled him out of the

6    cell so they had more room to work.

7    Q.     When you say they, are you referring to

8    medical staff?

9    A.     Medical professionals, yes.  They

10   continued to do work on him.  Eventually the

11   ambulance and EMS responded, and eventually the

12   administration of the jail responded.  We

13   emptied the block, and they gave us a break,

14   let us go get a drink, relax and calm down I

15   guess.

16   Q.     Was there a lot of blood in the cell?

17   A.     I mean, to my opinion, yes, there was a

18   lot.

19   Q.     Can I assume that that was a traumatic

20   thing to walk into the cell and see that?

21   A.     It wasn't a good day, no.

22   Q.     Did you go into the cell and put your

23   hands on Mr. Freitag in any way?

24   A.     No.

Robert Moody

1    Onisick's report.  I am on page 2 of Exhibit 11

2    of Onisick's report.  There are two references

3    in the middle of the page here to correctional

4    officer checks Mr. Freitag's cell, Bravo 3, one

5    at 10:04 a.m. and one at 10:21 a.m., I am not

6    including the seconds.  Do you recall whether

7    you were the officer who looked into Mr.

8    Freitag's cell on either of those times?

9    A.      It might have been me, I don't recall,

10   no.

11   Q.      In a little bit I will show you a video

12   and we will see if we can figure that out.  One

13   thing that we note is that assuming this

14   timeline is correct, that there was an officer

15   checking the cell at 10:21 and Mr. Monachelli

16   appears to be the next person who looks in the

17   cell, that is 34 minutes later?

18   A.      34 minutes.

19   Q.      Did anybody ever raise with you the

20   fact that no officer had looked in the cell

21   within 30 minutes?

22   A.      No.

23   Q.      By that I mean, did Mr. Onisick speak

24   to you, did anyone ask you questions about

Robert Moody

Page 70

1   that?

2   A.      No, not that I recall.

3   Q.      You already described to us that there

4   was a medical response and that you were given

5   time to kind of collect yourself afterwards; is

6   that correct?

7   A.      Not right away, but yes.

8   Q.      How long was it before you were given

9   that time to collect yourself?

10  A.      I couldn't tell you.

11  Q.      Who did you speak with during that time

12  period?

13  A.      Nobody really, I went outside.

14  Q.      Am I correct that you and Officer Young

15  were the only officers assigned to the block?

16  A.      We were also getting broken.  We

17  received our breaks from another officer.

18  Q.      That was Officer Murphy, correct?

19  A.      Yes.

20  Q.      Was Officer Murphy on the block at the

21  time Mr. Freitag was located in his cell?

22  A.      No, I don't think so, no.

23  Q.      Did you speak with Officer Murphy at

24  all about Mr. Freitag that day in the immediate

SA000838

Robert Moody

1   Freitag being on watch, observations in his

2   cell, would you agree with that?

3   A.      I agree with that, yes.

4   Q.      Did anyone ever ask you to document or

5   explain what happened earlier in the day?

6   A.      No.

7   Q.      I want to ask you some more questions

8   about the inmate monitor who was watching Mr.

9   Freitag's cell that morning, and to do that --

10  bear with me for a second, I have too many

11  documents open on my screen here.  I am pulling

12  up Exhibit 9.  Do you have Exhibit P-9 in front

13  of you, sir?

14  A.      Yes, sir.

15  Q.      Your name is not on this form here

16  where my cursor is, we see Young's name; is

17  that right?

18  A.      Yes.

19  Q.      Is there any reason why Young's name is

20  there as opposed to yours?

21  A.      My guess is that who was preparing the

22  form had a better knowledge of Young's name and

23  not mine.  Like I said, I was hardly ever down

24  there, you know, so they probably saw Young,

Robert Moody

Page 84

1  at all?

2  A.      Not really, no.

3  Q.      I take it you are familiar with how

4  these forms work and what the inmate monitors

5  write on the forms, right?

6  A.      Yes.

7  Q.      Up at the top of the page there is this

8  letter code and the letters, which we will see

9  below, L means in cell, and F means sleeping,

10 right?

11 A.      Yes.

12 Q.      It looks like, if we look at this

13 portion of the page, which I have highlighted

14 on my screen here, from 8 a.m. through 10:45

15 a.m. would you agree that all of the

16 abbreviations that appear to be entered by Mr.

17 Caldwell say LF?

18 A.      Yes.

19 Q.      Would you agree that indicates that Mr.

20 Freitag was in his cell and sleeping?

21 A.      Based on that, yes.

22 Q.      Do you have any idea whether that was

23 true between 8 a.m. and 10:45 a.m.?

24 A.      No, sir.

SA000840

Robert Moody

Page 86

1    BY MR. FEINBERG:

2    Q.      Do you see in front of you, sir, a

3    video screen showing the Bravo module?

4    A.      Yes.  It looks like Bravo, yes.

5    Q.      So on the screen, do you see where my

6    cursor is here, do you see the start time at

7    8:13:55 a.m.?

8    A.      Yes.

9    Q.      So the video is an hour long, so it

10   goes from 8:13 to 9:13.  I am going to fast

11   forward all the way up to, I am now at 58

12   minutes and 36 seconds in, and do you see my

13   cursor on the right of the screen, there is a

14   door to the immediate right of the steps that

15   appears to be open.  Do you see that, sir?

16   A.      3 cell, yes.

17   Q.      We have identified 3 cell as Mr.

18   Freitag's cell; is that correct?

19   A.      Yeah.

20   Q.      As I play forward here from 58:38 in

21   there is a man walking out, I know you didn't

22   see him before -- when you discovered him in

23   the cell, but does that appear to be Mr.

24   Freitag?

SA000841

Robert Moody

Page 87

1   A.      Yes.

2   Q.      So 58 minutes in from 8:13 can we agree

3   that Mr. Freitag appears to be out of his cell

4   at 9:11 a.m.?

5            MR. KOLANSKY:  Sorry, where do you

6   see the then current time?  I see 8:13 but I

7   don't see the 9:11.

8            MR. FEINBERG:  We are 58 minutes

9   into the video so adding --

10            MR. KOLANSKY:  Okay, down at the

11   bottom I understand.  Go ahead, I just didn't

12   see that, thank you.

13            MR. FEINBERG:  Sure.

14   BY MR. FEINBERG:

15   Q.      Mr. Moody, do you understand the math

16   that I have done?

17   A.      Yes.

18   Q.      58 minutes forward from 8:13 takes to

19   9:11 a.m.; is that right?

20   A.      Yes.

21   Q.      Give or take.  Based on other documents

22   that I have seen here, Mr. Freitag is waiting

23   in line for delivery of his medications; is

24   that right?

SA000842

Robert Moody

Page 88

1   A.       It appears to be that way, yes.

2   Q.       Now, my cursor, there are two men at

3   the front of the line where my cursor is, both

4   appear to be in uniform, one appears to be

5   white, one appears to be black.  Do you know

6   who those people are?

7   A.       I am the one on the left.  It appears

8   to be me, I think it is me.

9   Q.       The person who is to your left, our

10  right on the screen, who appears to be a black

11  male, do you know who that is?

12  A.       No.

13  Q.       I am going to continue playing.  I am

14  going to play it on fast motion here just to

15  get confirmation that Mr. Freitag appears to be

16  in line all the way through the end of this

17  video.  The video has ended, an hour on from

18  8:13, that takes us to 9:13, would you agree?

19  A.       Yes.

20  Q.       I am going to stop that video.  Open up

21  the next one, which for counsel's benefit is

22  labelled under Jeff's firm's Bates stamping

23  441.  I will open it, and then I will share it

24  with everybody.  As I am sharing it I will

SA000843

Robert Moody

1    represent to you that this appears to start at

2    9:13.  So theoretically the video that we

3    watched to the end, which starts with this new

4    video is continuous, you follow what I am

5    saying, sir?

6    A.      Yes.

7    Q.      Would you agree that the start of this

8    video that I am showing you now appears to be a

9    continuation from the end of the last one?

10   A.      Yes.

11   Q.      So as we watch here starting at 9:13

12   a.m., in fact, I will stop at four seconds in,

13   that is yourself walking forward.  Can you

14   confirm that is you, sir?

15   A.      Yes.

16   Q.      So I am going to continue playing, and

17   I will ask you while we are watching here at 15

18   seconds in, you are standing up, Mr. Freitag is

19   right behind you, it doesn't look like you are

20   talking to him, but do you remember any

21   encounters with him now that we are watching

22   this on video?

23   A.      No.

24   Q.      I am going to speed it up here from 45

SA000844

Robert Moody

Page 90

1   seconds.  Just ask you to keep your eyes on Mr.

2   Freitag.  All right.  At two minutes and 20

3   seconds, would you agree that Mr. Freitag

4   appears to have entered his cell.

5   A.      Yes.

6   Q.      So would you agree that based on the

7   time stamps on the video it was sometime after

8   9:15 a.m. when Mr. Freitag has entered his

9   cell?

10  A.      Yes.

11  Q.      Do you remember seeing on the inmate

12  monitor form that the inmate monitor, Mr.

13  Caldwell, indicated that Mr. Freitag was in his

14  cell and sleeping at 9:15 a.m.?

15  A.      The one you showed me?

16  Q.      Yes.

17  A.      Yes.

18  Q.      Would you agree that appears to be

19  inaccurate based on what you are seeing on

20  video?

21  A.      Yes.

22              MR. KOLANSKY:  Objection.

23  BY MR. FEINBERG:

24  Q.      Do you know, Mr. Moody -- first of all,

Robert Moody

Page 91

1    in this video do you see any inmate monitor?

2    A.      It might have been that guy with a

3    cane.  I don't remember the name, obviously,

4    but.

5    Q.      I will represent to you I watched a lot

6    of the videos that your counsel has provided,

7    and the inmate monitors typically carry around

8    paperwork so they can check off their logs,

9    right?

10   A.      Yes.

11   Q.      You tell me, please, if I got this

12   wrong, would you expect that an inmate monitor

13   would have their paperwork in their hand so

14   they can check off as they are doing their job?

15   A.      He has a cane and probably a cup in the

16   other hand so it would be kind of hard.

17   Q.      So my question is, do you see anyone

18   who has paperwork that looks like they are

19   doing the inmate monitor job at this time?

20   A.      No.

21   Q.      Let's take that off.  I am going to go

22   back to Exhibit 9, the inmate monitor form.

23   Before I do that, actually, for counsel's

24   benefit I am showing Bates stamp 466.  Do you

SA000846

Robert Moody

Page 95

1          MR. FEINBERG:  It is what we marked

2     as Exhibit P-10, it is 418.

3          MR. KOLANSKY:  Thanks.

4     BY MR. FEINBERG:

5     Q.     Sorry, Mr. Moody, you can read that and

6     let me know when you are finished?

7     A.     I am finished.

8     Q.     Do you see the second sentence, which

9     says in review of the video there was no inmate

10    monitor observed checking on the inmate.  Do

11    you see that?

12    A.     Yeah.

13    Q.     Do you have any reason to dispute Mr.

14    Bochenek's characterization there was no inmate

15    monitor looking into Mr. Freitag's cell?

16    A.     No, I have no reason to dispute it.  I

17    don't know if he did or didn't.

18    Q.     I am sorry?

19    A.     He may have, he may not have.

20    Q.     Well, and you don't know one way or the

21    other, right?

22    A.     No.

23    Q.     So if Mr. Bochenek is correct, that the

24    inmate monitor -- strike that let me back up.

Robert Moody

1    Q.      The inmate monitor is suppose to be

2    looking in the cell every 15 minutes, right?

3    A.      Yes.

4    Q.      And the inmate monitor here, I am

5    putting up Exhibit 9.  You have Exhibit 9 in

6    front of you, sir?

7    A.      Yes.

8    Q.      The inmate monitor form.  You would

9    agree that the inmate monitor form shows that

10   the inmate monitor represented that he was

11   looking in the cell between 9:30 -- well,

12   strike that.  This inmate monitor, Mr.

13   Caldwell, says he was looking in the cell every

14   15 minutes from 6:15 a.m. all the way through

15   10:45 a.m., right?

16   A.      Yes, that is what it appears to me.

17   Q.      Assuming the truth of Mr. Bochenek's

18   representation in that memorandum, these

19   notations that I am highlighting between 10:15

20   and 10:45 are incorrect; is that correct?

21           MR. KOLANSKY:  Objection.

22   BY MR. FEINBERG:

23   Q.      Let me re-ask the question because I

24   jumbled my words.  Would you agree, sir, if Mr.

SA000848

Robert Moody

Page 99

1    Bochenek's memorandum is accurate that the

2    monitor was not looking in the cell of Mr.

3    Freitag, that the statements on this form

4    prepared by the inmate monitor are inaccurate?

5    A.      Yes.

6    Q.      You would agree as you said before that

7    is a significant problem, correct?

8              MR. KOLANSKY:   Objection.

9    BY MR. FEINBERG:

10   Q.      You can answer.

11   A.      Yes.

12   Q.      The inmate monitor based on that

13   inaccuracy is not doing his job, right?

14   A.      Yes.

15   Q.      Would you agree that the correctional

16   officers who are supervising that inmate

17   monitor are not doing their job?

18   A.      To the best of our ability we would.

19   Q.      What efforts did you make to make sure

20   Mr. Caldwell was monitoring Mr. Freitag's cell?

21   A.      Just check the paper.  We probably

22   didn't check by then because it is still pretty

23   early.

24   Q.      Sitting here today do you know whether

Robert Moody

Page 100

1    Mr. Caldwell looked into Mr. Freitag's cell a

2    single time on the morning of August 25th?

3    A.      I don't know.

4    Q.      Would you agree it is your

5    responsibility as an officer working on that

6    block to ensure that Mr. Caldwell is fulfilling

7    his responsibilities under the level 3 watch?

8    A.      Yes.

9    Q.      Did anyone before I've asked you these

10   questions today, go through and ask you similar

11   questions to this aside from your counsel?

12   A.      No.

13   Q.      I am sorry, I closed this document, but

14   there is one other thing I want to show you.

15   Mr. Bochenek's memo, which you looked from

16   October of 2019 showed concern whether there

17   were -- strike that.  I will give you time to

18   read this entire memorandum if you want, I

19   don't think you need to.

20   A.      I am all right.

21   Q.      This memorandum concerned whether the

22   investigation had looked into whether watches

23   had been done, and in that context it sounds

24   like someone was asked to interview you, and I

Robert Moody

Page 101

1   am highlighting this text here, which you

2   already read, assigned module officers were not

3   available for an interview.  Do you see that,

4   sir?

5   A.        Yeah.

6   Q.        Do you remember in October of 2019,

7   around the time that this memorandum was

8   written, anyone reaching out to you to ask you

9   questions about what happened on Mr. Freitag's

10  cell block that day?

11  A.        No.

12  Q.        To confirm, your recollection is you

13  don't remember anyone asking you questions like

14  the questions I just asked you at any time

15  before today other than your counsel; is that

16  right?

17  A.        I don't remember Frank Bochenek asking

18  me any questions.

19  Q.        You don't remember anyone else

20  affiliated with the prison asking you questions

21  like this today; is that right?

22  A.        No.

23  Q.        At the beginning of the deposition I

24  asked you whether there was anything you could

SA000851