# Exhibit 62 Supplement Freitag Deposition

SA001091

# Robert Freitag

Pages: 29, 30, 42

Dated: January 28, 2021

SA001092

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CHARLES JOSEPH FREITAG,        :   NO. 2:19-cv-05750-JMG
JR., as Administrator of       :
the ESTATE OF CHARLES          :
JOSEPH FREITAG, SR.,           :
            Plaintiff          :
                               :
      vs.                      :
                               :
BUCKS COUNTY; PRIMECARE        :   CIVIL ACTION - LAW
MEDICAL, INC.; STEPHAN         :
BRAUTIGAM, PMHNP;              :
JESSICA MAHONEY, PSY.D.;       :
AVIA JAMES, LPC;               :
CHRISTINA PENGE, LPC;          :
CORRECTIONAL OFFICER           :
MOODY; CORRECTIONAL            :
OFFICER MURPHY; and            :   JUDGE JOHN M. GALLAGHER
CORRECTIONAL OFFICER           :
YOUNG,                         :
            Defendants         :
```

_____

ZOOM DEPOSITION OF ROBERT FREITAG

DATE AND TIME:  Thursday, January 28, 2021
                at 9:30 a.m.

_____

KAPLAN LEAMAN & WOLFE
COURT REPORTING & LITIGATION SUPPORT
230 SOUTH BROAD STREET, SUITE 1303
PHILADELPHIA, PENNSYLVANIA 19102
(215) 922-7112   1-877-KLW-DEPO
www.klwreporters.com

Robert Freitag

Page 29

```
 1            A.    I don't believe there ever was a
 2    resolution.
 3            Q.    From your phone conversations with him,
 4    was that a source of stress to him, or was it just -- or
 5    was it simply confusion?
 6            A.    No, it was definitely -- definitely
 7    stress.  I mean, he was -- he was scared.  You know, I
 8    mean, he's never been incarcerated.  You know, this was
 9    a first time offense for him.  I mean, it's very
10    intimidating, you know, being in prison.  I mean, even
11    our visits were very intimidating.
12            Q.    During any of the phone conversations,
13    did he ever indicate to you that he was thinking about
14    harming himself?
15            A.    I mean, not -- not so much harming
16    himself, but there was a time I -- you know, I know he
17    said he didn't want to get out of bed anymore, you know,
18    he was so depressed.  So I -- I did call his attorney,
19    and -- and he did notify somebody at the prison to -- to
20    keep an eye on him.
21            Q.    And from your understanding, was there a
22    response to that phone call?
23            A.    Yes, there was.
24            Q.    Okay.  Do you remember approximately when
25    you would have made that phone call to his attorney?
```

Page 30

1        A.    Yeah.  It might have been around
2  July 31st maybe, I believe.
3        Q.    Did you ever have any phone conversations
4  or any conversations in person with any of the medical
5  providers at the Bucks County Correctional Facility?
6        A.    I did not, no.
7        Q.    And the only phone call that you made,
8  that you were concerned about your brother's well being,
9  was the one phone call to the attorney.  Is that correct?
10       A.    There was -- there was another time.
11  I'm not sure -- somebody came to visit my brother,
12  Chalie, and I don't know if it was a Parole Officer, but
13  it was the only time he saw this person.  And I still
14  think I have the date.  It was July 11th 'cause one of
15  his friends actually went to visit him that day, and he
16  was pretty upset with that meeting.
17              Basically, whoever it was, said he was
18  not owning up to what he did, he was hiding behind his
19  mental illness.  So his friend actually sent me a text to
20  give me a heads up about it.
21              And I did (screen froze) also his
22  attorney again.  You know, I said -- and the attorney at
23  the time was Paul Lang.  You know, I said, Paul, I said,
24  you know, is this something like -- like he -- he's
25  pretty upset about this meeting.  And he's like, well,

Page 42

```
 1   was taken out of the courtroom and after sentence was
 2   imposed?
 3           A.   No, we were not -- as far as I know, we
 4   -- they kinda took him right away.
 5           Q.   What were your observations of your
 6   brother as he was being taken out of the courtroom?
 7           A.   I mean, I would say upset, very -- very
 8   withdrawn, it seemed, you know.  I mean, he didn't say
 9   anything that I recall.
10           Q.   Was there any discussion among the --
11   either yourself or among the family members or with his
12   Counsel that there was a concern for his well-being?
13           A.   Yeah, there was in the hallway.  Yes.
14           Q.   And who was a part of that discussion?
15           A.   Me, Chuck, his son, and my wife and --
16   and Paul Lang, the attorney.
17           Q.   What was -- was anything decided as to we
18   should let someone know at the prison that we're
19   concerned or any sort of a game plan formulated?
20           A.   Well, we did mention to Paul that -- you
21   know, that he should probably be put on suicide watch.
22           Q.   What did Mr. -- or Attorney Lang say?
23           A.   I -- I -- I don't really recall.  I
24   don't know what his response was.
25           Q.   Did he indicate that he was gonna contact
```