# Exhibit 64
# Onisick Deposition

SA001119

Daniel Onisick

Pages: 12, 13, 70, 71, 72

Dated: December 22, 2020

SA001120

Daniel Onisick

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES JOSEPH FREITAG,        :
JR.,as ADMINISTRATOR of        :
the ESTATE OF CHARLES          :
JOSEPH FREITAG, SR.,           :
            Plaintiff        :
                    :   No. 2:19-cv-05750-JMG
     VS                        :
                    :
BUCKS COUNTY; PRIMECARE        :
MEDICAL, INC.; STEPHAN         :
BRAUTIGAM, PMHNP;              :
JESSICA MAHONEY, PSY.D;        :
AVIA JAMES, LPC;               :
CHRISTINA PENGE, LPC;          :
JOHN DOES 1-10,                :
           Defendants        :

_____

_____

ZOOM DEPOSITION OF DANIEL ONISICK

DATE AND TIME:  December 22, 2020, 9:34 a.m.

_____

_____

KAPLAN LEAMAN & WOLFE
COURT REPORTING & LITIGATION SUPPORT
230 SOUTH BROAD STREET, SUITE 1303
PHILADELPHIA, PENNSYLVANIA 19102
(215) 922-7112 1-877-KLW-DEPO
www.klwreporters.com

Daniel Onisick

Page 12

1    the chief has his own office.  That's correct.

2         Q.     Okay.  Besides the investigative

3    reports that you described reviewing, is there

4    anything else you looked at?

5         A.     Well, our case file has everything.  It

6    has video, photos, officer memos.  You know, we

7    collect everything involving the investigation.

8                So, yeah, I perused the videos, looked

9    at the pictures again, just to familiarize myself

10   again with the case.

11        Q.     I'm sorry to have interrupted you.

12   Which portion of the videos did you watch?

13        A.     I watched the video with Mr. Freitag

14   coming out of his cell, getting his medication,

15   returning to his cell, and then up until the -- the

16   inmate, I believe, was Monachelli, up until he --

17   he, you know, found Mr. Freitag in his cell.

18        Q.     All right.  Did you watch it on regular

19   speed?

20        A.     Well, I didn't watch the entire thing.

21   I kind of sped up to the -- you know, to the parts

22   that I thought were pertinent that I needed to look

23   at.

24        Q.     Okay.  By the way, I believe that we

25   have -- we meaning the lawyers in this case -- have

Daniel Onisick

Page 13

1   received the entire investigative file that you

2   compiled?

3          A.      Um-hmm.

4          Q.      Just to confirm, did you turn over the

5   entire investigative file to your attorneys in the

6   case?

7          A.      Not me, personally.  I think the chief

8   investigator probably did that.

9          Q.      Okay.  Are you aware of any materials

10  that were withheld or that were not provided to

11  your counsel?

12         A.      No, I'm not.

13         Q.      Okay, all right.  Let me just throw a

14  couple of other things out there that you may have

15  looked at.

16                 Have you seen the complaint that was

17  filed in this case by my client, Mr. Freitag?

18         A.      No, I have not.

19         Q.      Have you seen any information about

20  Mr. Freitag's court proceedings?

21         A.      No, no, nothing other than what I've

22  heard about the proceedings.

23         Q.      Gotcha, okay.  One final question that

24  I can guess your answer, but let me ask it anyway.

25                 Have you reviewed any of the medical

Daniel Onisick

Page 70

1          Q.      Let me highlight this text here, and
2     I'll just read it into the record.
3               The question was -- and for the benefit
4     of the record, this text in the memorandum is
5     referring to a question raised at the meeting.
6               The question was, did the investigator
7     look into the watch issue and check with the module
8     officers to see if the watch was put into place.
9               First things first.  Would you be, Mr.
10    Onisick, the quote-unquote investigator responsible
11    for this case?
12         A.      For the Freitag case, yes.
13         Q.      Okay.  With that as background then, do
14    you remember Mr. Bochenek -- strike that.
15               Did Mr. Bochenek ever come and ask you
16    whether you looked into the watch issue and checked
17    with the module officers about the watch?
18         A.      Again, I wouldn't be able to remember
19    that.  So I can't answer it, but I would say I just
20    don't remember if he did or not.
21         Q.      All right.  Let me highlight more text
22    here.
23               Let's see.  On the sixth paragraph
24    down, the first sentence reads, in a follow-up
25    investigation it was learned that there was no

SA001124

Daniel Onisick

Page 71

1    Level 3 watch sheet prepared.

2          A.    Um-hmm.

3          Q.    Do you know what that means?

4          A.    Um, well, I don't know who did the

5    follow-up on this.

6          Q.    Okay.

7          A.    I guess the chief did.

8          Q.    And that really should be my first

9    question.

10               Do you recall being contacted or

11   informed about any follow-up investigation as

12   described here in this memorandum?

13         A.    No, no, I was not.

14         Q.    All right.  And do me a favor, sir.

15   Just read this entire paragraph that I've

16   highlighted to yourself.

17         A.    Okay.  Okay.

18         Q.    Okay.  First question, the text here

19   that I've highlighted about whether an inmate

20   monitor was observed checking on the inmate, did

21   you learn about anyone reviewing the video to

22   answer that question?

23               MR. KOLANSKY:  At what point?

24               MR. FEINBERG:  Well, at any point.

25   BY MR. FEINBERG:

Daniel Onisick

Page 72

1      Q.     Well, at any point -- and I'm not

2  including any discussions you had with your

3  counsel.

4             At any point before November -- or

5  before December of this year, do you recall

6  learning about the fact that someone looked into

7  whether there was an inmate monitor checking on

8  Mr. Freitag?

9      A.     No, I did not.  I only knew about this

10  once the deposition came that, you know, recently.

11     Q.     Okay.  Do you know, one way or the

12  other, whether there was an inmate monitor checking

13  on Mr. Freitag?

14     A.     I do not know, other than watching

15  the -- like I said, reviewing the video, I don't

16  know, you know.

17             I didn't see an inmate monitor, but,

18  no, I wouldn't be able to tell you if an inmate

19  monitor was specifically assigned to look at him or

20  to watch him.

21     Q.     All right.  This next sentence that

22  I've highlighted here, sir, refers to the cell

23  being unlocked, which from context appears to be

24  part of whatever precautionary measures were in

25  place.

SA001127

SA001128