# Exhibit 71
# Miller Deposition

SA001295

Robert Miller

Pages: 21

Dated: January 28, 2021

SA001296

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CHARLES JOSEPH FREITAG,        :    NO. 2:19-cv-05750-JMG
JR., as Administrator of       :
the ESTATE OF CHARLES          :
JOSEPH FREITAG, SR.,           :
            Plaintiff          :
                               :
     vs.                       :
                               :
BUCKS COUNTY; PRIMECARE        :    CIVIL ACTION - LAW
MEDICAL, INC.; STEPHAN         :
BRAUTIGAM, PMHNP;              :
JESSICA MAHONEY, PSY.D.;       :
AVIA JAMES, LPC;               :
CHRISTINA PENGE, LPC;          :
CORRECTIONAL OFFICER           :
MOODY; CORRECTIONAL            :
OFFICER MURPHY; and            :    JUDGE JOHN M. GALLAGHER
CORRECTIONAL OFFICER           :
YOUNG,                         :
            Defendants         :
```

_____

ZOOM DEPOSITION OF ROBERT MILLER

DATE AND TIME:   Thursday, January 28, 2021
                 at 2:30 p.m.

_____

KAPLAN LEAMAN & WOLFE
COURT REPORTING & LITIGATION SUPPORT
230 SOUTH BROAD STREET, SUITE 1303
PHILADELPHIA, PENNSYLVANIA 19102
(215) 922-7112  1-877-KLW-DEPO
www.klwreporters.com

Page 21

1      A.   No.
2      Q.   Did you have any concerns after the
3   sentencing that he may be at risk to harm himself?
4      A.   Excuse me.
5      Q.   Certainly.
6      A.   Yes, I did.
7      Q.   And did you communicate those concerns to
8   anyone?
9      A.   I -- I went to the sentencing with
10  another friend of ours.  And on the way home -- I
11  believe it was on a Friday --
12     Q.   I believe you're right.
13     A.   -- I -- I -- I said to the individual
14  who -- as I was driving home, I said, he's never gonna
15  make it.
16     Q.   Did you convey that concern to any
17  members of his family or to his Counsel or to anyone at
18  the Correctional Facility?
19     A.   No.  We weren't at the Correctional
20  Facility.  It was after the sentencing driving home.
21     Q.   I understand that, but you didn't call or
22  anything like that to the Correctional --
23     A.   No, no, no.
24     Q.   And, sir, please don't think there's any
25  criticism.  I'm just asking to make sure.  Okay?  When