# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES JOSEPH FREITAG, JR., as Administrator of the ESTATE OF CHARLES JOSEPH FREITAG, SR., Plaintiff | : : : : : | NO.: 2:19-cv-05750-JMG<br><br>CIVIL ACTION – LAW<br><br>JUDGE JOHN M. GALLAGHER |
| v. | : : | |
| BUCKS COUNTY; et. al. Defendants | : : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this __14th__ day of June 2022, upon consideration of the unopposed Joint Motion of Defendants for Leave to File a Reply to Plaintiff's Opposition to Defendants' Motions for Summary Judgment, it is hereby ORDERED that the Motion is **GRANTED**, and the Defendants may file a Reply to Plaintiff's Opposition to Defendants' Motions for Summary Judgment seven (7) days from the entry of this Order or June 21, 2022 whichever is later.

BY THE COURT:

/s/ John M. Gallagher
JOHN M. GALLAGHER
United States District Court Judge