IN THE UNITED STATES DISTRICT COURT
FOR THE EASTSERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES JOSEPH FREITAG, JR.,** as **ADMINISTRATOR of the ESTATE OF CHARLES JOSEPH FREITAG, SR.,** :<br>:<br>:<br>**Plaintiff,** :<br>:<br>v. :<br>:<br>**BUCKS COUNTY et al.** :<br>:<br>**Defendants.** :<br>: | No. 2:19-cv-05750-JMG |

# ORDER

**AND NOW**, this \_\_\_\_29th\_\_\_\_ day of _____June_____, 2022, upon consideration of Plaintiff's Motion for Leave to File a Sur-Reply Memorandum in Further Opposition to Defendants' Motions for Summary Judgment, **IT IS ORDERED** that the Motion is **GRANTED** and the proposed Sur-Reply Memorandum attached to the Motion shall be docketed.

                                                     **BY THE COURT:**

                                                     /s/ John M. Gallagher
                                                   **JOHN M. GALLAGHER, J.**