IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES JOSEPH FREITAG, JR., as Administrator of the ESTATE OF CHARLES JOSEPH FREITAG, SR., Plaintiff, v. BUCKS COUNTY, *et al.*, Defendants. | : : : : : : : : : : Civil No. 2:19-cv-05750-JMG |

**ORDER**

**AND NOW**, this 12th day of July, 2022, upon consideration of Defendants' motions for summary judgment (ECF Nos. 77, 79) and all the briefs and materials filed in support and opposition thereto, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's claims against Defendant Murphy are **DISMISSED with prejudice** by agreement of the parties.

2. Plaintiff's claim under the Americans with Disabilities Act against Defendant Bucks County is **DISMISSED with prejudice** by agreement of the parties.

3. Defendant Jessica Mahoney's motion for summary judgment is **GRANTED** with respect to only Plaintiff's § 1983 claim. Judgment is **ENTERED** against Plaintiff and in favor of Defendant Mahoney on this claim.

4. Defendant Christina Penge's motion for summary judgment is **GRANTED** with respect to only Plaintiff's § 1983 claim. Judgment is **ENTERED** against Plaintiff and in favor of Defendant Penge on this claim.

5. In all other respects, Defendants Mahoney, Penge and PrimeCare's motion for summary judgment is **DENIED**.

6. Defendant Moody's motion for summary judgment is **GRANTED** with respect to Plaintiff's § 1983 claim. Judgment is **ENTERED** against Plaintiff and in favor of Defendant Moody on this claim.

7. Defendant Young's motion for summary judgment is **GRANTED** with respect to Plaintiff's § 1983 claim. Judgment is **ENTERED** against Plaintiff and in favor of Defendant Young on this claim.

8. In all other respects, Defendants Moody, Young and Bucks County's motion for summary judgment is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge