IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES JOSEPH FREITAG, Jr., as ADMINISTRATOR of the ESTATE OF CHARLES JOSEPH FREITAG, SR.,**<br><br>                              **Plaintiff,**<br>               vs.<br><br>**COUNTY OF BUCKS, et al.**<br><br>                              **Defendants.** | **CIVIL ACTION**<br><br>**NO.  2:19-cv-05750** |

**ORDER GRANTING DEFENDANTS' JOINT MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO "SUICIDE WATCH" AFTER JUNE 6, 2018**

This matter having been brought before the Court upon the Defendants' Joint Motion *in Limine* to Preclude References to "Suicide Watch" after June 6, 2018; and for good cause having been shown;

IT IS on this _____ day of _____, 2022

ORDERED that Defendants' Motion *in Limine* is GRANTED and there shall be no reference to a "suicide watch" regarding Mr. Freitag after June 6, 2018.

_____
HON. JOHN M. GALLAGHER, U.S.D.J.

225278111v1