## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES JOSEPH FREITAG, JR., as Administrator of the ESTATE OF CHARLES JOSEPH FREITAG, SR., | : : : | NO.: 2:19-cv-05750-JMG |
| Plaintiff | : : | CIVIL ACTION – LAW |
| v. | : : | JUDGE JOHN M. GALLAGHER |
| BUCKS COUNTY; PRIMECARE MEDICAL, INC.; STEPHAN BRAUTIGAM, PMHNP; JESSICA MAHONEY, PSY.D.; AVIA JAMES, LPC; CHRISTINA PENGE, LPC; CORRECTIONAL OFFICER MOODY; CORRECTIONAL OFFICER MURPHY; and CORRECTIONAL OFFICER YOUNG, Defendants | : : : : : : : : : : | |

## ORDER

AND NOW, this 19th day of September, 2022, upon consideration of the Stipulation of Counsel for Dismissal of Defendants Jessica Mahoney and Christina Penge only, the Stipulation is hereby **APPROVED**. All claims against Jessica Mahoney, Psy.D. and Christina Penge, LPC are hereby **DISMISSED WITH PREJUDICE.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Judge