IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES JOSEPH FREITAG, JR.**, as ADMINISTRATOR of the ESTATE OF **CHARLES JOSEPH FREITAG, SR.**, | : : : : |
| Plaintiff, | : : |
| v. | : No. 2:19-cv-05750 : |
| **BUCKS COUNTY et al.** | : : |
| Defendants. | : : : |

## JOINT STATUS REPORT

As directed in the Court's Order of August 10, 2022 (ECF 129), the parties submit the following report regarding their settlement:

Since the parties' last status report, plaintiff has continued in efforts to resolve outstanding liens that would be payable by the Estate upon the receipt of settlement proceeds. Due to the complexity of one of those liens, plaintiff requires additional time to resolve this issue. Plaintiff anticipates full resolution of the question of liens before the end of October 2022 and, soon after, expects to file in this Court a petition for formal approval of the parties' settlement.

Should plaintiff not be able to file a petition on or before November 7, 2022, the parties will submit another status report to advise as to the anticipated timing for that filing.

Respectfully submitted,

| | |
|---|---|
| /s/ Jonathan H. Feinberg<br>Jonathan H. Feinberg | /s/ Jeffrey M. Scott<br>Jeffrey M. Scott |
| /s/ Grace Harris<br>Grace Harris | /s/ Kerri E. Chewning<br>Kerri E. Chewning |
| Kairys, Rudovsky, Messing,<br>  Feinberg & Lin LLP<br>718 Arch Street, Suite 501 South<br>Philadelphia, PA 19106 | Archer & Greiner P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103 |
| *Counsel for Plaintiff* | *Counsel for Defendant Bucks County* |
| | /s/ John R. Ninosky<br>John R. Ninosky |
| | Marshall Dennehey Warner<br>  Coleman & Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011 |
| | *Counsel for Defendants PrimeCare,<br>Mahoney, and Penge* |

DATE: October 3, 2022