# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES JOSEPH FREITAG, JR., as Administrator of the ESTATE OF CHARLES JOSEPH FREITAG, SR., | : : : : | |
| Plaintiff, | : : | Civil No. 2:19-cv-05750-JMG |
| v. | : : | |
| BUCKS COUNTY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 3rd day of November, 2022, upon consideration of Plaintiff's Petition to Settle Wrongful Death and Survival Action filed in the above captioned matter,

**IT IS HEREBY ORDERED** the Clerk of Court is **DIRECTED** to docket Plaintiff's Petition to Settle Wrongful Death and Survival Action **UNDER SEAL**.

**IT IS FURTHER ORDERED** that Plaintiff's Petition to Settle Wrongful Death and Survival Action is **GRANTED**, and Plaintiff Charles Joseph Freitag, Jr., Administrator of the Estate of Charles Joseph Freitag, Sr., is authorized to enter into a settlement with the defendants in this matter in the gross sum of $675,000.00.

**IT IS FURTHER ORDERED** that the settlement proceeds are allocated and shall be distributed, as follows:

**Allocation of Gross Settlement**

| | |
|---|---|
| Gross Settlement | $675,000.00 |
| Attorneys' Fees to Kairys, Rudovsky, Messing, Feinberg & Lin LLP (35% contingent fee) | $236,250.00 |
| Litigation Costs | $31,661.24 |
| Net Proceeds to Estate and Wrongful Death Beneficiary | $407,088.76 |

**Allocation of Net Proceeds to Estate and Wrongful Death Beneficiaries**

| Allocated to Estate's Survival Claims (50% of net recovery) | $203,544.38 |
|---|---|
| Allocated to Wrongful Death Claim (0% of net recovery) | $203,544.38 |

BY THE COURT:


   */s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge